UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 15 P 2: 50

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) |
| -against- | ) |
| BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC. and ESSENTIAL TEMPORARIES, INC. | )<br>)<br>) Civil Action No.<br>) 301CV378AHN |
| Defendants | ) |
| MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, LUZ ANDUJAR EVA DIAZ, WALESKA MIRANDA, HAROLD ACOSTA and JOSE LINARES | )<br>) December 5, 2003<br>) |
| -against- | ) |
| BEAUTY ENTERPRISES, INC. | ) Stipulated Protective Order<br>) and Order |
| Defendant | ) |
| LUZ ANDUJAR, and WALESKA MIRANDA | ) |
| Plaintiff-Intervenors, | ) |
| -against- | ) |
| ESSENTIAL PERSONNEL, INC., | ) |
| Defendant | ) |

12/12,2003 APPROVED
SO ORDERED

Defendant, Beauty Enterprises, Inc. ("BEI"), and Plaintiff, Equal Employment Opportunity Commission ("EEOC"), pursuant to Fed. R. Civ. P. 26(c), stipulate that a Protective Order

1