**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                PLAINTIFF<br><br>VS.<br><br>BEAUTY ENTERPRISES, INC.,<br>AAA INDUSTRIAL TEMPORARIES, INC.,<br>ESSENTIAL TEMPORARIES, INC.,<br><br>                DEFENDANT | CIVIL ACTION<br>NO. 3:01-CV-378 (AHN) |
| MIGUEL ANGEL ALVAREZ and<br>WILLIAM TORRES,<br><br>                PLAINTIFF-INTERVENORS,<br><br>v.<br><br>BEAUTY ENTERPRISES, INC.,<br><br>                DEFENDANT | FEBRUARY 25, 2004 |

**MOTION ON CONSENT FOR MODIFICATION**
**OF THE SCHEDULING ORDER**

Defendant Beauty Enterprises, Inc., with the consent of all plaintiffs, moves that

the scheduling order be amended: (a) to permit the deposition by defendant of plaintiff

Equal Employment Opportunity Commission's expert, Roseann Gonzalez; (b) to permit the defendant to file no later than April 30, 2004 a Daubert-type motion concerning one or more of the plaintiff's experts; and  (c) to permit the plaintiffs to respond to defendant's motion by May 30, 2004.

**THE DEFENDANT**
**BEAUTY ENTERPRISES, INC.**

By: _____
       Richard C. Robinson (ct04321)
       Pullman & Comley, LLC
       90 State House Square
       Hartford, CT 06103
       Telephone: (860) 541-3333
       Facsimile: (860) 424-4370
       Its Attorneys

## <u>CERTIFICATION</u>

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on February 25, 2004 to all counsel and pro se parties of record.

### *Plaintiff Equal Employment Opportunity Commission:*

Katherine Bissell, Esq.
EEOC - New York District Office
7 World Trade Center, 18th Floor
New York, NY 10048-1102

Rosa Lilliana Palacios, Esq.
525 FDR Avenue
Plaza Las Americas, Suite 1202
San Juan, Puerto Rico 00918-8001

Markus L. Penzel, Esq.
EEOC - Boston Area Office
J.F.K. Federal Building, Room 475
Boston, MA 02203-0506

### *Intervenors:*

Barbara E. Gardner
843 Main Street, Suite I-4
Manchester, CT  06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center Street
Manchester, CT  06040

_____
Richard C. Robinson

HTFD/65094.1/CB/134136v1

3