UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

February 26, 2004

10:00 A.M.

CASE NO. **3:01cv378 (AHN)**    **EEOC v Beauty Ent Inc, et al**

Katherine  Bissell
U.S. E.E.O.C.
N.Y.D.O.
201 Varick Street, 10th Floor
New York, NY 10014

Robert E. Byron
843 Main Street, Suite 1
Manchester, CT 06040

Juan A. Figueroa
Puerto Rican Legal Defense & Education Fund
99 Hudson St.
14th Floor
New York, NY 10013-2815

Barbara E. Gardner
843 Main St.
Suite 1-4
Manchester, CT 06040

Arnold J. Lizana
Equal Employment Opportunity Commission
JFK Federal Building
Room 475
Boston, MA 02203-0506

Rosa Liliana Palacios
Equal Employment Opportunity Commission
JFK Federal Building
Room 475
Boston, MA 02203-0506

Markus Landon Penzel
Equal Employment Opportunity Commission
JFK Federal Building
Room 475
Boston, MA 02203-0506

Evette  Soto-Maldonado
Puerto Rican Legal Defense & Education Fund
99 Hudson St.
14th Floor
New York, NY 10013-2815

Richard Robinson
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Any request for postponement should be addressed to Alice Montz
at 203 579-5952

Held ! ① Parties will file consented-to motion enlarging discovery period to permit expert depositions.

② Δ will file _Daubert_ motion(s) by 4/30/04.

③ π will file response thereto by 5/30/04.