2004 FEB 26 P 2: 19

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION |
| --- | --- |
| PLAINTIFF | NO. 3:01-CV-378 (AHN) |
| VS. | |
| BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., ESSENTIAL TEMPORARIES, INC., | |
| DEFENDANT | |
| MIGUEL ANGEL ALVAREZ and WILLIAM TORRES, | |
| PLAINTIFF-INTERVENORS, | |
| v. | FEBRUARY 25, 2004 |
| BEAUTY ENTERPRISES, INC., | |
| DEFENDANT | |

FILED MAR -5

3/05/04 GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

**MOTION ON CONSENT FOR MODIFICATION
OF THE SCHEDULING ORDER**

Defendant Beauty Enterprises, Inc., with the consent of all plaintiffs, moves that the scheduling order be amended: (a) to permit the deposition by defendant of plaintiff