# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

   PLAINTIFF

 VS.

BEAUTY ENTERPRISES, INC.,
AAA INDUSTRIAL TEMPORARIES, INC.,
ESSENTIAL TEMPORARIES, INC.,

   DEFENDANT

MIGUEL ANGEL ALVAREZ and
WILLIAM TORRES,

   PLAINTIFF-INTERVENORS,

v.

BEAUTY ENTERPRISES, INC.,

   DEFENDANT

**APPEARANCE**

**CIVIL CASE NO.:** NO. 3:01-CV-378 (AHN)

**April 30, 2004**

**To the Clerk of this court and all parties of record:**

 Enter my appearance as counsel in this case for Defendant

**BEAUTY ENTERPRISES, INC.,**

| | |
|---|---|
| April 30, 2004 | _____ |
| Date | Signature |
| | Brian C. Roche |
| ct17975 | Print Clearly or Type Name |
| Connecticut Federal Bar Number | |
| | Pullman & Comley, LLC |
| | 850 Main Street |
| (203) 330-2000 | P.O. Box 7006 |
| Telephone Number | Address |
| | |
| (203) 576-8888 - fax | Bridgeport, CT 06601-7006 |
| | |
| | broche@pullcom.com |
| | E-Mail Address |

Appearance.frm.feb.96

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record.

***Plaintiff Equal Employment Opportunity Commission:***

Katherine Bissell, Esq.
EEOC - New York District Office
7 World Trade Center, 18th Floor
New York, NY 10048-1102

Rosa Lilliana Palacios, Esq.
525 FDR Avenue
Plaza Las Americas, Suite 1202
San Juan, Puerto Rico 00918-8001

Markus L. Penzel, Esq.
EEOC - Boston Area Office
J.F.K. Federal Building, Room 475
Boston, MA 02203-0506

***Intervenors:***

Barbara E. Gardner
843 Main Street, Suite I-4
Manchester, CT  06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center Street
Manchester, CT  06040

_____
Brian C. Roche

BPRT/65094.1/BCR/512488v1