## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                  PLAINTIFF<br><br>   VS.<br><br>BEAUTY ENTERPRISES, INC.,<br>AAA INDUSTRIAL TEMPORARIES, INC.,<br>ESSENTIAL TEMPORARIES, INC.,<br><br>                  DEFENDANT | CIVIL ACTION<br>NO. 3:01-CV-378 (AHN) |
| MIGUEL ANGEL ALVAREZ and<br>WILLIAM TORRES,<br><br>                  PLAINTIFF-INTERVENORS,<br><br>v.<br><br>BEAUTY ENTERPRISES, INC.,<br><br>                  DEFENDANT | APRIL 30, 2004 |

**DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF ERNEST F. HARPER**

Defendant, Beauty Enterprises, Inc., ("BEI") moves to exclude the testimony of plaintiff's safety expert, Ernest B. Harper, under Daubert vs. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) and Rule 702 of the Federal Rules of Evidence. Exclusion is sought because parts of Mr. Harper's testimony are irrelevant under Daubert (they will not assist the trier), other parts of both irrelevant and

**ORAL ARGUMENT REQUESTED**

unreliable, and with respect to certain parts, Mr. Harper lacks the requisite qualifications and expertise.

In support of this motion, Beauty Enterprises, Inc. submits the following:

- Mr. Harper's report – Exhibit A.

- The transcript of Mr. Harper's deposition – Exhibit B.

- A Memorandum in Support.

          **THE DEFENDANT**
          **BEAUTY ENTERPRISES, INC.**

          By: _____
               Richard C. Robinson (ct04321)
               Brian C. Roche (ct17975)
               Pullman & Comley, LLC
               90 State House Square
               Hartford, CT 06103
               Telephone: (860) 541-3333
               Facsimile: (860) 424-4370

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record.

*Plaintiff Equal Employment Opportunity Commission:*

Katherine Bissell, Esq.
EEOC - New York District Office
7 World Trade Center, 18th Floor
New York, NY 10048-1102

Rosa Lilliana Palacios, Esq.
525 FDR Avenue
Plaza Las Americas, Suite 1202
San Juan, Puerto Rico 00918-8001

Markus L. Penzel, Esq.
EEOC - Boston Area Office
J.F.K. Federal Building, Room 475
Boston, MA 02203-0506

*Intervenors:*

Barbara E. Gardner
843 Main Street, Suite I-4
Manchester, CT  06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center Street
Manchester, CT  06040

_____
Richard C. Robinson
Brian C. Roche

HTFD/65094.1/BCR/138601v2