## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    PLAINTIFF<br><br>VS.<br><br>BEAUTY ENTERPRISES, INC.,<br>AAA INDUSTRIAL TEMPORARIES, INC.,<br>ESSENTIAL TEMPORARIES, INC.,<br><br>    DEFENDANT | CIVIL ACTION<br>NO. 3:01-CV-378 (AHN) |
| MIGUEL ANGEL ALVAREZ and<br>WILLIAM TORRES,<br><br>    PLAINTIFF-INTERVENORS,<br><br>v.<br><br>BEAUTY ENTERPRISES, INC.,<br><br>    DEFENDANT | APRIL 30, 2004 |

### DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF ROSEANN D. GONAZALEZ, PH.D.

Defendant, Beauty Enterprises, Inc., ("BEI") moves to exclude the testimony of plaintiff's "sociolinguistics" expert, Roseann D. Gonzalez, Ph. D., under <u>Daubert vs. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993) and Rule 702 of the Federal Rules of Evidence. Exclusion is sought because parts of Dr. Gonzalez' testimony are

**ORAL ARGUMENT REQUESTED**

irrelevant under <u>Daubert</u> (they will not assist the trier), other parts of both irrelevant and unreliable, and with respect to certain parts, Dr. Gonzalez lacks the requisite qualifications and expertise.

In support of this motion, Beauty Enterprises, Inc. submits the following:

- Dr. Gonzalez' Report – Exhibit A.

- The transcript of Dr. Gonzalez' deposition – Exhibit B.

- Dr. Gonzalez' List of Interview Questions – Exhibit C.

- A Memorandum in Support.

                                              **THE DEFENDANT**
                                              **BEAUTY ENTERPRISES, INC.**

By: _____
     Richard C. Robinson (ct04321)
     Brian C. Roche (ct17975)
     Pullman & Comley, LLC
     90 State House Square
     Hartford, CT 06103
     Telephone: (860) 541-3333
     Facsimile: (860) 424-4370

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date hereon to all counsel and pro se parties of record.

***Plaintiff Equal Employment Opportunity Commission:***

Katherine Bissell, Esq.
EEOC - New York District Office
7 World Trade Center, 18th Floor
New York, NY 10048-1102

Rosa Lilliana Palacios, Esq.
525 FDR Avenue
Plaza Las Americas, Suite 1202
San Juan, Puerto Rico 00918-8001

Markus L. Penzel, Esq.
EEOC - Boston Area Office
J.F.K. Federal Building, Room 475
Boston, MA 02203-0506

***Intervenors:***

Barbara E. Gardner
843 Main Street, Suite I-4
Manchester, CT 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center Street
Manchester, CT 06040

                                    Richard C. Robinson
                                    Brian C. Roche

BPRT/65094.1/BCR/515364v1