# AN EVALUATION OF THE
# ENGLISH-ONLY WORKPLACE RULE

## OF

## BEAUTY ENTERPRISES, INC.

Report prepared by:

**Roseann Dueñas González, Ph.D.**
**Professor of English**
**Director, National Center for Interpretation**
**Testing, Research & Policy**
**The University of Arizona**

for

**Equal Employment Opportunity Commission**
**Hartford, Connecticut**

November 2003

## I.   EXPERT STATEMENT

I am Dr. Roseann Dueñas González.  I hold a Ph.D. in Linguistics and a Masters Degree in English as a Second Language from the University of Arizona (UA), where I am now a Full Professor of English.  Among the other positions that I hold, I am currently Director of the National Center for Interpretation Testing, Research and Policy (NCITRP) at the UA.  NCITRP's mission is to help private and public agencies develop efficient and effective language policies and create appropriate language services and tests.  My area of expertise includes sociolinguistics, particularly as it pertains to language policy, bilingualism, and language discrimination.  My other areas of expertise are interpreter testing, training, and policy, second language acquisition, codeswitching, foreign language testing and training, and test development and administration.

From 1979 to 2000, I was the primary consultant to the Administrative Office of the United States Courts (AOUSC), District Court Administration Division on the subject of interpreter testing, and interpreter policies and practices.  My doctoral dissertation, *The Design and Validation of an Evaluative Procedure to Diagnose the English Aural-Oral Competency of a Spanish-speaking Person in the Justice System*, became the basis of the 1979-2000 Federal Court Interpreter Certification Examination (FCICE).  From 1985 to 2000, I served as the Director of the FCICE Project sponsored by the AOUSC under the auspices of NCITRP.  This project is responsible for designing and implementing the statutory interpreter competency requirements for Public Law 95-539, the Court Interpreters Act of 1978 (28 U.S.C. § 1827).  As part of this mandate, the FCICE Project developed the Federal Court Interpreters Certification Examination, a test that demonstrated outstanding reliability and validity in the face of legal challenges.

I am the lead co-author of *Fundamentals of Court Interpretation: Theory, Policy and Practice*, published in 1991 by the legal publisher, Carolina Academic Press.  I am also the lead co-editor of a two-volume work entitled, *Language Ideologies: Critical Perspectives on the Official Language Movement, Volumes 1 and 2*, published by the National Council of Teachers of English (2001).  I have written numerous scholarly papers, reports, and books regarding the theory and practice of interpretation of non-English languages, the need for language services, and language discrimination.  For a listing of my qualifications, the publications authored by me within the preceding ten years, and a list of cases in which I have served as an expert during the previous four years, please see my curriculum vita.

Because of my recognized linguistic expertise in the areas of English as a Second Language, language policy, codeswitching, and interpreter theory, testing, policy, and practice, I have been called upon many times to serve in the capacity of expert witness to answer questions of policy regarding interpretation, language policies, and language discrimination, as well as to evaluate and report to numerous courts on the oral/aural competency of individuals whose linguistic competency to participate in the trial process was questioned.  I was requested by counsel, Plaintiff EEOC, to investigate, form, and render an opinion on the following issues:

1. Evaluate the necessity of the English-only rule at Beauty Enterprise, Inc. (BEI) by assessing the nature of the language used on the job by BEI warehouse employees, and to specifically:

   (a) describe the English used/required for carrying out warehouse job duties in the BEI workplace;

   (b) examine BEI's workplace forms and documents and determine the kind of reading and writing skills required for employees to work with these documents; and,

   (c) form an opinion as to the necessity of an English-only policy at BEI, given the nature of the work performed by charging parties.

2. Discuss codeswitching and the nature of language use in English and Spanish by bilingual employees with other employees and to explicate the effect of BEI'S English-only policy on:

   (a) monolingual non-English speakers; (b) bilinguals; and, (c) monolingual English-speaking workers.

3. Evaluate whether or not BEI's policy and practice achieved its purported goals for having such a linguistic requirement.

4. Report on the effect of BEI'S English-only policy on the workplace by:

   (a) elucidating the correlation between language and ethnicity/national origins (i.e., linguistic minorities).

   (b) reporting on the stigmatization and other harmful effects of language-based discrimination on individuals.

Before writing this report I reviewed the following:

- Plaintiff EEOC's *Complaint and Jury Trial Demand*;
- Plaintiff EEOC's *Response to Defendant Beauty Enterprises, Inc. First Set of Interrogatories*;
- Charging parties Alvarez and Torres' *Complaint to Intervene as of Right and Jury Demand*;
- *Answer* of Defendant Beauty Enterprises, Inc.;
- Defendant BEI's *Motion for Protective Order*;
- Defendant BEI's *Memorandum in Support of Motion for Protective Order*;
- Defendant BEI's *Initial Disclosures to Plaintiffs*;
- *Answer and Affirmative Defenses* of Defendant AAA Industrial Temporaries, Inc.;
- Defendant AAA Industrial Temporaries, Inc. *Rule 26(a) Initial Disclosure*;
- Defendant, BEI's *Responses to Plaintiff's First Set of Interrogatories* and *First Request for Production of Documents*;

2

- Defendant, BEI's *Responses to Plaintiff's Second Set of Interrogatories;*
- *Employee Policy Manual,* BEI, Hartford, Connecticut;
- *Individuals Assigned to Beauty Enterprises, Inc. from Staffing Agencies* form;
- BEI's *Amicus Curiae Brief in the Matter of Sandoval;*
- BEI's *Job Description*(s);
- Depositions of the charging parties and claimants;
- Deposition of Minnie González;
- Depositions of BEI Managers, Supervisors, Defense Witness Employees and Owner; and,
- Transcript of a radio show on which Robert Cohen, BEI owner was a guest.

In addition, I participated in a site visit at BEI on December 6, 2001 from 12 to 3 p.m. Mr. Tom Buonocore, BEI Manager, was the guide and provided a tour and essential information about BEI's processes, functions, and operations. Furthermore, I conducted sociolinguistic interviews with most of the charging parties from December 6 through 11, 2001 in Hartford, Connecticut. During these interviews, I sought to determine, among other concerns:

(a) the extent of English language proficiency required to successfully perform BEI job duties;
(b) to assess the effects of the English-only policy;
(c) to assess the necessity and implementation of the English-only policy; and,
(d) to assess the intercultural patterns of communication at BEI.

