Hinton, G. E., & Anderson, J. A. (Eds.). (1986). Parallel modes of associative memory. Hillsdale, NJ: Erlbaum.

Horwitz, E. K., & Young, D. J. (1991). Language anxiety: From theory and research to classroom implications. Englewood Cliffs, NJ: Prentice-Hall, Inc.

Journal of Social Issues, 1957, 13(2), entire issue devoted to witness performance under stress.

Karst, K. (1986). Paths to belonging: The constitution and cultural identity. North Carolina Law Review, 64, 304.

Kelman, M. (1991, April). Concepts of discrimination in "general ability" job testing. Harvard Law Review, 104(6), 1157.

Klare, G. (1984). Readability. In P. D. Pearson (Ed.). Handbook of reading research, 681-744. New York: Longman.

Krashen, S. D. & Terrell, T. D. (1983). The natural approach. Hayward, CA: Alemany    Press.

———. (1981). Second language acquisition and second language learning. Elmsford, NY: Pergamon Institute of English.

Labov, W. (1969). The logic of nonstandard English. Georgetown Monographs on Language and Linguistics, 22, 1-31.

Lambert, W. E. (1991). Some cognitive and sociocultural consequences of being bilingual. In W. E. Wallace & G. Reynolds (Eds.), Bilingualism, multiculturalism, and second language learning: McGill conference in honor of Wallace E. Lambert, 214-229. Hillsdale, New Jersey: Lawrence Erlbaum Associates.

Lee, J. F. (1990). Issues in defining and assessing reading proficiency. In L. A. Arena (Ed.), Language proficiency: Defining, teaching, and testing, 93-98. New York: Plenum Press.

Levelt, W. J. M. (1989). Speaking: From intention to articulation. Cambridge, MA: MIT Press.

Lippi-Green, R. (1997). English with an accent: Language, ideology, and discrimination in the United States. New York: Routledge.

———. (1994). Accent, standards, language ideology, and discriminatory pretext in the courts. Language in Society, 23(2), 163-197.

MacDougal, M. S., Lasswell, H. D., & Chen, L. (1976). Freedom from discrimination in choice of language and international human rights. Southern Illinois Law Journal, 1, 151.

MacGregor-Mendoza, P. (1999, March 13). Aquí no se habla español: Stones of linguistic repression in southwest schools. Paper presented at the XVII National Conference on Spanish in the United States, Miami, FL.

MacIntyre, P., & Gardner, R. (1994). The effects of induced anxiety on three stages of cognitive processing in computerized vocabulary learning. Studies in Second Language Acquisition, 16(1), 1.

Mackay, R., & Palmer, J. D. (1981). Languages for specific purposes: Program design and evaluation. Rowley, MA: Newbury House Publishers, Inc.

Markman, E. (1989). Categorization and naming in children: Problems of induction. Cambridge, MA: MIT Press.

Martinez, R. O., & Dukes, R. L. (1997). The effects of ethnic identity, ethnicity and gender on adolescent well being. Journal of Youth and Adolescence 26(5), 503-526.

McClelland, J. L., Rumelhart, D. E., & the PDP Research Group. (1986). Parallel distributed processing: Exploration in the microstructure of cognition. Vol. 2, Psychological and biological models. Cambridge, MA: MIT Press.

Mehrabian, A. (1972). Nonverbal communication. Chicago: Aldine-Atherton.

Meisenheimer, II., J. R. (1992, December). How do immigrants fare in the U.S. labor market? Monthly Labor Review, 3-19.

Meyer, B. J. F., Marsiske, M., & Willis, S. L. (1993). Text processing variables predict the readability of everyday documents read by older adults. Reading Research Quarterly, 28(3), 235-48.

Moore, J., & Pachon, H. (1985). Hispanics in the United States. Englewood Cliffs, NJ: Prentice Hall.

Myers-Scotton, C. (1995). Social motivations for codeswitching: Evidence from Africa. Oxford: Oxford University Clarendon Press.

Nunan, D. (1999). Second language teaching and learning. Boston: Heinle & Heinle Publishers.

Omaggio, A. C. (2001). Teaching language in context. Boston: Heinle & Heinle.

OSHA (Occupational Safety and Health Administration). (1997, May). Hazard communication: A review of the science underpinning the art of communication for health and safety. (Contract NO. J-9-F-5-0050). Sattler, B., Lippy, B., & Jorday, T. G.: MD: The Environmental Health Education Center of the University of Maryland Medical School; June 13, 2003, http://www.osha-slc.gov/SLTC/ hazardcommunications/hc2inf2.html.

