**APPENDIX D**



*Beauty*
*Enterprises* INC

AMERICA'S LEADING ★ DISTRIBUTOR OF BLACK BEAUTY PRODUCTS

150 MEADOW STREET • HARTFORD, CONNECTICUT 06114-1593

FROM

TO:

Beauty Enterprises, Whse. 5
131 East Elliott Street
Hartford, CT 06114-1505

# Beauty Enterprises INC.

WORLD'S LARGEST    DISTRIBUTOR OF BLACK BEAUTY PRODUCTS
INTERNATIONAL DISTRIBUTORS

150 MEADOW STREET
HARTFORD, CONNECTICUT 06114-1593
TEL. 1 (800) 333-BUTY
(860) 296-9303
FAX (860) 296-0421

**COMPUTER**

| PAGE | | NO. OF CTNS. | |
|------|--|--------------|--|
| | | | 27 |

## INVOICE

ALL CLAIMS FOR SHORTAGE OR OTHERWISE SHALL BE MADE
UPON RECEIPT OF GOODS. NO RETURNS ACCEPTED WITHOUT
WRITTEN AUTHORITY.

INVOICE NO.    335823-S-0
CUSTOMER NO.    334-0360

Colonial Hair Goods
211 East Broad Street
Richmond, VA  23219

S
H
I
P

T
O

Colonial Hair Goods
211 East Broad Street
Richmond, VA  23219

Pricing effective 10/01/01 - 12/02/01

| CUSTOMER ORDER # | | SALESMAN# | SHIPPED VIA | C.O.D. | CHARGE | CREDIT | VENDOR |
|---|---|---|---|---|---|---|---|
| 06/01 1 0PERCENT | | 00H4RG | CCPOVN | | XXX | | * |

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | PRICE | STORE SELLING PRICE | UNIT PRICE COST | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | *ELASTA QP INTENSV TRT 12z | 6.99 | 42.66 | 5.69 | 47.40 | 47.4 |
| 1 | 1 | *HOLLYWOOD CARROT OIL2z12z | 3.75 | 21.69 | 2.89 | 24.102 | 24.1 |
| 36 | 36 | AFR HC BLACK BOBBY PINS30ct#80DC | | .37 | .59 | .42 | 15.1 |
| 72 | 72 | AFR HC BLACK HAIR PINS 50ct#82DC | | .40 | .69 | .45 | 32.4 |
| 6 | 6 | AFRICA'S BEST MAYONNAISE    15z | | 2.25 | 3.59 | 2.503 | 15.0 |
| 12 | 12 | AFRICA'S BEST RELAXER KIT  REG | | 3.22 | 5.19 | 3.58 | 42.9 |
| 12 | 12 | B BROS PUMP IT UP SPRITZ 8z+2z | | 2.23 | 3.59 | 2.48 | 29.7 |
| 6 | 6 | B BROS SUPER GRO DBL STR 4z+2z | | 2.33 | 3.79 | 2.596 | 15.5 |
| 6 | 6 | B BROS SUPER GRO LITE 4z+2z NC | | 2.33 | 3.79 | 2.596 | 15.5 |
| 6 | 6 | B BROS SUPER GRO MAX STR 4z+2z | | 2.33 | 3.79 | 2.596 | 15.5 |
| 12 | 12 | BLUE MAGIC BERGAMOT    JAR 12z | | 1.51 | 2.39 | 1.68 | 20.1 |
| 12 | 12 | BLUE MAGIC CONDITIONER JAR 12z | | 1.51 | 2.39 | 1.68 | 20.1 |
| 12 | 12 | BTFL COLL.BLACK        3zB20D | | 2.64 | 4.29 | 2.94 | 35.2 |
| 6 | 6 | CRM OF NAT NOLYE RELAX KIT REG | | 5.29 | 8.49 | 5.881 | 35.2 |
| 6 | 6 | CRM OF NAT SHAMP REGULAR  8+4z | | 2.27 | 3.69 | 2.524 | 15.1 |
| 12 | 12 | DARBEE 3 IN 1 COMB       #901 | | .39 | .59 | .44 | 5.2 |
| 12 | 12 | DARBEE CUTTING COMB      #905 | | .39 | .59 | .44 | 5.2 |
| 12 | 12 | DARBER TEASER COMB       #906 | | .44 | .69 | .49 | 5.8 |
| 6 | 6 | DARK & LOV HR CLR BRN SABL#373 | | 2.85 | 4.59 | 3.17 | 19.0 |
| 6 | 6 | DARK & LOV HR CLR GLD BRN2#379 | | 2.85 | 4.59 | 3.17 | 19.0 |
| 12 | 12 | DARK & LOV HR CLR JET BLCK#371 | | 2.85 | 4.59 | 3.17 | 38.0 |
| 12 | 12 | DARK & LOV HR CLR NAT BLCK#372 | | 2.85 | 4.59 | 3.17 | 3 |
| 6 | 6 | DARK & LOV HR CLR RCH AUBR#374 | | 2.85 | 4.59 | 3.17 | 1 |
| 6 | 6 | DARK & LOV RELAX KIT PLUS #422 | | 4.95 | 7.99 | 5.511 | 33.0 |
| 6 | 6 | DARK & LOV RELAX KIT REG  #420 | | 4.95 | 7.99 | 5.511 | 33.0 |
| 6 | 6 | DON'T-B-BALD HAIR & SCALP    2z | | 3.59 | 5.79 | 3.996 | 23.9 |
| 6 | 6 | DOO GRO STIMLATE GRWTH OIL4.5z | | 3.96 | 6.39 | 4.408 | 26.4 |
| 6 | 6 | ECOSTYLE KRYSTAL STY GEL 10.5z | | .71 | 1.19 | .79 | 4.7 |
| 6 | 6 | ECOSTYLE PINK STYLE GEL  10.5z | | .71 | 1.19 | .79 | .0 |
| 72 | | GDY BBY PNS BK 60 CD #01538(6)DC | | .46 | .79 | .52 | .0 |
| 24 | 24 | GDY BBY PNS BN 60 CD #01520(6)DC | | .46 | .79 | .52 | 12.4 |
| 6 | 6 | GENTLE TREAT RELAX KIT REGULAR | | 4.60 | 7.39 | 5.119 | 30.7 |
| 6 | 6 | HOLLYWOOD COCOA CRM7.5/SOAPN/C | | 2.41 | 3.89 | 2.688 | 16.1 |

| | TERMS | PERCENTAGE DISCOUNT | DISCOUNT | IF PAID BY | | SUB-TOTAL | |
|---|---|---|---|---|---|---|---|
| PAY FROM INVOICE | | | | | | | CONTINUED |

# Beauty Enterprises INC.

WORLD'S LARGEST    DISTRIBUTOR OF BLACK BEAUTY PRODUCTS
INTERNATIONAL DISTRIBUTORS

150 MEADOW STREET
HARTFORD, CONNECTICUT 06114-1593
TEL. 1 (800) 333-BUTY
(860) 296-9303
**COMPUTER** (860) 296-0421

| PAGE | 2 | NO. OF CTNS— | 27 |

# INVOICE

ALL CLAIMS FOR SHORTAGE OR OTHERWISE SHALL BE MADE
UPON RECEIPT OF GOODS. NO RETURNS ACCEPTED WITHOUT
WRITTEN AUTHORITY.

