```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
     * * * * * * * * * * * * * * * * *
 3   EQUAL EMPLOYMENT OPPORTUNITY              )
     COMMISSION,                               )
 4                                             )
                 Plaintiff,                    )   Civil ActionNo.
 5       -vs-                                  )   3:01CV378 (AHN)
     BEAUTY ENTERPRISES, INC.,                 )
 6   AAA INDUSTRIAL TEMPORARIES, INC.,         )
     and ESSENTIAL TEMPORARIES, INC.,          )
 7               Defendants.                   )
     * * * * * * * * * * * * * * * * *
 8   MIGUEL ANGEL ALVAREZ, WILLIAM             )
     TORRES, LUZ ANDUJAR, EVA DIAZ and         )
 9   WALESKA MIRANDA,                          )
                 Plaintiff Intervenors,        )
10       -vs-                                  )
     BEAUTY ENTERPRISES, INC.                  )
11               Defendant.                    )
     * * * * * * * * * * * * * * * * *
12   LUZ ANDUJAR, EVA DIAZ and                 )
     WALESKA MIRANDA,                          )
13               Plaintiff Intervenors,        )
         -vs-                                  )
14   ESSENTIAL PERSONNEL, INC.,                )
                 Defendant.                    )
15   * * * * * * * * * * * * * * * * *

16

17      Deposition of ROSEANN DUENAS GONZALEZ, taken
     before Bethany A. Carrier, a Court Reporter and Notary
18   Public within and for the State of Connecticut,
     pursuant to Subpoena, Notice and the Federal Rules of
19   Civil Procedure, at the offices of Pullman & Comley, 90
     State House Square, Hartford, Connecticut, taken on
20   March 12, 2004, commencing at 10:01 a.m.

21

22

23
                    Bethany A. Carrier, LSR 071
24                 Brandon Smith Reporting Service
                         44 Capitol Avenue
25                 Hartford, Connecticut  06106
                         (860) 549-1850
```

EEOC vs Beauty Enterprises

3/12/2004   Roseann Duenas Gonzalez

Page 2

```
 1              APPEARANCES
 2
    Representing the Plaintiff Equal Employment
 3  Opportunity Commission:
 4  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    John F. Kennedy Federal Building
 5  Government Center - Room 475
    Boston, Massachusetts 02203-0506
 6     By: ROSA LILIANA PALACIOS, ESQ.
 7
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
 8  33 Whithall Street
    5th Floor
 9  New York, New York 10004.
       By: KATHERINE E. BISSELL, ESQ.
10
11
12  Representing the Defendant Beauty Enterprises,
    Inc.
13
    PULLMAN & COMLEY, LLC
14  90 State House Square
    Hartford, Connecticut 06103-3702
15     By: RICHARD C. ROBINSON, ESQ.
           BRIAN ROCHE, ESQ.
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1           STIPULATIONS
 2
 3     It is stipulated by counsel for the parties that
 4  all objections are reserved until the time of trial,
 5  except those objections as are directed to the form of
 6  the question.
 7
 8     It is stipulated and agreed between counsel for
 9  the parties that the proof of the authority of the
10  commissioner before whom this deposition is taken is
11  waived.
12
13     It is further stipulated that any defects in the
14  notice are waived.
15
16     It is further stipulated that the deposition may
17  be signed before any notary public.
18
19
20
21
22
23
24
25
```

Page 4

```
 1              INDEX
 2  WITNESS              DIRECT      CROSS
 3
    Roseann Duenas Gonzalez    5         —
 4
 5
 6
        DEFENDANT'S EXHIBITS
 7      (For Identification)
 8  EXHIBIT                      PAGE NO.
 9
    1   Curriculum vitae.          5
10
11  2   Excerpt from Language Ideologies;
        Critical Perspectives on the
12      Official English Movement,
        Volume I.                  8
13
    3   Expert report of Dr. Gonzalez.  73
14
    4   Errata sheet.             74
15
    5   Pages 57 through 66 of the
16      expert report.           108
17
18
19
    ** Reporter's Note: Exhibits retained by counsel.
20
21
22
23
24
25
```

Page 5

```
 1         (The deposition commenced at 10:01 am.)
 2
 3         ROSEANN DUENAS GONZALEZ, Deponent, of
 4  the University of Arizona, MLB #67, Room 445, Tuscon,
 5  Arizona 85721, being first duly sworn by Bethany A.
 6  Carrier, a Notary Public within and for the State of
 7  Connecticut, was examined, and testified on her oath as
 8  follows:
 9
10            DIRECT EXAMINATION
11
12  BY MR. ROBINSON:
13     Q   Good morning.
14     A   Good morning.
15     Q   How should I address you?
16     A   Dr. Gonzalez, if you would. Thank you.
17
18         (Defendant's Exhibit 1: Marked for
19          identification.)
20
21  BY MR. ROBINSON:
22     Q   Dr. Gonzalez, I'm going to show you what's
23  been marked as Defendant's Exhibit 1. Is that your
24  CV?
25     A   Yes, it is.
```

2 (Pages 2 to 5)

Page 6

1  Q  Okay. Now, what's your date and place of
2  birth?
3  A  January 15th, 1948, Phoenix, Arizona.
4  Q  And what's your -- what do you consider to be
5  your national origin?
6  A  Mexican American.
7  Q  What languages were spoken at your home when
8  you were growing up?
9  A  Spanish and English.
10 Q  What languages did you speak as a kid?
11 A  Spanish and English.
12 Q  And what languages do you speak now?
13 A  Spanish, English, I have a little reading
14 knowledge of French.
15 Q  What did your dad do for a living?
16 A  He was a hod carrier in construction.
17 Q  And did your mom work outside the home when
18 you were a kid?
19 A  No.
20 Q  Could you describe the community you grew up
21 in?
22 A  In the early years I grew up in a very
23 multicultural community up to about the age of 7, and
24 then we moved to a basically white, middle-class
25 neighborhood.

Page 7

1  Q  What were the cultures represented in the
2  multicultural community that you originally grew up
3  in?
4  A  Oh, largely Spanish, Greek -- some Greek,
5  Danish, black.
6  Q  Were you educated in what we'd now call an
7  ESL program?
8  A  No.
9  Q  Were you always taught in English?
10 A  Yes.
11 Q  And as a youngster, did you have any feelings
12 about being taught only in the English language?
13 A  No, because I was basically very English
14 proficient when I entered school.
15 Q  Are you working on a book called Little
16 Family on Polk Street?
17 A  Yes.
18 Q  Is the book finished?
19 A  It's about, I'd say, three quarters.
20 Q  What's the Little Family on Polk Street
21 about?
22 A  About my life growing up.
23 Q  And have you described yourself in talking
24 about that book in some sort of public place as a
25 chicana?

Page 8

1  A  Am I a chicana?
2  Q  Well, that question is just as good. You can
3  answer that one.
4  A  Yes. Yes.
5  Q  Okay. And just in case there might be people
6  who read this who don't know what a chicana is, could
7  you explain what a chicana is?
8  A  It's just another word for Mexican
9  American.
10       MR. ROBINSON: Can you mark this.
11
12       (Defendant's Exhibit 2: Marked for
13        identification.)
14
15 BY MR. ROBINSON:
16 Q  Are you the editor of a book entitled,
17 Language Ideologies; Critical Perspectives on the
18 Official English Movement, Volume I?
19 A  Yes.
20 Q  And I'm going to show you Exhibit 2. The
21 first page of Exhibit 2 that I'm now putting before
22 you, do you recognize that as the cover of your book?
23 A  Of Volume I?
24 Q  Volume I.
25 A  Yes.

Page 9

1  Q  And the exhibit includes one, two, three,
2  four more pages. Why don't you take a look at that and
3  tell me if you recognize that as an excerpt from your
4  book that describes, among other things, your
5  background?
6  A  Yes.
7  Q  And did you write that?
8  A  Yes.
9  Q  And it's a true and accurate statement of
10 your background; is that right?
11 A  For the purposes of this book, I think I --
12 yes. I mean, it's certainly not comprehensive.
13 Q  Okay. You're suggesting it may not be a
14 complete statement of your background, but what's there
15 is all true?
16 A  Yes.
17 Q  Okay. Would it be fair to say then that you
18 developed an aversion to compelled English early on in
19 your life?
20 A  No.
21 Q  That's not fair to say?
22 A  No.
23 Q  Why isn't it fair to say?
24 A  Because as I said before, when I entered
25 school I was basically English proficient and really

EEOC vs Beauty Enterprises
3/12/2004                                                                                          Roseann Duenas Gonzalez

