EEOC vs Beauty Enterprises

3/12/2004                                                    Roseann Duenas Gonzalez

Page 238

1  workplace harmony and causes ethnic tension is to
2  review the results of discovery in this case?
3      A    And my interviews and bring all of my
4  knowledge of the field and training and methodological
5  procedures to it.
6      Q    Now, one of the discovery results that you
7  cite in this Section 3.3 deals with the circumstances
8  that led Mr. Cohen, Beauty Enterprises' owner, to
9  create the rule; isn't that right?
10     A    Pardon me?  I'm not sure what you just
11  said.
12     Q    One of the discovery results that you cite in
13  this Section 3.3 deals with the circumstances that led
14  Mr. Cohen to create the rule; isn't that right?
15     A    That's what Mr. Cohen --
16     Q    -- said?
17     A    Yes.  Said.
18     Q    And those circumstances that he described
19  concern a fight between blacks and Hispanics from many
20  years ago, right?
21         MS. PALACIOS:  Objection.
22     A    I believe so, yes.
23  BY MR. ROBINSON:
24     Q    Now, Doctor, I have the sense in reading
25  pages 34 and 35 of your report, and you've added to

Page 239

1  that sense by your reference to that's what Mr. Cohen
2  says in your answer a couple moments ago, that you
3  don't think this incident actually occurred.
4      A    No.
5      Q    Is my sense correct?
6          MS. PALACIOS:  Objection.
7      A    No, I'm not saying that.  I'm just saying
8  that Mr. Cohen -- that's what he reported in his
9  deposition.
10  BY MR. ROBINSON:
11     Q    Well --
12     A    And so did Mr. Pineros.
13     Q    Why did you point out, as you do, that the
14  incident is -- in your report that the incident is not
15  documented?
16     A    Because no one could really remember anything
17  much about it.
18     Q    He did.  Fabian Pineros did.
19     A    Well, they both said that they got there
20  after it already started.  And it was like a leap to a
21  conclusion that the language was the problem rather
22  than interpersonal conflict or just problems among
23  employees that might have started this.  And --
24     Q    Other things that affect ethnic harmony and
25  tension in the workplace, yes?

Page 240

1          MS. PALACIOS:  Objection.
2      A    Other things that affect interpersonal
3  relationships in the workplace.
4  BY MR. ROBINSON:
5      Q    Okay.  Well, then, let me ask you this,
6  ma'am:  Why do you refer, as you do, to the fight as an
7  alleged fight?
8      A    Because it was very difficult to me to think
9  that there was no report on this fight since it was so
10  important that it started this very problematic English
11  policy that, you know, you would think there would be
12  some documentation and there would be some
13  understanding of what it is and it would have been
14  documented and explicated so that somehow perhaps that
15  would be part of the investigation that Mr. Cohen could
16  have actually done.
17         He could have called in an expert and said,
18  you know, I have this problem.  What do you think is
19  wrong?  And instead he leaped to the conclusion that it
20  was a language issue because he heard swearing in the
21  end.
22     Q    You used the word alleged -- you used the
23  word "alleged" to modify fight; is that right?
24     A    Yes.
25     Q    And the government isn't alleging that there

Page 241

1  was a fight, is there?
2          MS. PALACIOS:  Objection.  What do you
3  mean?
4      A    I don't know.
5  BY MR. ROBINSON:
6      Q    Well, who's alleged -- somebody is making an
7  allegation, right?
8      A    Yes.
9      Q    Who's making the allegation of a fight?
10     A    I said alleged because nothing was documented
11  and no one seems to remember who was involved in this,
12  except for maybe one party.
13     Q    And so you have -- you have a concern, do you
14  not, as reflected in the use of these terms not
15  documented and alleged, that Beauty Enterprises simply
16  made up this fight to justify the existence of the
17  rule?
18     A    No.
19     Q    And that the real reason for the rule is
20  something even more nefarious, right?
21     A    No, I'm not saying that.
22         MS. PALACIOS:  Objection.
23  BY MR. ROBINSON:
24     Q    Deny that completely?  Yes?
25     A    Yes.  That's right.  If there was sexual

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                                      Roseann Duenas Gonzalez

Page 242

1  harassment issues, it would be documented.  That's all
2  I'm saying.  I'm coming out of the tradition --
3      Q    I thought you weren't an expert in sexual
4  harassment.
5      A    As an administrator at the University of
6  Arizona, if there is anything suspicious like a report
7  I have to write a five-page narrative of what happened
8  and what happened and this and that.
9      Q    And if you were at the University of Colorado
10  it would be worse, right?
11     A    So that's what I'm saying.  It just surprised
12  me that nothing would be written.  There would be
13  nothing in a personnel file that you could go to.
14  Usually a personnel file would have all of these kinds
15  of things.
16     Q    Why do you say, as you do in your report
17  then, that neither Mr. Cohen nor Mr. Pineros witnessed
18  the fight?
19     A    Because that's what Mr. Cohen said, I
20  believe.
21     Q    Yeah.  But he said a lot of things.  Why do
22  you put that in here?
23     A    Because both of them have a real hard time
24  remembering anything that happened and knew very little
25  about it, except they got there and there was a

Page 243

1  fisticuffs and that's what Mr. Cohen said.  And so we
2  don't know what the genesis of that altercation was
3  about, and instead what language policy comes out of
4  it.
5      Q    Now, Doctor, you say in substance that the
6  rule isn't a cure for workplace violence; isn't that
7  right?
8      A    That's right.
9      Q    Are you an expert on workplace violence and
10  its prevention?
11     A    No, I'm not.
12     Q    Okay.  Now --
13     A    Where did I say that, by the way?
14     Q    Somewhere.  Doctor, do you think you fairly
15  summarized the record on the question of harmony and
16  ethnic tension?
17     A    Did I fairly summarize it?  What I've
18  written?
19     Q    Yes.
20     A    I would have to review everything that I've
21  said, but I --
22     Q    Well, you're saying this is an ethnically
23  tense workplace and that the English-only rule
24  certainly didn't reduce ethnic tension, it probably, if
25  anything, increased it, fair?

Page 244

1          MS. PALACIOS:  Objection.
2      A    I'm saying that the rule itself probably
3  exacerbated ethnic tension.
4  BY MR. ROBINSON:
5      Q    That already existed?
6          MS. PALACIOS:  Objection.
7      A    Well, I don't know if it already existed.
8  BY MR. ROBINSON:
9      Q    Okay.  You -- we established you read Harold
10  Acosta's deposition.
11     A    Yes.
12     Q    And you must have seen on page 199 where the
13  following appears:  "Question:  There is a lot of
14  different nationalities that work at the Beauty
15  Enterprises' warehouse, true?
16          "Answer:  Yes.
17          "Question:  Does everybody get along with
18  everybody?
19          "Answer:  Yes.
20          "Question:  No tension ever?
21          "Answer:  Not in the warehouse."
22          Can we agree that you saw this testimony?
23     A    What time period was he talking about?  I
24  can't really -- I'd have to read around it to
25  understand what it was about.

Page 245

1      Q    Well, now we're talking about time periods?
2  Did you see this testimony?
3      A    May I see it?
4      Q    I'm telling you it was there.  Do you
5  remember seeing it?
6      A    Yes.  But I don't know what the context is.
7      Q    Did you note that testimony in here?
8      A    Did I read it at some point?
9      Q    Did you note the testimony in your report?
10     A    Tell me where I noted it.
11     Q    No, you didn't.
12     A    Because you seem to remember.
13     Q    No.  The question is:  Did you note it in
14  your report?  The answer should be no.  Do you accept
15  that?
16     A    I'm going to take your word for it.
17     Q    Good.  Did you read Julio Benabe's
18  deposition?
19     A    Yes.
20     Q    Then you must have seen on page 170 where he
21  denies that there was ethnic tension at Beauty
22  Enterprises.  Can we agree that you saw this?
23     A    Yes, but at the end --
24     Q    Can we agree that you didn't mention it in
25  your report?

