# LANGUAGE INTERVIEW GUIDE
## (EEOC v. Beauty Inc., Hartford, Connecticut)

Interview date:

Interview Time:

Initials:

**Name:** _____

**Date of birth:** _____

**Country of birth:** _____

1. How long have you been in the US?

2. Highest level of education

   a. in the US

   b. in your native country _____

3. Any form of English instruction in your native country?

4. Any form of English instruction taken in United States?

   a. ESL courses taken in the US:

   b. Adult Basic Education:

   c. K-12 in U.S.:

   d. Junior College, University:

5. What language do you speak with your:

   a. boyfriend/girlfriend?
   b. husband/wife ?
   c. children ?
   d. parents?
   e. close friends?
   f. friends at work?

6. What channels or programs do you watch on American television?

7. What American newspapers or magazines do you read?

8. List the positions you had in the last 2 years of your employment with Beauty starting from the most recent one. Describe each job in detail. What did you have to do? How often did your tasks change?

9. Describe in detail how you received your training with Beauty? Who trained you? What did you read? To whom did you talk? How did you learn to run any machines you use? Were there any manuals you needed to understand?

10. Describe a day in your current working life at Beauty.

11. Describe in detail how you received safety training, and by whom?

12. Describe any machines you use in the course of your daily work. Do they have any warnings or labels on them that you have to read? Do the instructions for use ever change? If so, then how do you learn the new way to run them?

13. How do you utilize your break time? Do you learn anything from co-workers during your break time? Do you learn about Beauties policies or benefits from your co-workers during break time?

3

14. Who do you talk to at work on a typical working day in order to accomplish your job? Check yes, indicate who initiates, list frequency (often, sometimes, never)

| Who You Talk To | | Yes They Initiate | I Initiate | They Ask Questions | Frequency |
|---|---|---|---|---|---|
| supervisors | | | | | |
| co-workers | | | | | |
| quality control staff | | | | | |
| maintenance/technicians | | | | | |
| other | | | | | |

15. What English do you speak on the job in order to carry out your job? To whom, and in what setting? Describe some of the conversations you have with the persons you named in Question 15:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

16. What forms or documents do you have to read, understand or use to accomplish your job?

17. What other, written or visual, sources of information do you have to understand in order to accomplish your daily job?

    a.  video
    b.  computer screen
    c.  printed instructions (manuals)
    d.  on-line instructions
    e.  other:

18. How often is it necessary for you to use (speak or listen to) English to accomplish your job tasks?

    a.  every day
    b.  four times a week
    c.  three times a week
    d.  two times a week
    e.  once a week

19. How often do you use (speak or listen to) English every day, how often is it necessary?

    a.  7-8 times a day
    b.  5-6 times a day
    c.  3-4 times a day
    d.  2-3 times a day
    e.  once a day
    f.  other:

20. Who gives you instructions or how do you get your daily work assignments? Has this changed over time?

21. Who checks your work?

22. Who do you contact when you have problems or questions?

23. How often do your rotate jobs?

24. Do NS use an adjusted code to accommodate NNS workers in the plant?

25. When do you speak Spanish on the job?

   a. When a Spanish-speaking coworker speaks to me: _____

   b. When I'm talking with a friend about a non-work related topic: _____

   c. When a co-worker who can't speak English very well needs help or an explanation.

   d. When training or helping to train a new co-worker.

   e. Other_____

   _____

26. When you were hired for this job, did anyone tell you how much English is required? Who told you? What were you told?

   Yes        No

   Was your English tested in any way?

   Yes        No

   If yes, how?

27. How did you learn of Beauty's language policy?

28. Did the way the policy was enforced change over time?

29. How were you treated <u>prior to</u> and <u>after</u> the English-Only Rule was implemented by Beauty supervisors and management? Did things change in your work environment?

30. Why do you think the English-Only Rule was implemented?

31. Did your co-workers attitudes or behaviors change towards you when the English-Only Rule was instituted?

32. Do other employees use their native language on the job?

33. In what form are safety instructions presented?

    a. oral presentations
    b. video tapes
    c. printed instructions or manuals
    d. signs
    e. warning labels on machines
    f. posted documents

34. Have you ever been in an accident caused by your inability to understand safety or operation instructions in English?

    Yes        No

35. If yes, could you describe in detail what lack of understanding or misunderstanding led to the accident?

36. Do you know anyone who was in an accident caused by lack of understanding or misunderstanding of safety or operation instructions in English?

    Yes        No

If yes, describe the incident in detail.

37. Have you ever made a significant error on the job because of your lack of understanding in English?

    Yes        No

If yes, describe the incident in detail what happened.