UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br> Plaintiff, ) <br> -against- ) <br> BEAUTY ENTERPRISES, INC., ) <br> and ESSENTIAL TEMPORARIES, INC. ) <br> Defendants ) <br> _____) <br> MIGUEL ANGEL ALVAREZ, ) <br> WILLIAM TORRES, LUZ ANDUJAR, ) <br> EVA DIAZ, WALESKA MIRANDA, ) <br> JOSE LINARES and HAROLD ACOSTA ) <br> Plaintiff-Intervenors, ) <br> -against- ) <br> BEAUTY ENTERPRISES, INC., ) <br> Defendant ) <br> _____) <br> LUZ ANDUJAR and ) <br> WALESKA MIRANDA ) <br> Plaintiff-Intervenors, ) <br> -against- ) <br> ESSENTIAL PERSONNEL, INC., ) <br> Defendant ) <br> _____) | Civil Action No. 301CV378AHN <br><br> June 1, 2004 |

### PLAINTIFF, EEOC'S NOTICE OF MANUAL FILING OF EXHIBITS TO OPPOSITION MEMORANDA

Plaintiff EEOC hereby submits in PDF format on one diskette for the Court: (1) EEOC's Memorandum in Opposition to BEI's Motion and Memorandum in Support to Exclude the Expert Testimony of Dr. Roseann Dueñas González, Ph.D., and (2) EEOC's Memorandum in Opposition to BEI's Motion and Memorandum in Support to Exclude the Expert Testimony of Mr. Earnest F. Harper. EEOC, however, requests that the Court accept manual filing of the exhibits to these electronic versions as filed manually on this date with the Court.

1

These exhibits are as follows:

***EEOC's Memorandum in Opposition to BEI's Motion and Memorandum in Support to Exclude the Expert Testimony of Dr. Roseann Dueñas González, Ph.D.***

Tab 1 - *Errata* for Appendix E, to Dr. González' Expert Report
Tab 2 - *Errata* to Dr. González' Deposition
Tab 3 - Dr. González' *Curriculum Vitae*
Tab 4 - BEI's First Am. Resp. to EEOC First Set of Ints.
Tab 5 - BEI English-only Policy
Tab 6 - Affidavit of Dr. González
Tab 7- Pease v. Production Workers of Chicago, No. 02 C 6756, 2003 WL 22012678 (N.D. Ill. Aug. 25, 2003)
Tab 8- Wechsler v. Hunt Health Systems, Ltd., No. 94 Civ. 8294(PLK), 2003 WL 22358807 (S.D.N.Y. Oct. 16, 2003)
Tab 9- Valentin v. New York City, 94 CV 3911 (CLP), 1997 U.S. Dist. Lexis 24059 (E.D.N.Y. September 9, 1997)
Tab 10- NCI Mission Statement
Tab 11- Rowe Entertainment, Inc. v. The William Morris Agency Inc., No. 98 Civ. 8272 (RPP) 2003 WL 22272587 (S.D.N.Y. Oct. 2, 2003)
Tab 12- Local 159, et al. v. Nor-Cal Plumbing, Inc., Nos. 96-16172, 96-16284, D.C. No. CV-87-2365-SYJ, 1999 WL 547400 (9th Cir. July 27, 1999)
Tab 13- Gray v. Bisdorf, Civ. A. No. 86-3375. 1988 WL 123728, (D.D.C. Nov. 15, 1988)
Tab 14- Deposition of Hector ("Jimmy") Adorno, 50-51.

***EEOC's Memorandum in Opposition to BEI's Motion and Memorandum in Support to Exclude the Expert Testimony of Mr. Earnest F. Harper***

Tab 1 - BEI's First Am. Resp. to EEOC First Set of Ints.
Tab 2 - BEI English-only Policy
Tab 3 - U.S. v. Merritt, No. IP 01-081-CR-01 T/F, 2002 WL 1821821, *3 (S.D. Ind. June 26, 2002)
Tab 4 - Cohen v. Lockwood, No. 02-2246-JPO, 2004 WL 763961, *1 (D. Kan. April 8, 2004)
Tab 5 - Wechsler v. Hunt Health Systems, Ltd., No. 94 Civ. 8294(PLK), 2003 WL 22358807 (S.D.N.Y. Oct. 16, 2003)
Tab 6 - Valentin v. New York City, 94 CV 3911 (CLP), 1997 U.S. Dist. Lexis 24059 (E.D.N.Y. September 9, 1997)
Tab 7- HP Fast Facts
Tab 8- Affidavit of Mr. Harper
Tab 9- Mr. Harper's *Curriculum Vitae*
Tab 10- Select ASSE Fellowship Materials
Tab 11- Deposition of Reinaldo Acosta, 42-44.
Tab 12- BEI Housekeeping and Safety Policy
Tab 13- Employee Safety Questionnaires
Tab 14- Mr. Harper's On-site Notes
Tab 15 - Harper OSHA 100 Logs and Notes

Respectfully submitted,

_____
R. Liliana Palacios
Trial Attorney
MA BBO 647078; Ct. Fed. Bar. ct22358
EEOC Boston Area Office
JFK Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-4805; Fax: (617) 565-3196

## CERTIFICATE OF SERVICE

I, R. Liliana Palacios, hereby certify that on this 1st day of June, 2004, I caused a copy of the above document to be mailed, postage prepaid, to:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Evette Soto-Maldonado , Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

R. Liliana Palacios
Trial Attorney