UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff,<br>-against-<br>BEAUTY ENTERPRISES, INC.,<br>and ESSENTIAL TEMPORARIES, INC.<br>    Defendants | |
| MIGUEL ANGEL ALVAREZ,<br>WILLIAM TORRES, LUZ ANDUJAR,<br>EVA DIAZ, WALESKA MIRANDA,<br>JOSE LINARES and HAROLD ACOSTA<br>    Plaintiff-Intervenors,<br>-against-<br>BEAUTY ENTERPRISES, INC.,<br>    Defendant | Civil Action No. 301CV378AHN<br><br>June 18, 2004 |
| LUZ ANDUJAR and<br>WALESKA MIRANDA<br>    Plaintiff-Intervenors,<br>-against-<br>ESSENTIAL PERSONNEL, INC.,<br>    Defendant | |

**PLAINTIFF, EEOC'S MOTION FOR PERMISSION TO FILE SUR REPLY AND FOR EXTENSION OF TIME TO FILE SUR REPLY TO BEI'S REPLY BRIEF RE: MOTION TO EXCLUDE GONZÁLEZ TESTIMONY**

  Pursuant to Local Rule of Civil Procedure 7 and Fed. R. Civ. P. 6, Plaintiff, Equal Employment Opportunity Commission ("EEOC") hereby requests permission to file a sur reply to Defendant Beauty Enterprises, Inc.'s ("BEI") Reply Brief Re: Motion to Exclude González Testimony filed June 14, 2004. EEOC represents that its sur reply will be succinct and will be primarily focused on BEI's Reply Brief's inclusion of a motion to strike the Affidavit of Dr. Roseann González, Ph.D.

In addition, EEOC moves this Court for an extension of time of five (5) business days, allowing it to file the sur reply on July 6, 2004. As BEI's Reply Brief included a motion to strike (Local Rule 7 technically entitles EEOC to 21 days for response to such a motion), EEOC requires additional time to prepare an adequate response to this additional matter. EEOC held a conference with BEI's counsel, Richard Robinson, Esq., on June 18, 2004, in which he assented to both the EEOC's request to file a sur reply to its Reply Brief and for additional time to do so. This is the first request for extension of time made on this particular matter.

Respectfully submitted,                              _____

                                                     R. Liliana Palacios
                                                     Trial Attorney
                                                     MA BBO 647078; Ct. Fed. Bar. ct22358
                                                     EEOC Boston Area Office
                                                     JFK Federal Building, Room 475
                                                     Boston, MA 02203-0506
                                                     Tel: (617) 565-4805; Fax: (617) 565-3196

## CERTIFICATE OF SERVICE

I, R. Liliana Palacios, hereby certify that on this 18th day of June, 2004, I caused a copy of the above document to be mailed, postage prepaid, to:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Evette Soto-Maldonado , Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

_____
R. Liliana Palacios
Trial Attorney