UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY )<br>COMMISSION, )<br>    Plaintiff, )<br>  -against- )<br>BEAUTY ENTERPRISES, INC., )<br>and ESSENTIAL TEMPORARIES, INC. )<br>    Defendants )<br>                )<br>MIGUEL ANGEL ALVAREZ, )<br>WILLIAM TORRES, LUZ ANDUJAR, )<br>EVA DIAZ, WALESKA MIRANDA, )<br>JOSE LINARES and HAROLD ACOSTA )<br>    Plaintiff-Intervenors, )<br>  -against- )<br>BEAUTY ENTERPRISES, INC., )<br>    Defendant )<br>                )<br>LUZ ANDUJAR and )<br>WALESKA MIRANDA )<br>    Plaintiff-Intervenors, )<br>  -against- )<br>ESSENTIAL PERSONNEL, INC., )<br>    Defendant )<br>                ) | Civil Action No. 301CV378AHN<br><br><br><br>June 18, 2004 |

**PLAINTIFF, EEOC'S MOTION FOR PERMISSION TO FILE SUR REPLY AND FOR EXTENSION OF TIME TO FILE SUR REPLY TO BEI'S REPLY BRIEF RE: MOTION TO EXCLUDE HARPER TESTIMONY AND STRIKE HARPER AFFIDAVIT**

  Pursuant to Local Rule of Civil Procedure 7 and Fed. R. Civ. P. 6, Plaintiff, Equal Employment Opportunity Commission ("EEOC") hereby requests permission to file a sur reply to Defendant Beauty Enterprises, Inc.'s ("BEI") Reply Brief Re: Motion to Exclude Harper Testimony and to Strike Harper Affidavit filed June 14, 2004. EEOC represents that its sur reply will be succinct and will be primarily focused on BEI's Reply Brief's inclusion of a motion to

1

strike the Affidavit of Mr. Earnest F. Harper and BEI's request for sanctions in the form of the payment of fees under Fed. R. Civ. P. 37(c).

In addition, EEOC moves this Court for an extension of time of five (5) business days, allowing it to file the sur reply on July 6, 2004. As BEI's Reply Brief included a motion to strike and a request for sanctions (Local Rule 7 technically entitles EEOC to 21 days for response to such a motion), EEOC requires additional time to prepare an adequate response to these additional matters. EEOC held a conference with BEI's counsel, Richard Robinson, Esq., on June 18, 2004, in which he assented to both the EEOC's request to file a sur reply to its Reply Brief and for additional time to do so. This is the first request for extension of time made on this particular matter.

Respectfully submitted,                    _____

R. Liliana Palacios
Trial Attorney
MA BBO 647078; Ct. Fed. Bar. ct22358
EEOC Boston Area Office
JFK Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-4805; Fax: (617) 565-3196

## CERTIFICATE OF SERVICE

I, R. Liliana Palacios, hereby certify that on this 18th day of June, 2004, I caused a copy of the above document to be mailed, postage prepaid, to:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Evette Soto-Maldonado , Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

                                                                                       _____
R. Liliana Palacios
Trial Attorney