UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>  Plaintiff,<br>-against-<br>BEAUTY ENTERPRISES, INC.,<br>and ESSENTIAL TEMPORARIES, INC.<br>  Defendants | |
| MIGUEL ANGEL ALVAREZ,<br>WILLIAM TORRES, LUZ ANDUJAR,<br>EVA DIAZ, WALESKA MIRANDA,<br>JOSE LINARES and HAROLD ACOSTA<br>  Plaintiff-Intervenors,<br>-against-<br>BEAUTY ENTERPRISES, INC.,<br>  Defendant | Civil Action No. 301CV378AHN<br><br>June 18, 2004 |
| LUZ ANDUJAR and<br>WALESKA MIRANDA<br>  Plaintiff-Intervenors,<br>-against-<br>ESSENTIAL PERSONNEL, INC.,<br>  Defendant | |

**PLAINTIFF, EEOC'S MOTION FOR PERMISSION TO FILE SUR REPLY AND FOR EXTENSION OF TIME TO FILE SUR REPLY TO BEI'S REPLY BRIEF RE: MOTION TO EXCLUDE GONZÁLEZ TESTIMONY**

Pursuant to Local Rule of Civil Procedure 7 and Fed. R. Civ. P. 6, Plaintiff, Equal Employment Opportunity Commission ("EEOC") hereby requests permission to file a sur reply to Defendant Beauty Enterprises, Inc.'s ("BEI") Reply Brief Re: Motion to Exclude González Testimony filed June 14, 2004. EEOC represents that its sur reply will be succinct and will be primarily focused on BEI's Reply Brief's inclusion of a motion to strike the Affidavit of Dr.

1