# United States District Court

DISTRICT OF Connecticut

EEOC
v.
Beauty Ent Inc. et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01cv378

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nevas | Liliana Palacios | Richard Robinson |

| DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Hearing 3-4-05 | Batdorff | Gutierrez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 3-4-05 |  |  | Dr. Roseann D. Gonzalez  Tucson AZ |
| 1 |  | " |  |  | Roseann Dueñas Gonzalez Academic Vita |
|  | A | " |  |  | Report - Evaluation of the English Only Workplace |
|  | B | " |  |  | Language Interview Guide / Questionnaire |
|  | C | " |  |  | Invoice of Dr. Dueñas Gonzalez |
|  | D | " |  |  | Report - English Only Rules |
|  |  | " |  |  | Ernest F. Harper |
| 2 |  | " |  |  | Curriculum Vitae |
| 3 |  | " |  |  | Employee Policy Manual |
|  | E | " |  |  | ISC Service Industry Safety Consulting SRV |
|  | F | " |  |  | Transcript of Ernest Harper 2-5-04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages