UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) | CIVIL ACTION NO. 301CV378 (AHN) |
| Plaintiff | ) ) ) | |
| vs. | ) ) | August 4, 2005 |
| BEAUTY ENTERPRISES, INC. ET AL. | ) ) ) | |
| Defendants | ) | |

## DEFENDANT BEAUTY ENTERPRISES, INC.'S ANSWER TO COMPLAINT OF PLAINTIFF INTERVENORS ALVAREZ AND TORRES

Defendant Beauty Enterprises, Inc. answers the Complaint of Intervenors Alvarez and Torres as follows:

**PARTIES**

     1.     Paragraphs 1-4 are admitted.

**JURISDICTION**

     2.     Paragraphs 5 & 6 are admitted.

**FACTS**

     3.     Paragraph 7 is admitted, except for the allegation that all conditions precedent have been fulfilled, which is denied insofar as the complaint addresses acts

or practices occurring more than one-hundred-eighty days from the filing of charges with the EEOC.

4.      Paragraphs 8 & 9 are admitted.

5.      As to the allegations of paragraph 10, this defendant admits that it has an English-only rule that requires its employees to speak only in English while they are working, that the rule does not prohibit speaking in other languages when employees are on breaks or at lunch, and that the rule was unwritten during most of its existence.  Otherwise, the paragraph is denied.

6.      As to the allegations of paragraph 11, this defendant has no knowledge or information sufficient to form a belief as to whether Alvarez and/or Torres actually attended the referenced hearing.  The remaining allegations of the paragraph are admitted.

7.      Paragraphs 12 and 13 are denied.

**COUNT ONE** (42 U.S.C. § 2000e (a) and (b)

8.      The answer of this defendant to paragraphs 7-13 of this Complaint is hereby incorporated in and made its answer to paragraphs 7-13, which the plaintiffs repeat and reallege in this count through paragraph 14 thereof.

9.      Paragraphs 15-17 are denied.

**<u>COUNT TWO</u> (42 U.S.C. § 1981)**

10.    The answer of this defendant to paragraphs 7-13 of this Complaint is hereby incorporated in and made its answer to paragraphs 7-13, which the plaintiffs repeat and reallege in this count through paragraph 18 thereof.

11.    Paragraphs 19-21 are denied.

**<u>COUNT THREE</u> (C.G.S. § 46a-60 et seq.)**

12.    The answer of this defendant to paragraphs 7-13 of this Complaint is hereby incorporated in and made its answer to paragraphs 7-13, which the plaintiffs repeat and reallege in this count through paragraph 22 thereof.

13.    Paragraphs 23 & 24 are denied.

DEFENDANT BEAUTY ENTERPRISES, INC.

By: _____
Richard C. Robinson (cto4321)
Pullman & Comley, LLC
90 State House Square
Hartford, CT  06103
Telephone (860) 541-3333
Facsimile (860) 424-4370
Its Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was electronically delivered or mailed on: 4th day of August, 2005 to all counsel of record.

Katherine Bissell
Equal Employment Opportunity Commission
201 Varick Street, 10th Floor
New York, NY 10014

Barbara E. Gardner
Robert E. Byron, Jr.
843 Main Street, Suite 1
Manchester, CT  06040

Evette Soto-Maldonado
Juan A. Figueroa
Puerto Rican Legal Defense & Education Fund
99 Hudson St. – 14th Floor
New York, NY 10013-2815

Markus Landon Penzel
Rosa Lilliana Palacios
Arnold J. Lizana, III
Equal Employment Opportunity Commission
JFK Federal Building – Room 475
Boston, MA 02203-0506

_____

Richard C. Robinson -

Hartford/65094.1/RCR/167025v1