UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br><br> Plaintiff <br><br> vs. <br><br> BEAUTY ENTERPRISES, INC. ET AL. <br><br> Defendant | CIVIL ACTION <br> NO. 301CV378 (AHN) <br><br><br> August 4, 2005 |

### DEFENDANT BEAUTY ENTERPRISES, INC.'S ANSWER TO COMPLAINT OF INTERVENORS ACOSTA AND LINARES

Defendant Beauty Enterprises, Inc. answers the Complaint of Intervenors Acosta and Linares as follows:

**JURISDICTION AND VENUE**

1. Paragraphs 1 & 2 are admitted.

**PARTIES**

2. Paragraphs 3-6 are admitted.

**FACTS**

3. This defendant incorporates its answer to the EEOC's complaint and makes it its answer to paragraph 7 of this complaint.

-2-

4. Paragraphs 8-12 are denied.

5. As to the allegations of paragraph 13, this defendant has no knowledge or information sufficient to form a believe as to whether Acosta attended the referenced hearing. The remaining allegations are admitted.

6. Paragraphs 14 and 15 are denied.

7. As to the allegations of paragraph 16, this defendant denies that the charges filed were timely with respect to acts or practices occurring more than one-hundred-eighty days before the filing or with respect to acts that allegedly occurred thereafter.

**RE:  HAROLD ACOSTA**

8. Paragraph 18 is admitted.

9. Paragraphs 19-24 are denied.

10. As to paragraph 25 and 26, this defendant denies the allegations concerning the environment and has no knowledge or information sufficient to form a belief regarding the remaining allegations.

11. As to paragraph 27, this defendant denies the allegation of unfair and hostile treatment, but admits the remaining allegations.

-3-

12. As to paragraph 28, this defendant admits that Acosta was required to take a forklift operator's exam and that he failed it (twice). It further admits that it created a job for him so it would not have to let him go – a job that would pay him as much as possible without doing violence to the compensation structure at the company. The remaining allegations are denied.

13. As to paragraph 29, this defendant denies what plaintiffs allege on information and belief.

14. Paragraph 30 is denied.

**RE: JOSE LINARES**

15. Paragraph 31 is admitted.

16. Paragraph 32 is denied.

17. Paragraph 33 is denied.

18. Paragraph 34 is admitted.

19. Paragraphs 35-37 are denied.

-4-

### CONCERNING THE EIGHT CAUSES OF ACTION

20. The answer of this defendant to paragraphs 1-37 of the Complaint is hereby incorporated in and made its answer to paragraphs 1-37, which the plaintiffs repeat and reallege in their statement of their causes of action.

21. Paragraphs 39, 41, 43, 45, 46, 47. 50, 52 and 54 are denied.

DEFENDANT BEAUTY ENTERPRISES, INC.

By: _____
Richard C. Robinson (ct04321)
Pullman & Comley, LLC
90 State House Square
Hartford, CT  06103
Telephone (860) 541-3333
Facsimile (860) 424-4370
Its Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was electronically delivered or mailed on: 4th day of August, 2005 to all counsel and pro se parties of record.

Katherine Bissell
Equal Employment Opportunity Commission
201 Varick Street, 10th Floor
New York, NY 10014

Barbara E. Gardner
Robert E. Byron, Jr.
843 Main Street, Suite 1
Manchester, CT  06040

Evette Soto-Maldonado
Juan A. Figueroa
Puerto Rican Legal Defense & Education Fund
99 Hudson St. – 14th Floor
New York, NY 10013-2815

Markus Landon Penzel
Rosa Lilliana Palacios
Arnold J. Lizana, III
Equal Employment Opportunity Commission
JFK Federal Building – Room 475
Boston, MA 02203-0506

_____
Richard C. Robinson -

Hartford/65094.1/RCR/167034v1