I used an open-ended, sociolinguistic/language use questionnaire to guide the interviews and to gather information about language use in the BEI workplace along with other sociolinguistic information. These data are foundational to my report and my opinion. Specific references to data based on interview information will not be cited, as my extensive interviews of the charging parties comprise a significant portion of the data presented in my report. A list of charging parties I interviewed can be found in Appendix A. I also reviewed pertinent linguistic, language policy, social science, and other sociolinguistic and legal literature. A list of major references relied upon can be found in Section V of this report.

## II.    SUMMARY OF CONCLUSIONS

After reviewing all of the depositions, interview data, case materials and related literature, I have drawn the following conclusions, which are supported in the body of this report.

### 1.0    NECESSITY OF BEI'S ENGLISH-ONLY POLICY AT BEI AND THE NATURE OF THE WORK PERFORMED BY CHARGING PARTIES

(a)    There is no linguistic evidence to support the implementation of an English-only policy. BEI's warehouse job duties can be performed by workers with limited English-speaking, reading, and writing capabilities because they are routinized, manual labor jobs. This is because the manual labor, warehouse jobs were not language dependent and the English required for carrying them out was minimal.

(b)     BEI workers such as the charging parties understood job concepts and terms in the context of actually doing their jobs and through demonstration — methods that had been in regular use in BEI's warehouse. Essentially all of the English "reading and writing" required at BEI consists of recognizing and filling in letter- and number-based codes and quantities and formal names in blanks on standardized forms. The charging parties communicated in a workplace that had been linguistically diverse, using their limited-English and native languages, and an array of interpretation, signs, gestures and demonstration techniques, to do their jobs successfully.

## 2.0     CODESWITCHING AND THE EFFECT OF BEI'S ENGLISH-ONLY POLICY ON MONOLINGUAL NON-ENGLISH SPEAKERS, BILINGUALS, AND MONOLINGUAL ENGLISH SPEAKERS

(a)     The English-only policy has no effect on individual monolingual English speakers. Moreover, BEI's "belief" that having limited and non-English speakers and bilinguals adhere to the English-only rule makes the workplace more racially harmonious, efficient and safe is not supported by objective evidence.

(b)     The type of communication style employed by Puerto Rican, Hispanic Spanish speakers consists of codeswitching at the code (language), sentence, and word levels. This speech style is wholly automatic because it originates at the unconscious level of information processing. Parallel distributive processing or other brain-wide systems — unconscious mental mechanisms that are implicated in language production — guide a single, unitary grammar generation system for all languages a person speaks. Psycholinguists and scholars of codeswitching agree that thought is independent of any language formation and only one generative grammar system controls both languages of a bilingual. Because most charging parties learned Spanish first, its use is habitual, since the single underlying grammar system of these bilinguals is hardwired to produce Spanish first or automatically when language is generated. Therefore, charging parties cannot control their "slips" into Spanish when they violate BEI's English-only rule. Furthermore, codeswitching, speaking Spanish to other Hispanic Spanish speakers and to some extent to monolingual English speakers, emerges spontaneously without the speaker consciously knowing which language will be produced in the utterance. Because native language formation and codeswitching are under the control of automatic, unconscious mental processes, speaking of native languages by limited and non-English speakers and Spanish dominant bilinguals cannot be extinguished by an English-only rule.

(c)     Charging parties fall primarily into two linguistic groups: (1) limited or non-English speakers who are incipient bilinguals, and (2) Spanish dominant/bilinguals who rely on Spanish or a codeswitching (mixed Spanish and English) repertoire to communicate. It is this linguistic profile that marks charging parties as national origins linguistic minorities. Given their educational and sociolinguistic backgrounds, their age of immigration, employment status, lack of available time to

devote to learning English, among other variables, it is highly unlikely that they will ever achieve any moderate level of proficiency in the English language, much less become dominant in English.

**3.0    EFFECT OF BEI'S ENGLISH-ONLY RULE IN THE WORKPLACE**

(a)    BEI's English-only rule did not achieve its stated goals of promoting racial harmony, business efficiency, and safety in the workplace. BEI's rule is a wholly subjective and arbitrary policy that is neither valid nor fair in its application. Further, it serves no linguistic purpose and is counterproductive because it produces harmful effects by: (1) widening the cultural divide between employees and employer; (2) creating an embattled workplace, in which racial/ethnic tension is escalated rather than diminished; (3) creating barriers to getting work done efficiently and safely; and, (4) serving to impede English acquisition by limited and non-English speaking employees; BEI's English-only rule is fatally flawed because not only does it thwart the original intent of the policy, but it also invites discriminatory treatment of persons who are members of ethnic and linguistic minority groups, irrespective of their actual level of job-related knowledge and skills.

(b)    BEI creates an unsafe workplace by not allowing safety communications in languages other than English among speakers of non-English languages in cases of emergency. Use of the native language allows for rapid and efficient communication in this type of situation.

(c)    Materials I reviewed in this case support the fact that BEI has only enforced the speaking portion of its English-only policy, primarily against its Hispanic, Spanish-speaking employees. In practice, BEI does not consistently enforce the English-only rule in the workplace with all of its Russian, Italian, Bangladeshi, Jamaican, Guyanese, Vietnamese, East Indian, or Polish-speaking employees. In fact, BEI has exempted all of its Bosnian speaking employees in Warehouse 5 from the requirement to read, write, and speak English because the job did not require any language skills to perform. However, although their jobs have changed and now require more language skills than before, Bosnians are still exempt from the English-only rule, even though Hispanics who do the cleaning job are not exempt.

(d)    Research and theory in sociolinguistics, sociology, and cultural anthropology has established that ethnicity and language are inextricably tied. To exclude workers based on their linguistic characteristics, without evidence of a legitimate job-related purpose is, as a practical matter, to exclude them on the basis of their national origins.

(e)    BEI's English-only language policy harmed its limited English-speaking employees by creating in them a reasonable understanding that they were being disciplined, demoted, and fired due to linguistic traits they possessed as a result of being members of a particular national origin or ethnic group, rather than on the basis of their job skills.

### III.    REPORT ON THE SOCIOLINGUISTIC INVESTIGATION AND RESULTS

The following subsections report on the details of my investigation of the BEI English-only policy as well as my findings.

### 1.0    NECESSITY OF BEI'S ENGLISH-ONLY POLICY AT BEI AND THE NATURE OF THE WORK PERFORMED BY CHARGING PARTIES

#### 1.1    BEI'S Workplace is Not Language Dependent

The responses to the language use questionnaire and the elicitation of authentic language samples were used to provide a linguistic description of the use and functions of language in the BEI workplace, which are fully described in the following subsections of 1.0. My analysis of the BEI job descriptions and chart of job tasks from a representative sample of the positions (Appendix B), along with my interviews of charging parties and site visit to the BEI warehouse also provide evidence supportive of the fact that the BEI warehouse is not a language dependent workplace. A language dependent workplace requires a broad and varied use of language in a variety of modes to support and, at times, to create products in the workplace. The jobs of a lawyer or secretary are classic language dependent jobs, unlike the manual labor required in the BEI warehouse. Therefore, there is no linguistic evidence to support implementation of an English-only rule at BEI.