Ovando, C., Collier, V. P., & Combs, M. C. (2003). Bilingual & ESL classrooms: Teaching in multicultural contexts, (3rd ed.). New York: McGraw Hill.

Oxford, R. (1990). Language learning strategies: What every teacher should know. New York: Newbury House/Harper & Row.

Paradis, M. (1981). Contributions of neurolinguistics to the theory of bilingualism. In R. Herbert (Ed.), Applications of linguistic theory in the human sciences, pp. 180-211. East Lansing: Michigan State University Press.

Pearlman, K., Schmidt, F. L., & Hunter, J. E. (1980). Validity generalization results for tests used to predict job proficiency and training success in clerical occupations. Journal of Applied Psychology, 65, 373.

Peyton, J. K., Ranard, D. A., & McGinnis, S. (2001). Heritage languages in America: Preserving a national resource. McHenry, IL: Center for Applied Linguistics and Delta Systems, Inc.

Pfaff, C. (1982). Constraints on language mixing: Intrasentential code-switching and borrowing in Spanish/English. In J. Amastae & L. Elias-Olivares (Eds.). Spanish in the United States: Sociolinguistic aspects. Cambridge: Cambridge University Press.

Peñalosa, F. (1981). Introduction to the sociology of language. Rowley: Newbury House.

Perea, J. (2001). The new American Spanish war: How the courts and legislatures are aiding the suppression of languages other than English. In R. D. González & I. Melis (Eds.), Language ideologies: Critical perspectives on the official English movement, Volume 2, 121-139. Urbana, IL: NCTE-LEA.

Phillipson, R. (1992). Linguistic imperialism. New York: Oxford University Press.

Piatt, B. (1995). Toward domestic recognition of a human right to language. Houston Law Review, 23, 885.

Pinker, S. (1995). The language instinct. New York: Harper-Collins Publishers, Inc.

Posner, M. I., & Snyder, C. R. R. (1975). Attention and cognitive control. In R. L. Solso (Ed.), Information processing and cognition: The Loyola symposium. Hillsdale, NJ: Lawrence Erlbaum Associates, Publishers.

Quesada, Q. M. (1976). Language and communication barriers for health delivery to a minority group. Social Science and Medicine, 10(6), 323-27.

Riegelhaupt, F. (1999, March 13). Methodological issues in research on bilingualism: Standardizing definitions of codeswitching, borrowing and code-mixing. Paper presented at the XVII National Conference on Spanish in the United States, Miami, FL.

Roberts, C., Davies, E., & Jupp, T. (1992). Language and discrimination: A study of communication in multi-ethnic workplaces. New York: Longman.

Rubin, J. (1981). Study of cognitive processes in second language learning. Applied Linguistics, 11(2), 117-131.

Sanchez, J. (1993). Acculturative stress among Hispanics: A bidimensional model of ethnic identification. Journal of Applied Social Psychology 23(8), 654-668.

Sanmaniego, R., & González, N. (1999). Multiple mediators of the effects of acculturation status on delinquency of Mexican American adolescents. American Journal of Community Psychology, 27(2), 189-210.

Schmid, C. (2000). The politics of English only in the United States: Historical, social, and legal aspects. In R. D. González & I. Melis, Language ideologies, Volume 1, 62-86. Urbana, IL: NCTE & Lawrence Erlbaum Associates, Inc.

Schneider, P. A. (1996). Social barriers to voting. Social Education, 60(6), 355-357.

Scott, W. A., & Scott, R. (1989). Adaptation of immigrants: Individual differences and determinants, pp. 41-61. New York: Penguin Press.

Scovel, T. (1978). The effect of affect: A review of the anxiety literature. Language Learning, 28, 129-142.

Scribner, S. (1984). Studying working intelligence. In B. Rogoff, & J. Lave (Eds.). Everyday cognition: Its development in social context. Cambridge, MA: Harvard University Press.

Seberhagen, L. W. (1996). A modern approach to minimum qualifications. In R. S. Barrett (Ed.), Fair employment strategies in human resource management. Westport, CT: Quorum Books.

Selmi, M. (1995). Testing for equality: Merit, efficiency, and the affirmative action debate, University of California at Los Angeles Law Review 42, 1251.

Solé, Y. R. (1990). Bilingualism: Stable or transitional? The case of Spanish in the United States. International Journal of the Sociology of Languages, 84, 33-80.