INVOICE NO.    335823-S-0
CUSTOMER NO.    334-0360

Colonial Hair Goods
211 East Broad Street
Richmond, VA  23219

S
H
I
P
T
O

Colonial Hair Goods
211 East Broad Street
Richmond, VA  23219

Pricing effective 10/01/01 - 12/02/01

| CUSTOMER ORDER # | | SALESMAN# | SHIPPED VIA | C.O.D. | CHARGE | CREDIT | VENDOR |
|---|---|---|---|---|---|---|---|
| 06/01 10PERCENT | | 00H4RG | CCPOVN | | XXX | | * |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | | PRICE | STORES SELLING PRICE | UNIT PRICE COST | EXT AMOUNT |
|---|---|---|---|---|---|---|---|
| 61 | 6 | 6 | ISOPLUS BRAID SHEEN SPR   8z+2z | 2.151 | 3.49 | 2.39 | 14.34 |
| 56 | 12 | 12 | ISOPLUS NEUTRALIZING SHAMP   8z | .738 | 1.19 | .82 | 9.84 |
| 25 | 12 | 12 | ISOPLUS SPRITZ REG     8z+2zNC | 2.061 | 3.29 | 2.29 | 27.40 |
| 40 | 6 | 6 | KUZA INDIAN HEMP HAIR&SCALP 4z | 1.52 | 2.49 | 1.68 | 10.14 |
| 52 | 6 | 6 | LUSTERS PCJ KID KIT REG   #711 | 4.459 | 7.19 | 4.954 | 29.7 |
| 15 | 6 | 6 | LUSTERS PINK NOLYE RLX KIT REG | 4.644 | 7.49 | 5.16 | 30.96 |
| 33 | 6 | 6 | LUSTERS PINK NOLYE RLX KIT SUP | 4.644 | 7.49 | 5.16 | 30.96 |
| 70 | 6 | 6 | MOTIONS CPR CONDITIONER    6z | 2.892 | 4.69 | 3.214 | 19.28 |
| | 6 | 6 | MOTIONS RELAXER REGULAR    15z | 3.643 | 5.89 | 4.048 | 24.28 |
| | 6 | 6 | SMOOTH N'SHN GELATION CLEAR16z | 1.548 | 2.49 | 1.72 | 10.38 |
| | 6 | 6 | SOF N FREE RELX KIT REG TWINPK | 4.552 | 7.29 | 5.057 | 30.34 |
| | 6 | 6 | SS CFC INSTANT MOISTURIZER   8z | 2.605 | 4.19 | 2.894 | 17.37 |
| | 6 | 6 | STA SOF FRO OIL SHN SP DRY   8z | 2.234 | 3.59 | 2.482 | 14.8 |
| | 12 | 12 | ULTRA SHN SUPRM KT VALUPAK REGGD | 4.63 | 7.49 | 5.144 | 61.7 |
| | 12 | 12 | ULTRA SHN SUPRM KT VALUPAK SUPGD | 4.63 | 7.49 | 5.144 | 61.7 |
| | 6 | 6 | WAVE NOUVEAU FINISH MIST SP 8z | 2.740 | 4.39 | 3.049 | 18.2 |

DC = DO NOT CHANGE QTY
GD = SPECIAL PRICING

470   Total Pieces Shipped                    1,625.48  Total Sell Pr:

AMERICA'S LEADING    DISTRIBUTOR OF BLACK BEAUTY PRODUCTS

SYLVIA'S GET IT WHILE IT'S HOT

| 1.1 lbs | TERMS | PERCENTAGE DISCOUNT | DISCOUNT | IF PAID BY | SUB-TOTAL | 1,121.5 |
|---|---|---|---|---|---|---|
| BY FROM INVOICE NT SENT ONLY | NET 30 | 10. | 112.14 | 01/05/01 | | .0 |
| | | | | | | .00 |

Delivery Manifest

Driver : CP6  KYLE D  PITTS SR
 Truck : 004  98 FORD E-150 TURB -D   TC2094
 Route : 0000 CONNECTICUT ONLY

Helper _____

#kids
Cartons          17
weight         383 lbs

| Account Number | Account Name | | Invoice Number | Time In Time Out | Odometer Reading |
|---|---|---|---|---|---|
| CTG | CONNECTICUT GAS FILL >>> Gallons | | 17/8 | | |

Delivery Manifest   041939 Run 14 05 01

```
Driver : 096   KYLE D  PITTS SR                    Skids       0
Truck  : 024   98 FORD E-350 TURBO-D    702094     Cartons     37
Route  : 0000 CONNECTICUT ONLY                     Weight      383 lbs

Helper : _____
```

| Account Number  Account Name | Invoice Number | Time In  Time Out | Odometer Reading |
|---|---|---|---|
| CTS   CONNECTICUT START | | 8:03 | 139240 |
| 145-0000 Shaw's Supermarkets, Inc.<br>145-0212 Shaw's #212<br>500 Sylven Avenue<br>Bridgeport, CT 06314 | 3358105O<br>skids 0<br>ctns 6<br>lbs 63 | 9:29<br>10:17 | 1393c1 |
| 159-0000 New England Group<br>159-0405 Foodmart #405<br>1700 Park Avenue<br>Bridgeport, CT 06604 | 335811SO<br>skids 0<br>ctns 4<br>lbs 56 | 10:27<br>11:12 | 139303 |
| - P I C K U P ------ P I C K U P ----<br>59-0405 Foodmart #405<br>1700 Park Avenue<br>Bridgeport, CT 06604 | RA000000<br>skids 0<br>ctns 0<br>lbs 0 | 10:27<br>11:12 | 179303 |
| 92-0000 C V S Meridian, Inc.<br>92-1139 C V S #1139<br>2610 East Main Street<br>Bridgeport, CT 06610 | 335813SO<br>skids 0<br>ctns 10<br>lbs 86 | 11:29<br>12:02 | 139307 |
| 92-0000 C V S Meridian, Inc.<br>92-1153 C V S #1153<br>C V S Plaza<br>1875 Boston Avenue<br>Bridgeport, CT 06610 | 335812SO<br>skids 0<br>ctns 17<br>lbs 178 | 12:33<br>1:59 | 139309 |
| CTE   CONNECTICUT END | | 3:07 | 139364 |

12/08/01   08:55 AM           Beauty Enterprises, Inc.

BAR CODE L

00-51-07                    PICKING LIST : 337551-5-0

Sold To : 145-0000                    Ship To : 145-0259
    Shaw's Supermarkets, Inc.             Shaw's #259
    ATTN: Tracy Paiva A/P                 245 Kane Street
    P.O. Box 952                          Prospect Plaza
    South Easton MA 02375                 W. Hartford, CT 06107

### *** PACK IN TOTES * SEE 145/4259 ***

### *** **DELIVER OUR TRUCK ONLY** ***

1. Pulled    2. Checked    3. Errors    4. Packed    5. Cartons    6. Locations

7. Customer Purchase Order      8. Ship Via       9. Ship Date
                                   OUR              __/__/__

ESTIMATED SHIPPING WEIGHT:      60 pounds
ESTIMATED SHIPPING CUBE  :      2 cubic feet

| Locate Item | Description | | Price | D1 | Quantity | CC | C |
|---|---|---|---|---|---|---|---|
| B01B05 | 67527 KUZA BEESWAX TIN | 3z | 1.18 | | 3 | | |
| B01C01 | 02338 B BROS SUPER GRO LITE 4z+2z | NC | 3.68 | | 3 | | |
| B03D02 | 16602 BLUE DUCHESS BERGAMOT | 7z | .90 | | 3 | | |
| B07C04 | 80131 SULFUR 8 ORIGINAL COND | 4z | 3.53 | | 9 | | |
| B08D03 | 14280 DARK & LOV RELAX KIT PLUS #422 | | 6.02 | | 2 | | |
| B09A05 | 67727 ECOSTYLE KRYSTAL STY GEL 10.5z | | .94 | | 3 | | |
| B13B03 | 54026 LSILK MOIST MAX OIL MST LTN 8z | | 2.60 | | 2 | | |
| B13D01 | 45926 LONG AID CURL GEL-REGULAR 10.5z | | 2.47 | | 3 | | |
| B15E02 | 02346 B BROS PUMP IT UP SPRITZ 8z+2z | | 3.02 | | 3 | | |
| C00C02 | 87991 SS CFC SNAP BACK RESTORER | 8z | 2.65 | | 2 | | |
| C00D04 | 86519 LEKAIR CHOLESTEROL CRM REG 16z | | 2.38 | | 3 | | |
| C00G04 | 37902 DAX POMADE | 7.5z | 2.46 | | 3 | | |
| C05C07 | 40525 ISOPLUS SPRITZ REG | 8z+2zNC | 2.53 | | 3 | | |
| C05C09 | 82733 PROLINE COMB THRU LT CRM MST 4z | | 1.71 | | 4 | | |
| C06C01 | 02388 AFR ROYALE HOT SIX OIL | 8z | 3.67 | | 2 | | |
| C07D06 | 87942 SS CFC GOLD ACTIVATOR/ MST | 8z | 3.05 | | 4 | | |
| C08C11 | 87951 BABY LOVE COND. DETANGLER | 8z | 2.46 | | 3 | | |
| C09D02 | 43250 HOLLYWOOD COCOA BUTTER CRM 7.5z | | 2.69 | | 4 | | |

12/06/01    08:55 AM            Beauty Enterprises, Inc.