Page 10

1  was always academically achieving and, you know, at the
2  top of my class and I really didn't have any problems
3  myself. It was only as I grew older and reflected and
4  understood and read the literature and got my training
5  that I realized what kinds of things were happening in
6  terms of language suppression.
7     Q  Well, do you agree today with the statement
8  that you wrote in your book that, "I knew from my
9  earliest moment that my family and I were different"?
10    A  Oh, yes.
11    Q  And --
12    A  That has to do with racial discrimination.
13    Q  I'm just asking whether you agree with it.
14    A  Yes.
15    Q  And do you agree today with the statement
16 that you wrote in your book that, "I think I'm most
17 important differences" -- I'm sorry, "I think our most
18 important difference was that we spoke Spanish and our
19 own brand of English"? Do you agree with that?
20    A  Yes. It's not completely inclusive,
21 though.
22    Q  Okay. And you agree with the statement that
23 you made in your book, or the statements that you made
24 in your book, "Why did I know English?" And this
25 refers to you as a child. "Because my teenage brothers

Page 11

1  and sisters did, because my friends in the neighborhood
2  did, and because momma tried her best to speak only
3  English to me so that in her words I wouldn't be
4  mistreated in school the way her other children had
5  been"?
6     A  Yes.
7     Q  So your brothers and sisters had been
8  mistreated in school because they were Spanish-speaking
9  chicanas?
10       MS. PALACIOS: Objection.
11    A  They were under an oppressive, restrictive
12 English-only policy.
13 BY MR. ROBINSON:
14    Q  And you regarded that as mistreatment?
15    A  Yes.
16    Q  Back then?
17    A  In the way that it was done, yes.
18    Q  And you agree with the statement -- you agree
19 today with the statement in your book, "My sisters and
20 brother were all put into 1C, the infamous, quote,
21 English only, end of quote, isolation classroom for
22 Mexicans who didn't know English. In this class, all
23 content learning was prohibited"? Do you agree with
24 that?
25    A  Yes. That's a historically documented point

Page 12

1  that --
2     Q  Yes is fine. Yes answers the question.
3     A  Yes.
4     Q  And it's your testimony that you didn't
5  develop an aversion to English only or compelled
6  English at an early age?
7     A  It's my testimony that I did not, yes.
8     Q  Notwithstanding what you've written here?
9        MS. PALACIOS: Objection.
10    A  What I wrote there was written in retrospect,
11 with reflection, understanding literature and all my
12 training and experience.
13 BY MR. ROBINSON:
14    Q  Now, according to your CV you majored in
15 English education as an undergraduate at the University
16 of Arizona.
17    A  Yes.
18    Q  Was that in the school of education?
19    A  It was the joint degree with education and
20 the Department of English.
21    Q  What attracted you to this major?
22    A  I was always interested in English and I
23 really did think that English teaching was the answer
24 to a lot of problems.
25    Q  The answer to a lot of whose problems?

Page 13

1     A  Educational problems.
2     Q  Well --
3     A  You asked me earlier if I had an aversion to
4  English-only policy. In fact, I believed that English
5  teaching was really, really important to language
6  minority populations.
7     Q  Okay. So would it be fair to say that at
8  least in part you were attracted to your major by
9  desire to teach English to Hispanics or other
10 immigrants?
11    A  Yes.
12    Q  Did you student teach as an undergraduate?
13    A  Yes, I did.
14    Q  In what kind of setting?
15    A  In a high minority population, high school.
16    Q  What kind of minorities?
17    A  Basically Spanish speaking and a few African
18 American students.
19    Q  Okay.
20    A  Oh, and Native American.
21    Q  In Phoenix?
22    A  No, in Tucson.
23    Q  And what impressions did this experience make
24 on you?
25    A  I was so interested in the idea that teaching

Page 14

1  English was extremely important that I went on to get a
2  Master's degree in English as a second language.
3      Q   Did you experience -- withdrawn.
4          Did you perceive that Hispanic children,
5  children for whom Spanish was a native language, were
6  being disadvantaged in some way by the educational
7  experiences that you were able to observe while you
8  were student teaching?
9      A   I noticed that there was very poor academic
10 achievement. I noticed a lot of tracking. I noticed a
11 lot of classes that were not made relevant to their
12 experiences.
13     Q   What about the language of instruction? Did
14 that have any effect on your -- did you draw any
15 conclusions or receive any impressions about the effect
16 that the language of instruction had on the children,
17 the minority children in this school district?
18         MS. PALACIOS: Objection.
19 BY MR. ROBINSON:
20     Q   Or school you were teaching in?
21     A   I noticed that not the language of
22 instruction, I just didn't believe that the curriculum
23 was up to snuff.
24     Q   How so?
25     A   Because they weren't being challenged enough.

Page 15

1  They weren't being taught culturally relevant
2  curriculum. They were being placed in special
3  education when, in fact, they were not disabled.
4      Q   Was English the language of instruction in
5  that school?
6      A   Yes.
7      Q   Were there English as a second language
8  programs in that school at that time?
9      A   I don't believe so. That was in 1969 and I
10 don't believe so.
11     Q   Did you teach children who -- what grades did
12 you teach?
13     A   I was in a senior English course.
14     Q   High school?
15     A   Yes.
16     Q   Okay.
17     A   In my student teaching, you're still
18 referring to that?
19     Q   Yes. Right. Was it an honors course?
20     A   No. It was a heavily tracked school, meaning
21 that there were some students who were in, like,
22 college preparatory, there were some students that were
23 in regular classes, and then there were some students
24 who were called remedial classes.
25     Q   What class were you teaching?

Page 16

1      A   I was teaching the remedial class.
2      Q   And were there children in that class who had
3  difficulty understanding what was being imparted to
4  them because their English language skills were weak?
5      A   They had difficulty understanding what was
6  being imparted because they had not developed what we
7  call in the field academic language proficiency. Their
8  language was missing the kind of language that's
9  required to be able to really understand difficult
10 academic tests and classroom language.
11     Q   And did that make any impression on you about
12 how these children should be instructed?
13     A   Yes. That's what motivated me to go on to do
14 graduate work in English as a second language.
15     Q   English as a second language. Okay. Now,
16 you did that at the University of Arizona as well?
17     A   Yes.
18     Q   And that was in the school of education?
19     A   No. It was in the Department of English.
20     Q   Now, I take it English as a second language
21 is concerned with efforts at educating non-English
22 speaking students, children who speak some other
23 language to learn English in American schools or
24 schools where English is the general language of
25 instruction; is that fair to say?

Page 17

1      A   No. Actually, the Master's program was
2  focused on teaching English as a foreign language in
3  international settings, and also on English as a second
4  language on domestic -- in domestic settings.
5      Q   Okay. Let me just be direct about this.
6  What's meant by English as a second language? What's
7  the technical phrase mean, refer to?
8      A   Okay. English as a second language means
9  English as the second language that you learn in a
10 domestic setting, like in the United States. Your
11 primary language could be German, Russian, Spanish, and
12 then you learn English as a second language, which is
13 the majority language of the society.
14     Q   But it refers to a course instruction, topic
15 of instruction, something of that ilk, right?
16     A   English as a second language as a graduate
17 program covered the research involved in second
18 language acquisition, the research involved in second
19 language teaching or methodology, and it covered the
20 methodology and other research topics and testing. All
21 kinds of things that have to do that impact and impinge
22 on the teaching and learning of a second language or a
23 foreign language.
24     Q   You began your -- or you received your MA in
25 English as a second language in 1971; is that right?

EEOC vs Beauty Enterprises
3/12/2004                                                              Roseann Duenas Gonzalez

Page 18

1   A   That's correct.
2   Q   And at least as far as the instructional
3   component, the teaching of English as a second language
4   is concerned, were there different schools of thought
5   at the time about how one teaches English as a second
6   language to immigrant children, for example?
7   A   Yes, there were different theories about how
8   second language acquisition takes place. And there
9   were many methodologies and techniques and approaches
10  that you could use. So I wouldn't say that there was
11  disagreement, there was just a variety of different
12  ways of doing it.
13  Q   Well, in your -- in Exhibit 2, the excerpt
14  from your book, you refer to 1C, the infamous
15  English-only isolation class for Mexicans who didn't
16  know English.
17  A   Yes.
18  Q   See that?
19  A   And I'll explain that.
20  Q   I haven't asked a question yet.
21  A   Okay. Yes, I see that.
22  Q   Is that English as a second language? Is
23  that kind of instruction -- does that kind of
24  instruction fall under the rubric of English as a
25  second language?