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                                          Roseann Duenas Gonzalez

Page 246

1    A   But again, he --
2    Q   Look, just answer --
3    A   No.
4    Q   Is it mentioned in your report?
5    A   No. But I can't agree to anything.
6    Q   What else would you like to say?
7    A   Okay. I can't agree to anything about your
8 reference because I haven't read around the context so
9 I don't know what they're talking about.
10   Q   Okay. You read Brenda -- would you like me
11 to get them? I mean, we could be here a little longer.
12   A   Sure.
13   Q   Do you really want to do this? I mean, these
14 are -- I'm telling you these were pretty discrete
15 little questions and answers that I asked. These
16 weren't the product of -- unusual for me -- these
17 weren't the product of long build-ups and a lot of
18 questions.
19   A   Okay. But I don't know what the context is,
20 so I can't agree --
21   Q   The context is I asked -- I asked Harold
22 Acosta, "There is a lot of different nationalities that
23 work at Beauty Enterprises, true?
24        "Yes.
25        "Does everybody get along with everybody?

Page 247

1         "Yes.
2         "No tension ever?
3         "Answer: Not in the warehouse."
4         And Harold Acosta, you know, was a long-time
5 employee there, right?
6    A   Uh-huh.
7    Q   Okay.
8    A   So was he talking about the past up to a
9 certain point?
10   Q   What don't you understand about the word
11 "ever" as a linguist or as a lay person?
12   A   I would have to read the whole context to be
13 able to agree with you.
14   Q   No, I'm not asking you to agree with me. I'm
15 asking you to agree that you don't note that testimony
16 in this report. You may have some explanation for it
17 that you're unable to articulate now, but it's not
18 there in your report, is it?
19   A   Oh, I can agree with that, I guess, if -- I
20 would have to look through the whole report.
21   Q   Did you read Brenda Berrios' deposition?
22   A   Yes.
23   Q   Is it safe to say then that you saw page 201
24 where she says she didn't observe any ethnic tension at
25 Beauty Enterprises?

Page 248

1    A   I must have read that, yes.
2    Q   Did you note that in your report?
3    A   I don't know what time period she was talking
4 about. I'm talking about --
5    Q   She's talking about the time period she was
6 there, which wasn't very long. Did you note that
7 testimony in your report?
8    A   I don't think I cited to it in particular.
9 I'm not sure.
10   Q   Did you note in your report that Eva Diaz's
11 testimony at page 192 of her deposition, that apart
12 from Tom Buonocore and Fabian being mean and the
13 English-only rule, everybody else was fine at Beauty
14 Enterprises?
15   A   Do I remember it?
16   Q   Did you note it in your report?
17   A   As a citation, no.
18   Q   Did you consider it in writing what you
19 wrote?
20   A   Of course I did.
21   Q   Did you note in your report Angel Oliveras'
22 testimony, page 122 of his deposition, that there has
23 never been any ethnic tension at Beauty Enterprises,
24 that he's not aware of any instances where people feel
25 they're being talked about or insulted in a language

Page 249

1 they don't understand?
2    A   Again, I don't remember that, but I don't
3 know what that -- it sounds to me like that's referring
4 to something very specific about did he ever hear about
5 people who were not Spanish speakers feeling bad about
6 someone talking about them in their language, which was
7 one of the, you know, reasons that Mr. Cohen gives for
8 doing -- for instituting this policy.
9    Q   Did you read the deposition transcript of Ray
10 Acosta?
11   A   Yes.
12   Q   Did you note that at page 126 of his
13 deposition he testified there was no ethnic tension at
14 Beauty Enterprises, that everybody gets along?
15   A   I'm sure he must have said that. I don't
16 know what time period he was talking about. I don't
17 know if it has anything to do with the Spanish
18 speakers.
19   Q   Nonetheless, you didn't note his testimony in
20 your -- in your report on the topic of ethnic tension
21 and harmony?
22   A   Yes. And I don't even know if that has
23 anything to do with the subject in this particular
24 section.
25   Q   Okay.

63 (Pages 246 to 249)

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                                                    Roseann Duenas Gonzalez

Page 250

1    A   Because I'm talking about the English-only
2  policy and what it does to all of the groups in the
3  workplace.
4    Q   If there is no ethnic tension, there is no
5  ethnic tension with or without the rule, right?
6    A   But those people testified in their
7  interviews to me that they felt as if they were being
8  singled out and targeted; that they felt that they were
9  being ridiculed by their fellow workers for their
10  English; that they were being the butt of the joke
11  every day when even at lunchtime people would say,
12  "English only" to them.  You know, ridiculing them.
13  They said many things in Spanish.
14    Q   We're talking about ethnic tension.
15    A   That's ethnic tension.
16    Q   That's ethnic tension?
17    A   Absolutely.
18    Q   That's making one ethnic group feel bad.
19  Ethnic tension, as I understand it, is blacks don't
20  like Puerto Ricans, or Russians and Jamaicans fight, or
21  things like that.
22    A   Well, your definition isn't as inclusive as
23  it should be.
24    Q   As it should be?  As it should be?  Where is
25  ethnic tension defined -- what's your basis for making

Page 251

1  that statement?  Is there some scientific
2  sociolinguistic text that you're relying on for that
3  statement that my definition isn't as broad as it
4  should be?
5    A   Yes.  Yes.  Because ethnicity and language
6  are inextricably tied.  So when you restrict a language
7  and you allow people in the workforce to tattletale on
8  people when they're speaking Spanish, when you allow
9  them to make fun of them because they're speaking
10  accented English, when you allow people to come and wag
11  their fingers and people and tell them "English only"
12  and when you basically single them out as a target like
13  the blue-eyed experiments in education, the Zimbardo
14  experiments in education at Stanford, you basically
15  identify a target group that will be looked at as
16  inferior and everyone else in the workplace kind of
17  comes around and targets that group.
18        Do you know about the blue-eyed experiments?
19  It's the same kind of thing happening here.
20    Q   Okay.  I can't answer -- it's not my job to
21  answer your questions.
22    A   Well --
23    Q   Maybe some day we'll have a drink and we'll
24  talk about that.
25        Let me just finish this up.  Are you aware --

Page 252

1  you read the transcript of Boris Bratslavsky's
2  deposition?
3    A   Yes.
4    Q   Are you aware at page 57 he said there is no
5  ethnic tension at Beauty Enterprises?
6    A   Yes.
7    Q   Did you cite that in your report?
8    A   No.
9    Q   You read Jakob Khutorsky's deposition?
10    A   Yes.
11    Q   You noted -- specifically you cited the
12  reference he made to the interpreter he had in his
13  interview, yes?
14    A   Yes.
15    Q   But you didn't cite his deposition when he
16  said there is no ethnic tension at the company.
17  Everybody gets along at page 61, did you?
18    A   No, but I did -- I do think I cited him for
19  saying that it was -- that he thought it was unfair the
20  way the rule had been applied to Spanish speakers and
21  it made him uncomfortable.  And I don't remember if
22  that's --
23    Q   Why did you cite that one and not this -- why
24  did you cite that quote and not this quote, No ethnic
25  tension, everybody gets along?