Materials I reviewed for this case support the fact that the BEI warehouse has used almost exclusively limited and non-English speaking and native language dominant bilingual immigrant populations to fill its manual labor needs. Based on my on-site visit and data from depositions, it is clear that there has been little change in the BEI workplace over the last 20 years. There were and still appear to be no formal hiring requirements and no formal training programs. Employees learn through on-the-job training methods, primarily by demonstration and verbal instruction from peer co-workers (Depo. of T. Buonocore, pp. 50-51; see also R. Lugo Depo., pp. 22-32). Additionally, there was no great reliance on technology or computers in the workplace, though they have been in use since the inception of the company (Depo. of R. Cohen, p. 27).

During my site visit, I observed the extent to which computers were used in the BEI workplace. BEI Manager, Mr. Buonocore, demonstrated the labeling machine in the Shipping Department; all one had to do was press one button and a label was emitted. Charging parties also reported that <u>supervisors</u> used the computer to track product inventory. According to Mr. Reinaldo Acosta (Depo., p. 35) everything in the computer is coded by number and there are no letters involved in the input; it is an easy system to use (See also Supervisor F. Pineros Depo., pp. 67-68). Therefore, limited recognition, writing, and matching of numbers is paramount to BEI warehouse jobs — not English language skills. The ability to match numbers and letters is a cognitive skill that is universal to all of the world's languages, not English alone.

### 1.1.1  BEI Production Jobs were Routine and Repetitive, and Required Only Negligible English Language Skills and Infrequent Verbal Communication

Linguistic skills, in any language, were only minimally required at BEI, and it is apparent that language played little to no part in performing warehouse worker jobs. These jobs required physical dexterity, concentration, stamina, attention to detail, visual matching skills, problem solving skills, and common sense more than any English writing, reading, or speaking skills. Indeed, data from my site visit to BEI and interviews with charging parties converged with both of my linguistic analyses: (1) descriptive analysis of BEI's job descriptions (Appendix B); and, (2) the qualitative analysis of BEI job-related documents (Section 1.1.2)

I conducted a linguistic analysis of BEI's job descriptions, which had been verified for accuracy by BEI supervisors during their depositions, for any mention of any type of linguistic or other communicative strategy required to get the job done, even if it was only implied (See Appendix B, pp. 2-3). Only those jobs that were held by more than one charging party were included in the analysis. Out of 62 job tasks, none (0 or 0%) required a significant use of any type of language to accomplish (See Appendix B, p. 1). Additionally, when I analyzed job tasks for minimal use of language, or any other form of communicative strategy required to accomplish the task, only eight (8 or 13%) of the 62 tasks reflected such use. For example, for the puller position, one job task was "make sure an order checker is assigned to check order" (Appendix B, p. 2), which could be accomplished by handing a completed order to a checker; hence, no language skills are really required to successfully complete the task. Contrast charging parties' jobs to a more language dependent supervisor's job that contained seven tasks, of which six may require significant to minimal language skills to accomplish. None of these tasks specified the level of language proficiency, nor the language in which the communication was required. In interviews, charging parties reported accomplishing communicative tasks with minimal language by utilizing visual and other non-verbal forms of expression (e.g., demonstration, gestures such as pointing, codes, and visual inspection). In fact, 38 to 44 (61% to 71%) of the job tasks required matching skills to accomplish, and 54 (87%) required other skills such as lifting, physical stamina, or operating a forklift to complete the task. This analysis of BEI job descriptions supports the fact that, for the majority of charging parties, the jobs they held at BEI were non-language dependent.

As Mr. Julio Benabe noted in his interview, *"A mute could do the job."* This idea was reiterated by Ms. Eva Diaz (Depo., p. 194): *"It's an easy job, anyone can do it, and you don't need to speak English to do the job."* Ms. Gloribel Ramos (Depo., p. 61) added: *"And I like the work. Even a second grader could do it."*

The jobs performed by charging parties were so routine and repetitive in nature across all departments that persons with limited English could easily learn the language of the workplace through memorization strategies and repetition (Depo. of J. Linares, p. 61). More specifically, I found that at BEI's warehouse, the only language skills needed to successfully perform jobs included the following:

- ability to understand simple directions;
- ability to ask simple questions or make requests; and,
- ability to recognize and write number- and letter-codes, addresses, individual words, quantities, or the employee's own name or initial (Appendix C, BEI Job Descriptions and Appendix D, BEI Forms).

As I will describe below, there is no aspect of charging parties' work at BEI that required them to have any more than the minimal English language skills noted above. This was true from the moment they were hired and remained true in their day-to-day performance of work-related activities. To successfully perform their jobs, employees relied on a variety of non-verbal learning strategies in their job (See Section 1.5 below).

**1.1.2  Results of the Linguistic Analysis of Job-Related Documents Support Conclusion That BEI is a Non-Language Dependent Workplace for the Majority of Charging Parties**

Only minimal English language skills are required to successfully work with BEI job-related documents. BEI's workers are not required to "read" in English, except in a very limited, contextually-dependent sense, called transactional reading (or recognizing) single words, numbers, or short phrases usually arranged in tables or columns. My linguistic analysis of BEI's job-related documents revealed that they **require a 3rd grade average level of understanding in English (if the reader depended on names of products as opposed to code numbers, which the majority of charging parties utilized)**. Individuals with minimal English skills can interact with BEI workplace documents and accomplish their jobs. Even if a worker does not know how to actually read in English, he or she can rely on the product codes. To check for accuracy, they differentiate between spellings of words, so as to ensure that they have chosen the correct product. The documents require only selective reading of isolated words, numbers, and product names, and are cognitively simple and are always used in the context of specific tasks (See Appendix E for a full discussion of the linguistic analysis of BEI job documents). BEI's workers do not rely simply on linguistic competence when "reading" job-related documents, but rather rely non-verbal skills such as visual recognition and discrimination and meta-cognitive skills such as understanding the context, purpose, task-relatedness, and function of the forms.