Sternberg, R., & Wagner, R. (Eds.). (1986). Practical intelligence: The nature and origins of competence in the everyday world. New York: Cambridge University Press.

Strevens, P. (1977). New orientations in the teaching of English. Oxford: Oxford University Press.

Swain, M. (1985). Communicative competence: Some roles of comprehensible input and comprehensible output in its development. In S. Gass & C. Madden (Eds.), <u>Input in second language acquisition</u>, 235-253. Rowley, MA: Newbury House.

Thomas, W. P., & Collier, V. (1997). <u>School effectiveness for language minority students</u>. Washington,   DC: National Clearinghouse for Bilingual Education.

Tollefson, J. W. (1991). <u>Language planning, planning inequality: Language policy in the community</u>. London: Longman.

Trombley, W. (1986, October 20). Prop. 63 roots traced to small Michigan city. <u>Los Angeles Times</u>, (3+).

U.S. Bureau of Census. (2000). <u>Resident population estimates of the United States by sex, race, and Hispanic origin: April 1, 1990 to July 1, 1999, with short-term projection to November 1, 2000</u>, http://www.census.gov/population/estimates/nation/intfile3-1.txt.

————. (1990). Detailed language spoken at home and ability to speak English for persons five years & older. November 23, 2002, http://www.census.gov/population/socdemo/ language/table5.txt.

U.S. Department of Education, National Center for Education Statistics. (1999b). <u>National Adult Literacy Survey (NALS), 1992</u>. June 5, 2003, http://nces.ed.gov/naal/design/about92.asp.

U.S. English. (2003). November 23, 2003, www.us-english.org.

Valdes, G. (2001). Bilingual individuals and language-based discrimination: Advancing the state of the law on language rights. In R. D. González & I. Melis (Eds.), <u>Language ideologies: Critical perspectives on the official English movement, Volume 2</u>, 140-170. Urbana, IL: NCTE-LEA.

————. (1988). Bilingualism and language use among Mexican Americans. In S. McKay & S. Wong (Eds.), <u>Language diversity: Problem or resource</u>, 111-139. New York: Newbury House.

————. (1982). Bilingualism in a Mexican border city: A research agenda. In F. Barkin, E. Brandt, & J. Ornstein-Galicia (Eds.), <u>Bilingualism and language contact: Spanish, English, and Native American languages</u>, 3-17. New York: Newbury House.

Veltman, C. (1983). <u>Language shift in the United States</u>. Berlin: Mouton.

Weaver, C. H. (1972). <u>Human listening: Processes and behavior</u>. New York: Bobbs-Merrill.

Wiggins, G. (1998). <u>Assessment for excellence: Designing assessment to inform and improve student performance</u>. San Francisco: Jossey-Bass.

Wilkins, D. A. (1976). <u>Notional syllabuses</u>. Oxford: Oxford University Press.

Williams, G. (1992). <u>Sociolinguistics: A sociological critique</u>. New York: Routledge.

Williamson, R. C. (1991). <u>Minority languages and bilingualism: Case studies in maintenance and shift</u>. Norwood, NJ: ABLEX Publishing Corporation.

Willis. (1986). Wage determinants. <u>Handbook of Labor Economics, I</u>, 525.

Woolard, K. (1998). Introduction: Language ideology as a field of inquiry. In B. Shiefflelin, K. Woolard, & P. Kroskrity (Eds.), <u>Language ideologies: Practice and theory</u>, 3–47. New York: Oxford University Press.

Wortman, C. B., Loftus, E. F., & Marshall, M. E. (1988). <u>Psychology</u> (3rd. ed.). New York: Alfred A. Knopf.

Zentella, A. C. (1997). <u>Growing up bilingual: Puerto Rican children in New York</u>. Malden, MA: Blackwell Publishers.

——. (1988). The language situation of Puerto Ricans. In S. L. MacKay & S. C. Wong (Eds.), <u>Language diversity: Problem or resource?</u> New York: Newbury House Publishers.

——. (1981). *Tá bien*, you could answer me *en cualquier idioma*: Puerto Rican codeswitching in bilingual classrooms. In R. P. Duran (Ed.). <u>Latino language and communicative behavior</u>. Norwood, NJ: ABLEX Publishing Corporation.

## VI.    DECLARATION AND SIGNATURE PAGE

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct, and that this declaration was executed on this 24th day of November, 2003, in Tucson, Arizona.