BAR CODE L

OO-51-07                        PICKING LIST : 337551-S-O

```
Sold To : 145-0000                  Ship To : 145-0259
  Shaw's Supermarkets, Inc.           Shaw's #259
  ATTN: Tracy Paiva A/P               245 Kane Street
  P.O. Box 952                        Prospect Plaza
  South Easton MA 02375               W. Hartford CT 06107
```

| Locate | Item | Description | Price | Dl | Quantity | ICC ICd |
|--------|------|-------------|-------|-----|----------|---------|
| D03B07 | 88260 | OPTIMUM CARE MOIST SHAMPOO 16z | 3.01 | | 2 | |
| D06C05 | 37153 | SMOOTH N'SHN MOUSSE 9z | 2.58 | | 3 | |
| D06C06 | 65510 | ORGANC RT CARROT OIL 4z | 4.50 | | 3 | |
| D06D06 | 53310 | LUSTERS S-CURL ACTIVATOR 8z | 3.23 | | 2 | |
| D18D06 | 14253 | DARK & NAT HR COLOR JET BLK#31 | 3.54 | | 4 | |
| E03D01 | 67754 | ECOSTYLE PINK STYLE GEL 24z | 1.46 | | 2 | |
| E13D03 | 67753 | ECOSTYLE PROTEIN STYLE GEL 24z | 1.46 | | 2 | |
| I15C08 | 67725 | ECOSTYLE PROTEIN STY GEL 10.5z | .94 | | 4 | |
| I17D04 | 67726 | ECOSTYLE PINK STYLE GEL 10.5z | .94 | | 4 | |
| I22D02 | 02309 | B. BROS OIL MOISTURIZER 8z+4zNC | 2.04 | | 2 | |

ZZZZ

NO BARCODE LABEL ITEMS ON ORDER                        94

*** CHECK -- ALL ITEMS MUST HAVE A CORRECT UPC BARCODE ***

DAILY PALLET REPORT

| DATE | NAME | CUSTOMER NAME | TIME FINISHED | BOXES | SKINS |
|---|---|---|---|---|---|
| 2/05 | EDWARD | WALGREEN STORE #6349 | MA | 19 | 1 |
| /05 | EDWARD | C.V.S #683 | PA | 55 | 1 |
| /05 | EDWARD | CVS #1529 | VA | 35 | 1 |
| 2/05 | EDWARD | D.S Boutique | MA | 94 | 1 |
| 2/05 | EDWARD | Finast Barber RM #2 | 172 | 14 | 2 |
| /05 | SAMIR | U.S DISCOUNT | NY | 17 | 1 |
| /05 | EDWARD | U.S #228 | NJ | 24 | 1 |
| /05 | EDWARD | C.V.S #2319 | NJ | 21 | 1 |
| 2/05 | EDWARD | C.V.S #2319 | MA | 51 | 1 |
| /05 | EDWARD | VERU'S COSMETICS | MA | 113 | 1 |
| /05 | EDWARD | GONZALEZ DISTRIBUTORS | MA | 42 | 1 |
| /05 | EDWARD | CARROLL'S | NY | 23 | 1 |
| /05 | EDWARD | TOPS FRIENDLY MARKET #401 | PA | 25 | 1 |
| /05 | EDWARD | C.V.S #66 | CT | 15 | 1 |
| /05 | EDWARD | C.V.S #350 | PA | 24 | 1 |
| /05 | EDWARD | RITE AID #1936 | PA | 151 | 1 |
| /05 | EDWARD | SOFMOR | CT | 25 | 1 |
| /05 | EDWARD | RITE AID #3513 | PA | 43 | 1 |
| /05 | EDWARD | C.V.S #2032 | DE | 28 | 1 |
| /05 | EDWARD | VANCUE CITY #187 | NY | 18 | 1 |
| /05 | EDWARD | BAID DISCOUNT | | | |

| PULLER NUMBER | PULLER NAME | NAME OF ORDER | PICKING LIST# | TIME STARTED | TIME COMPLETED |
|---|---|---|---|---|---|
| 26 | Tamanna | CVS # 2138 | B36 025 | 11:10 | 11:55 |
| 052 | Eshisa | CVS #6005 | 336118 | 11:12 | |
| 46 | Rosario | CVS # 282 | 335860 | 11:15 | |
| 32 | Heather | CVS # 2076 | 337325 | 11:20 | |
| 003 | Patricia | CVS # 6061 | 336081-50 | 11:21 | |
| 141 | Shirley | Colonial Hair Good | 335873-50 | | 11:50 |
| 26 | Tamanna | CVS # 2742 | B36055 | 11:36 | 12:30 |
| 135 | SILVIA | CVS #2144 | 336027 | 11:51 | |
| 113 | Qdw | CVS #518 | 335875 | 11:53 | |
| 41 | Shirley | CVS # 2210 | 336033-50 | 12:15 | |
| 088 | Gloria | Sally Hair Braiding | 336940 | | |
| 715 | Jackie | Mid-K Beauty Supply | 336224 | | |
| 710 | marlyn | CVS #3501 | 334566 | | |
| 710 | marlyn | CVS # 2046 | 334943 | | |
| 710 | marlyn | CVS # 6036 | 334788 | | |
| 710 | marlyn | CVS # 639 | 334572 | | |
| 710 | marlyn | CVS # 231 | | | |

# Beauty
## Enterprises INC
**WORLD'S LARGEST DISTRIBUTOR OF BLACK BEAUTY PRODUCTS**

CUSTOMER ACCOUNT NO.

*CORPORATE HEADQUARTERS:*
150 MEADOW STREET
HARTFORD, CT 06114-1593
TEL (860) 296-9303
    1-800-333-BUTY
FAX (860) 296-1739

*SOUTHERN REGION:*
165 GOODRICH DRIVE
UNIT 115
BIRMINGHAM, AL 35217
TEL (205) 854-2330
    1-800-678-BUTY
FAX (205) 854-2331

*MID ATLANTIC REGION:*
505 HAMPTON PARK BLVD.
UNIT G
CAPITOL HEIGHTS, MD 20743
TEL (301) 324-8470
FAX (301) 324-8477

*WESTERN REGION:*
10837 COMMERCE WAY
FONTANA, CA 92337
TEL (860) 296-9303
FAX (860) 296-1739

*MIDWEST REGION:*
9685 HARRISON ROAD
DETROIT, MI 48174
TEL (734) 946-0218
FAX (734) 946-0275

SOLD TO

SHIP TO

| DATE | ORDER NO. | SALESMAN | SHIP VIA | C.O.D. | CHARGE | CREDIT |
|------|-----------|----------|----------|--------|--------|--------|
|      |           |          |          |        |        |        |