Page 19

1   A   It falls under the rubric of English as a
2   second language before English is a second language was
3   really a studied discipline. And it's called
4   immersion, I-M-M-E-R-S-I-O-N. But if I could qualify
5   that. 1C is something that was set into place and was
6   the way of dealing with what was considered the
7   Spanish-speaking problem in the schools. It was part
8   of the segregation of Mexican students, and then after
9   segregation was, you know, considered illegal, after
10  the Brown case in 1954, they continued the 1C program,
11  that is continuing the isolation and segregation of
12  Spanish-speaking children in this 1C program.
13  Q   Well, what do they do for immigrants who
14  spoke other languages?
15  A   They would put some of those students in
16  there, too, but it was basically in Phoenix, Arizona,
17  which is what this is talking about, is basically
18  Spanish-speaking students.
19  Q   Right.
20  A   Right.
21  Q   So what you're saying is if I could -- if you
22  agree with this recapitulation of what you just said,
23  is that they put all the immigrants who they felt
24  needed it into this 1C English as a second language
25  immersion program, but since most of the immigrants in

Page 20

1   Phoenix were Hispanic or Latino, it was predominantly
2   Hispanic and Latino, fair?
3   A   No. I wouldn't agree with that because
4   although they did put some other language speakers into
5   the 1C program, they also put Mexican children into
6   that program who didn't speak Spanish, and that's --
7   it's a problematic way of dealing with the problem and
8   it's been repudiated and it's been documented
9   extensively.
10  Q   So at least in 1971, one of the ESL
11  approaches was this immersion approach; is that
12  right?
13  A   Yes. Not the 1C, but the immersion approach.
14  Right.
15  Q   And they would be immersed until they could
16  be mainstreamed in a classroom where English was the
17  sole language of instruction?
18  A   Yes.
19  Q   Is that also called the transitional
20  approach?
21  A   No.
22  Q   What's a transitional approach?
23  A   Transitional approach is bilingual education
24  that came about in 1968 as a way of solving the
25  tremendous educational problems of Spanish-speaking

Page 21

1   children where educational underachievement was so
2   prevalent, it was a tremendously low graduation rate
3   from high school.
4       I think at that time there was something like
5   50 percent graduation rate from high school for
6   Hispanic children. And so the answer that was put
7   forward by many educators and researchers was bilingual
8   education modeling it on many bilingual education
9   programs in the world that had been studied and
10  documented and shown to really -- to really help
11  children make the transition from their foreign
12  language into English.
13  Q   Okay. But in the transitional approach, or
14  at least versions of the transitional approach, was it
15  the thought that the child's home language would be a
16  crunch that should be dispensed with as quickly as
17  possible?
18  A   No, I don't think anyone would characterize
19  the transitional approach that way, but I can tell you
20  what the transitional approach was supposed to do.
21  Q   Okay. Was there another approach to teaching
22  these children in classrooms where the basic language
23  of instruction was their native language and to slowly
24  develop their English language competencies in that
25  setting, along with other competencies in their home

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

Page 22

1  language, a so-called maintenance approach?
2     A  No. That's the transitional approach which
3  you have just defined.
4     Q  Okay. So in your view what I just described
5  as a maintenance approach is the same thing as a
6  transitional approach?
7     A  The maintenance approach is very different
8  from the transitional approach. The one you just
9  described is the transitional approach where you start
10 with the child's primary language where the child
11 already has an oral capacity in that language, then you
12 begin teaching literacy to that child in that language,
13 and at the same time you're teaching them all the
14 content areas like math, social studies, whatever it
15 is, and then teaching English as a second language
16 also, so that in about three to four years or five
17 years they can make the transition slowly and, you
18 know, kindly and comfortably into English mainstream
19 courses.
20    Q  So tell me what the transitional approach is
21 then.
22    A  That's the transitional approach.
23    Q  Tell me what the maintenance approach is
24 then.
25    A  The maintenance approach is where you say,

Page 23

1  Well, it's really wonderful that students have this
2  primary language proficiency when they come into
3  school. Let's say they have Spanish or let's say they
4  have Vietnamese or Chinese. And what you want to do is
5  start them out in their primary language, teach them
6  English as a second language also, develop both
7  languages at the same time and continue the development
8  of Chinese, Vietnamese or Spanish so that at the end of
9  their schooling process they not only have literacy and
10 academic proficiency in English, but they also have it
11 in their native language, which is the approach
12 that --
13    Q  That's what you're maintaining then is the
14 native language?
15    A  Yes. Exactly.
16    Q  All right. Now, the -- so we've identified
17 at least three major approaches: immersion,
18 transitional and maintenance. Is that fair?
19    A  Yes.
20    Q  And were there proponents of each when you
21 were doing your graduate work -- when you were doing
22 your Master's work?
23    A  There were proponents of bilingual education,
24 there were proponents of -- and under that rubric
25 transitional bilingual education and maintenance

Page 24

1  education. Immersion education had been considered to
2  be not appropriate for United States populations of
3  children who come from language minority backgrounds
4  because of --
5     Q  By whom?
6     A  A large body of research done in Canada more
7  than anything, a lot of research from all over the
8  world and in the United States also, but mainly from
9  that Canadian research we found that students who are
10 from a low status minority background don't do well in
11 the immersion system because basically they sink.
12    Q  There were any reasoned scholarly or
13 scientifically valid dissenting views in the '70s to
14 the research that you've just described?
15       MS. PALACIOS: About immersion?
16       MR. ROBINSON: Yes.
17    A  For this population, no.
18 BY MR. ROBINSON:
19    Q  What do you mean "this population"?
20    A  Language minority populations in the United
21 States.
22    Q  What other populations could there be? Let
23 me withdraw that.
24    A  For foreign language populations like English
25 as a foreign language, that is very different.

Page 25

1     Q  Were there proponents of the transitional
2  approach over the maintenance approach?
3     A  Yes, because it was more politically
4  expedient.
5     Q  All I need to know is yes.
6     A  Yes.
7     Q  Okay. And were there proponents of the
8  maintenance approach over the transitional approach?
9     A  Yes.
10    Q  Did the University of Arizona graduate
11 program in ESL have an institutional position in this
12 controversy?
13       MS. PALACIOS: Objection.
14    A  I don't think you could call it an
15 institutional position because that really doesn't
16 exist. But obviously --
17 BY MR. ROBINSON:
18    Q  I don't mean they formally sat around a table
19 and took a vote, but --
20    A  I think that it was very well-understood that
21 bilingual education was a way of helping students get
22 from their primary language into the language of the
23 majority and the language of education in the least
24 harmful way, because by that time we had looked at all
25 of the research in the 1C programs and the immersion

Page 26

1  programs, that hasn't worked for this population.
2     Q   So clearly --
3         MS. PALACIOS: Hang on. I just want to
4  make sure that if she's answering your question, she's
5  not cut off. Are you done?
6         THE WITNESS: Yes.
7  BY MR. ROBINSON:
8     Q   So clearly they weren't immersionists, if I
9  could use that term?
10    A   No, but that was certainly an important tool
11 for English as a foreign language, which we were very
12 much involved with.
13    Q   But at least for teaching Hispanic pop --
14 Hispanic immigrant populations that immigrate to the
15 United States, the view of your professors in the
16 program generally speaking was that immersion wasn't
17 working?
18    A   I couldn't really say that. I could just say
19 that the empirical research told us that immersion
20 didn't work, especially with the Native American
21 populations and the Spanish-speaking populations.
22    Q   Were there people in your program, professors
23 in your program who favored the transitional approach
24 over the maintenance approach, or the maintenance
25 approach over the transitional approach?

Page 27

1     A   No, not that I could remember.
2     Q   When you left your program at the University
3  of Arizona, would it be fair to say that you had in
4  your own mind come to the conclusion that the immersion
5  program was not good?
6     A   No.
7     Q   Had you come to any conclusions concerning
8  the immersion program or the immersion approach?
9     A   That the immersion approach was really good
10 in some settings and weren't as good in other settings.
11 That's what I --
12    Q   What settings were they good? What was it
13 good in?
14    A   English as a foreign language, for example.
15 Our center on campus that specializes in teaching
16 foreign language -- international students from Japan,
17 Mexico, the Middle East, Thailand, all over the world
18 come to our center to learn enough English to be able
19 to take the TOEFL test, which is the Test of English as
20 a Foreign Language, so that they can score high enough
21 to be admitted into an American university. The
22 immersion system works beautifully there.
23    Q   So are you telling me that if I wanted to
24 learn English, and I see you noted my own commentary on
25 my language acquisition abilities.

Page 28

1     A   Yes.
2     Q   That immersion would be a good idea for me,
3  and for me a long period of immersion if I wanted to
4  learn German?
5     A   Yes, it would, because you already have
6  literacy in your own language.
7     Q   I don't need to know "because." That's fine.
8  This is fine.
9         Did you student teach as a graduate
10 student?
11    A   Yes, I did.
12    Q   In what kind of setting?
13    A   I went back to the original setting where I
14 was when I student taught as an undergraduate.
15    Q   And did you teach English as a second
16 language?
17    A   Yes, I did.
18    Q   And were you observing teachers teaching
19 English as a second language?
20    A   Yes, observing for a small amount of time and
21 basically just taking over the class.
22    Q   Okay. And what kind of English as a second
23 language program were you working in then?
24    A   This was strictly English as a second
25 language. It wasn't bilingual education. So it was

Page 29

1  absolutely English instruction in the classroom,
2  basically through the study of literature and teaching
3  some grammatical properties as interestingly as I
4  could.
5     Q   Was it a course that the students had during
6  the day, one of the many courses they would have during
7  the day?
8     A   Yes.
9     Q   Okay. Now, your Ph.D. is in linguistics?
10    A   Yes.
11    Q   You got that at the University of Arizona?
12    A   Yes, I did.
13    Q   You paid them a lot of money. Was there a
14 linguistics department at Arizona then?
15    A   No. And, in fact, my degree is an
16 interdisciplinary degree in linguistics, which means
17 that it was a committee structure and I had -- you
18 know, I was very fortunate, very lucky, in fact, that I
19 had --
20         MR. ROBINSON: Could we go off the
21 record for a second?
22         THE WITNESS: Yes.
23
24         (Off-the-record discussion.)
25

Page 30

1   BY MR. ROBINSON:
2   Q   What is linguistics?
3   A   Linguistics is a very, very broad field which
4   includes a number of subfields.
5   Q   Is it fair to say that it's a study of the
6   structure, use, and psychology of language in
7   general?
8   A   That covers some of it, but not
9   sociolinguistics.
10  Q   Okay. I'll get there. It's at least fair to
11  say that it -- that it is the study of the structure,
12  use, and psychology of the language in general? May
13  not be a complete description, but that's part of it?
14  A   That's part of it, yes.
15  Q   Does it deal with both the study of
16  particular languages and the search for general
17  properties common to all languages or large groups of
18  languages?
19  A   Yes.
20  Q   Does it include the fields of phonetics?
21  A   Yes, in formal linguistics.
22  Q   Does it include the field of phenology?
23  A   Yes, in formal linguistics.
24  Q   Does it include the field of morphology?
25  A   Yes, in formal linguistics.