Page 253

1    A   Because a lot of people don't know what
2  ethnic tension is.
3    Q   How about everybody gets along, do you think
4  that's scientific and technical?
5    A   Well, when it's -- when you balance that with
6  saying that he felt that it was unfair that Spanish
7  speakers were being singled out and treated in an
8  abusive way, you know, for this English-only policy,
9  then you have to make a -- you know, a distinction and
10  say that possibly he may not understand that that means
11  ethnic tension.  It's the widening of the definition
12  just as I told you.
13    Q   Let's go on to page 35, just past the middle
14  in the second full paragraph.  The penultimate sentence
15  you say, "It is clear that the strict enforcement of
16  the, quote, speak English-only rule, end of quote, the
17  only prong that was ever really enforced at BEI was the
18  actual cause of the rise of ethnic tensions at BEI."
19  Putting aside the editorial intonations, did I read
20  that right?
21    A   Yes.
22    Q   First, can you explain to me what the speak
23  English-only rule is a prong of?
24    A   The English-only policy talks not only about
25  speaking English in the workplace, but it also talks

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                                    Roseann Duenas Gonzalez

Page 254

1 about the speak, read and write --
2     Q  I understand. I got it.
3     A  Okay.
4     Q  Where do you cite support for the notion that
5 there was a rise in ethnic tension at Beauty
6 Enterprises?
7     A  The whole section is about that conclusion.
8     Q  When do you say that this supposed rise in
9 ethnic tension occurred?
10    A  When the English-only rule was escalated.
11    Q  What does that mean?
12    A  When it began to be -- you know, a lot of the
13 charging parties said that there might have been a rule
14 but nobody ever really enforced it, but they spoke all
15 the time to their supervisors in Spanish. They spoke
16 whatever language they could. They tried to speak
17 English, but if they slipped into Spanish, it was okay.
18       When they got trained, the trainer would say
19 to them, Look, I'm going to speak to you in English,
20 but then you ask me in Spanish any question that you
21 don't understand, which was really wonderful because it
22 was very efficient. But all of these things seem to
23 change when the rule began to be really enforced.
24    Q  When was that?
25    A  I can't give you a date, except that -- it

Page 255

1 seems like in the early '90s it started being really
2 enforced in a different way, in a very strong way.
3     Q  When do you cite support for that notion in
4 here, in your report?
5     A  It's from all of the interviews that I had,
6 all the depositions that I read. It seemed to be a
7 very hazy -- you know, you can't pinpoint it, but it
8 sounded like the early '90s to me. From everything
9 everybody says, Oh, about twenty years ago, about ten
10 years ago, about eight years ago this happened. So I
11 put it together into a time line that made sense to me
12 based on all the data that I had gotten.
13    Q  Now, when you say you put it together in a
14 time line, you don't mean you have a piece of paper
15 with a time line on it that you created, is there?
16    A  No.
17    Q  You're just using it figuratively?
18    A  I'm just using it figuratively, yes.
19    Q  What's your support for the notion that there
20 was a rise in ethnic tension that was attributable to
21 the strict enforcement of the English-only rule? Same
22 thing?
23    A  All of the charging parties talking about how
24 all of a sudden people were tattletaling, all of a
25 sudden people were making fun of them, people were

Page 256

1 laughing at their accent, people were making them the
2 butt of the joke of English only, English only, even in
3 the lunchroom. When people talked about feeling so
4 terrible about coming to work and having to be mute
5 because they couldn't speak enough English to really
6 complain even, or they couldn't speak enough English to
7 feel that they could talk socially, and so they
8 basically became mute. And all of this has to do with
9 ethnic tension.
10    Q  Could it be, Doctor -- just throwing this out
11 as a possibility -- that what you're describing as
12 having occurred in the early '90s with what you say was
13 stepped-up enforcement of the English-only rule is
14 really a description of circumstances reported by the
15 charging parties as occurring after the opposition to
16 the English-only rule became public and charges were
17 filed by the EEOC?
18       MS. PALACIOS:  Objection.
19    A  I remember there were -- from everything that
20 I've read and everything that they've said, that there
21 seemed to be an escalation. And then finally these
22 people who are culturally not able to complain or defy
23 authority by cultural nature, you know, whose own
24 cultural rules don't really encourage them to go and
25 complain -- they tried to complain. I think Nelson

Page 257

1 Marquez had had like 42 complaints. Every time they
2 would be warned, they would answer back and say, Why
3 are you doing this? Why can't I speak my language? I
4 don't understand. Until they finally went and
5 complained to EEOC. And then there is another
6 escalation after that. And that's the way I understand
7 it.
8 BY MR. ROBINSON:
9     Q  There were two escalations?
10    A  That would be my time line.
11    Q  Okay. Now, you say racial tension also
12 escalated when Mr. Cohen shared his views with the
13 Beauty Enterprises workforce about the pending lawsuit
14 by playing the Brad Davis radio talk show interview
15 over the loud speaker, or whatever he did to bring that
16 to their attention; is that right?
17    A  I don't know if I said racial tension, but
18 just racial and ethnic tension.
19    Q  Well, look at page 35, next full paragraph.
20    A  This one?
21    Q  I sort of go paragraph by paragraph through
22 this thing. I may skip a few paragraphs, but I don't
23 go back and forth. I'm not good enough to do that.
24       Says, "Racial tension also escalated when Mr.
25 Cohen shared his views with the BEI workers about the

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                                                                    Roseann Duenas Gonzalez

Page 258

1  pending lawsuit."  Did I read that right?
2      A   Yes.
3      Q   And the reference is to the Brad Davis show,
4  right?
5      A   Yes.  Because he invoked the names of --
6      Q   I haven't asked you a question.
7      A   I thought there was a pending question.  I'm
8  sorry.
9      Q   Let me repeat it.  I'll withdraw the pending
10  question and ask you another one.
11         How do you know that racial tension escalated
12  when Mr. Cohen shared his views when he played the Brad
13  Davis interview?
14      A   Well, I think -- I use racial and ethnic
15  tension kind of interchangeably.  But in this
16  particular place, I believe that Mr. Cohen invoked
17  African Americans as being people that had been working
18  for many years and then talked about how these people
19  who complained were causing a problem for the whole
20  warehouse.  And that's just another way of targeting a
21  group.
22         As I said, in like the blue-eyed experiment
23  in education where a teacher said, Everyone with blue
24  eyes is going to wear a black armband and those people
25  are the preferential people, and the people with the

Page 259

1  brown eyes were the, you know, the inferior group, they
2  had to abandon that experiment because once you target
3  a group, you -- the children started treating that
4  targeted group so abusively that the teacher had to
5  abandon it.  It's a very famous experiment in
6  education.
7      Q   Right.  But there are two ways to
8  characterize this group that you say Mr. Cohen is
9  referring to, aren't there?
10      A   There Spanish speakers and the African
11  Americans?  Is that what you're talking about?
12      Q   No.  That these people created this problem.
13      A   Yes.  "These people," meaning the Hispanics
14  who had gone to complain had created this problem.
15      Q   Right.  But there are two ways to
16  characterize that group.  One is that they're Hispanic,
17  right?  Yes?
18      A   Yes.
19      Q   And two is that they're charging parties?
20      A   But the --
21      Q   Yes?
22      A   No.  The rhetorical --
23      Q   You can't characterize them as charging
24  parties?
25      A   Well, sure.  But the rhetorical implication