BEI documents required the writing of numbers, dates, times, initials, product names, and customer names. There was no writing required of workers that involved anything beyond numbers and isolated words or names. Therefore, both English reading and writing tasks were extremely minimal and, once workers were oriented to the BEI documents, easy to accomplish.

**1.2    Hiring Procedure Did Not Require English Proficiency**

For existing long-term employees, the English-only requirement was imposed after they had been hired and had already demonstrated competence on the job. Most of the interviewed charging parties reported that when they were hired, no one mentioned to them that speaking, reading, understanding, and writing English would be needed in order to get the job done, nor

that they had to comply with an English-only workplace rule.[1]  Charging parties generally were able to complete the application process by themselves since BEI's job application was very basic.  Furthermore, Russian employee, Mr. Jakob Khutorosky (Depo., p. 21), reported that in 1990, his English/Russian-speaking son acted as the interpreter while Mr. Cohen conducted his hiring interview.  Like some of the charging parties, Mr. Khutorosky (Depo., p. 23) could not complete his own application and to do so required the assistance of his son.

Many of the charging parties reported that the job was negotiated through a temporary agency: at AAA Nancy, Maldonado would speak to charging parties in Spanish and sometimes she filled out the paperwork (Depositions of M. Aponte, pp. 42 & 45; R. Green, p. 45; for Essential Services see M. Garcia, Depo., p. 93).  After reporting to BEI, they signed a time card; then, some employees were given a very short orientation and put to work (See F. Pineros Depo., pp. 202, 267 & 276).  Many charging parties had no interview at all — they were told to report to work the next day (e.g., M. Alvarez Depo., pp. 37-38), and some did not receive even the cursory orientation before being assigned to work (Depositions of R. Lugo, p. 75; R. Green, p. 47).

## 1.3    Only Minimal English Skills Were Needed to Perform BEI Jobs

Once on the job, charging parties needed only very limited English language skills to accomplish their various job duties at BEI.  These skills included speaking and understanding: (A) simple questions; (B) simple commands or requests; (C) simple descriptions; and, (D) simple confirmation of commands, instructions, and understanding.  Examples of these skills follow:

(A) **Simple Questions** were used to ask for information.  At BEI, charging parties mostly asked about where they would be assigned for the day.  Ms. Gloribel Ramos gave the following example — *"What am I going to do today, Tom?"* — meaning what activity will I be assigned to for the day's work?  The universe of possible responses is typically the job(s) to which he or she is assigned.  Notice that one word, such as *"checking,"* could be used in place of the whole sentence, *"Go to the end of the picking lines and check the orders for accuracy."*  Moreover, one word in this setting represents an entire context.  For example, if assigned to checking, then the person knows that they will go to a certain place, the pullers would bring them the picked products to check, and they will then check the orders for accuracy and pack and label them, before they are palletized and delivered to the shipping department.

(B) **Simple Commands or Requests** could have many grammatical representations. Employees at BEI typically would ask for a specific product to complete an order.  Ms. Margarita Aponte gave me a classic example of such a request at BEI: *"This one [pointing to a product]?"*  This "telegraphic" speech communicates only the essential elements of speech; the whole idea is expressed by an adjective and a noun.  All of the nonessential parts of this sentence

---

[1] BEI Owner, Mr. Robert Cohen (Deposition, p. 160-161), claims that the English-only rule appears on the BEI application form and that he thinks everyone is informed of the rule before they are hired, but he is not sure.  In addition, the rule was first memorialized only after the May 2000 hearing.  An additional form that temporary employees have to sign was created after May 2000.  Temporary employees must now declare that they can speak, read, and write English; however, temporary employees are not given a copy of the employee handbook (Vice President of Operations, A. Piccirillo, Depo., p. 122).

such as the object, articles, and prepositions are missing (i.e., "Is this the product that I ship?"), but the essential part of the communication is there and is understood by both the worker and the supervisor in the BEI warehouse context.

(C) **Simple Descriptions** were given by supervisors or managers in answer to a question from workers about the status of a product, i.e., "*out of stock.*" All interviewed workers reported similar simple descriptions throughout the various warehouse jobs. Mr. Jose Linares (Depo., p. 75) reported that he would often be asked in English to bring a specific box and his Supervisor, Mr. Paul Lopes, would hand him a piece of paper with a product code number on it and direct him to a specific location to find it. No language was needed to complete the social transaction — the employee needed only an understanding of the representation of numbers and the ability to correctly match them to find the product. Moreover, the universe of possible problems at BEI was equally small. Limited and non-English speakers could familiarize themselves with the minimal English required to describe these finite situations simply by learning through memorization and then comprehending a limited number of essential words.

(D) **Simple Confirmation of Commands, Instructions, and Understanding** is the final category of language skills required at BEI. Ms. Eva Diaz and Ms. Waleska Miranda reported that simple confirmations like *"Yes," "Okay,"* or *"Thank you,"* were frequently used in a variety of situations to express and signal that the instruction had been received and processed. The function of these linguistic expressions is highly context dependent — those who are familiar with the actual work situation are well acquainted with their meaning.

## 1.4    Language Was Used Only Infrequently

In addition to the very basic level of English they required, BEI jobs depended upon English language proficiency only minimally and infrequently (negligibly) because work was generally performed individually, with minimal verbal interaction with co-workers. Completion of routine tasks and procedures made BEI workers self-directed and autonomous, and when communication between workers and supervisors was needed, only very basic verbal skills were involved.

### 1.4.1    Minimal to No Language Used for Job Assignment and Closure

Picking up daily job assignments required only the use of minimal or routine language phrases (See Section 1.3 above). Often, getting an assignment was an act that did not encompass any language at all. Most of BEI's workers, once trained, were self-directed, and could obtain an assignment from an order basket on their own initiative.

A typical day for charging party Ms. Maria De Jesus, an order puller, illustrates the limited amount of English used on the job. Ms. De Jesus would punch in, and perhaps say, *"Good Morning,"* to someone, then stand in line to pick up a product order/pick list. She would record the product order number in the order book. She might ask someone for a cart within which to place the items: *"Gimme the cart."* She would locate items from the list, utilizing the item number and her memory of its geographic locale in the warehouse. Then she would match the product number to the product and put it in her cart. When she was done collecting the items

on the pick list, she would deliver them to Ms. Eva Diaz, who would check her work for accuracy. She commented that she hardly had to speak to do her job, except perhaps to ask for a missing product: *"One second, no [sic][2] have this."* Or Ms. De Jesus might write down the stock number and hand the piece of paper to a supervisor walking by and say, *"Excuse me, I want this. Thank you."* The infrequent use of language to carry out the job was confirmed in deposition by non-Hispanic BEI employees and BEI supervisors as well (e.g., Depositions of Leilamattie Mahbeer, pp. 26-28; R. McCormick, p. 56).