_____, Ph.D.
Roseann Dueñas González, Ph.D.

**APPENDIX A:**               LIST OF INTERVIEWED CHARGING PARTIES

1. HAROLD ACOSTA

2. MIGUEL ALVAREZ

3. MARGARITA APONTE

4. JULIO BENABE

5. BRENDA BERRIOS

6. MARIA DE JESÚS

7. EVA DIAZ

8. MARIE GARCIA

9. JOSE LINARES

10. RUTH LUGO

11. JORGE MALDONADO

12. WALESKA MIRANDA

13. CECILIA ORTIZ

14. MADELYN PEREZ

15. GLORIBEL RAMOS

16. LISETTE SANTON

17. ERIC RIVERA

18. MARIANA RIVERA

19. ROSA ROJAS

20. WILLIAM TORRES

**APPENDIX B:**

## BEI JOB DESCRIPTION ANALYSIS

| Position | # of Tasks | # Requiring Lang. Skills w/Percentages (Significant to) Yes | (Minimal) Maybe | # Requiring Matching Skills w/Percentages Yes | Maybe | # Requiring Other Non-Linguistic Skills w/Percentages Yes Only |
|---|---|---|---|---|---|---|
| Puller | 7 | 0 | 2 (25%) | 2 (25%) | 0 | 6 (86%) |
| Checker | 5 | 0 | 1 (20%) | 5 (100%) | 0 | 3 (50%) |
| Packer | 11 | 0 | 1 (9%) | 8 (73%) | 0 | 7 (64%) |
| Shipping Receiving Clerk | 13 | 0 | 0 | 10 (77%) | 2 (15%) | 13 (100%) |
| Stock Clerks | 8 | 0 | 3 (38%)* | 8 (100%) | 0 | 7 (86%) |
| Palletizer | 8 | 0 | 1 (13%) | 2 (25%) | 1 (13%) | 8 (100%) |
| Porter/ Cleaner | 10 | 0 | 1 (20%) | 3 (30%) | 3 (30%) | 10 (100%) |
| | | Language Skills Significant/ | Minimal | Matching Skills Yes | Maybe | Other Skills |
| TOTALS | 62 | 0 | 8 | 38 | 6 | 54 |
| % of TOTAL | | 0% | 13% | 61% | 10% | 87% |

**Results:**

0% of the 62 job tasks require significant language skills to complete.
13% of the 62 job tasks require only minimal language skills or can be accomplished using other strategies.
61% of the 62 job tasks require matching skills to complete.
87% of the 62 job tasks require other skills to complete.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*The three indicated tasks may require interaction but were not reflected in the other job descriptions; therefore, they could not be counted for those other positions such as checker and pullers.

Appendix B

1

Raw Data/Description Coding

| Position[1] | Job Task | Linguistic Skill (Sign. to Min.) | Matching | Other |
|---|---|---|---|---|
| Order Puller | -pick order | no | yes | yes |
| | -use pick list (PL) | maybe | yes | no |
| | -pick loose first | no | no | yes |
| | -take only 2 cases | no | no | yes |
| | -place in cart | no | no | yes |
| | -take to packing | no | no | yes |
| | -give to checker | maybe | no | yes |
| Order Checker | -verify orders | no | yes | yes |
| | -check computer for out of stock | no | yes | no |
| | -locate shortages | no | yes | yes |
| | -note errors | maybe | yes | no |
| | -pack order | no | yes | yes |
| Order Packer | -consolidate items | no | yes | yes |
| | -pack like items | no | yes | yes |
| | -use packing material | no | no | yes |
| | -count cartons | no | yes | yes |
| | -record count | no | yes | no |
| | -print labels | no | yes | no |
| | -label cartons | no | yes | yes |
| | -locate order on PL | no | yes | no |
| | -put on skid/other | no | yes | yes |
| | -give PL to Cust. Service | no | no | yes |
| | -leave address/ count for pallit. | no | yes | no |
| Shipping Clerks | -unload freight | no | no | yes |
| | -breakdown frgt. | no | yes | yes |
| | -fill racks | no | yes | yes |
| | -help out where necessary | no | maybe | yes |
| | -clean area | no | maybe | yes |
| | -locate/stage out per P.O.'s | no | yes | yes |
| | -load freight | no | yes | yes |
| | -have drivers sign for load pieces | no | yes | yes |
| | -fill above aisles | no | yes | yes |
| | -prevent multiple | no | yes | yes |