PRICES SUBJECT TO CHANGE WITHOUT NOTIFICATION
PRICES SHOWN ARE MANUFACTURERS RETAIL

12/2/02     Ethnic & General  Merchandise Order Form     * DENOTES PREPACK ITEM

## ETHNIC DOLLS NET PRICE 40% OFF

| | | |
|---|---|---|
| 68005 | *KUZA KIDZ11*BACKPACK DOLL24pk | 120.00 |
| 68070 | *KUZA KIDZ BEAN BAG BABIES12pk | 42.00 |
| 68035 | *KUZA KIDZ DENISHA RHYM3@12.50 | 37.50 |
| 68099 | *KUZA KIDZ KRITTERS    12@3.99 | 47.88 |
| 68065 | *KUZA KIDZ POCKETBOOK PALZ24pk | 106.80 |
| 68033 | *KUZA KIDZ RAG DOLLS   6@4.99 | 29.94 |
| 68034 | *KUZA KIDZ SHANDRICE   3@12.50 | 37.50 |
| 68045 | *TRACIE 11.5" DOLL w/ACCES12pk | 130.20 |
| 68040 | *TRACIE 11.5" FASHION DOLL12pk | 60.00 |

## FOOD NET PRICE

| | | |
|---|---|---|
| 90448 | *SYLVIA BABYLIMA BEN15z12@1.24 | 14.88 |
| 90440 | *SYLVIA BLK EYE PEAS15z12@1.24 | 14.88 |
| 90484 | *SYLVIA BLKEYE SOUP 15z12@2.19 | 26.28 |
| 90496 | *SYLVIA BRN GRAVYMIX1.6z12@139 | 16.68 |
| 90498 | *SYLVIA CHICK.GRVMX1.89z12@139 | 16.68 |
| 90477 | *SYLVIA CHICKEN RUB   4z12@199 | 23.88 |
| 90491 | *SYLVIA CHICKN FRYMIX10z12@169 | 20.28 |
| 90497 | *SYLVIA CNTRY.GRVMX2.75z12@139 | 16.68 |
| 90456 | *SYLVIA COLLRD GRN14.5z12@1.24 | 14.88 |
| 90488 | *SYLVIA CORNBREAD MIX8.5z12@99 | 11.88 |
| 90490 | *SYLVIA FISH FRY MIX 10z12@169 | 20.28 |
| 90492 | *SYLVIA FJACK&PCAKE MX10z12@99 | 11.88 |
| 90432 | *SYLVIA FLAPJACK SYRP12z12@229 | 27.48 |
| 90416 | *SYLVIA HONEY MUSTARD10z12@269 | 32.28 |
| 90471 | *SYLVIA HOTSPICE SZL5.5z12@199 | 23.88 |
| 90412 | *SYLVIA HOUSE DRESSING8z12@229 | 27.48 |
| 90489 | *SYLVIS HUSHPUPPIEMX 10z12@169 | 20.28 |
| 90444 | *SYLVIA KIDNEY BEANS15z12@1.24 | 14.88 |
| 90408 | *SYLVIA KICKIN HOTSAUCE6z12@99 | 11.88 |
| 90472 | *SYLVIA LEMON PEPPER5.5z12@199 | 23.88 |
| 90464 | *SYLVIA MIXED GRNS14.5z12@1.24 | 14.88 |
| 90460 | *SYLVIA MUSTRD GRN14.5z12@1.24 | 14.88 |
| 90400 | *SYLVIA ORG SAUCE HOT16z12@299 | 35.88 |
| 90404 | *SYLVIA ORG SAUCE MLD16z12@299 | 35.88 |
| 90486 | *SYLVIA NAVY BN SOUP15z12@2.19 | 26.28 |
| 90493 | *SYLVIA PEACH COBLR 10z12@169 | 20.28 |
| 90446 | *SYLVIA PEASw/SNAPS 15z12@1.24 | 14.88 |

| | | |
|---|---|---|
| 90442 | *SYLVIA PINTO BEANS 15z12@1.24 | 14.88 |
| 90470 | *SYLVIA SEASONED SALT 7z12@199 | 23.88 |
| 90473 | *SYLVIA SECRET SEASN1.5z12@199 | 23.88 |
| 90420 | *SYLVIA TRIPL HOTSAUCE6z12@119 | 14.28 |
| 90458 | *SYLVIA TURNIP GRN14.5z12@1.24 | 14.88 |
| 90462 | *SYLVIA YAMS/LT SYR 15z12@1.24 | 14.88 |
| 53307 | LUSTERS OIL MOIST LITE 8z+4zNC | 7.09 |
| 54021 | LSILK ROC CURL ACT16z/LT MST8z | 7.03 |
| 54049 | LSILK HERB PLSHR6z/HR REPAIR8z | 7.27 |
| 89822 | MANE'N TAIL BODY SHAMPOO 12+4z | 5.24 |
| 89816 | MANE'N TAIL MOIST CONDTN 12+4z | 6.50 |
| 65505 | ORG.ROOT BALM2z/SHMP.5z/MAYO1z | 12.99 |
| 10631 | PALMERS COCOBTR FRGFRE8z/TRIAL | 6.19 |
| 10627 | PALMERS COCOBTR LTN 8.5z/TRIAL | 6.19 |
| 10620 | PALMERS COCOA BTR SOAP3.5+1.4z | 3.64 |
| 10670 | PALMERS COCOBTR TB3.75z25%FREE | 5.55 |
| 10616 | PALMERS SKIN SUCC SOAP3.5+1.4z | 3.64 |
| 89923 | ROYAL CROWN DRESS     5z+3zNC | 3.54 |
| 37127 | SMOOTH N SHINE PLSHR REG 4z+2z | 8.33 |
| 90318 | SUMMIT PRE-CON GEL XHD 4z+4zNC | 2.42 |
| 93063 | VIGOROL MOUSSE XTR BDY9.25z+2z | 5.39 |
| 93046 | VIGOROL MOUSSE RLXD HR9.25z+2z | 5.39 |
| 99013 | WORLD ACT GEL DRY 10.2z +6z NC | 6.23 |
| 99014 | WORLD ACT GEL REG 10.2z +6z NC | 6.23 |

## AIR FRESHENER & INCENSE

| | | |
|---|---|---|
| 87605 | INCENSE HOLDER TEAK REG. SIZE | 3.00 |



Mi casa

| | | | |
|---|---|---|---|
| 21606 | MI CASA SPRAY LIMON | 14.4z | 3.60 |
| 21602 | MI CASA SPRAY GREEN APPLE | 14.4z | 3.60 |
| 21604 | MI CASA SPRAY ROSA | 14.4z | 3.60 |