Page 31

1   Q   Are you distinguishing between formal and
2   informal linguistics?
3   A   No. Formal linguistics is one of the subsets
4   of linguistics.
5   Q   Okay. Does it include the field of syntax?
6   A   Yes, in formal linguistics.
7   Q   Does it include the study of semantics?
8   A   Yes, in formal linguistics.
9   Q   Does it include the study of pragmatics?
10  A   Yes.
11  Q   Does it include the study of the nature of
12  language variation and language acquisition?
13  A   Yes, in sociolinguistics.
14  Q   So sociolinguistics --
15  A   Sociolinguistics.
16  Q   -- studies the nature of language variation
17  and language acquisition?
18  A   Yes.
19  Q   Well, you told us already that there is
20  something called sociolinguistics and it's a subfield
21  of linguistics.
22  A   Yes.
23  Q   But it's not formal linguistics?
24  A   No.
25  Q   If it's not -- something that's not formal

Page 32

1   generally is informal.
2   A   No. In this case, formal has to do with --
3   it's the form of the language. So there is some
4   linguists that only study grammar, phenology, syntax,
5   all of those things that you talked about. Then there
6   are other linguists, like sociolinguists, who study the
7   intersection of language and society.
8   Q   Okay. Did you study these fields of formal
9   linguistics that we just discussed?
10  A   Yes. Some of them.
11  Q   Now, let's talk about sociolinguistics. Is
12  it fair to say that it focuses on the role of language
13  in society with language as a social and cultural
14  phenomenon?
15  A   Yes.
16  Q   Is it also fair to call it a social science
17  like sociology?
18  A   Yes.
19  Q   So someone trained in the study of language
20  itself in subjects like phonetics, syntax and language
21  acquisitions may also study the role of language in
22  society?
23  A   Yes.
24  Q   Are you trained in -- you told me that one.
25      Now, you say that one of your areas of

Page 33

1   expertise is sociolinguistics.
2   A   Yes.
3   Q   Did you have courses in sociolinguistics as
4   an undergraduate?
5   A   No.
6   Q   Did you have courses in sociolinguistics as a
7   Master's student?
8   A   Yes.
9   Q   What courses did you have as a Master's
10  student?
11  A   Well, in -- as a Master's student we had
12  applied linguistics for second language acquisition and
13  that covered sociolinguistics.
14  Q   So it was a subpart of another course?
15  A   Yes. A subpart of, I'd say, three courses.
16  Q   In your Ph.D. program, did you have courses
17  in sociolinguistics?
18  A   Yes.
19  Q   What courses did you have?
20  A   Courses in anthropological linguistics, which
21  covered sociolinguistics. Sociolinguistics and
22  anthropological linguistics are very similar, so
23  they're taught in the Department of Anthropology. I
24  also had sociolinguistics in the College of Education.
25  There are certain courses that --

EEOC vs Beauty Enterprises
3/12/2004                                                                 Roseann Duenas Gonzalez

Page 34

1  Q  When you say, "I also had
2  sociolinguistics" --
3  A  -- in the College of Education.
4  Q  You take a course called sociolinguistics?
5  A  No. Usually it would be called English
6  language in society. And that course would have been
7  taught in the education college. But my -- again, my
8  program is interdisciplinary, so I took linguistics in
9  every part of the university where people study how
10 language intersects with society.
11 Q  Are there texts -- what other courses did you
12 take as part of your Ph.D. program that you wouldn't
13 consider sociolinguistic-type courses?
14 A  First language acquisition. How children
15 learn language. I took at least three courses in that,
16 because that is very -- impinges and impacts very
17 heavily on --
18 Q  I don't need the because.
19 A  Okay. Sorry. Research and methodology.
20 Educational psychology. Psycholinguistics.
21 Q  Did you take any courses in formal
22 linguistics?
23 A  I took courses in formal linguistics in my
24 Master's program. And advanced grammar is considered
25 formal linguistics. I took a lot of advanced grammar.

Page 35

1  I took courses in testing foreign language proficiency.
2  I took courses in literature of minority populations.
3  I already talked about research and research
4  methodology, data collection.
5  Q  You took statistics courses?
6  A  I took qualitative research and I read
7  heavily in statistics, so I had to have a working
8  knowledge of it.
9  Q  Are there textbooks in sociolinguistics today
10 that are considered authoritative in the field?
11 A  Hundreds. Maybe thousands. There are,
12 because sociolinguistics is so diverse -- for example,
13 rhetorical analysis, discourse analysis, language in
14 use, policy and planning, language policy and planning,
15 that there are authoritative texts in all of those
16 subfields, registered analysis, all kinds of things.
17 Q  Well, when I went to college back in the day,
18 so to speak, the text for the introductory level
19 economics course was written by Samuelson, the
20 economist from MIT, and that was one of two or three
21 standard economics texts that undergraduates would
22 study, economics would read in taking those courses.
23 Is there any similar kind of text that covers the
24 introduction, so to speak, to sociolinguistics?
25 A  There are. Because there are so many

Page 36

1  subfields, I'd have to name at least 40 books right
2  now. But if I -- for example, if we just looked at
3  sociolinguistics just as a broad discipline, I'd say
4  that there are at least ten books written by Joshua
5  Fishman who you would consider to be authoritative
6  texts. Also by John Gumperz, Dell Hymes. But those
7  only cover a tiny drop in the number of subfields that
8  are --
9  Q  I understand.
10 A  Right.
11 Q  What would the table of contents in an
12 introductory text to sociolinguistics look like?
13 A  It would talk about language variation. It
14 would talk about language attitudes. It would talk
15 about language policy and planning. It would talk
16 about qualitative research methods in sociolinguistics.
17 It would talk about -- let's see, different
18 methodologies to find out different kinds of
19 sociolinguistic questions. But that, like I said,
20 would be a very broad stroke.
21 Q  Okay. Are there journals that are recognized
22 as leading journals in the field?
23 A  Many.
24 Q  Give me the top three.
25    MS. PALACIOS: In sociolinguistics

Page 37

1  only?
2     MR. ROBINSON: Right.
3  A  Language in Society. International Journal
4  of Applied Linguistics. Language Policy and Planning.
5  BY MR. ROBINSON:
6  Q  Is there something called International
7  Journal of Sociology of Language?
8  A  Yes.
9  Q  Is that a leading journal in the field?
10 A  Yes. There are several. Many. Many.
11 Q  All right. Now, you told me sociolinguistics
12 is a social science, yes?
13 A  It's a cross between linguistics and the
14 social science of sociology.
15 Q  Would you agree then that social science is
16 concerned with the investigation of social phenomena?
17 A  Social science?
18 Q  Yes.
19 A  The actual field of sociology.
20 Q  Would you agree that social science is
21 concerned with the investigation of social phenomena?
22 A  Yes.
23 Q  Would you agree then that social science is
24 an empirical science?
25 A  Social science?