Page 260

1  of that is these are the people that are the problem.
2  And so that label --
3      Q   So all Hispanics are the problem?  Yes?
4      A   In the plant.  People who had participated in
5  this public demonstration.
6      Q   Wait a second.  Wait a second.  We're drawing
7  a distinction between the Hispanics who are charging
8  parties or who went to the public hearing and all
9  Hispanics.  You see the distinction?
10      A   Yes.
11      Q   Okay.  Are you saying that when Mr. Cohen
12  referred to the group of charging parties, that that
13  could be interpreted by everybody as a derogatory
14  reference to all Hispanic employees because they were
15  Hispanic?
16      A   Well, here's the problem.  And the answer
17  could be yes, with qualifications.
18      Q   Okay.
19      A   If you look at the transcript of the show, it
20  talks about Puerto Rican community.  There are five
21  employees, but they're Spanish employees.
22      Q   Well, read exactly what he said or what's
23  reported there.
24      A   Oh, and he says in one place, "Absolutely.
25  And all she's doing is causing dissension with our

Page 261

1  workers against the Spanish workers."  So he even
2  understands what the effect of this will be, and that
3  is that there is dissension between the Spanish workers
4  and the other workers.
5      Q   Isn't another interpretation for what he's
6  saying there is a Minnie Gonzalez, a state
7  representative, for political purposes is trying to get
8  at least some of the Hispanic workers at Beauty
9  Enterprises to oppose the company in this matter?
10      A   Yes.
11      Q   And it's not really them that's operating,
12  they're under her undue influence?
13      A   And what does that still do to that group?
14      Q   I don't know what it does.
15      A   It still targets them.
16      Q   We can't have a conversation here where
17  you're asking me questions.  You've got to answer my
18  questions.
19      A   Okay.  Linguistically --
20      Q   We'll have a drink and have that kind of
21  discussion.
22      A   Linguistically the effect of that the
23  rhetorical effect is to target that group.
24         MS. PALACIOS:  I have to -- I'm sorry.
25  Off the record.

66 (Pages 258 to 261)

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                                    Roseann Duenas Gonzalez

Page 262

1
2      (Recess 5:24 pm to 5:28 pm.)
3
4   BY MR. ROBINSON:
5      Q   Let's talk very briefly about Section 3.4 of
6   your report entitled "BEI's English-only rule creates
7   an unsafe workplace."  You're not a safety expert, are
8   you, Dr. Gonzalez?
9      A   No.
10     Q   In fact, you know the EEOC has a safety
11  expert in this case?
12     A   Yes.
13     Q   So-called.  You even know the guy, don't you?
14  Mr. Harper?
15     A   Yes.  I met him twice.
16     Q   But you nevertheless rendered an opinion
17  about safety; isn't that right?
18         MS. PALACIOS:  Objection.
19     A   About the linguistic issue concerning
20  safety.
21  BY MR. ROBINSON:
22     Q   Let's turn to page 3.5 of your report which
23  you entitle, "Use of English-only is not necessary for
24  business efficiency."  Are you an expert in business
25  efficiencies, Doctor?

Page 263

1      A   When it comes to language, yes.
2      Q   Have you -- what special training have you
3   had that gives you expertise in business
4   efficiencies?
5      A   When it involves language, English is --
6   English as a second language, English for specific
7   purposes, in business, all of those things.  I've
8   worked with corporations, schools, businesses to try to
9   help them create --
10     Q   Efficiencies?
11     A   -- english policies that will help their
12  workers be more efficient and effective in their
13  work.
14     Q   Give me an example.
15     A   Saudi Arabian government wanted to improve
16  the efficiency, effectiveness of their oil rig workers
17  when they were first taking over their own oil fields.
18  And so we created a program for them to train them in
19  English so that they could take over those jobs more
20  efficiently and effectively.  Same thing with the Ford
21  Motor Company down in Edmosio, Mexico.
22     Q   So teaching English is one of the things that
23  you did, teaching English or calling for the teaching
24  of English to what, Arabian workers?
25     A   Yes, Saudi Arabian workers.

Page 264

1      Q   To Saudi Arabian workers?
2      A   It includes looking at all the communicative
3   tasks and looking at the whole industry and deciding
4   which sort of curriculum would best --
5      Q   Why did they have to learn English?
6      A   Because their English was extremely
7   limited.
8      Q   Why did they have to learn English?
9      A   Because at the time the technology was in
10  English.
11     Q   Did they have to communicate with people in
12  English in spoken words?
13     A   In very high level technical kinds of jobs,
14  yes.
15     Q   Okay.  Did you conduct any scientific
16  research to reach the conclusion that the English-only
17  rule isn't necessary for business efficiency?
18     A   Yes.  Again, my interview, my methodology on
19  qualitative research in sociolinguistics that -- and my
20  analysis of all of that data.
21     Q   You say here on page 38 that, "Beauty
22  Enterprises' English-only rule had many unintended
23  effects that tended to reduce efficiency in the
24  workplace."  Do you see that?
25     A   I'm sorry, where exactly is it?

Page 265

1      Q   On page 38.
2      A   I see.
3      Q   The second paragraph.
4      A   Okay.
5      Q   And one of those was low employee morale.  Do
6   you see that?
7      A   Uh-huh.
8      Q   Is there some source in the linguistic
9   literature that establishes that low employee morale
10  reduces efficiency or is this just your sense of what
11  common sense teaches us?
12     A   Could you ask your question again, please?
13     Q   Sure.  Is there some source of linguistic
14  literature that establishes that low employee morale
15  reduces efficiency or is this statement just your sense
16  of what common sense instructs us?
17     A   It's part of a language policy analysis.  In
18  other words, what effect did the rule have.
19     Q   It's not a matter of common sense?
20     A   No.
21     Q   Did you actually study the morale of
22  warehouse workers at Beauty Enterprises?
23     A   I looked at what they -- all of their
24  interviews.
25     Q   Did you study -- yes or no, did you actually

67 (Pages 262 to 265)

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                              Roseann Duenas Gonzalez

Page 266

1  study the morale of warehouse workers at Beauty
2  Enterprises?
3      A   Of the charging parties, yes. And through
4  the depositions of other employees also.
5      Q   And the methodology you used was to talk to
6  them and read the depositions?
7      A   Yes. And they generally, in their
8  discussion, talked about how they felt about work, how
9  that feeling had changed.
10     Q   Did you use any --
11     A   Yes, qualitative research.
12     Q   Did you use any -- I'm going to use a
13  different one -- did you use any quantitative tools to
14  measure employee morale?
15     A   No.
16     Q   Did you use anything quantitative in anything
17  you did here?
18     A   Sociolinguistic research has qualitative
19  research as one of the central ways of doing a
20  language -- a language policy analysis. So there would
21  really be few ways of looking at things quantitatively.
22  So qualitative it the fastest way to get the most
23  information possible. And that's why I did in-depth
24  interviewing, which is a requirement.
25     Q   Can I take that as a no? Do you want to hear

Page 267

1  the question?
2          MS. PALACIOS: Did you use anything
3  quantitative versus qualitative?
4      A   No.
5  BY MR. ROBINSON:
6      Q   Yes, I can take it as a no?
7      A   Yes.
8      Q   And is it your position that this low morale
9  had existed -- well, when do you say this low morale
10  existed at Beauty Enterprises?
11     A   When the English-only rule really began to be
12  enforced in a very -- in a much stronger way than it
13  had been in the past.
14     Q   Did you explore any other potential causes of
15  low morale?
16     A   I was looking at the low morale of these
17  charging parties and some of the other people that I
18  read in the depositions. Basically it was a byproduct.
19  It was something that I discovered. These people were
20  unhappy about going to work because they were fearsome
21  and they were -- they were afraid and they were tired
22  of, you know, constantly not -- having to be mute and
23  not be able to really socially engage with people
24  because they were afraid that they would slip into
25  Spanish.