BEI supervisors admit that getting the job done (not English-speaking skills), is the essential criterion for a good worker at BEI. According to lead warehouse Supervisor F. Pineros (Depo., p. 179), what made a temporary a good employee was: *"How fast they go."* When deciding to make someone a full-time employee, he focused on their attendance and accuracy (F. Pineros Depo., p. 182). Charging party Ms. Waleska Miranda, reflected that all day long, everyday she would be told by Tom and Ross (Supervisors), *"Hurry up. You have to finish at 12:00 (for CVS orders) or 1:00."* She reported pulling up to 100 orders in one workday.

## 1.4.2 Charging Parties' Work at BEI was Individualized in Nature, Not Team-Based

BEI warehouse workers' jobs were primarily individualized in nature and did not usually include collaborative efforts as part of a team. According to Supervisor F. Pineros (Depo., p. 200), pickers or pullers were typically assigned not to work with other workers, but instead usually worked alone.

## 1.4.3 Order Errors Were the Most Typical Situation that Required Verbal Communication

As Supervisor F. Pineros (Depo., p. 102) and charging parties in my interviews made clear, errors in filling the product orders were the most typical situation in which workers needed to use language. Ms. Eva Diaz, a checker, reported a typical conversation regarding errors:

| | |
|---|---|
| Diaz: | *Richard is this right? Or do you want to give them less than this?* |
| Supervisor: | No, this is wrong. Give them three pieces. |
| Diaz: | *Thank you.* |

BEI offered year-end bonuses based on productivity, so job tasks were completed as fast as possible. As a result, there was a strong incentive for employees to acquire and comprehend the few English-language words required to do their jobs. Therefore, most of these types of job-related errors were not attributable to lack of English language proficiency in the workplace, but rather to inattention, fatigue, mistake, or human error. Supervisor F. Pineros (Depo., pp. 198-199) testified that when BEI employees speak any language while they are working, more errors are committed because they are distracted. It was revealed in interviews by charging parties that supervisors would also make mistakes by reporting that a certain product was unavailable when in actuality it was available, which was a great source of the errors made in the workplace.

---

[2] In general, there were so many grammatical errors in English made by individuals quoted in this report from interviews, depositions, and possible transcription errors, that to use [sic] in every instance would impede the ability of the reader to comprehend the text. Therefore, I have elected to only selectively use [sic]. All grammatical errors in quoted speech are not mine.

**1.5    Strategies Enabled BEI Employees to Effectively Train and Function with Minimal Language**

Enumerated and described in the following subsections are the numerous non-verbal strategies that these limited and non-English speakers and Spanish dominant bilinguals applied to reduce the workplace communications to their essential functions. These strategies served to improve individual productivity with the least amount of language usage.

### 1.5.1    Use of Numbers and Colors to Accomplish Job Tasks

Because of the nature of the work at BEI, numbers were often relied upon to communicate information about job-related tasks. Numbers were used in product codes, dates, and quantities. Charging parties reported that they used aisle numbers to find the product, which also had a number and letter code, and then they would have to count the number of products in a box to confirm the quantity. Supervisor F. Pineros (Depo., p. 81) reported that alphanumeric codes were used for product locations. Ms. Maria DeJesus (Depo., p. 77) also stated that she learned her job as a puller by using the number codes. Numbers sometimes also replaced simple phrases in English. Supervisor F. Pineros (Depo., p. 45) related that instead of writing a phrase such as "out of stock," a checker just needed to right a "0" on the pick list. Recognition and use of numbers is a skill that any person, even a person with a limited education in a non-English language can understand (Appendix F). And, because the work orders were often the same week after week, recognition of numbers became routine and easier to recognize and use over time.

In addition to product numbers, colors were used to distinguish one beauty product from another. In many cases, the products looked identical, but were for different applications (e.g., hair color versus permanent curl solution), and thus had different colored boxes. Supervisor F. Pineros (Depo., p. 73) also stated that BEI uses a bright red polka dot that read "Out of Stock" to indicate to the stocker that a shelf needed to be supplied. Therefore, visual attention to detail, and not language skills, was the primary required job skill.

### 1.5.2    Use of Demonstrations and Spanish to Facilitate Understanding through Observational Learning

BEI's limited and non-English speaking employees relied on demonstration to learn their jobs by observing supervisors or co-workers do the job first. For example, Mr. Miguel Alvarez learned how to operate a forklift safely by watching a video. The efficiency of this method of learning has been well documented in the field of human development. For example, Bandura (1977) contends that many human behaviors are learned through modeling, i.e., demonstration.

Supervisor F. Pineros (Depo., pp. 258-261) reported that most new hires were placed with experienced warehouse workers for training. This training involved direct observation of the job skills. When queried, charging parties said in interview that they used demonstration with new hires who did not speak English or who spoke a language other than Spanish. Through such processes, workers were able to complete their assigned tasks without proficiency in English.

For example, Ms. Rosa Green (Depo., p. 53), like many charging parties, did not tell BEI nor the temporary agency that she could not speak English because she needed the job. She asked her supervisor, Mr. Miguel Alvarez, to get her someone who spoke Spanish to train her and she worked with Mr. Nelson Marquez,[3] who spoke Spanish to her on the first day as did her trainer, Ms. Luz Andujar. Though she was initially worried, after she had completed her training on the first day she realized, *"I didn't worry about it because I didn't have to talk to anyone"* (R. Green Depo., p. 53-59). Ms. Madelyn Perez also learned by observation. She reported that a Russian speaker, Babusha (phonetic spelling), trained her by showing her the location of the products. Mr. Eric Rivera described an English-speaking African American trainer who demonstrated how to properly stack boxes on a skid, with the heavier boxes on the bottom.

Using hand signals and gestures to demonstrate an action, Ms. Eva Diaz' trainer would say, *"No, this is how you do it."* As a novice, Ms. Diaz watched her trainer while she went through the correct motions. Similarly, Supervisor F. Pineros trained Ms. Eva Diaz (Depo., pp. 49 & 212) through demonstration on her first day of work: *"No, he didn't explain to me. He told me how to do it. Like he took me to the table, he say, you take this, put this spray, take off the label, you clean it. And he want for me to see how to do it."* BEI supervisor Mr. Michael Ambruso (Depo., p. 80), used hand signals and gestures to teach the Bosnians under his supervision as only one of them spoke broken English.