|  |  |  |  |  |
|---|---|---|---|---|
|  | locations for one item in aisles |  |  |  |
|  | -keep locations not tall/heavy | no | yes | yes |
|  | -keep locations level | no | yes | yes |
|  | -rotate locations w/new stock | no | yes | yes |
| Stock Clerks | -fill shelves in aisle w/new | no | yes | yes |
|  | -keep aisles neat | no | yes | no |
|  | -check w/mgr. for new stock | maybe* | yes | yes |
|  | -get pickers items above pick level | maybe* | yes | yes |
|  | -get heavy/lots of items for pkrs | maybe* | yes | yes |
|  | -use restock first | no | yes | yes |
|  | -pick pallet stock by level | no | yes | yes |
|  | -keep pallet stock level | no | yes | yes |
| Palletizers | -take orders to UPS | maybe | yes | yes |
|  | -wrap orders on skid | no | no | yes |
|  | -put orders in box | no | no | yes |
|  | -make boxes that enclose pallet | no | no | yes |
|  | -close & strap box | no | no | yes |
|  | -take box to right area for ship | no | yes | yes |
|  | -block orders on pallets | no | no | yes |
|  | -clean areas | no | maybe | yes |
| Porter | -general/safety cleaning | no | maybe | yes |
|  | -vacuums, mops sweeps | no | no | yes |
|  | -picks up debris | no | maybe | yes |
|  | -cleans glass | no | no | yes |
|  | -cleans lunchroom | no | no | yes |
|  | -clean bathrooms | no | no | yes |
|  | -stocks bathroom | no | yes | yes |
|  | -runs errands | no | maybe | yes |

|  |  |  |  |  |
|---|---|---|---|---|
| -stocks vending machines | no | | yes | yes |
| -purchase stock for vending m. | maybe | | yes | yes |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[1]Compare the jobs that charging parties held with the job description of a BEI manager, which may require more just minimal language skills to accomplish.

| Asst. Manager | -create locations for new items | maybe | yes | yes |
|---|---|---|---|---|
| | -new item sheets | yes | yes | yes |
| | -inform mgr of new items | yes | yes | yes |
| | -super. clerks | yes | maybe | yes |
| | -check for outs | yes | yes | yes |
| | -inventory cont. | yes | yes | yes |
| | -oversees check | yes | yes | yes |

\*The three indicated tasks may require interaction but were not reflected in the other job descriptions; therefore, they could not be counted for those other positions such as checker and pullers.

# APPENDIX C

## JOB DESCRIPTION

ORDER PULLERS- PICK ORDER ACCORDING TO PREDETERMINED PATTERN.
ACCORDING TO PICK LIST.  CHOOSE LOOSE PIECES FIRST AND TAKE
ONLY TWO FULL CASES FROM AN AISLE LOCATION.  PUT PRODUCT ON CART
IN ORGANIZED PATTERN AND BRING TO PACKING AREA.  MAKE SURE AN
ORDER CHECKER IS ASSIGNED TO CHECK ORDER.


ORDER CHECKER- VERIFY COMPLETED ORDERS FOR ACCURACY AND
COMPLETENESS CHECK COMPUTER FOR OUT OF STOCKS.  TRY TO LOCATE
ALL INACCURATE SHORTAGES.  MAKE NOTATION ON PICK LIST OF ANY
ERRORS.  MAKE SURE ORDER IS ASSIGNED TO A PACKER OR PACK ORDER
THEMSELVES.

ORDER PACKERS- CONSOLIDATE ITEMS ON TABLES INTO BOXES APPROPRIATE
FOR SHIPPING EITHER BY UPS OR BY TRUCK DEPENDING ON THE ORDER.
ALL ITEMS THAT ARE THE SAME ARE TO BE PACKED IN THE SAME BOX.
EACH BOX IS TO BE PACKED SAFELY WITH PACKING MATERIAL TO ENSURE
THE UNDAMAGED ARRIVAL OF PACKAGED ITEMS TO OUR CUSTOMER.  EACH
PACKER MUST HAVE THE NUMBER OF CARTONS COUNTED, VERIFIED, AND
RECORDED ON THE PICKING LIST.  EACH PACKER MUST PRINT UPS LABELS
USING THE COMPUTER OR STAMP EACH BOX WITH THE CORRECT SHIPPING
ADDRESS, USING THE INK STAMPER, TO ASSURE EACH BOX AND ORDER
IS SHIPPED ACCURATELY.  EACH ORDER MUST BE LOCATED ON THE PICK
LIST BY THE PACKER AFTER PACKING AND LABELING IS COMPLETED.
IT SHOULD BE LOCATED EITHER ON SKID, UPS, OR WITH BLOCK LOCATION
FOR OUR TRUCK FOR SMALL ORDERS (I.E., K-1, G-2,).  EACH
PACKER MUST THEN TURN THE COMPLETED PICK LIST IN TO CUSTOMER
SERVICE.  LEAVE AN ADDRESS AND CARTON COUNT FOR THE PALLETIZERS
ESPECIALLY IF THE BOXES ARE NOT STAMPED.