Order Form #1

1

| | | |
|---|---|---|
| 2 | MONEY H.AIRWASH ORANGE 7z | 5.03 |
| 6 | MONEY H.CAR FRESH 2pk CHERRY | 1.69 |
| 2 | MONEY H.CAR FRESH 2pk DRAKAR | 1.69 |
| 8 | MONEY H.CAR FRESH 2pk FRUIT | 1.69 |
| 4 | MONEY H.CAR FRESH 2pk GLD/OPIM | 1.69 |
| 04 | MONEY H.CAR FRESH 2pk JASMINE | 1.69 |
| 4 | MONEY H.CAR FRESH 2pk PINE | 1.69 |
| | MONEY H.CAR FRESH 2pk POLO | 1.69 |
| | MONEY H.CAR FRESH 2pk POTPOURI | 1.69 |
| | MONEY H.CAR FRESH 2pk STRAWBRY | 1.69 |
| 12 | MONEY H.CAR FRESH 2pk VANILLA | 1.69 |
| 08 | MONEY H.CAR FRESH 2pk VIOLET | 1.69 |
| 42 | MONEY H.INC.CONES 22ct CHERRY | 1.35 |
| 44 | MONEY H.INC.CONES 22ct FRUIT | 1.35 |
| 46 | MONEY H.INC.CONES 22ct JASMINE | 1.35 |
| 48 | MONEY H.INC.CONES 22ct MUSK | 1.35 |
| 50 | MONEY H.INC.CONES 22ct RAINBOW | 1.35 |
| 52 | MONEY H.INC.CONES 22ct STRWBRY | 1.35 |
| 54 | MONEY H.INC.CONES 22ct VIOLET | 1.35 |
| 94 | *MONEY H.INCENSE 22'S 144@1.09 | 156.96 |
| 60 | MONEY H.INCENSE 22'S COCONUT | 1.09 |
| 72 | MONEY H.INCENSE 22'S FRUIT | 1.09 |
| 64 | MONEY H.INCENSE 22'S GOLD | 1.09 |
| 68 | MONEY H.INCENSE 22'S JASMINE | 1.09 |
| 74 | MONEY H.INCENSE 22'S MUSK | 1.09 |
| 86 | MONEY H.INCENSE 22'S PINE | 1.09 |
| 90 | MONEY H.INCENSE 22'S POTPOURRI | 1.09 |
| 76 | MONEY H.INCENSE 22'S RAINBOW | 1.09 |
| 80 | MONEY H.INCENSE 22'S SANDLWOOD | 1.09 |
| 84 | MONEY H.INCENSE 22'S SILVER | 1.09 |
| 88 | MONEY H.INCENSE 22'S STRWBERRY | 1.09 |
| 82 | MONEY H.INCENSE 22'S VANILLA | 1.09 |
| 92 | MONEY H.INCENSE 22'S VIOLET | 1.09 |
| 20 | MONEY H.SP.CHERRY 12z20%BONS | 3.60 |
| 16 | MONEY H.SP.COCONUT 12z20%BONS | 3.60 |
| 1 | MONEY H.SP.DRAKAR 12z20%BONS | 3.60 |
| 2 | MONEY H.SP.GOLD 12z20%BONS | 3.60 |
| 12 | MONEY H.SP.GLD&SILVR12z20%BONS | 3.60 |
| 04 | MONEY H.SP.MILLIONS 12z20%BONS | 3.60 |
| 11 | MONEY H.SP.ORG.FRUIT12z20%BONS | 3.60 |
| 18 | MONEY H.SP.PEACH 12z20%BONS | 3.60 |
| 06 | MONEY H.SP.PINE 12z20%BONS | 3.60 |
| 07 | MONEY H.SP.POTPOURRI12z20%BONS | 3.60 |
| 13 | MONEY H.SP.SILVER 12z20%BONS | 3.60 |
| 14 | MONEY H.SP.STRAWBRY 12z20%BONS | 3.60 |
| 08 | MONEY H.SP.VANILLA 12z20%BONS | 3.60 |
| 580 | MONEY H.SPRAY FRUIT 2.5z45%BNS | 1.90 |
| 586 | MONEY H.SPRAY POTPRI2.5z45%BNS | 1.90 |
| 582 | MONEY H.SPRAY STRWBR2.5z45%BNS | 1.90 |
| 588 | MONEY H.SPRAY VANILA2.5z45%BNS | 1.90 |
| 592 | MONEY HOUSE BLESS COLOGNE 7.5z | 4.05 |
| 590 | MONEY HOUSE BLESS WATER 7.5z | 4.05 |

## ELECTRICAL APPLIANCES-RETAIL

| | | |
|---|---|---|
| 035 | ANDIS BEAUT MASTER CLIPR#23465 | 51.25 |
| 050 | ANDIS CORDLESS TRIMMER #22635 | 27.99 |
| 030 | ANDIS EASYCUT CLIPPR 7pc#18640 | 21.99 |
| 040 | ANDIS HOME CLIPPER 14pc #21430 | 25.99 |
| 060 | ANDIS SUP TURB 1875wtDRY#80305 | 30.99 |
| 055 | ANDIS TURBO 1875wt DRYER#75040 | 32.99 |
| 025 | CONAIR ILLUMINA LIGHTED MIRROR | 32.99 |




| | | | |
|---|---|---|---|
| 30485 | DAZEY HARD HAT DRYER #31001 | 55.99 | |
| 30480 | DAZEY SOFT BONNET DRYER #30001 | 55.99 | |




| | | |
|---|---|---|
| 30400 | SABLE CURLING IRON 1/2" #SA803 | 26.59 |
| 30403 | SABLE CURLING IRON 3/4" #SA801 | 26.59 |
| 30406 | SABLE CURLING IRON 1" #SA800 | 29.25 |
| 30410 | SABLE HOT PRESSING COMB#SA850C | 34.55 |
| 30415 | SABLE STYLE DRYER 1600wt#SA841 | 35.89 |

| | | |
|---|---|---|
| 10000 | SOFT SHEEN CURL 1/2" IRON#2010 | 22.99 |
| 10005 | SOFT SHEEN CURL 3/4" IRON#2011 | 22.99 |
| 10010 | SOFT SHEEN CURL1 1/4"IRON#2012 | 28.99 |
| 10015 | SOFT SHEEN STRAIGHTN COMB#2013 | 24.99 |
| 10020 | SOFT SHEEN STRAIGHTN IRON#2014 | 24.99 |
| 96206 | SOLID GOLD STYLER 1600wt | 33.55 |
| 96203 | SOLID GOLD 3/4" IRON | 19.55 |
| 96232 | SOLID GOLD TURBO DRYER 1875wt | 34.25 |
| 96221 | SOLID GOLD STRAIGHTENING IRON | 23.00 |
| 96224 | SOLID GOLD STYLING COMB | 19.55 |
| 94441 | WAHL SHAVER BLACK MEN 9345-500 | 17.95 |
| 94438 | WAHL STYLIQ BRD/MUSTCH9906-542 | 25.95 |
| 94435 | WAHL STYLIQ CUTING KIT9050-500 | 57.95 |

## ELECTRICAL APPLIANCES-PROF.



| | | |
|---|---|---|
| 02065 | ANDIS 1875wt DRYER BLUE #82320 | 46.79 |
| 02066 | ANDIS 1875wt DRYER ORANG#82315 | 46.79 |
| 02067 | ANDIS 1875wt DRYER SILVR#82310 | 46.79 |
| 02062 | ANDIS ACCENTS DRYER/IRON COMBO | 38.99 |
| 02099 | ANDIS CLIPPER OIL 4z | 2.29 |
| 02028 | ANDIS EXCEL CLIPPER #22310 | 176.95 |
| 02025 | ANDIS MASTER CLIPPER #01557 | 145.34 |
| 02026 | ANDIS MASTER CLIPR BLADE#01556 | 31.88 |
| 02005 | ANDIS OUTLINER II CLIPPR#04603 | 84.86 |
| 02006 | ANDIS OUTLINER II BLADE #04604 | 23.33 |
| 02023 | ANDIS PIVOT PRO TRIMMER #23475 | 44.99 |
| 02000 | ANDIS SHAVE N'TRIM KIT #26712 | 63.50 |
| 02010 | ANDIS STYLINER II TRIMMR#26700 | 65.85 |
| 02011 | ANDIS STYLINER II BLADE #26704 | 23.33 |
| 02015 | ANDIS T-EDJER TRIMMER #15515 | 74.87 |
| 02016 | ANDIS T-EDJER BLADE #15528 | 23.33 |
| 02020 | ANDIS T-OUTLINER TRIMMR#04710 | 84.86 |
| 02021 | ANDIS T-OUTLINER BLADE #04521 | 23.33 |