10 (Pages 34 to 37)

Page 38

1  Q  Yes.
2  A  Yes.
3  Q  And would you further agree that methodology
4  is an important aspect of social science?
5  A  Of social science and certainly of
6  sociolinguistics and linguistics.
7  Q  In large part then the reliability of any
8  given studies of function of the methodology used to
9  conduct it; isn't that right?
10  A  Absolutely.  For any kind of empirical
11  work.
12  Q  So would you also agree then that
13  sociolinguistics is concerned with the investigation of
14  language as a social phenomenon?
15  A  Could you repeat that?  I'm sorry.
16  Q  Would you also agree that social linguistics
17  is concerned with the investigation of language as a
18  social phenomenon?
19  A  That's one of the areas of
20  sociolinguistics.
21  Q  And would you further agree that methodology
22  is an important aspect of any sociolinguistic
23  investigation?
24  A  Yes.
25  Q  And would you agree that in large part the

Page 39

1  reliability of a given sociolinguistic study is a
2  function of its methodology?
3  A  Function of its methodology and the knowledge
4  and background of the investigator.
5  Q  But if the investigator has the world's
6  greatest knowledge and background, but the methodology
7  is improper or nonexistent, then the quality of the
8  investigator or the credentials of the investigator
9  can't alone create a reliable study, true?
10  A  I would have to say that it's methodology and
11  the background of the investigator that come together
12  to produce credible work.
13  Q  Right.  But the investigator can't do it
14  without using the right methods?
15  A  That's correct.
16  Q  Okay.  Are you familiar with Ronald
17  Wambaugh?
18  A  Not that I can think of at this moment.
19  Q  Do you know then -- I take it you're not
20  familiar with a book called Introduction to
21  Sociolinguistics?
22  A  Oh, I think it's quite an old book.
23  Q  I'm not a kid.  It's --
24  A  Yes, I think I've seen it, but --
25  Q  And now do you recall that Ronald Wambaugh is

Page 40

1  the one who wrote that?
2  A  I really can't remember the title of it, but
3  I think -- it sounds familiar.
4  Q  Okay.  Who are the leading sociolinguists in
5  America, other than you?
6  A  Joshua Fishman.
7  Q  Where is he?
8  A  Yeshiva University.
9  Q  In New York?
10  A  Yes.  Actually, he goes back and forth
11  between Stanford and Yeshiva.
12  Q  Who else?
13  A  There are many.
14  Q  Give me a few more.
15  A  Guadalupe Valdes, who's research professor at
16  Stanford.
17  Q  Give me another one.
18  A  Anna Cecelia Zentella, Z-E-N-T-E-L-L-A.
19  Q  Anna?
20  A  Anna.
21  Q  Yes.
22  A  Cecelia Zentella, Z-E-N-T-E-L-L-A.  I'm not
23  sure where she's at, actually.
24  Q  What makes these people leading in your
25  view?

Page 41

1  A  Joshua Fishman is the father of
2  sociolinguistics.
3  Q  The father of sociolinguistics.  How old is
4  Joshua Fishman?
5  A  Oh, let's see.  Pretty old.  I'm not quite
6  sure.  But he wrote the first, really, text in the
7  area.
8  Q  So this is -- relatively speaking
9  sociolinguistics has got to be a pretty young science
10  if the father of it is still alive?
11  A  It is.  It was basically named in about the
12  late '60s, yes.
13  Q  And what makes Guadalupe Valdes leading in
14  your view?
15  A  She has done tremendous work in code
16  switching, for example, in language policy, language in
17  the workplace, looking at the various discriminatory
18  problems involved with testing of children.  She's done
19  wonderful work.
20  Q  What about Anna Cecelia Zentella?
21  A  Anna Cecelia is an excellent sociolinguist.
22  She has studied Puerto Rican code switching.  She has
23  studied the language situation of Puerto Ricans and
24  really its cell in terms of describing the language
25  situation of that population and how society is

### Page 42

1 organized around language.
2  Q  Are there scholars in the linguistic
3 community who have views about English as a second
4 language instruction and/or English-only rules that are
5 different than yours?
6       MS. PALACIOS: Objection.
7  A  Well, first of all, we haven't talked about
8 my views on English-only rules.
9 BY MR. ROBINSON:
10  Q  Right.
11  A  So I can't really answer that question.
12  Q  Why? You know what your views are. You
13 should be able to answer that question.
14       MS. PALACIOS: Objection.
15  A  English-only rules are very different in
16 different settings. And so I really can't talk about
17 it in a blanket way like that.
18       For example, I've been a proponent of a very
19 strict language policy in the federal court system. So
20 I can talk about that some more if you want.
21       MS. PALACIOS: If I can just interject.
22 In all fairness to the witness, your question is
23 compound, so I'd like it -- for the record, if you
24 could just break it into the two parts.
25 BY MR. ROBINSON:

### Page 43

1  Q  Are there scholars in the linguistic
2 community that have views about English as a second
3 language instruction that are different than yours?
4  A  Well, first of all, we haven't really talked
5 about English as a second language instruction in terms
6 of my views.
7  Q  Why do we have to talk about what your views
8 are to enable you to -- so you'd be able to say if
9 there is anybody who differs from what your views are,
10 whatever they happen to be?
11  A  I would say that most of the top-notch
12 scholars in the United States in the area of English as
13 a second language of second language acquisition would
14 agree that transitioning students into the learning of
15 English would be -- is the very best way to go.
16  Q  But are there any scholars who disagree with
17 that?
18  A  Not who are considered top-notch in the field
19 of second language acquisition, I would have to say
20 no.
21  Q  Are there -- that's not my question. Are
22 there any scholars who disagree with that?
23  A  Oh, yes.
24  Q  And recognizing that you don't have high
25 regard for them, therefore it might be difficult for

### Page 44

1 you to identify the top two opponents, would you
2 nevertheless identify the top two persons who oppose
3 your views on English as a second language
4 instruction?
5  A  In the United States setting?
6  Q  Yes. I'm not going outside the United
7 States.
8  A  Okay.
9  Q  I have a limited budget.
10  A  No, actually I can't think of any scholars.
11 Usually people who are opposed are, you know, teachers
12 in the schools, people who don't really know the
13 empirical research and the literature.
14  Q  Is there -- does there continue to be a
15 controversy today in your view regarding English as a
16 second language instruction?
17  A  The controversy is basically --
18  Q  Yes or no.
19  A  Yes. Public.
20  Q  And who are the adversaries in this
21 controversy?
22  A  The adversaries in the controversy about
23 whether to use bilingual education as opposed to
24 straight English as a second language, that is what
25 you're talking about?

### Page 45

1  Q  Okay. I'll take that.
2  A  Okay. The persons who oppose what's
3 considered to be the most empirically, well-founded,
4 documented way of teaching children a second language
5 are usually politicians and people who really don't
6 know the literature and don't know the education.
7  Q  The idiots?
8       MS. PALACIOS: That doesn't call for an
9 answer.
10       MR. ROBINSON: I'll withdraw that.
11 BY MR. ROBINSON:
12  Q  Are there scholars in the -- can you answer
13 the question of whether or not there are scholars in
14 the linguistic community that have views about
15 English-only rules that differ from yours?
16       MS. PALACIOS: Objection.
17  A  Again, no, I can't think of scholars. They
18 are basically people outside of academia who are
19 politicians, like Ron Unz in California, for example,
20 who believes that English immersion is the only way
21 that you should be teaching English.
22       MS. PALACIOS: Rick, if we could just
23 take two seconds for a bathroom break, like now or
24 some time soon.
25       MR. ROBINSON: Now is fine.

Page 46

1
2       (Recess: 11:04 am to 11:09 am.)
3
4  BY MR. ROBINSON:
5     Q   One of your principal scholarly interests as
6  a linguist or sociolinguist has been courtroom
7  interpretation; is that right?
8     A   Yes.
9     Q   And you've been publishing books and
10 monographs on that subject since 1980; isn't that
11 right?
12    A   Yes.
13    Q   Just as a matter of curiosity, can you
14 explain the connection between linguistics and
15 courtroom interpretation?
16    A   Yes. Interpreting and translation is
17 considered to be higher order cognitive language
18 skills. So if you look at it in the spectrum of second
19 language acquisition, this is second language
20 acquisition at its highest form: the ability to
21 translate and to interpret. So that's how it's part of
22 linguistics and second language acquisition.
23    Q   Aside from the books and monographs you've
24 written on courtroom interpretation, can you tell us
25 whether you've written any linguistic textbooks?

Page 47

1     A   Sociolinguistic --
2     Q   Have you written any linguistic textbooks?
3  Yes or no.
4     A   Yes.
5     Q   And have you written any sociolinguistic
6  textbooks?
7     A   Yes.
8     Q   And putting the two together, what textbooks
9  in linguistics or sociolinguistics have you written?
10    A   The Language Ideologies, Volume I and II, are
11 considered sociolinguistic and linguistic textbooks.
12    Q   But you're the editor of those, aren't you?
13    A   Yes. Exactly.
14    Q   And you didn't write those texts?
15    A   No. What I did was I formulated what I --
16 questions that I wanted authors to answer and then
17 asked them to write to those. And then I worked with
18 them on the conceptualization and --
19    Q   Okay. Let's put things you edited aside and
20 let me ask the question again. Have you written any
21 linguistics or sociolinguistic textbooks?
22    A   Fundamentals of Court Interpretation is
23 considered a sociolinguistic/linguistic text.
24    Q   Okay. That's the book you wrote?
25    A   Yes.