Page 268

1      Q   Did you try to find out if there were any
2  other potential causes of this supposed low morale that
3  you say existed?
4      A   Yes.
5      Q   What did you do?
6      A   I just asked questions.
7      Q   Well, what questions did you ask?
8      A   You know, was there anything else at work
9  that was different? Was there anything else that --
10  what was it? I mean, why did you feel this way? There
11  were -- my interview was a guide. And depending on
12  what people say, I asked more questions. And this is
13  just a finding that was a byproduct of all of the
14  questions that I asked.
15     Q   I may be wrong, okay, my recollection of the
16  record may be wrong, but I doubt it. I think that the
17  weight of the employee evidence, the answers I elicited
18  at the depositions about things at Beauty Enterprises
19  was, you know, except for the English-only rule, it was
20  pretty good. It was a pretty good place for Puerto
21  Ricans. Was that consistent with what you found?
22     A   Absolutely. That was what they were so upset
23  about was the fact that they loved it there. They
24  wanted to -- they did a good job. They had gotten
25  great performance. They had gotten raises. And then

Page 269

1  all of a sudden they were in trouble because they were
2  speaking their language.
3      Q   What do you mean "all of a sudden"? They had
4  been in trouble, according to you, since 1990.
5      A   No. At whatever point it was that things
6  began to be escalated some time in the '90s, and then,
7  you know, after the public hearing.
8      Q   How do you explain then the long tenure
9  starting before 1990 of Miguel Alvarez, of Eva Diaz, of
10  Angel Oliveras, who are still -- all still there, and
11  William Torres and Harold Acosta, how do you explain
12  the long tenure?
13         MS. PALACIOS: Objection.
14     A   They explained it to me as they needed the
15  job and they were willing to take the -- what they
16  considered to be, many of them -- abuse because they
17  really needed to support their families.
18  BY MR. ROBINSON:
19     Q   For fifteen years?
20     A   Yes.
21     Q   And if they never looked for another job,
22  that wouldn't have affected your answer, or your
23  assessment of that answer?
24         MS. PALACIOS: Objection.
25     A   I'm not sure I understand your question.

68 (Pages 266 to 269)

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                               Roseann Duenas Gonzalez

Page 270

BY MR. ROBINSON:
1   Q   Never mind. I'll withdraw it.
2       You also say, "The English-only rule had
3   another unintended effect. It intended to reduce
4   efficiency and that's the high attrition of competent
5   workers."
6       What evidence do you have of the proposition
7   that the English-only rule caused a high attrition of
8   competent workers?
9   A   Well, many of these workers disappeared.
10  And Supervisor Pineros, you know, mourns this. He just
11  said some of his best workers disappeared from his
12  plant. He said that on page 521 of his deposition.
13  And of course a lot of these people said in interview
14  that they just weren't able to take it anymore, so a
15  lot of them left of their own accord. A lot of them I
16  guess ended up being fired.
17      And so it was sad to see so many people who
18  obviously could do the job, people who had gotten
19  raises and whatever, leaving the job because of this.
20  And there is other --
21  Q   Did Brenda Berrios leave the job because of
22  the English-only rule?
23  A   I would have to look. I don't know. Shall I
24  look?

Page 271

1   Q   If you'd like.
2       MS. PALACIOS:  Is that a question you
3   need to ask the expert to answer and take time to
4   figure out when you could just refer to the
5   deposition?
6       MR. ROBINSON:  Is that a suggestion?
7       MS. PALACIOS:  Just a little bit.
8       MR. ROBINSON:  I'll take that as a
9   suggestion. Withdraw the question. It's only because
10  I like Lili very much.
11      MS. PALACIOS:  And it's Friday at 5:40.
12  BY MR. ROBINSON:
13  Q   Now, you don't say that Fabian Pineros
14  testified at page 521 of his deposition that some of
15  his best workers disappeared from employment, do you?
16  A   I thought it was on that page. And I said
17  that some of his best workers disappeared from
18  employment.
19  Q   What he was doing on page 521, he was being
20  asked questions about Rosa Green. And I'll be
21  selective. At 520 Lili asks him, "Do you remember" --
22  Hold on a second. No, I'm sorry. "Did you interview
23  her?
24      "Answer: Yes.
25      "Question: On a scale of one to ten, where

Page 272

1   is her English?
2       "Answer: I would say she's a three.
3       "Question: Was she a good worker?
4       "Answer: Very good.
5       "Question: Did she ever complain to you
6   about Beauty's English-only policy?
7       "Answer: No.
8       "Question: Did she ever complain to you that
9   she was being harassed in the way that the policy was
10  being applied?
11      "Answer: Never."
12      Going on. "Did you know that she was one of
13  the people who participated in the meeting?" Referring
14  to the public hearing.
15      "Answer: I really didn't recognize her. Now
16  that you say that she's there, I'm sure she's there.
17      "Question: Okay. What's your understanding
18  about why she left Beauty Enterprises?
19      "Answer: She disappeared.
20      "Question: She disappeared?
21      "Answer: Yes.
22      "Question: She didn't tell you why?
23      "Answer: No."
24  A   I think there were other places in his
25  deposition where he talked about disappearing

Page 273

1   workers.
2   Q   You only cited page 521 of the deposition.
3   A   Sorry.
4   Q   Don't apologize. Do I infer correctly from
5   what you've written here that you believe that
6   impediments to communication are impediments to
7   efficiency?
8   A   Yes.
9   Q   So if that's the case, wouldn't the absence
10  of a so-called ability to speak and understand English
11  hiring requirement, as well as the absence of an
12  English-only rule, impede a Hispanic worker's -- a
13  Hispanic worker with limited or no English ability or
14  proficiency -- would impede that worker's ability to
15  communicate with a non-Spanish speaking supervisor or
16  coworker? Impede. Not prevent, impede.
17      MS. PALACIOS:  Objection.
18  A   Well, I'm -- you know, you're talking about
19  something hypothetical and I'm talking about the facts
20  in this case, which is really the only thing I can talk
21  about. And that is that in the past, before the
22  English-only rule was whatever, changed, and it was
23  enforced, as it began to be enforced, people said that
24  they were training -- trained by people in Spanish,
25  that they could ask their Spanish supervisors things in

69 (Pages 270 to 273)

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                                                    Roseann Duenas Gonzalez

Page 274

1   Spanish, that they could talk to each other in Spanish
2   and say, Hey, I'm missing this. Where is it?
3   BY MR. ROBINSON:
4      Q   Let me ask you this.
5      A   And that made for an efficient workplace.
6      Q   Is it more efficient for a non-Spanish
7   speaking supervisor to be able to speak to another
8   employee and communicate with that employee in English
9   as opposed to going to get somebody who can interpret
10  for him in communicating with that limited English or
11  non-English employee? Just from that point of view.
12         MS. PALACIOS: Objection.
13     A   I couldn't answer it just in that way, but
14  I'd say that if you balance that against all the time
15  that would be lost making these people speak in English
16  when they have to take all the time to recode it in
17  their head, translate it, put it into English, it would
18  take a long time to get things accomplished. And
19  everybody in this workplace was into speed.
20         Pineros said the number one criterion for
21  people is how fast can they go. How fast can they do
22  it. They all got incentive raises or paid bonuses
23  on -- based on their productivity. So everybody wanted
24  to hurry. There were charging parties that said by
25  12:00 sometimes they had 100 orders done. And so the