### 1.5.3   Same Language or Interpreting Used to Accomplish Job Tasks

A common phenomenon among English speakers in a multilingual setting is to ask the speaker of a non-English language to interact with a second speaker of the same non-English language. In fact, charging parties stated that jobs were effectively set up by language, which facilitated communication in their native language. It was not uncommon at BEI to have all Spanish speakers working the same aisle as pickers, or all Bosnians assigned as cleaners in Warehouse 5 (Depositions of F. Pineros, p. 141; T. Buonocore, p. 24). Ms. Luz Andujar and Ms. Margarita Aponte, both whom worked at BEI as cleaners and were Spanish dominant, claimed to speak only a few words of English, but nonetheless were eventually promoted to pickers or pullers at BEI (Appendix G). Similarly, Ms. Cecelia Ortiz (Depo., p. 50; see also M. Rivera, Depo., p. 43) and many charging parties reported having to speak Spanish to co-workers who spoke only Spanish and did not understand English. Charging parties reported in their interviews with me that they were asked to translate or interpret for their co-workers when training new hires, training individuals in new tasks (See B. Berrios, Depo., p. 170), or for Spanish-speaking customers in the BEI showroom for no extra pay (See Depositions of W. Miranda, p. 167; Supervisor F. Pineros, pp. 416 & 419). I also observed the lines of same language workers during my site visit to observe BEI in December 2001.

---

[3] Mr. Marquez (Deposition, pp. 52-55), a BEI warehouse supervisor and employee for 16 years, does not believe that individuals have to speak or write English in order to do their jobs at BEI; people who can read numbers only can do the job at BEI.

13

### 1.5.4   Use of Memorization

Another strategy employed by charging parties involved memorization of words in English or the location of a product, or of product code numbers. Mr. Harold Acosta related to me that his nickname was "the computer" because he had literally memorized the location of most of the products BEI stocked in the warehouse. He was famous at BEI for knowing where everything was located. Because of this highly developed skill he did not have to rely on many forms or documents to understand or aid him in doing his job. Many charging parties reported utilizing this same type of visualization strategy. Ms. Gloribel Ramos also reported that she learned to do her job by memorizing the names of products and their locations. Note that while this strategy does not involve language, it leads to and enhances comprehension. Learning often is achieved through repeated association and exposure. The same process of association occurs when an individual first memorizes a word in English, through association and repeated exposure, memorization is transformed into understanding and comprehension.

### 1.6   Conclusion

The BEI workplace is essentially a manual labor environment that is non-language dependent. Job tasks are routine, repetitive, limited in scope, and usually performed individually and not by teams. Problems are predictable, thus making the scope of language use narrow and the need for expressive language minimal. Communication was accomplished through a variety of means among culturally and linguistically different employees, including codeswitching (mixing Spanish and English), Spanish-to-Spanish and English communications, gestures, memorized English proficiency as well as some reliance on interpreting, gestures, and hand signals. Employees rely on numbers, codes, colors, memorization, demonstration and visual observation to function effectively in their jobs and to learn new tasks (often learned first through Spanish communications). Mr. Robinson, BEI's attorney during deposition, asked charging parties in their depositions to estimate the amount of time they spent speaking about work during the day. He discovered that it ranged from only 15 to 30 minutes for most employees, to as much as one hour for some job-related tasks. This finding also supports my observation and interview data leading me to conclude that BEI is a non-language dependent workplace because most employees use, or need to use, very little language to complete job tasks.

## 2.0   CODESWITCHING AND THE EFFECT OF BEI'S ENGLISH-ONLY POLICY ON MONOLINGUAL NON-ENGLISH SPEAKERS, BILINGUALS, AND MONOLINGUAL ENGLISH SPEAKERS

### 2.1   The English-Only Policy has No Effect on Monolingual English Speakers

It goes almost without saying that an English-only rule in the workplace has no effect, adverse or otherwise, on individual monolingual English speakers. They can conform to the rule without any behavioral changes and it is not a stressful requirement, since they can do so without any thought. However, according to sociolinguistic research and theory, there is a pervasive "belief" among monolingual English speakers (and at BEI) that requiring limited and non-

English speakers and bilinguals to conform to an English-only rule will culminate in a workplace in which there is less racial tension and is safer and more efficient. For example, BEI's owner, Mr. Robert Cohen, (Depo, pp. 91-93) testified that he assumed [emphasis mine] that the English-only rule which he created culminated in racial harmony, business efficiency and improved safety. He also admitted that he came to these conclusions based on "common sense," rather than by objective methods, studies, or data-based investigations. This "belief" is not founded upon any empirical evidence and is inconsistent with linguistic theory and principles, and, in this case, directly opposed to the findings of my sociolinguistic study of the BEI workplace (See Sections 1.0 and 3.0, and Appendix H).

## 2.2    The Nature of Bilingual Communication: Codeswitching

I was asked to render an opinion about the relative ability of charging parties (Spanish dominant bilinguals and limited and non-English speakers) to continuously abide by BEI's language rule to prohibit their native language use in the workplace. Sections 2.3 to 2.7 explicate the many variables involved that make it very difficult to nearly impossible to govern unconscious language use with a simple external linguistic rule: speak only English during the workday. These subsections also discuss the language use patterns of codeswitching among these two different groups of charging parties.

## 2.3    Thought, Language Formation, and Translation are Unconscious Processes

Language formation is a cognitively complex process that utilizes unconscious mental mechanisms to generate reading, writing, and speaking skills. In his recent review of the scientific information on language and the mind, Dr. Steven Pinker, Director of the Center for Cognitive Neuroscience at MIT, concludes that **language formation and use in human beings is instinctual, unconscious, and outside of the awareness of the user.** Tracing the history of scientific findings from Darwin (1874), Labov (1969), and Chomsky (1988 & 1985) through the work of modern neuropsychologists, psycholinguists, and linguists, Pinker presents evidence in his book, *The Language Instinct* (1995) which supports the conclusion that:

> *Language is a complex, specialized skill, which develops in the child spontaneously, without conscious effort or formal instruction, is deployed without awareness of its underlying logic, is qualitatively the same in every individual, and is distinct from more general abilities to process information or behave intelligently.* (p. 18)

The instinct to learn, speak, and understand language is so great that, *"When there is no one to talk with, people talk to themselves, to their dogs, even to their plants"* (Pinker, 1995, p. 17). Chomsky (1988 & 1985) and others posit that there is a fundamental Universal Grammar that directs the creation of thought, referred to as "mentalese," that is a native capacity in all human beings (See also, De Bot & Schroeder, 1993).