SHIPPING & RECEIVING MANAGER- IS RESPONSIBLE TO ACCURATELY AND
CONSISELY CHECK IN ALL MERCHANDISE BEING RECEIVED ON PO'S
PROVIDED BY THE BUYERS.  RECEIVE ONLY THE PROPER AMOUNT OF
MERCHANDISE ACCORDING TO BILLS OF LADING.  SCHEDULE APPOINTMENTS
TO RECEIVING MERCHANDISE.  SIGN FOR RECEIVING IN PIECES ONLY.
CHECK HOTSHEET FOR MERCHANDISE THAT HAS BEEN RECEIVED TO ALERT
STOCK CLERKS THAT IT HAS ARRIVED.  TO MAKE SURE MERCHANDISE
THAT HAS BEEN RECEIVED IS PUT AWAY PROPERLY AND TIMELY.  KEEP
SHIPPING AND RECEIVING CLERKS FROM LOITERING OR WASTING TIME
AND KEEP THEM ON THEIR TIMELY ROUTES WHILE PUTTING MERCHANDISE
AWAY.  DELIVER COMPLETED PO'S AND FREIGHT BILLS TO ACCOUNTS
PAYABLE.

SHIPPING & RECEIVING CLERKS- ARE TO UNLOAD ARRIVING FREIGHT
FOR THE S & R MANAGER.  BREAK DOWN INCOMING MERCHANDISE SO IT
CAN BE ACCURATELY AND CONSISELY CHECKED IN BY THE S & R
MANAGER.  FILL RACKS IN WH 2 AND WH 2R WITH MERCHANDISE EITHER
ARRIVING TODAY, MERCHANDISE IN WH 3, OR MERCHANDISE IN LINE
AND ALREADY RECEIVED IN S & R.  HELP OUT WHERE NECESSARY
ACCORDING TO SUPERIORS.  KEEP S & R AREA CLEAN OF MERCHANDISE
AND DEBRIS.  TO LOCATE AND STAGE OUT GOING FREIGHT ORDERS
ACCORDING TO THE FREIGHT BILLS FROM CUSTOMER SERVICE.  TO LOAD
CARRIERS OF OUR OUTBOUND FREIGHT SAFELY AND ACCURATELY.  TO
MAKE SURE ALL DRIVERS SIGN FOR FREIGHT LOADED INTO THEIR TRUCK
AND THAT IT IS SIGNED FOR IN PIECES.  FILL ABOVE THE AISLES
NEATLY AND CAREFULLY.  PREVENT THERE FROM BEING A NUMBER OF
LOCATINS ABOVE THE AISLES FOR ONE ITEM.  KEEP THE LOCATIONS
ABOVE THE AISLES FROM BEING TOO TALL OR TOO HEAVY.  ROTATE PALLET
LOCATIONS OF OLD STOCK AS THEY FILL NEW STOCK IN WH 2, WH 2R,
AND WH 3.  KEEP PALLET LOCATIONS LEVEL.

EXPORT MANAGER- TO PICK, STAGE, MATCH, LOAD, AND FILL OUT
PAPERWORK FOR ALL EXPORT ORDERS.  PICK ALL MERCHANDISE AVAILABLE
ON PICKLIST.  MUST HAVE IT CHECKED.  MUST MAKE MATCHES FOR PALLET
LOAD CONTAINERS TO 88", OR STAGE ORDER FOR FLOOR LOAD CONTAINERS.
YOU MUST MAKE BREAKDOWN SHEETS FOR ALL PALLET LOAD CONTAINERS.
CHECK WITH TOM FOR PROPER NUMBER OF PALLETS FOR EACH PALLET
LOAD CONTAINER AND PREPARE ONLY THAT NUMBER OF PALLETS.  MUST
HAVE AN ACCURATE COUNT OF BOXES BEING LOADED IN ANY CONTAINER.
MAKE OUT FREIGHT BILL IN PIECES WITH SEAL NUMBER AND CONTAINER
NUMBER ON IT.  MAKE SURE DRIVER SIGNS FOR THE CONTENTS OF
CONTAINER IN PIECES AND RECEIVES THE PROPER NUMBER OF COPIES
OF THE DOCK RECEIPT AND FREIGHT BILL.  FAX PROPER COPIES TO
APPROPRIATE PEOPLE AND CUSTOMERS.  PLACE EXPORT STICKERS (AN
APPROPRIATE NUMBER) ON ALL MERCHANDISE FOR EXPORT ORDERS
IN RACKS AND LEFT IN AISLES AFTER YOU LEAVE AND ON STAGED ORDERS.