2

| | | |
|---|---|---|
| 10125 | GOLD N HOT CLIPPER SET6pc#8538 | 19.29 |
| 10108 | GOLD N HOT COND HEAT CAP #5010 | 22.29 |
| 10172 | GOLD N HOT CRIMPING IRON #9276 | 21.15 |
| 10103 | GOLD N HOT DRYER 1600wt  #9223 | 31.79 |
| 10117 | GOLD N HOT DRYER 1700wt   #398 | 54.35 |
| 10102 | GOLD N HOT DRYER 1875watt#2250 | 29.19 |
| 10101 | GOLD N HOT EURDRYER1875wt#8135 | 25.76 |
| 0151 | GOLD N HOT FLAT IRON    #9087 | 21.15 |
| 10174 | GOLD N HOT FLAT IRN W/MTR#9420 | 39.89 |
| 10110 | GOLD N HOT HARD HAT 1200W#9271 | 60.49 |
| 10114 | GOLD N HOT HARD HAT1600wt#8535 | 51.59 |
| 10184 | GOLD N HOT HEATER STOVE  #5000 | 57.90 |
| 10100 | GOLD N HOT JUM SFT BONNET#8282 | 42.96 |
| 10180 | GOLD N HOT JUMBO STOVE   #5100 | 70.45 |
| 10112 | GOLD N HOT PRESSING COMB  #9277 | 33.25 |
| 10111 | GOLD N HOT SPRING 3/8"IRN#9388 | 31.10 |
| 10137 | GOLD N HOT SPRING 1/2"IRON#192 | 38.35 |
| 10136 | GOLD N HOT SPRING 5/8"IRN#9436 | 38.35 |
| 10139 | GOLD N HOT SPRING 3/4"IRON#193 | 38.35 |
| 10104 | GOLD N HOT SPRING 1"IRON  #194 | 37.80 |
| 10155 | GOLD N HOT SPRING 1 1/2" #9207 | 40.40 |
| 10118 | GOLD N HOT SPRNG TRPL WVR#2200 | 36.63 |
| 10156 | GOLD N HOT STRAIT/CRL IRN#9424 | 27.89 |
| 10105 | GOLD N HOT STYLER 1875wt #9224 | 34.30 |
| 10149 | GOLD N HOT 2 PC COMB SET #9395 | 5.39 |
| 10107 | GOLD N HOT 2 PC COMB SET #9365 | 5.39 |
| 10190 | GOLD N HOT TRIPLE WAVER  #9432 | 36.63 |
| 30512 | HOT TOOLS 3/8"MICR SPRING IRON | 27.95 |
| 30510 | HOT TOOLS 1/2"MINI SPRING IRON | 27.95 |
| 30508 | HOT TOOLS 5/8"MINI SPRING IRON | 27.95 |
| 30506 | HOT TOOLS 3/4" REG SPRING IRON | 27.95 |
| 30504 | HOT TOOLS 1" JUMBO SPRING IRON | 30.95 |
| 30502 | HOT TOOLS 1-1/4"MEGA SPRG IRON | 33.95 |
| 30500 | HOT TOOLS 1-1/2"BIG BUMPR IRON | 34.95 |
| 30522 | HOT TOOLS ION DRYER     1875wt | 32.99 |
| 0530 | HOT TOOLS ION STYLR/DRYR1875wt | 39.99 |
| 0520 | HOT TOOLS FLAT IRON  170 WATTS | 27.95 |
| 30518 | HOT TOOLS 1-1/2"FLAT/CURL IRON | 30.95 |
| 30516 | HOT TOOLS 3/4" REG MARCEL IRON | 30.95 |
| 30514 | HOT TOOLS 1" JUMBO MARCEL IRON | 33.95 |
| 30524 | HOT TOOLS STYLER DRYER  1875wt | 31.95 |
| 71025 | OSTER CLASSIC 76 CLIPPER SET | 189.29 |
| 71080 | OSTER CLASSIC 76 BLADE  #00000 | 27.29 |
| 71081 | OSTER CLASSIC 76 BLADE   #0000 | 27.29 |
| 71082 | OSTER CLASSIC 76 BLADE    #000 | 27.29 |
| 71083 | OSTER CLASSIC 76 BLADE     #0A | 27.29 |
| 71084 | OSTER CLASSIC 76 BLADE SIZE  1 | 27.29 |
| 71085 | OSTER CLASSIC 76 BLADE SIZE 1A | 28.29 |
| 71086 | OSTER CLASSIC 76 BLADE SIZE1.5 | 33.19 |
| 71087 | OSTER CLASSIC 76 BLADE SIZE  2 | 34.95 |
| 71088 | OSTER CLASSIC 76 BLADE SIZE3.5 | 36.85 |
| 71089 | OSTER CLASSIC 76 BLADE SIZ3.75 | 36.45 |
| 71030 | OSTER FAST FEED ADJUST CLIPPER | 75.29 |
| 71005 | OSTER KOOL LUBE 3 COOLANT  14z | 7.99 |
| 71020 | OSTER PRO CORD/CORDLESS TRIMMR | 44.49 |
| 71035 | OSTER SALON PRO CLIPPER SET | 54.89 |
| 71010 | OSTER SPRAY DISINFECTANT   14z | 7.65 |
| 71040 | OSTER T-FINISHER CLIPPER SET | 56.49 |
| 71041 | OSTER T-FINISHER T-BLADE | 20.19 |
| 71001 | OSTER TURBO 111 w/2 BLADES | 183.89 |

## BRAIDS & BONDING GLUE

| | | |
|---|---|---|
| 57040 | JUMBO WONDER BRAID JET BLK  #1 | 3.99 |
| 57042 | JUMBO WONDER BRAID OFF BLK #1B | 3.99 |

| | | |
|---|---|---|
| 57048 | JUMBO WONDER BRAID LT ABRN #27 | 3.99 |
| 57050 | JUMBO WONDER BRAID AUBURN  #30 | 3.99 |
| 57052 | JUMBO WONDER BRAID DK ABRN #33 | 3.99 |
| 90199 | TOP SECRET DARK HAIR BONDER.5z | 1.49 |

## HAIR ACCESSORIES





| | | |
|---|---|---|
| 02669 | AFR HC BLACK RUBBER BANDS #200 | .99 |
| 02674 | AFR HC BRITE RUBBER BANDS #201 | .99 |
| 02672 | AFR HC ELASTIC HAIR NET   #220 | .99 |

| | | |
|---|---|---|
| 92016 | CHERIE PONYTL FLOWERS PH264(4) | .99 |
| 92022 | CHERIE PONYTL FLOWERS PH289(6) | .99 |

| | | |
|---|---|---|
| 90092 | CRISTINA BLK SATIN SLP CAP#600 | 1.99 |
| 90095 | CRISTINA BLACK SATIN WRAP #674 | 3.00 |
| 90087 | CRISTINA BLACK SATIN BAND #676 | 1.95 |
| 90162 | CRISTINA BLK SATIN TRIANGL#678 | 3.10 |
| 90178 | CRISTINA CHOLESTEROL CAP #742 | 1.42 |
| 90125 | CRISTINA SATIN WRAP CAP    #774 | 3.00 |
| 90167 | CRISTINA SATIN TRAINGLE    #778 | 3.10 |
| 90165 | CRISTINA SATIN SCARF       #779 | 3.32 |
| 90015 | CRISTINA BREATHE EASY WRAP#875 | 3.35 |
| 90025 | CRISTINA SPANDEX CAP     #9115 | 3.59 |
| 90060 | CRISTINA LARGE SHOWER CAP#9425 | 1.35 |
| 90115 | CRISTINA SATIN BONNET LRG#9637 | 1.99 |
| 90172 | CRISTINA SATIN BONNET XLG#9638 | 2.23 |
| 90082 | CRISTINA RING TOP BONNET #9639 | 3.39 |
| 90184 | CRISTINA SATIN SLEEP CAP #9640 | 2.67 |
| 90170 | CRISTINA SATIN BONNET STR#9722 | 2.95 |




# DARBEE ™

| | | |
|---|---|---|
| 09350 | *DARBEE FOAM ROLLER PWR42@1.49 | 62.58 |
| 09300 | DARBEE PINK FOAM RLR SMALL#950 | 1.49 |
| 09303 | DARBEE PINK FOAM RLR MEDM #951 | 1.49 |
| 09306 | DARBEE PINK FOAM RLR LARGE#952 | 1.49 |
| 09309 | DARBEE PINK FOAM RLR JUMBO#953 | 1.49 |
| 09312 | DARBEE BLCK FOAM RLR SMALL#954 | 1.49 |
| 09315 | DARBEE BLCK FOAM RLR MEDM #955 | 1.49 |
| 09318 | DARBEE BLCK FOAM RLR LARGE#956 | 1.49 |
| 09321 | DARBEE BLCK FOAM RLR JUMBO#957 | 1.49 |
| 09450 | *DARBEE COMB/PIK PWRWNG132@.99 | 130.68 |
| 09400 | DARBEE 3 IN 1 COMB       #901 | .99 |
| 09402 | DARBEE 3 IN 1 MINI COMB  #902 | .99 |
| 09406 | DARBEE 3 IN 1 BENDY COMB #903 | .99 |
| 09408 | DARBEE WAVE COMB         #904 | .99 |
| 09410 | DARBEE CUTTING COMB      #905 | .99 |