Page 48

1     Q   Any others?
2     A   Grammar texts for high school students.
3     Q   Grammar tests?
4     A   Texts.
5     Q   Texts. Grammar texts.
6     A   And college level writing texts.
7     Q   Any others?
8     A   Monographs.
9     Q   Not textbooks?
10    A   Not textbooks.
11    Q   Have you actually taught any sociolinguistic
12 courses in the last ten years?
13    A   Yes.
14    Q   When was the last one that you taught?
15    A   I'm teaching one now.
16    Q   When before -- where?
17    A   At the University of Arizona.
18    Q   What is it? What's the name of the course?
19    A   English as a second language in bilingual
20 education.
21    Q   And when before that is the first -- had you
22 taught any sociolinguistic courses other than that in
23 the last ten years?
24    A   I believe in -- no, not in the last ten years
25 because I've been practically a full-time

Page 49

1  administrator.
2     Q   Okay. And -- an administrator?
3     A   Yes.
4     Q   What do you administer?
5     A   I direct the National Center For
6  Interpretation Testing Policy and Research at the
7  University of Arizona. And I also direct the Writing
8  Skills Improvement Program at the University of
9  Arizona.
10    Q   Okay. And when did you -- this ESL course
11 that you say you're teaching now --
12    A   Yes.
13    Q   -- when did you begin to teach that course?
14    A   You mean when did I actually create the
15 course?
16    Q   No. The course you're teaching now, had you
17 been teaching it continuously for ten years or did you
18 just start resume teaching it or start teaching it in
19 2003?
20    A   I started teaching that course again in 2002
21 after a hiatus of about twelve years when I was a
22 full-time administrator, administering the federal
23 court interpreters' certification project.
24    Q   In your report, which we will soon mark and
25 start discussing in detail, you refer to something

Page 50

1  called language policy.
2      A   Yes.
3      Q   Is that an aspect of sociolinguistics?
4      A   Yes.
5      Q   Is it one of the areas in which you claim to
6  be an expert?
7      A   Yes.
8      Q   What do you mean by "language policy"?
9      A   Language policy has to do with the
10  governmental or agency, state agency, federal
11  government, courts, agencies, businesses who -- and
12  educational institutions who have rules about what
13  language is to be spoken and not spoken, what language
14  is the language of instruction, what language will
15  student be tested in.
16      Q   So is it a study of the language policies of
17  others, like employers and governments and --
18      A   Yes.
19      Q   So in that sense it's like the study of
20  American foreign policy?
21      A   Well, I don't know if I would make that
22  analogy, but --
23      Q   But is it concerned -- when one studies
24  American foreign policy, one's studying something that
25  exists, something that is, and not necessarily the

Page 51

1  establishment of what American foreign policy should
2  be.
3      A   No. It comprises --
4          MS. PALACIOS: Objection.
5      A   -- all of that. I'm sorry.
6  BY MR. ROBINSON:
7      Q   What comprises all of that?
8      A   Language policy and planning comprises --
9      Q   Let me ask you this then: It's a study of
10  the language policy of others, but it's also concerned
11  with the establishment of language policies?
12      A   Yes.
13      Q   And language -- the establishment of language
14  policies for whom?
15      A   For governments, for agencies, for courts,
16  for businesses, for schools.
17      Q   What does an expert in language policy do?
18      A   Well, first of all, in my training I looked
19  at language policies as they exist all over the world
20  in governments and --
21      Q   I'm sorry, I missed that. Say that again.
22      A   In my training I looked at language policies
23  as they exist all over the world, internationally. And
24  we have learned a methodology by which to go into any
25  situation, whether it be a government agency, a school,

Page 52

1  an educational system, a business, a court, and
2  discover what the actual needs are of the consumers and
3  what communicative tasks are involved and how a
4  policy -- what effects the policy has on both sides; in
5  other words, the persons that it affects and the agency
6  itself.
7      Q   Is language policy concerned with values?
8      A   Values? I'm not sure I understand your
9  question.
10      Q   Is language policy concerned with efficacy?
11  Is it solely -- obviously it is concerned with efficacy
12  because that's what you've described. Is it solely
13  concerned with efficacy?
14      A   It's concerned with the function of the
15  policy; the ability of the policy to actually meet its
16  stated goals.
17      Q   Which is efficacy?
18      A   Yes.
19      Q   So why can't you answer the question is it
20  concerned with efficacy?
21          MS. PALACIOS: Objection.
22      A   Well, it's concerned with many different
23  things.
24  BY MR. ROBINSON:
25      Q   But one of the things it's concerned with is

Page 53

1  efficacy?
2      A   Yes.
3      Q   Is it also concerned with values?
4      A   I'm not sure what you mean by "values."
5      Q   Okay. Are you physically opposed to
6  compelled English in virtually all settings?
7          MS. PALACIOS: Objection. Physically
8  opposed?
9      A   Physically?
10          MR. ROBINSON: Did I say "physically"?
11  BY MR. ROBINSON:
12      Q   You can answer that question. Are you
13  physically opposed? You're going to beat up Bob Cohen.
14          Are you philosophically -- too many syllables
15  in philosophical. Are you philosophically opposed to
16  compelled English in all settings?
17      A   No.
18      Q   Are you philosophically opposed to compelled
19  English in certain settings?
20      A   Yes.
21      Q   What settings are you philosophically --
22      A   Wait. I'm sorry. I shouldn't say this. I'm
23  not philosophically opposed or supportive of anything.
24  I like to look at the empirical data and try to
25  understand if the policy is efficient in carrying out

14 (Pages 50 to 53)

EEOC vs Beauty Enterprises

3/12/2004                                                                                                          Roseann Duenas Gonzalez

Page 54

1  the stated purposes and meet the needs of both sides of
2  the policy, and in particular looking at if it has any
3  harmful effects on the population that it's
4  targeting.
5     Q  Then do you deny a physical -- a
6  philosophical opposition to compelled English in any
7  setting?
8        MS. PALACIOS: Objection.
9     A  No. I would have to say that my conclusions
10 about any language policy are empirically founded and
11 only after I have looked at the need for the policy and
12 whether that policy is carrying out what its stated
13 goals are and if there is any other better way of
14 meeting those goals then compelling language use that
15 may be harmful to the people that it's targeting.
16 BY MR. ROBINSON:
17    Q  Are you, in language policy terms, what one
18 would call a pluralist?
19    A  I would have to know what your definition of
20 a "pluralist" is.
21    Q  Well, do you have a -- do you have a
22 definition of pluralist?
23    A  Well --
24    Q  Yes or no? Do you have --
25    A  Yes.

Page 55

1     Q  What's your definition of pluralist?
2     A  A pluralist is a person who believes that
3  multiculturalism and mulitlingualism is a good thing
4  and can be accommodated and can meet the needs -- all
5  stated needs of an agency if it's done correctly.
6     Q  Would you consider yourself a pluralist as
7  you just defined it?
8     A  I would have to say that I wouldn't define
9  myself as a pluralist. I would define myself as a
10 scholar and a researcher who would always be looking at
11 the -- every situation as a very different kind of
12 situation that requires study.
13    Q  Is the opposite of a pluralist an
14 assimilationist?
15    A  I suppose that you could consider those two
16 things on separate poles, but I don't really see them
17 that way.
18    Q  Well, is there something in language -- are
19 there people who, in language policy terms,
20 are referred to as assimilationists?
21    A  Not really that I've run into.
22    Q  I don't know if you met any, but that's not
23 the question. Do you have any friends who are
24 assimilationists?
25    A  I think you can't -- that might be somebody's

Page 56

1  way of thinking about assimilation and pluralism, but I
2  don't see them as separate ends of the spectrum.
3     Q  Well, if I asked you what an assimilationist
4  believes, could you answer that question?
5     A  No. I don't really see the field defined
6  that way.
7     Q  Are you a member of any Hispanic or chicano
8  interest groups?
9     A  Yes. What do you mean by an interest group
10 first?
11    Q  You answered yes, so it obviously had some
12 meaning that enabled you to answer the question.
13    A  Yes. I should qualify that I'm a member of
14 the Latino Caucus of the National Council of Teachers
15 of English. I don't think that's an interest group.
16 It's just an educational subgroup.
17    Q  Well, what other Hispanic or chicano interest
18 groups or groups are you a member of?
19    A  Not really any.
20    Q  Have you now been or ever been?
21    A  No. Just the Latino Caucus of the National
22 Council of Teachers of English.
23    Q  Did there come a time when you began serving
24 as an expert in employment discrimination cases
25 involving language?

Page 57

1     A  Yes.
2     Q  When?
3     A  1980, Seltzer versus Foley.
4     Q  Is that an employment discrimination case?
5     A  It was a case brought by two --
6     Q  Was it an employment discrimination case?
7     A  I believe so. I don't honestly know about
8  the legal nomenclature of the case, but --
9     Q  Would it be fair to describe that case as a
10 challenge to the Administrative Office of the United
11 States Courts' written certification examination by two
12 experienced interpreters who failed?
13    A  Yes. And it was an employment test.
14    Q  For whom did you testify in that case -- or
15 for whom did you work in that case?
16    A  Administrative Office of the United States
17 Courts, which I believe they're represented by the
18 Justice --
19    Q  U.S. Attorney?
20    A  U.S. Attorney, yes.
21    Q  Since then -- when was the next time you were
22 involved in an employment discrimination case as an
23 expert witness?
24    A  This is a terrible copy of the vita, too.
25    Q  Let me show you.