Page 275

1   idea is fast.
2          Making charging parties speak in a language
3   that they didn't know very well and that they had to go
4   through all this translation with would slow up the
5   process considerably. So the little bit more time that
6   it would take for a supervisor to go get an
7   intermediary and have a translated discussion, if they
8   really needed it, is nothing compared to all of the
9   time it would take for all of the parties, all of the
10  time, every day, to have to spend time interpreting.
11  BY MR. ROBINSON:
12     Q   Okay. So it would be fair to you -- you
13  would agree with me that it's an inefficiency, but in
14  the general scheme of things you think that
15  inefficiency is outweighed by other factors?
16     A   Yes.
17         MS. PALACIOS: Objection.
18  BY MR. ROBINSON:
19     Q   I want to move quickly through the remaining
20  sections or subsections of Section 3 of your report.
21     A   Just to add to what I said, it's really an
22  accommodation that many, many businesses make. So it's
23  not really an inefficiency.
24     Q   Because other businesses make accommodations
25  it's not an efficiency?

Page 276

1      A   Well, because there are ways of going around
2   it that make it efficient.
3      Q   And I want to remind you what you told me
4   earlier, that Section 3 of your report is an attempt to
5   address the question of whether the English-only rule
6   was achieving its stated goals, okay? Are you with
7   me?
8      A   Yes.
9      Q   My first question is: What does Section 3.6
10  entitled "English acquisition strategies are prohibited
11  by Beauty Enterprises' English-only rule" have to do
12  with whether or not the rule is achieving its stated
13  goals?
14     A   You have in the English-only policy the idea
15  that all job applicants must be able to read, write and
16  speak English. So implicit in the rule is the idea
17  that someone is hoping that English will improve in
18  this workplace.
19         And so when you have -- when you set up a
20  restrictive language policy, like the one that BEI has,
21  you are signing up for a lot of aspective issues that
22  really in the end retard the growth of English, because
23  when you have people telling you in loud voices to
24  speak English only, to not speak Spanish, that your
25  Spanish is offensive to me, that you're disrespecting

Page 277

1   me when you speak Spanish, you know, jumping out from
2   behind boxes and generally really hurting people's
3   opinion's of themselves because they're language is so
4   tied into their ethnicity, that you are forcing
5   employees to -- or basically setting employees up for
6   not learning English as quickly as possible. So it
7   kind of defeats the purpose.
8      Q   Do you say that --
9      A   The second language acquisition theory is
10  that in order for people to learn a classroom, a
11  workplace, any agency, has to be a comfortable,
12  nonstressful, nonhostile environment in terms of the
13  language. The more you accept the language that people
14  bring with them --
15     Q   I said I'm going to stop at 6:00. Please.
16  I've got to get through this.
17     A   I'm sorry. I just wanted you to know.
18     Q   Are you saying that Beauty Enterprises had an
19  obligation of some sort in your view to teach, train or
20  otherwise do things that would -- take affirmative
21  action to improve the English language proficiency of
22  these people?
23     A   No. What I'm saying is --
24     Q   No is fine. Okay. What does Section 3.6.1
25  entitled "Charging parties are trained in English" have

70 (Pages 274 to 277)

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

Page 278

1   to do with whether or not the rule is achieving its
2   stated goals? Or why did you put this in here? Answer
3   either one of those questions.
4       A   I put this in here --
5       Q   Can the record reflect that you're taking a
6   while to reflect an answer on this question.
7       A   I put this in here because one would think
8   that implicit in the English-only policy is the wish
9   that people become more proficient speakers of English.
10  But an English-only policy isn't the way to do that,
11  that there are other ways that can -- that can be done.
12  They --
13      Q   Have we ever said that the purpose of the
14  English-only policy was to increase the proficiency of
15  people with the English language?
16      A   Well, if you want efficiency, there are ways
17  of doing that. And that has to do with training people
18  in English.
19      Q   Okay.
20      A   And providing English as a second language.
21      Q   The last thing you say that you were asked to
22  do here, Issue Number 4, is to report on the effect of
23  Beauty Enterprises' English-only policy in the
24  workplace by, A, elucidating the correlation between
25  language and ethnicity or national origin, and B,

Page 279

1   reporting on the stigmatization and other harmful
2   effects of language-based discrimination on
3   individuals. And this is what you purport to do in
4   Section 4; isn't that right?
5       A   Yes.
6       Q   Now, you say there is a correlation between
7   language and ethnicity or language and national origin;
8   isn't that correct?
9       A   Yes.
10      Q   And what this means, I take it, is that
11  Spanish language is important to a Hispanic person's
12  view of himself or herself, right?
13      A   Not important, but fundamental to their view
14  of themselves.
15      Q   And its fundamentality lies in the sense of
16  her or her notion of being Hispanic, right?
17      A   That the language is the expression of the
18  culture.
19      Q   And you also say, don't you, that the sense
20  of being Hispanic and the value attached to being
21  Hispanic is important to the way Hispanic people feel
22  about themselves, right?
23      A   Yes. Their self-esteem.
24      Q   And would this be a fair -- would that be a
25  fair summary of the points you're making in Sections

Page 280

1   4.1 through 4.2.4 of your report?
2           MS. PALACIOS:  Objection.
3       A   I think that's an oversimplification.
4   BY MR. ROBINSON:
5       Q   Well, we don't have that much time. But is
6   that -- I mean, is that a pretty good simplification?
7       A   No. I don't think it's comprehensive enough
8   and I don't have time to reread it to --
9       Q   Okay. Could you say the same things I've
10  just said using Hispanics as an example about, let's
11  say, Koreans?
12      A   Of course.
13      Q   But am I correct that these thoughts, as seen
14  from the perspective of Koreans, that Korean language
15  is important to a Korean's view of himself or herself;
16  that it's important to his or her sense of being,
17  Koreans; these thoughts are in the forefront of a
18  Korean's mind when outside of Korea, and they're not in
19  the forefront of the minds of Koreans when they're in
20  Korea; is that fair to say?
21          MS. PALACIOS:  Objection.
22      A   You're saying when a Korean immigrates to the
23  United States that they feel differently about their
24  language and their culture than they do when they're in
25  Korea? Is that what your question --

Page 281

1   BY MR. ROBINSON:
2       Q   No. That the feelings are more prominent and
3   have a more substantial role in the way Koreans feel
4   about being Korean when they're in Korea and when
5   they're in the United States, for example?
6       A   You're asking me if there is a difference in
7   the way their ethnicity and language -- what it means
8   when they're in Korea as opposed to being outside of
9   Korea?
10      Q   No. I don't walk around thinking that I'm
11  American and English is my language and that's part and
12  parcel of how I define myself of being American when
13  I'm here in America. I may have -- it may -- I may
14  have those thoughts, but they're certainly deep in the
15  recesses of my mind; they're not prominent. Yet if I
16  go to France where I don't know the language, go
17  anywhere where I don't know the language, then I'm much
18  more cognizant of language and its connection to
19  ethnicity and how I feel about being in a place where
20  I'm different. Would you agree with that?
21          MS. PALACIOS:  Objection.
22      A   So the question is?
23  BY MR. ROBINSON:
24      Q   I mean, would you agree that that's the way
25  people feel generally in those situations?