Language and thought are inextricably linked (Chomsky, 1985). Thinking is accomplished with images or mental representations that contain vast amounts of information. Language formation, on the other hand, relies on translating those mental images into equivalent spoken or written language symbols. Mental images are referred to as the "deep structure" of a

communication whereas linguistic representations are called "surface structures." Both mechanisms are unconscious mental processes. Through a variety of learning strategies individuals acquire the links between them.

The translation of mental thoughts into specific meaningful units of speech is accomplished through a "generative grammar" or an unconscious mental mechanism that allows for sentence formation out of distinct units of meaning (e.g., words and phrases in a particular language). That is to say, mental images are converted into linguistic utterances by way of a generative grammar system that is a wholly unconscious mechanism.

Anecdotal evidence that language formation is outside of conscious control can be found every time we speak. When I utter the sentence, *"I swear to tell the truth, the whole truth, and nothing but the truth,"* I am not consciously aware that I have selected a subject, verb, object grammar format; that I have selected an idiomatic phrase to speak; that I have modified the verb phrase with an infinitive phrase; that I have chosen the first person rather than the third person; that I have selected the simple present to convey a future action; and so forth. If we were consciously aware of all of the decisions that must be made to utter a sentence, we could not accomplish the feat, indicating that linguistic grammars are automatic, unconscious processes.

There is also strong evidence that there is a critical developmental stage for acquiring a language grammar. For example, by the age of three most individuals have mastered a linguistic grammar in their native tongue (Pinker, 1995). By way of contrast, deaf adults who grow up isolated from the deaf community, but are otherwise neurologically intact, display great difficulty acquiring any language-based grammars. In the same way, the learning and use of a second language can begin at any age, which results in varying degrees of bilingualism. Bilinguals are able to use complex, unconscious cognitive processes, such as translation and other language formation mechanism, to convert thought or mental images into two different codes or languages.

### 2.3.1    Speed of Language Processing is Instantaneous and, Therefore, Difficult if Not Impossible to Control

Language formation is believed to be a whole brain function (since no "language organ" in the brain has ever been discovered) that psycholinguists believe takes place using parallel distributive processes or other whole brain functions. Hinton and Anderson (1986) and McClelland *et al.*, (1986) both advance the idea that information is stored in brain-wide locations and that unconscious global processes allow for rapid excitation and inhibition of pertinent knowledge nodules in order for complex processes such as learning, forgetting, and language production to take place. Total activation time for this complex Parallel Distributive Processing (PDP) system is thought to be <u>less than one-half second</u> (McClelland, Rumelhart, & the PDP Research Group, 1986; see also, González, Vásquez, & Mikkelson, 1991).

The speed of thought processing — encoding thoughts through a generative grammar and uttering the final thought into a native language utilizing linguistic grammars specific to a language — is done at lightening fast speeds at an unconscious level. According to Levelt (1989, preface*), "Articulation flows automatically, at a rate of about 15 speech sounds per*

*second...."* The speed of language formation has been studied in minute intervals as well. Courtroom language, for example, ranges from a low of 160 words to more than 220 words per minute (González, Vásquez, & Mikkelson, 1991).

A direct result of the brain's utilization of these reflexive, unconscious processes in complex cognitive operations (e.g., memory encoding, language formation, translation of one language into another) is that they are unavailable to direct introspection. According to Fodor (1983), the human nervous system is innately ready to accommodate domain-specific cognitive modules (e.g., language capability), which are outside of consciousness and control. Higgs and Clifford (1982) assert that once automatic processes are learned they are difficult to suppress or alter; and, when reinforced, communication strategies are fossilized and their subsequent modification or ultimate correction is rendered difficult to the point of impossibility. For example, MacGregor-Mendoza (1999) found that Hispanic-bilingual children, unless immediately threatened with corporal punishment or actually punished by their teachers, would continue to use Spanish with other bilingual Hispanic children. Even with the threat of punishment, it was difficult or impossible to suppress or alter their first language use.

### 2.3.2    Conscious Awareness is Very Limited Making It Difficult to Actively Monitor Speech

Although information processing requires sustained, conscious, awareness, there is only a limited amount of conscious attention available for many tasks. Wortman, Loftus and Marshall (1988) estimated that humans receive over 100 million pieces of information per second through the senses, but at the conscious level are only aware of a very small percentage of this information. Level of attention varies from person to person and it also depends on the demands of the task. If there are too many demands on our limited attentional resources, then tasks carried on simultaneously (in awareness) will interfere with one another (Posner & Snyder, 1975). Weaver (1972) notes that if too many stimuli are attended to at once, the energy devoted to such attending is dissipated.

When charging parties are asked to speak English only, they must actively use their limited conscious awareness to monitor and screen out their native language. They must also use some of their conscious awareness to carry out other cognitive tasks associated with translation such as actively monitoring the input for processing (their second language) and actively monitoring their output for errors (also their non-native language). However, at the same time, they have to pay attention to performing their job tasks quickly and accurately. The more they must monitor their active listening and speaking, the less attentional resources will be available for other tasks.

Thus, it is clear that when charging parties "slip" into Spanish — it is in part due to the primacy of their Spanish grammar system — but it may also be caused by mental fatigue and attentional dissipation from attending to their work tasks and linguistic processing at the same time. Because of the English-only rule in the workplace, charging parties are required to use their limited conscious attention span to actively monitor their unconscious language processes,

not only during the time periods that they wish to speak, but all day, because their Spanish grammar system is in a constant, automatic state of readiness (i.e., they are actively suppressing what comes natural to them).

## 2.4 One Generative Grammar System Controls Both Languages of a Bilingual: The First Language Learned Is the First One Activated

A single generative grammar system underlies one's primary language and when a second language is learned by bilinguals, "the components become linked together through use" (Green, 1993, p. 268). Because language processing is unconscious, neurological triggering occurs that permits bilinguals to automatically access both language codes at the same time. For individuals who speak along a bilingual continuum, "both languages are activated, but one — the base language — is more strongly activated than the other" (Grosjean, 1997, p. 229).

For individuals who acquire a second language, Paradis (1981) and others (Hinton & Anderson, 1986; and McClelland, Rumelhart, & PDP Research Group, 1986) believe that information from both languages is stored together. Moreover, Markman (1989) has found that children learn new words based on their meanings. Thus, once the image for a *"vessel to drink out of "* is encoded as *"cup,"* no new label can be encoded for that word. What this means is that learners of second languages actually form synonyms based on a different property of a similarly named object. In essence, for bilinguals the first image and word label associated with the concept "cup" is in Spanish, *"taza."* Thereafter, especially if the individual is Spanish dominant, the Spanish word *"taza,"* will always appear in their consciousness first and it will have been translated into the English word "cup" before it can be used orally.