UPS CLERK- TO MAKE SHIPMENTS APPROPRIATELY VIA EITHER RPS OR UPS.  SHIP ALL INVOICES AVAILABLE DAILY.  TO PUT OUT ALL CALL TAGS DAILY WITH UPS BOOK.  TO LABEL, AND SHIP FLIERS SOON AS POSSIBLE AND RETURN RECEIPTS TO ADVERTISING ADMINISTRATOR.  TO MAKE ALL NEXT DAY AIR SHIPMENTS.  SHIP ALL SUPPLIES FROM SALES TO SALESMEN.  TO HELP IN LOCATING AND DESTROYING DAMAGES.  TO HELP OUT WHEREVER NECESSARY ACCORDING TO SUPERIOR WHEN REGULAR DUTIES ARE COMPLETED.  CLOSE OUT UPS MACHINE DAILY UNLESS OKAYED BY SUPERVISOR AND DEL. RECEIPTS TO ACCTS. PAYABLE (SALLY BAILEY).

STOCK CLERKS- HAVE TO FILL SHELVES IN THEIR AISLE(S) WITH MERCHANDISE, BUT DO NOT OVER FILL.  KEEP THEIR AISLE(S) MERCHANDISE NEAT AND ORGANIZED.  CHECK WITH S & R MANAGER TO SEE IF ANY OUT OF STOCK ITEMS HAVE ARRIVED OR IF THEY ARE CHECKED IN AND READY TO BE PUT ON LOCATION IN THEIR AISLE(S).  TO HELP THE PICKERS GET ANY MERCHANDISE OFF THE SHELVES ABOVE NORMAL PICKING LEVEL IN THEIR AISLE.  TO GET MERCHANDISE FOR THE PICKERS THAT THE PICKERS ARE UNABLE TO GET FROM A LOCATION THEMSELVES (MORE THAN 2 BOXES, BOXES ON SECOND LEVEL LOCATION OR ABOVE IN WH 2, WH 2R, S & R, OR WH 3).  USE OUR RESTOCK BOXES OF MERCHANDISE FIRST BEFORE USING ORIGINAL FACTORY CARTONS.  PICK FROM PALLET STOCK LOCATIONS BY LEVEL RATHER THAN EATING FROM A SIDE OR EDGE.  KEEP PALLET STOCK IN WH 2 LEVEL.

PALLETIZERS- PICK UP COMPLETED ORDERS IN PACKING AREA AND BRING THEM TO UPS AREA, OR PUT THEM ON A SKID, AND WRAP THEM WITH PLASTIC OR PUT THEM IN A BOX.  THEY HAVE TO MAKE BOXES WHICH ENCLOSE ENTIRE PALLETS NEATLY AND COMPLETELY.  THEY THEN HAVE TO CLOSE AND STRAP BOXES.  THE WRAPPED OR BOXED ORDERS ARE THEN TAKEN TO THE FRONT OF WH 1 IF THEY ARE LOCAL ORDERS, S & R IF THEY ARE ORDERS GOING OUT BY COMMON CARRIER, AND WH 2 IF THEY ARE GOING TO NY OR NJ.  MUST BLOCK ALL ORDERS ON ALL PALLETS.  THEY HAVE TO KEEP AREAS CLEAN (GIVE PICKERS AND CHECKERS ROOM TO WORK FREE OF EMPTY BOXES AND GARBAGE) AND SAFE.