3

Appendix E:

## 1.0    MINIMAL ENGLISH IS REQUIRED FOR USING BEI WORKPLACE FORMS AND DOCUMENTS

In my expert opinion, an individual with minimal English skills could accomplish the jobs at BEI. According to a nationally-used language proficiency scale, a person who has scored a $0^+$ using the Oral Proficiency Interview Rating (OPI) Scale could accomplish the jobs at BEI (Omaggio, 2001). The OPI scale judges a person's oral skills using a standardized set of criterion ranging from grammar and usage to the ability to discuss abstract ideas. A "$0^+$" represents a set of 50 or more memorized words, while a $1^-$ represents an individual who can communicate rudimentary ideas, with limited grammatical control. Similarly, the reading level required to successfully accomplish these job would be quite limited since it would require the reader to be able to recognize numbers, a limited number of words, and the ability to match items correctly (M. Ambruso, Depo., p. 109).

### 1.1    Linguistic Complexity of BEI Workplace Forms and Documents

I examined the linguistic complexity of BEI's workplace documents (Appendix F) to determine what level of English is required by BEI workers to use these forms to accomplish their jobs. I conducted a qualitative linguistic analysis of BEI's workplace documents because they did not lend themselves to quantitative methods. BEI's workplace documents are forms with labeled columns, usually with only one or two words per column. Because there is not sufficient text available in these forms, typically several samples of 100 word passages are required, only a qualitative approach was possible. My analysis of these documents reveals that reading them it is not a complex task because there is very little to read. To determine the English complexity of BEI documents, these texts were subjected to readability or complexity analysis, using qualitative methodology.

**I found that the language complexity of the daily job-related documents used at BEI on a daily basis by workers is an average of 4th grade level English difficulty according to qualitative analysis (if the reader depended on names of products as opposed code numbers, which the majority of charging parties utilize). My analysis of these documents reveals that reading them it not a complex task, because there is very little read. BEI documents contain primarily charted information which requires the reader to recognize words, number codes, and product names, and in some instances to write numbers, dates, and their own name or initial. These texts do not contain complex or abstract language that would require sophisticated cognitive and linguistic skills to effectively process.**

For comparison, the *U.S. News and World Report* is written at approximately the 8th grade level, while *Time* is written at approximately the 10th grade level. According to the National Adult Literacy Survey, more than 20% of adults in the U.S. read at or below a 5th grade level, and about 40 million Americans of age 16 or older read at below 5th grade level.

## 1.2     General Description of Readability Analysis

Readability analysis is generally used to determine the level of (English) reading difficulty of a selected text, thus assessing its complexity. There are two ways of analyzing texts for readability: quantitative and qualitative analyses. Quantitative analysis works with formulas developed by text analysts. These formulas factor average number of syllables per word, and average number of words per sentence. Typically, a sample of 1,000 words is randomly selected from a text that is analyzed.

### 1.2.1   Quantitative Analysis of Text Samples From BEI Not Utilized

The only text for which a quantitative analysis could have been conducted is the BEI application form. However, because it is only used by the workers once, linguistically, it does not qualify as a job-related document that is required to complete job tasks. There was also substantial evidence that employment agencies and BEI itself often facilitated the application process through translation or by allowing third parties to assist applicants complete the form. Furthermore, the ability to understand and complete the application form has no bearing on the individual's ability to carry out job duties and understand the kind of language that the workplace requires.

Because a large sample size of coherent discourse is required, quantitative analysis cannot and should not be used on texts that do not consist of continuous and coherent sentences, or that contain questions, lists, or key words, like the daily work documents at BEI. Texts containing less than 1,000 words are also problematic for readability analysis, although samples as small as 100 can be analyzed, as long as they are supplemented with qualitative textual analysis. Quantitative readability analysis of texts and documents containing fewer than 100 words should be carried out only through qualitative analysis of text complexity. Therefore, only qualitative analyses were conducted on BEI documents.

## 1.3   BEI's Job-Related Documents Lack Linguistic Complexity

In general, the work documents most frequently used by BEI's employees on the job do not pose a significant linguistic or training challenge to the average non-native English speaker, especially if the employee is allowed to rely on his or her bilingual supervisors, team leaders, and coworkers for orientation, training, and on-the-floor interpretation. The majority of these forms require selective reading, (e.g., finding the box into which the required information or code needs to be written, filling in the blanks with numbers and

dates, or in one word). Shipping labels with correct addresses are produced by computer, so that workers enter a number and the correct address label for the order is printed out. All these tasks can be easily learned through demonstration and observation.

### 1.3.1 BEI Job-Related Documents are Transactional Selective Reading and Easy to Understand and Use

In this case, the BEI job-related documents represent texts that are described in the literature as *transactional readings*. Such readings require understanding the function and purpose of the words, rather than the actual meaning of the words, and are typically used to carry out various business transactions such as verifying the code number or name of a product, the weight, the number of carton, the working hours of employees, or the pricing of certain products. Transactional reading requires looking for only discrete pieces of information on a page. The information is repetitive; therefore, the information is often memorized.

The main characteristic of BEI's job-related documents is that they contain minimal verbal information, and the language is not structured in complex sentences. Therefore, they are not abstract, linear texts. BEI's job-related documents call for selective reading, usually presented in columns or tables, and their language is constructed from smaller-than-sentence-size units or chunks. They structure information in isolated words, or convey it by using numbers, work-related jargon, captions, or other small, meaningful units of language.

In fact, once an employee understands where to find the necessary information (i.e., where the number is located on a particular document), then no further reading is required. All that is required is an understanding of what each column represents. In interviews, many BEI employees reported just looking for the product code on the pick list, and then finding that product on the shelf, by matching the number.

I can conclude that the documents provided by BEI are transactional documents. That also implies that a person with a high level of education in English may be able to read these documents, but may not be able to understand their meaning unless he or she is familiar with the context and customary use of these documents. On the other hand, a person with minimal education, but enough experience on the job, will understand exactly, for example, what the "names," "codes," and "time limits" stand for on the Daily Pallet Report.

### 1.4 Qualitative Readability Analysis of BEI Documents

Qualitative readability analysis applies a rubric of verbal descriptions to a text. Texts are read and matched with the descriptions of the rubric by a group of trained linguistic experts. Their evaluation of text difficulty is then combined with quantitative analysis to describe complexity of a document. This is a useful method of assessing text complexity because it takes into account important discourse features affecting text difficulty that quantitative methods cannot. It also accounts for the underestimation of

textual complexity that readability formulas often yield. Qualitative analysis recently has been more frequently used to assess complexity than quantitative analysis because it includes descriptions of text features that more realistically depict the way texts are actually read, written, and understood than quantitative statistics do.

Utilizing these analyses, the approximate difficulty of any text, expressed both in grade levels of general schooling, and in qualitative, descriptive terms can be determined (Chall, Bissex, Conrad & Harris-Sharples, 1996; Klare, 1984). The following job documents used in the BEI workplace were examined for their complexity: **(1)** *Beauty Address Label*; **(2)** *Beauty Enterprises Invoice to Colonial Hair Goods* (#335823-S-0) (p. 1-2); **(3)** *Delivery Manifest* (p. 1-2); (4) *Beauty Enterprises Pick List* (#337551-S-0); (5) *Daily Pallet Report* (12/05/01); **(6)** *Puller Form* (Puller #26-Top); and, (7) *Merchandise Order Form* #1 (1-4 pp).[1] Their complexity analysis is summarized in Table 1.