15 (Pages 54 to 57)

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

Page 58

1  A  Oh, good.
2  Q  Was it in 1987 in the case of Buelna versus
3  The City of Chandler.
4  A  Okay. What was the question now?
5  Q  Is the next case of employment discrimination
6  involving language that you were involved in as an
7  expert witness the 1987 case of Buelna against City of
8  Chandler?
9  A  Yes.
10 Q  You described that case as an employment
11 discrimination due to a forced language use due to
12 ethnicity; is that right?
13 A  Uh-huh.
14 Q  Yes?
15 A  Yes.
16 Q  But the plaintiff there was a Hispanic police
17 officer in Arizona; isn't that right?
18 A  Yes.
19 Q  And he challenged his discriminatory based on
20 his national origin, his being required to perform what
21 he referred to as the additional task of translating
22 Spanish; isn't that right?
23 A  Interpreting Spanish I believe, yes.
24 Q  And his claim was that despite his ethnic
25 background, he lacked the Spanish skills needed to

Page 59

1  interpret; isn't that right?
2  A  That's correct.
3  Q  And he also charged that non-Hispanics with
4  his language limitations weren't required to perform
5  this additional task and therefore the requirement
6  could only have been imposed upon him because he was
7  Hispanic; is that right?
8  A  That's correct.
9  Q  And at least according to the Ninth Circuit,
10 if you know, the record in that case showed that he had
11 interpreted in the past, yes?
12 A  I believe so.
13 Q  That he had received commendations for doing
14 so, yes?
15 A  Yes.
16 Q  And he simply decided that he was no longer
17 going to interpret, right?
18 A  No. That's not true.
19 Q  Well, isn't that what the Second -- the
20 Second Circuit -- the Ninth Circuit found?
21 A  I don't know about that last statement. But
22 when I assessed him, he should never have been
23 interpreting because his Spanish was so poor that it
24 was putting people in jeopardy.
25 Q  Whom did you testify for in that case? The

Page 60

1  plaintiff, right?
2  A  Yes. But I don't believe I actually
3  testified.
4  Q  Whom did you work for in that case?
5  A  A private attorney.
6  Q  Representing?
7  A  Representing Mr. Buelna.
8  Q  Who was the plaintiff?
9  A  Yes.
10 Q  And your next service as an expert came in a
11 case for the EEOC in 1992; isn't that right, as an
12 expert in a language-based discrimination case?
13 A  Yes.
14 Q  And you describe your work there as language
15 assessment, an ethnographic study in employment
16 discrimination case, R. Sustaita, S-U-S -- R period
17 S-U-S-T-A-I-T-A. Is that how you describe it in your
18 CV?
19 A  Yes.
20 Q  What did you do in that case?
21 A  I did a policy analysis using ethnographic
22 qualitative data collection techniques. I also
23 formally assessed their language of the persons
24 involved in this case. And I worked with the EEOC,
25 Attorney Rudy Sustaita.

Page 61

1  Q  So R. Sustaita is the attorney?
2  A  Yes.
3  Q  And you worked for the EEOC?
4  A  Yes.
5  Q  Which was the plaintiff in the case?
6  A  Yes.
7  Q  What was the case about?
8  A  The case was about a group of women,
9  Spanish-speaking women of various Hispanic backgrounds
10 who were basically very limited English proficient and
11 were hired without any kind of testing or any kind of
12 particular focus on English proficiency. They worked
13 in a nursery, A and B Nursery, which was a child care
14 center, and basically worked with babies up to --
15 Q  Can I stop you for a second?
16 A  Yes.
17 Q  Was it a discrimination case?
18 A  Yes.
19 Q  And what was the claim of discrimination?
20 A  That there was a language policy compelling
21 them to speak English at all times.
22 Q  An English-only rule?
23 A  An English-only rule, yes.
24 Q  So this is an English-only rule case?
25 A  Yes.

Page 62

1    Q   And you prepared a report that was critical
2  of the English-only rule, yes?
3    A   It talked about the problems with the rule
4  and the effects on the population, yes.
5    Q   Well, is anything wrong with critical of the
6  English-only rule in that particular instance? Is that
7  an unfair description?
8    A   Well, I don't usually think of these
9  conclusions as critical. They're just exploratory
10 investigations of how the rule either doesn't carry out
11 its stated purposes or that the effects on the
12 population are, you know, harmful. So that's what --
13   Q   Would you be in favor of English-only rules
14 in circumstances where they did, in fact, carry out
15 their stated purposes, that their stated purposes
16 weren't illegal, and nonetheless people who were
17 subject to them really didn't feel -- it made them feel
18 bad?
19       MS. PALACIOS: Objection.
20   A   Again, I would have to look at the situation,
21 understand it completely, and if I found that it was a
22 really critical language-dependent workplace, like my
23 office, for example, the National Center for
24 Interpretation, where everyone works on research and
25 writing, and I had an English-only rule in terms of --

Page 63

1  let's not say English only, but a strict English
2  proficiency rule, then I would have to say that that
3  would be very called for because the business required
4  it.
5  BY MR. ROBINSON:
6    Q   But if the business didn't require it but
7  nevertheless it was a good thing, it advanced
8  legitimate business goals, you'd be against it if it
9  made some employees feel badly?
10       MS. PALACIOS: Objection.
11   A   No. That's what I was just trying to state
12 to you in the --
13 BY MR. ROBINSON:
14   Q   So you deny that?
15   A   Yes, I deny that.
16   Q   Your CV includes as a publication in 1995,
17 quote, A and B Nursery English-Only Rules; A Study of
18 Language Policy Impact on Hispanic Employees, paren,
19 with Matthews, end paren, Equal Employment Opportunity
20 Commission of Texas, R. Sustaita. What's that?
21   A   Oh, dear. This looks like a mistake. It's a
22 manuscript that was in preparation written as a report,
23 and whoever was working on my vita confused another
24 entry, the Equal -- let me see. No, I think this was
25 okay.

Page 64

1    Q   What is it? What is this --
2    A   It's just the final report in the case.
3    Q   Okay. It's listed on your CV as one of your
4  publications. Can we get it?
5    A   I hope I still have it. I think so.
6    Q   Can you -- will you send it to me?
7    A   Sure. I don't know if I actually have the
8  one -- I don't know why I have here with Matthews. It
9  could be one that we were preparing for publication and
10 that we didn't publish. But I could send you the
11 report in the case if that's what you want.
12   Q   Okay. And you have my address? I'll give
13 you my card later.
14   A   Okay.
15       MS. PALACIOS: We'll find you.
16       MR. ROBINSON: All right.
17 BY MR. ROBINSON:
18   Q   The next employment -- language-based
19 employment discrimination case you worked on was in
20 1994, Fuentas against DEA?
21   A   Yes.
22   Q   You describe this in your CV as an employment
23 discrimination case prohibiting the use of Spanish on
24 the job, right?
25   A   Yes.

Page 65

1    Q   And the name R. Martinez appears there.
2    A   Yes.
3    Q   Who is R. Martinez?
4    A   The attorney.
5    Q   For whom?
6    A   For Mr. Fuentas.
7    Q   And you worked for the plaintiff's attorney
8  in that case?
9    A   Yes.
10   Q   And what was that case about or what was the
11 discrimination? Withdrawn.
12       What happened to the plaintiff?
13   A   I believe he was terminated, but I can't
14 remember the facts of this case, I'm sorry to tell
15 you.
16   Q   All right. The next case that you describe
17 is 1995, Ruiz against Hull case.
18   A   Yes.
19   Q   Now, that's the Arizona Supreme Court
20 decision that struck down the English-only amendment to
21 the Arizona State Constitution on First Amendment and
22 legal protection grounds; isn't that right?
23   A   I believe so.
24   Q   And you say you participated in amicus
25 brief?

EEOC vs Beauty Enterprises

3/12/2004                                                                 Roseann Duenas Gonzalez

Page 66

1  A  Yes.
2  Q  And can we assume that the amicus brief was
3  against the amendment, not the First Amendment, but the
4  amendment to the English -- the Arizona State
5  Constitution?
6  A  Yes. It -- my part in it was gathering the
7  empirical research.
8  Q  Was your brief --
9  A  It wasn't my brief. I'm sorry.
10 Q  Well, what did you do?
11 A  I helped them with all the empirical
12 literary -- literature research on bilingual education,
13 language policy, impact.
14 Q  Did you help the opponents of the
15 amendment?
16 A  Yes.
17 Q  And your CV indicates that the next case you
18 worked on as a linguistic expert in an employment
19 case -- or language case was Sandoval against Hagan.
20 A  Yes. What year is that?
21 Q  1997.
22    MS. PALACIOS: Are you characterizing
23 it as an employment case?
24    MR. ROBINSON: No, I didn't. I took it
25 back.

Page 67

1     MS. PALACIOS: Just now?
2     MR. ROBINSON: No, I took it back
3  before. I said a language case.
4  A  Yes, it's a language case.
5  BY MR. ROBINSON:
6  Q  Okay. What did you do there?
7  A  I went in and looked at the policy in place
8  by the public safety department to stop all foreign
9  language testing for drivers.
10 Q  Foreign language?
11 A  Yes, for driver's licenses. And looked at
12 the Alabama official language amendment that had been
13 passed in that state and compared what the department
14 of public safety's policy -- how that one either
15 supported or didn't support the overall English-only
16 amendment of the state.
17 Q  Okay. I have here in my notes what I think
18 is a reference to something you wrote in there, but you
19 have mine so I can't read it. Do you decry the loss of
20 the case at the U.S. Supreme Court or the decision of
21 the U.S. Supreme Court as a, quote, Blow to civil
22 rights, end of quote?
23 A  Did I write it?
24 Q  Yes.
25 A  Yes.