71 (Pages 278 to 281)

EEOC vs Beauty Enterprises

3/12/2004                                                    Roseann Duenas Gonzalez

Page 282

1         MS. PALACIOS:  Objection.
2      A   No.  I think that it would be much clearer to
3   say that everyone is connected to their language and
4   that your language that you speak and the way you see
5   the world is all tied in to your language and culture
6   right now.  But you may not be aware of it as
7   strongly --
8   BY MR. ROBINSON:
9      Q   -- until you leave home?
10        MS. PALACIOS:  Objection.
11     A   That you may not be aware of it.  But all of
12   those things are still working, operating.
13   BY MR. ROBINSON:
14     Q   Is it natural for someone whose native
15   language isn't English and whose English may not be too
16   good to feel uncomfortable in the United States where
17   English is the native language?
18     A   Just in general like that?
19     Q   Yes.
20     A   No.
21     Q   Not at all?
22     A   There are places -- I mean, there are
23   situations in which people feel really excited about
24   who they are, the language they speak, because they're
25   in a place that promotes that and doesn't restrict

Page 283

1   their speaking of the language.  This is all over the
2   educational literature.  There is thousands of articles
3   on this, that when you make a classroom -- it's one of
4   the main second language acquisition theories, that
5   when you make a classroom a place where -- that's not
6   restrictive, where people can use their own language to
7   learn another language, to learn English, to learn
8   content, that you are going to make it much more
9   possible for them to achieve proficiency and feel
10   comfortable.
11     Q   But I'm not even talking about -- I may be
12   just talking about a visitor.  I'm not limiting myself
13   to an educational context.  I'm not -- I'm not talking
14   at all about an educational context, I'm talking
15   generally about someone whose native language isn't
16   English and whose native language isn't too good and
17   they're experiencing discomfort because of that fact,
18   in certain situations, apart from English-only rules,
19   just because they're in the United States where English
20   is the native language and their language, be it
21   Korean, be it Spanish, be it Bosnian, be it whatever,
22   is not the dominant language.
23        MS. PALACIOS:  Objection.
24     A   It all depends on the context.
25   BY MR. ROBINSON:

Page 284

1      Q   In the last paragraph of Section 4.3 on pages
2   47 and 48 of your report you say in substance that
3   BEI's rules or rule causes the charging parties to feel
4   alienated and stigmatized.
5      A   Where is that exactly?
6      Q   4.3.
7      A   Page 47?
8      Q   And 48.
9      A   Okay.
10     Q   Did you do anything to support that statement
11   other than the interviews and studying the depositions
12   that you have described so far?
13     A   I did what's called for in sociolinguistics,
14   and that is to --
15     Q   That's not my question.  Did you do anything
16   other -- did you engage in any activities other than
17   the ones that you already described to the other things
18   in this case?
19     A   Besides consulting the literature, depending
20   on my training and the 60 hours of interview and the
21   depositions of everyone and the interrogatory
22   questions?
23     Q   Right.
24     A   No.
25     Q   You didn't do any quantitative --

Page 285

1      A   No.  All qualitative.
2      Q   You said qualitative is nonetheless a
3   scientific survey?
4      A   Absolutely.
5      Q   Are there statistics anywhere in your
6   report?
7      A   No.  They are not called for.  This is a case
8   study.
9      Q   And when you say that somebody feels
10   alienated and stigmatized, you're describing a
11   psychological state; isn't that right?
12     A   I'm describing --
13     Q   Are you describing a psychological state?
14     A   No.
15     Q   Okay.  No.  What is it that you're describing
16   then?
17     A   Sociological effects.
18     Q   Sociological effects.  Okay.  You're not a
19   psychologist, are you?
20     A   No.
21     Q   And you don't have a degree in sociology, do
22   you?
23     A   No.
24     Q   You're not a psychologist, are you?
25     A   No.

72 (Pages 282 to 285)

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                                    Roseann Duenas Gonzalez

Page 286

1    Q   Are you opining as an expert here about
2  people's psychological state?
3    A   No.
4    Q   Or are you just making judgments as a lay
5  person?
6    A   This is central to sociolinguistic research,
7  educational research.
8    Q   Determining feelings of alienation and
9  stigmatization?
10   A   No.  Reporting -- people reporting about how
11 they feel in any situation where there has been a
12 restrictive language policy.  You find thousands of
13 articles written about this.
14   Q   Okay.  So you are characterizing terms that
15 are part of -- are not technical, but are common and
16 ordinary feelings that are reported to you, is that
17 fair?
18   A   No.  No.  I wouldn't characterize it that
19 way.
20   Q   Well, is alienated a linguistic -- solely a
21 linguistic term?
22   A   It has very, very special sociolinguistic
23 connotations about when a group feels alienated, when a
24 person feels alienated.
25   Q   No, no.  But when a person feels alienated is

Page 287

1  different than what alienated is, would you agree with
2  that?  Being alienated and being alienated at a
3  particular point in time are two different concepts.
4  What I'm asking you is:  Is there a special
5  sociolinguistic definition of alienated and stigmatized
6  that's different from the Webster's Dictionary
7  definition of those terms?
8    A   Yes, because it's been explicated.
9    Q   Yes?  The answer is yes?
10   A   Yes.
11   Q   And where would I go to find the special
12 sociolinguistic definition of those terms to determine
13 for myself whether they're different than the Webster's
14 definition?
15   A   You would have to read a tremendous amount of
16 literature.
17   Q   I couldn't go to like a sociolinguistic
18 glossary of terms and --
19   A   You could go to several textbooks on the
20 sociolinguistics of language.
21   Q   And then in Section 4.4 you have a -- you
22 discuss the harmful effects of BEI's disciplining of
23 charging parties, right?
24   A   What paragraph are you on?
25   Q   Well, 4.4, which has subparts.

Page 288

1    A   Okay.
2    Q   Subparts are your identification of what
3  those harmful effects are, right?
4    A   What is the question?
5    Q   I don't know.  I've forgotten.  You keep
6  asking me things.  I get bollixed up.  You have that
7  effect on me.
8    A   Sorry.
9    Q   This is a section on the harmful effects of
10 BEI's disciplining of charging parties; isn't that
11 right?
12   A   In 4.4.4?
13   Q   No, 4.4 on page 48.
14   A   I'm sorry.  That's my problem.  4.4, right?
15   Q   Yes.  Page 48.  Right above --
16   A   Okay.  4.4.
17   Q   Harmful effects of BEI's disciplining of
18 charging parties.  Yes?
19   A   Yes.
20   Q   And again, you deny that what you're
21 describing here as harmful effects are psychological
22 phenomena?
23   A   No.  I'm talking about sociological --
24   Q   No.  You do deny it, yes?
25   A   Yes.