Because Spanish was learned first by most charging parties, it is the most habitual, and thus, automatically accessed when language formation modules are first activated (e.g. charging parties begin to speak). Charging parties do not possess the ability to access and utilize English with facility because their primary grammar encoding was in Spanish; hence, both of their Spanish and English codes are controlled by and utilize the one underlying Spanish-linked generative grammar system. That is to say, Spanish is used so often that it is the most readily available grammar and the most automatic because it is so deeply ingrained. Thus, even though switching codes involves two languages it is clear that codeswitching is controlled by a single unconscious, grammar system because what emerges is one coherent language, complete with specific grammatical and sociolinguistic rules for its use (See Section 2.5).

## 2.4.1 Limited and Non-English Speakers Must Translate Every English Utterance They Hear into Spanish Then Translate Their Spanish Responses into English Before Speaking

Bilinguals who are limited English proficient and Spanish dominant must "translate" all of the English they hear and what they speak. It is a universally accepted linguistic precept that to comprehend a message in only one language accurately, the listener must transform it from its surface structure to its deep structure form, retaining both of those forms in memory. The message is processed multi-dimensionally, converted back from the deep to the surface structure, and then checked against the surface structure of the original message.

18

Adding a second language to this set of processes exponentially increases the level of cognitive complexity and amount of information processing. More than 22 different cognitive tasks must be accomplished for one language to be translated into another (González, Vásquez & Mikkelson, 1991). Because of the complexity of the activity and to reduce error rates due to fatigue, most professional interpreters are replaced by "team" colleagues every 20 minutes. Therefore, BEI's English-only rule places a significant burden on charging parties that is both mentally taxing and exhausting by requiring them to suppress their native language for up to eight hours a day.

Moreover, charging parties do not have equal proficiency in both Spanish and English. In fact, they are limited or non-English speakers or have dominance (full mastery of Spanish) with little English ability. Pfaff (1982, p. 273) claims that:

> Code-mixing...occurs because an L2 [second language] word or expression is more salient or unknown in L1 [the native language], the language of discourse; it takes place within constituent boundaries, and results in sentences which belong fundamentally to L1 [the native language] (See also Zentella, 1997; Appel & Muysken, 1987).

It is a commonly held misperception among laypersons that all bilinguals possess native-like proficiency in two languages or what is referred to as being a "balanced bilingual." According to Hakuta (1986, p. 4), *"...very few people who would generally be considered bilingual have anything resembling native-like control of both languages."* For example, the Federal Court Interpreter Certification Project, through 2003, has identified only 946 individuals who qualify for work as federally certified interpreters out of over 23,000 individual test administrations; these are the individuals who are closest to being balanced bilinguals in the United States.

## 2.4.2 Charging Parties Struggle to Consciously "Switch" to English if They Are Cognitively Involved in Another Task

Several charging parties reported waiting to punch out of work and responding to an English question by saying, *"Que?"* Doing two things at once obviously distracted these speakers and automatically, without consciously being aware of it, they responded in their dominant, native language to a question by a Spanish bilingual. This is a natural reaction, just as an English speaker would not be consciously thinking when distracted and would ask, *"What?"* The bilingual speaker's response was not a conscious choice to not speak English, but an instantaneous, automatic linguistic response to a specific sociolinguistic situation. Because the listener has facility in both languages, the speaker automatically responds in the listener's first or native language according to well-defined sociolinguistic rules for switching codes (See Section 2.5 below). In the aforementioned instances, a supervisor who was walking by heard *"Que?"* and yelled, *"Speak English."* Demanding that an individual who is not a native English speaker refrain from automatically responding in their native language while distracted is analogous to asking someone not to blink when they are simultaneously engaged in another cognitive task.

According to Grosjean (1982, p. 149), *"a bilingual's main concern is with communicating a message or intent, and they know that the other person will understand them whether they use one or two languages."* This may be the case, so much so with some bilinguals, that codeswitching is the norm rather than the exception. Charging parties and BEI supervisors acknowledge that "Spanglish" is used at BEI by Hispanics (e.g., Manager R. Acosta, Depo., p. 125); this term is a colloquial name for codeswitching. To require an individual to constantly monitor their output, that is, to continually monitor which language will be produced, results in a struggle that is mentally and emotionally debilitating to the extreme (See Sections 4.4.7, 4.4.8 and Appendix I).

## 2.5    Codeswitching is a Natural, Automatic Phenomenon Among Speakers of Two or More Languages

Language is comprised of a set of skills in one language: listening, speaking, reading, and writing. On the other hand, bilingualism is the ability of an individual to produce meaning in two languages and includes passive knowledge or comprehension without the ability to necessarily speak in one of the two languages. Codeswitching requires that at least one speaker be bilingual, but typically there are two or more bilinguals of varying ability, who will alternate between two different languages in the course of a conversation, a paragraph, or even a sentence (Grosjean, 1982; Valdes, 1982). One codeswitching scholar (Riegelhaupt, 1999) considers this phenomenon a language unto itself; its native speakers are bilinguals. Myers-Scotton (1995) maintains that for Puerto Rican speakers codeswitching is the "unmarked" or most common form of communication. In other words, charging parties' use of Spanish and English is intermixed throughout their discourse — between sentences and among sentences — as their standard code (language).

### 2.5.1    Codeswitching is Unconscious Language Use

It is erroneous to think that all bilinguals are equally bilingual and that they all possess enough proficiency and experience in both languages to be able to choose which one to speak at any given moment. This is supported by the fact that only <u>one generative grammar</u> controls all language production — no matter how many languages are involved in the utterance. In the workplace, if limited and non-English speakers do not understand the direction or task in the non-native language, processing information occurs in the native language; thereafter codeswitching serves the function of enhancing comprehension and allows them to obtain new information or clarification. Codeswitching is automatic and outside of conscious control — to effectively control the influence of the first language on the second language and inhibit codeswitching would require an intense and sustained level of conscious attention, which could result in decreased attention to other aspects of job performance such as speed and accuracy.

In this case, BEI supervisors failed to recognize that when charging parties spoke Spanish, they most often were simply following the rules of an ingrained, unconscious linguistic grammatical code. Furthermore, these same BEI employees made the false assumption that Spanish language use was always a matter of conscious choice. Even when charging parties were warned and disciplined, they continued to use their native language: *"Yes. It was our language. We couldn't stop speaking among ourselves"* (H. Acosta, Depo., p. 86). According to