BEI 0043

<u>ASSISTANT MANAGER</u>- OVERSEE UPS OPERATION DAILY.  OVERSEE DAMAGE
AND RETURN OPERATION.  INSPECT ALL AUTO DESTROY AND DESTROY
DAMAGES.  GATHER ALL DESTROY OR RETURN INFORMATION FROM BUYERS.
SUPERVISE OR REMOVE ALL DESTROY OR RETURNS FROM DAMAGE RACKS AND
FOLLOW THROUGH WITH THE APPROPRIATE ACTION.  LOCATE ALL DAMAGES
IN DAMAGE RACKS.  ORDER TEMPORARY DAMAGE DESTROY DUMPSTERS.
ORDER REGULAR DUMPSTER TO BE EMPTIED.  IN CHARGE OF UNIFORMS AND
SMOCKS FOR EMPLOYEES.  CREATES DRIVERS MANIFESTS FIRST
THING IN THE MORNING FOR DRIVERS FROM HERE.  DISPURSE
PAYCHECKS ON TUESDAYS.  SUPERVISE AND PARTICIPATE IN THE LOADING
OF FLOOR LOAD CONTAINERS.  CHECK EXPORT ORDERS.  SUPERVISE AND
BE IN CHARGE OF CARDBOARD COMPACTING AND THE SHREDDING OF PACKING
MATERIAL.  INSPECT AND FINALIZE ALL CLEANING PROGRAM REPORTS.
EMPLOYEE RELATIONS AND LIAZON FOR EMPLOYEES.  MAINTAIN DAMAGE
INVENTORY, CHECK ORDERS, AND WRITE ACCIDENT REPORTS.


<u>ASSISTANT SUPERVISOR</u>- CREATES AND ESTABLISHED LOCATIONS FOR
NEW ITEMS.  DOES NEW ITEM SHEETS.  INFORM S & R MANAGER OF
IMPORTANT INCOMING MERCHANDISE SO STOCK CLERKS WILL BE ABLE
TO FILL SHELVES WITH HOT ITEMS.  SUPERVISES STOCK CLERKS TO
KEEP INVENTORY UP.  CHECKS OUTS FOR CORRECT OR INCORRECT
SHORTAGES (OR OUTS), INVENTORY CONTROL, OVERSEES THE CHECKING
IN OF INCOMING MERCHANDISE.  SUPERVISES S & R, SUPERVISES THE
FILLING OF WH 2, WH 2R LOCATIONS WITH INCOMING FREIGHT BY THE
S & R CLERKS.  CHECKS LARGE AND COMPLEX ORDERS.  ASSITS IN
ORGANIZING WAREHOUSE.  SUPERVISES LOADING AND UNLOADING OF ALL
EXPORT ORDERS.


<u>2ND SHIFT ASST. MANAGER</u>- SUPERVISES NIGHT SHIFT EMPLOYEES. PICKS
LARGE ORDERS, CHECKS EXPORT ORDERS OCCASSIONALLY.  ORGANIZES
AND HELPS LOAD TRAILER FOR NY DISTRIBUTION CENTER NIGHTLY.
SUPERVISES THE NIGHTLY STOCKING OF THE AISLES BY THE NIGHT STOCK
CLERKS.  SUPERVISES THE FILLING OF MERCHANDISE LOCATIONS ABOVE
AISLES, AND IN WH 2 AT NIGHT WITH MERCHANDISE CHECKED IN AND
RECEIVED DURING THE DAY.  CHECKS ORDERS, PLANS ROUTES FOR NY
DRIVERS WITH HELP OF THE DRIVERS WHICH ALLOWS HIM TO SET UP
TRAILER.  ASSISTS IN MAKING SURE IMPORTANT ORDERS ARE PICKED AND
FINISHED.  MAKES SURE TRUCKS ARE LOADED AND PUT AWAY FOR THE
NIGHT.

PORTER- DOES GENERAL CLEANING AND SAFETY CLEANING.  VACUUMS
OFFICES AND HALLWAYS.  SWEEPS AND MOPS OFFICES AND HALLWAYS.
PICKS UP ALL TRASH IN OFFICES AND ALL DEBRIS ON FLOORS IN OFFICES
AND SHOWROOM.  CLEANS GLASS (DOORS AND WINDOWS).  KEEPS LUNCH
ROOM CLEAN AND SANITARY.  IN CHARGE OF KEEPING LAVATORIES CLEAN,
SANITARY, AND WELL STOCKED.  RUNS GENERAL OFFICE AND BUSINESS
ERRANDS.  STOCKS AND KEEP OUR VENDING MACHINES SANITARY.  IN
CHARGE OF PURCHASING STOCK FOR OUR VENDING MACHINES.

BEI 0045