### 1.4.1   Qualitative Analysis Results

To assess the level of complexity of BEI job-related documents, I conducted a qualitative analysis of both language and functional use. BEI's job-related documents do not lend themselves to quantitative methods: they comprise forms with labeled columns, usually with only one or two words per column. Because of lack of complete sentences in them, these documents can only be assessed for complexity by qualitative analysis (See Table 1 below). I examined a collection of job-related documents that I observed in use at the BEI workplace and also whose use charging parties explained to me. I found that all of these documents only require selective reading and writing numbers or codes.

Qualitative analysis of the BEI job-related documents was conducted by six language experts and discourse analysts, who examined these documents and evaluated their difficulty on a rubric.

---

[1]BEI employment applications are excluded from the analysis because they are linguistically unrelated to accomplishing daily job tasks.

TABLE 1:    Qualitative Analysis of BEI Job-Related Documents

| Cognitive Area Linguistic Ability | Qualitative Analysis | Grade Level |
|---|---|---|
| Vocabulary | easy, familiar and some technical; but highly repeated; names of colors/brand | 3-4th |
| Sentence Structure (Syntax) | no sentences in the sample submitted; documents mostly contain phrases, codes, and product or procedure names | N.A. |
| General Knowledge | Basic; draws on everyday experience and some everyday knowledge and knowledge of the job and materials or procedures used on the job | 3-4th |
| Cognitive Density | easy, context dependent; no complex inferences or logical procedures required | 2-3th |
| Level of Reasoning | easy, context dependent; only one-step, minimal binary reasoning required | 2-3th |

For example, the Delivery Manifest lists simple information: "Driver," "Truck," "Route," "Number of Skids," "Cartons," "weight" (in pounds – lbs), a line for the "Helper," "Account Number," "Account Name," "Invoice Number," "Time In and Out," and, the "Odometer Reading." Out of this list of topics, workers have to be able to recognize their name, the truck number, model and year, and the route. They have to be able to match the number of skids, number of cartons, and weight.

## 1.4.2   Conclusions of Qualitative Analysis

**The qualitative analysis of BEI job-related documents reveal that the readings require only a reading ability of 3rd to 5th grade, with an average of about 4th grade level.** In general, understanding these documents does not require more proficient reading than what a 3rd grader has. However, the technical and specialized nature of some of the content requires a 5th grade level skill. By technical and specialized, I simply mean that successful reading of these documents requires knowledge of the daily practices and routine procedures of BEI. However, these routines or practices can be learned in a few hours of orientation and require only simple language and cognitive skills.

Thus, these documents do not pose a significant linguistic or training challenge to the average non-native English speaker, especially if the employee is allowed to rely on his or her bilingual supervisors and coworkers for orientation, training, and on-the-floor interpretation. Table 2 reveals the simplicity of BEI documents, requiring little if any language — just numbers, words, names, dates, and quantities.

**Table 2: BEI Job-Related Documents Require Selective Reading Only**

| Name of Form | Address Label | Invoice | Delivery Manifest | Pick List | Daily Pallet Report | Puller Form | Merchandise Order Form |
|---|---|---|---|---|---|---|---|
| Requires/ Contains Numbers Names | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Contains Charts Columns | | Yes | Yes | Yes | Yes | Yes | Yes |
| Requires Selective Reading | Yes | Yes | Yes | Yes | Yes | Yes | Yes |

## 1.5    Qualitative Complexity Analysis

**Vocabulary:** **Vocabulary is rated easy and some technical (3rd to 5th grade level).** These documents contain everyday, easy vocabulary, like "blue," "oil," "long," and "regular." The specialized vocabulary is very limited and routinely known by anyone in the beauty or hairstyling profession (e.g., "conditioner" or "sulfur").

**Sentence Structure (Syntax):** **Complexity of sentence structure in the BEI documents is not a source of difficulty for readers because there are only two full sentences in these documents that do not pertain to job tasks at BEI. It would not be representative of the documents to include those two sentences; therefore, they were excluded from the analysis.**

**General Knowledge:** **The level of knowledge required to understand BEI documents is about 5th grade level.** There is no abstract or highly technical vocabulary involved, and even what is technical can be acquired through orientation. Everyone familiar with the routine daily procedures of the business will easily grasp the meaning of these documents and will be able to fill them out properly, no matter what the proficiency level in English the worker possesses.

**Cognitive Density:** **BEI job-related documents are not cognitively dense; therefore, it is rated at the 3rd grade level.** Cognitive density is a term that discourse analysts use to describe the number of propositions that are concentrated in a text. A text that has a high concentration of propositions is cognitively dense and typically contains complex grammatical structures. High cognitive density implies that comprehension of the whole

text — not only some sections or parts — requires specialized knowledge of some kind. Texts with high cognitive density require the ability not only to understand abstract and specialized terms, but also the ability to make complex inferences and to follow implied or overtly expressed steps of logical reasoning. BEI job-related documents do no have high cognitive density.

**Reasoning Ability: Efficient reading of BEI documents does not require complex reasoning ability.** Reasoning includes the abilities to make comparisons, evaluate information, draw inferences, or analyze situations. One example of the simple reasoning that is involved in the processing of these documents is this: *9  4oz conditioners were ordered; pull them from the shelves*. This example shows how these instructions require only two consecutive actions and does not require the worker to draw any inferences.

### 1.5.1    Results of Analysis of Complexity and Functional Use of BEI's Job-Related Documents

Based on my complexity analysis, the charging parties' interviews, and my observations of how these documents are actually used in the context of job tasks, I conclude that:  reading these documents is not a complex task, and there is very little to read.  BEI's frequently used job-related documents lack complexity both in language and in the way they are actually read or filled out.

### 1.6    Writing English Means Numbers, Dates, Quantities, Names, Places

When documents require writing, workers learn which blanks are to be completed and how. Most typically, the documents ask for the date, the shift number, and number of products. All this information is related to actual and concrete job tasks, and the frequent and routine recurrence of the form helps memorization. Therefore, job-related writing requires signing their names or initials or writing numbers, single words, and short phrases representing work jargon that workers have memorized and can recognize.

### 1.7    Functional Use of BEI Job-related Documents

Not only do BEI's job-related document lack linguistic complexity, they are used in simple, functional, and routine ways. The way in which these documents are used is embedded in routine work procedures and tasks and are supported by concrete, visual support. Workers can see the number of bottles they pulled and match it to the number on the form, or the name of the product. Thus, the reason these Spanish dominant, limited and non-English-speaking employees could do their job functions is that they possessed the requisite cognitive skills to complete job tasks, such as: (1) the ability to see and match numbers (visual recognition and discrimination); (2) to write numbers; (3) to perform basic math functions; (4) to match numbers, shapes, and colors; (5) to sign their names or initials; and, (6) to memorize repetitive work-related information.

## 1.8    Writing Tasks Required for BEI Job Duties

The writing tasks on these jobs comprised recording numbers and codes for the majority of employees.  Similarly, supervisory duties did not entail much writing beyond filling out forms with names, dates, times, and other numbers.  According to Manager, Mr. Reinaldo Acosta (Depo., p. 77), to log in a shipment to the warehouse he has to: *Date it, write where it came from, the shipper, the carrier who delivered it, number of pieces that were delivered, product description, PO, number, if any, and my initials."*  Writing essentially involves only providing relevant and often non-verbal pieces of information (numbers, codes, time, dates, or product descriptions).

## 1.9    Conclusion

I found that the language complexity of the job-related documents used at BEI by its workers is an average of 4th grade level of English difficulty according to qualitative analysis.  My analysis of these documents reveals that reading them is not a complex task, because there is very little to read.  BEI documents contain primarily charted information, which requires the reader to recognize and match words (visual recognition and discrimination), number codes, product names, and in some instances to write numbers, dates, and to sign their own name or initials.  These texts do no contain complex or abstract language that would require sophisticated cognitive and linguistic skills to effectively process.  Therefore, with orientation, even Spanish dominant, limited and non-English speaking individuals can easily use them to accomplish their job duties at BEI.