Page 68

1  Q  How is it a blow to civil rights?
2  A  One of my conclusions in the policy study
3  that I did was that without getting a driver's license,
4  immigrants who are limited English speaking who never
5  have the opportunity to have enough mobility to find
6  other employment, better employment that would help
7  them learn English, because we know sociolinguistically
8  that jobs that require -- that legitimately need
9  English in order to carry them out that are language
10 dependent are -- contribute heavily to helping
11 immigrants learn English and shift basically from their
12 primary language into English. And so the not giving
13 people the opportunity to have a driver's license was,
14 in the State of Alabama, basically cutting them off
15 from being able to do -- to get this employment which
16 would basically help them assimilate and integrate into
17 the society.
18 Q  Well, what civil right was offended by the
19 Supreme Court's decision? The right to -- fill in the
20 blank.
21 A  That based on their characteristics of their
22 ethnicity, which was their primary language, they
23 weren't able to do something that all Americans can do,
24 and that is get a driver's license so that they can
25 find employment. We're talking about a state where

Page 69

1  there is no public transportation.
2  Q  But the Supreme Court said that wasn't wrong.
3  You disagree with the United States Supreme Court?
4     MS. PALACIOS: Objection.
5  BY MR. ROBINSON:
6  Q  Is that fair?
7     MS. PALACIOS: Objection.
8  A  I wish that the Supreme Court had understood
9  the language issue better than they did.
10 BY MR. ROBINSON:
11 Q  So you disagree with the United States
12 Supreme Court?
13 A  No, I'm not going to say that because I'm not
14 a legal expert, but I understand from others that there
15 were -- that the Supreme Court seemed to be very
16 understanding of some of the language issues, but there
17 was a technicality that --
18 Q  So when you say "a blow to civil rights,"
19 you're not using rights in the legalistic sense, are
20 you?
21 A  No.
22 Q  Are you familiar with the Fifth Circuit's
23 decision in Garcia and Gloor and the Ninth Circuit
24 decision in Garcia against Spun Steak?
25 A  Vaguely.

18 (Pages 66 to 69)

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

Page 70

1   Q   Do you think they're a blow to civil
2   rights?
3         MS. PALACIOS: Objection.
4   A   If you could refresh my memory on what those
5   holdings were, then I can tell you.
6   BY MR. ROBINSON:
7   Q   You don't remember them?
8   A   I can't remember them.
9   Q   They're English-only cases.
10  A   Yes. I know.
11  Q   Where the English-only rule was found not to
12  be -- disparately impact national origin discrimination
13  for one reason or another.
14  A   Because the people were bilingual.
15        MS. PALACIOS: Objection. I object to
16  the line of questioning. She's not a lawyer or legal
17  expert.
18        MR. ROBINSON: I'm not asking --
19  objection is made.
20  BY MR. ROBINSON:
21  Q   Again, do you think those cases are a blow to
22  civil rights?
23  A   I honestly can't remember the cases enough to
24  be able to say anything.
25  Q   Your next case as an expert in a language

Page 71

1   employment -- language and/or language employment case
2   was in 1999 Rivera against NIBCO; is that right?
3   A   Yes.
4   Q   You worked for the plaintiff in that case?
5   A   Yes.
6   Q   What happened to the plaintiff in that
7   case?
8   A   That case is continuing and nothing has
9   happened yet.
10  Q   No, what happened to the plaintiff?
11  A   Oh, you mean what are the facts of the case?
12  Q   Okay. That's -- answer that question.
13  A   I'm sorry.
14  Q   Any time you have a better question, just let
15  me know and we'll go with yours.
16  A   In that -- this is a manufacturing factory
17  where they make --
18  Q   Was he discriminated against? Did they claim
19  discrimination?
20  A   Yes.
21  Q   And what was the claimed discrimination?
22  A   There was an English test that basically had
23  a great impact on Spanish speakers. They were --
24  basically all failed the test and were all
25  terminated.

Page 72

1   Q   Okay. And you worked for the plaintiff in
2   that case?
3   A   Yes.
4   Q   Your CV also lists in 2001 an evaluation of
5   the reasonable English fluency policy of Provident Life
6   and Accident Insurance Company. What did that case --
7   what was involved there?
8   A   This was a case brought by a gentleman who
9   tried to get disability insurance, passed all the
10  physical tests, paid the money, and then on the basis
11  of a telephone conversation with a member of the
12  insurance company was terminated as an insured.
13  Q   Insured. That's the word. I know that. I'm
14  a lawyer. I do these things.
15  A   Great. So that was the case.
16  Q   Now, you worked for the plaintiff there?
17  A   Yes.
18  Q   And are you now working on a book called --
19  tentatively called Barriers to Equality; English Only
20  in Society?
21  A   I'm working on several things. I think
22  that's what I called it.
23  Q   And that's going to be a collection of the
24  cases you've worked on as an expert on showing how
25  English only restricts access to employment and other

Page 73

1   aspects of American civil society?
2   A   Yes.
3   Q   And that's how you've described this in your
4   CV; is that right?
5   A   Yes.
6   Q   Do you expect to earn money as a result of
7   publishing this book?
8   A   No. Academic books don't make any money.
9   Q   Well, are you going to give the book away?
10  A   It's -- the problem with academic publishing
11  is that you just don't make any royalty money. So
12  basically it's just work that contributes to the
13  academic field.
14  Q   That contributes to your reputation in the
15  area -- in the academic field, right?
16  A   Oh, yes.
17  Q   And reputation is as valuable a currency in
18  your business as money, or almost?
19  A   Yes.
20  Q   Okay. Let's turn to your work in this case.
21  Let's mark this.
22
23        (Defendant's Exhibit 3: Marked for
24         identification.)
25

Page 74

BY MR. ROBINSON:
Q We've marked as Defendant's Exhibit 3, which is your report, right?
A May I inspect it?
Q Sure.
A Thank you.
   MR. ROBINSON: Can we mark this.

   (Defendant's Exhibit 4: Marked for identification.)

BY MR. ROBINSON:
Q Is Exhibit 3 a true and accurate copy of your report?
A Yes.
Q I didn't sneak anything in there, did I? Let me show you what's Exhibit 4. You agree that I just received this document today?
A Yes.
Q What is it?
A It's an errata. It was errors, typographical errors on my Appendix E.
Q Just Appendix E?
A Yes.
   MS. PALACIOS: Well, I'm sorry, hang

Page 75

on. Just to clarify, it's Appendix E, but then also as it's referred to throughout the report, correct? Because you have sections --
   THE WITNESS: No. This is all Appendix E.
   MR. ROBINSON: Appendix E is part of the narrative?
   THE WITNESS: Yes. Appendix E is several sections.
BY MR. ROBINSON:
Q Okay. One of the things you did to prepare your opinions and reports here was to create a questionnaire for use in interviewing the charging parties; isn't that right?
A Yes.
Q You don't attach the questionnaire to your report, though, do you?
A No.
Q Have you brought the questionnaire with you today?
A No.
Q Does the questionnaire --
A Wait a minute. No. I'm sorry, I don't have it.
Q So I can't see the questionnaire today?

Page 76

A I didn't bring it.
Q Can you send me a copy?
A Sure.
Q Did you create this questionnaire before you conducted the interviews?
A Yes. After reading materials.
Q I'll get there. Just yes answers the question.
   What had you done in the case before you prepared the questionnaire?
A I read several pieces of material. I don't remember what they all were.
Q Stuff generated in the case?
A Yes. EEOC complaints and general charges and things like that.
Q Okay. What did you do to prepare the questionnaire?
A I looked at -- well, before I prepared the questionnaire of course I already had -- I had questions from the EEOC that they had asked me to investigate. And so I looked at -- I read all of the materials and tried to understand what the major linguistic issues are in the case, along with the questions from the EEOC, and then I devised a questionnaire that I thought would help me guide my

Page 77

interviews with the plaintiffs.
Q How did you do that?
A I used a standard sociolinguistic background questionnaire for one thing.
Q Stop. When you say a standard sociolinguistic background questionnaire.
A Yes, to --
Q What is it that makes -- where do you go to get one -- where could I get one of those things?
A Well, for example, my dissertation has a standard language background questionnaire in it. There are many such questionnaires in the literature, but basically that's just where I began, because you want to begin by looking at how these plaintiffs, or whoever you're interviewing, has learned their language.
   In other words, you want to understand their sociolinguistic second language acquisition properties and you want to understand how long they've been in this country, where they've come from, what their socialization was, what their educational pattern has been, what their formal education is, what their English as a second language education is. Then you go on to try to understand what the communicative tasks are on the job.