Page 289

1    Q   But here you're not measuring a response to
2  the mere existence of the rule, are you?
3         MS. PALACIOS:  Objection.  I don't
4  understand your question.
5  BY MR. ROBINSON:
6    Q   Well, you're measuring a response to the
7  disciplining of the charging parties.  You're not
8  saying, I feel badly because there is a rule there that
9  prevents me from speaking my language?  I feel badly
10 because they're disciplining me for violating this rule
11 and preventing me thereby from speaking my language?
12   A   No.  I'm sorry.  This is supposed to be a
13 much more general from warnings to firings.  Any time
14 that they had -- they were told to speak English.
15   Q   That's disciplining.
16   A   Yes.
17   Q   Okay.
18   A   But it's the implementation of the policy.
19   Q   Right.  But you understand that there is an
20 allegation in this case that the rule is -- that the
21 rule, as it exists, is illegal, yes?  Without moral,
22 the rule itself -- the existence of this rule is
23 illegal?
24         MS. PALACIOS:  Objection.
25   A   I really don't know what the legal

73 (Pages 286 to 289)

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                                    Roseann Duenas Gonzalez

Page 290

1  allegations are.
2  BY MR. ROBINSON:
3     Q   Do you understand that there is an allegation
4  that whether the rule is legal or not, it nevertheless
5  is used in a way that is discriminatory and it's
6  enforced in a way that's discriminatory?
7     A   You mean that a neutral -- it's a neutral
8  rule, but it has a discriminatory impact?
9     Q   That's the first count. But then there is a
10  count that says, well, whether it's legal or not, you
11  guys at Beauty Enterprises are just, you know, you're
12  off the -- you enforce it in a discriminatory way
13  against Hispanics.
14     A   Well, I wasn't really aware that there is --
15  there are two allegations. But I understand.
16     Q   Okay. So you're now speaking to the harmful
17  effects of the discipline.
18     A   Of any time they were warned.
19     Q   And what is it that enables you -- what part
20  of your expertise enables you to talk about the harmful
21  effects of discipline on employees?
22     A   The discipline here is the implementation of
23  the rule. So a part of any language policy analysis
24  would be, how is this rule implemented and what are the
25  effect on the target population? We do that even in

Page 291

1  testing.
2        If I test a group of people, I have to do a
3  disparate impact analysis to show if any protected
4  groups are being harmed. It's in any policy analysis,
5  in anything that I do in testing, even in policy,
6  everything, you always have to make sure that a
7  particular group isn't being harmed. A particular
8  group could be white women.
9     Q   Did you understand from your review of the
10  discovery record in this case that there is a dispute
11  concerning the manner in which employees are
12  disciplined and whether discipline is discriminatory?
13     A   I don't really remember that explicitly.
14     Q   Okay. Would you nevertheless agree with me,
15  ma'am, that in this Section 4.4, you're not really
16  measuring anything, are you, in a quantitative way?
17     A   In qualitative research, I am reporting what
18  I have found.
19     Q   What part of my question didn't you
20  understand? Are you measuring anything quantitatively
21  here?
22     A   No.
23     Q   Okay.
24     A   And we've established that.
25     Q   That's okay. But we're in this section now,

Page 292

1  so I've got to start again.
2     A   All right.
3     Q   And again, here what you did to determine
4  whether these folks felt disempowerment, for example,
5  which you discuss in 4.4.1, is your interviews and your
6  view of the record and your training and experience and
7  all that stuff, yes?
8     A   Standard sociological -- sociolinguistic
9  methodology.
10     Q   Did anybody tell you that you should be
11  saying "standard sociolinguistic methodology" time
12  after time after time in this deposition?
13     A   No.
14     Q   You talk about the charging parties being
15  stressed here.
16     A   Where?
17     Q   Section 4.4.6. It's entitled "Higher levels
18  of workplace and other forms of stress."
19     A   Yes.
20     Q   Did you do anything to determine whether
21  there were other causes of stress in the lives of these
22  charging parties?
23     A   No. But I did read the depositions where you
24  asked those questions.
25     Q   I'm about to conclude. But I want to

Page 293

1  conclude this way. I've got the feeling from reading
2  your report that you think -- and I don't know how to
3  phrase this eloquently -- that Beauty Enterprises has
4  it in for Puerto Ricans, and that it had it in for
5  Puerto Ricans even before there was open and organized
6  opposition to the English-only rule. Is that what you
7  think?
8        MS. PALACIOS: Objection.
9     A   Absolutely not.
10        MR. ROBINSON: Okay. Thank you very
11  much for coming and answering my questions.
12
13        (The deposition concluded at 6:14 pm.)
14
15
16
17
18
19
20
21
22
23
24
25

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                                                Roseann Duenas Gonzalez

Page 294

```
 1        J U R A T        BAC
 2
 3
 4
 5
 6
 7
 8
 9
10        _____
11        ROSEANN DUENAS GONZALEZ
12
13
14
15
16        Subscribed to and sworn before me
17   on this _____ day of _____,
18   2004.
19
20
21
22
23
24   My Commission Expires:
25
```

Page 296

```
 1        STATE OF CONNECTICUT
 2        I, Bethany A. Carrier, LSR 071, a Notary Public,
 3   duly commissioned and qualified in and for the State of
 4   Connecticut, do hereby certify that pursuant to Notice,
 5   there came before me on the 23rd day of June, 2004, the
 6   following-named person to wit: ROSEANN DUENAS GONZALEZ,
 7   who was by me duly sworn to testify to the truth and
 8   nothing but the truth; that she was thereupon carefully
 9   examined upon her oath and her examination reduced to
10   writing under my supervision; that this deposition is a
11   true record of the testimony given by the witness.
12        I further certify that I am neither attorney nor
13   counsel for nor related to nor employed by any of the
14   parties to the action in which this deposition is
15   taken, and further that I am not a relative or employee
16   of any attorney or counsel employed by the parties
17   hereto, or financially interested in this action.
18        IN WITNESS THEREOF, I have hereunto set my hand
19   this _____ day of _____, 2004.
20
21        _____
22        Bethany A. Carrier
23        Notary Public
24   My Commission Expires:
25   October 31, 2008
```

Page 295

```
 1        E R R A T A
 2
 3   I, _____, do hereby certify that the
     following corrections and additions are true and
     accurate to the best of my knowledge and belief.
 4
 5   CORRECTION        PAGE    LINE    REASON
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   DATE              ROSEANN DUENAS GONZALEZ
21
22   At_____ in said County of _____ __,
23   this _____ day of _____, 2004, personally
24   appeared _____, and she made oath to the
25   truth of the foregoing corrections by her subscribed.
```

Page 297

```
 1        Bethany A. Carrier
          Brandon Smith Reporting Service
 2        44 Capitol Avenue
          Hartford, Connecticut 06106
 3        (860) 549-1850
 4
 5
          March 22, 2004
 6
          Rosa Liliana Palacios, Esq.
 7        Equal Employment Opportunity Commission
          John F. Kennedy Building
 8        Government Center - Room 475
          Boston, Massachusetts 02203-0506
 9
10        Dear Ms. Palacios:
11
          Enclosed, please find your copy of the deposition of
12        ROSEANN DUENAS GONZALEZ, taken on March 12, 2004.
13        The jurat and errata sheets are enclosed. Please note
          the witness has 30 days to read and sign the
14        transcript, as the rules provide.
15        After the jurat and errata sheets have been signed,
          send these sheets only to Attorney Robinson for filing,
16        along with a copy to all counsel present.
17        If you have any question, please don't hesitate to
          call.
18
          Sincerely,
19
20        Bethany A. Carrier
21
22
          cc: Richard C. Robinson, Esq.
23
24
25
```

Brandon Smith Reporting

751bbaf1-429f-4ce9-95d2-3798125b6ef7

EEOC vs Beauty Enterprises

3/12/2004                                                            Roseann Duenas Gonzalez

Page 298

1
2
3      CASE NAME:      EEOC
4                -vs-
5           BEAUTY ENTERPRISES
6
7      DEPONENT NAME:    ROSEANN DUENAS GONZALEZ
8
       DATE TAKEN:      March 12, 2004.
9
10
11
12
13     __XX___   Original transcript enclosed in
                  protective sealed white envelope.
14
15     _____   Exhibits attached to original
           transcript.
16
17
       __XX____  Reading and signing not waived.
18
19
20
                  _____
21                Bethany A. Carrier
                  Court Reporter
22
23
24
25

751bbaf1-429f-4ce9-95d2-3798125b6ef7