UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION )<br>)<br>) Plaintiff )<br>)<br>vs. )<br>)<br>BEAUTY ENTERPRISES, INC. ET AL. )<br>)<br>Defendant ) | CIVIL ACTION<br>NO. 301CV378 (AHN)<br><br>August 4, 2005 |

### DEFENDANT BEAUTY ENTERPRISES, INC.'S ANSWER TO COMPLAINT OF PLAINTIFF INTERVENORS ANDUJAR, MIRANDA AND DIAZ

Defendant Beauty Enterprises, Inc. answers the Complaint of Intervenors Andujar, Miranda and Diaz as follows:

**JURISDICTION AND VENUE**

     1.     Paragraphs 1 & 2 are admitted.

**PARTIES**

     2.     Paragraphs 3-7 are admitted.  There is no need to answer paragraph 8.

-2-

**FACTS**

3. This defendant incorporates its answer to the EEOC's complaint and makes it its answer to paragraph 9 of this complaint.

4. Paragraphs 10-13 are denied.

5. As to the allegations of paragraph 14. this defendant has no knowledge or information sufficient to form a belief as to whether Andujar and Diaz attended the referenced hearing. The remaining allegations of the paragraph are admitted.

6. Paragraphs 15 and 16 are denied.

7. Paragraph 17 is denied to the extent the complaint addresses acts or practices occurring more than one-hundred–eighty days from the filing of charges with the EEOC.

8. Paragraph 18 is denied.

9. Paragraph 19 is denied in the terms alleged.

10. As to the allegations of paragraph 20, this defendant denies that it is liable. There is no need to answer the remaining allegations.

### RE: LUZ ANDUJAR

10. As to the allegations of paragraph 21, this defendant admits that Andujar worked at Beauty during the period alleged, but denies the remaining allegations of the paragraph.

11. Paragraph 22 is admitted.

12. Paragraph 23 is denied.

13. Paragraph 24 is admitted, except for the implication that the level of her English language ability was insufficient to work at Beauty and obey its English-only rule, which is denied.

14. Paragraphs 25, 26, 27 and 28 are denied.

15. As to the allegations of paragraph 29, this defendant has no knowledge or information sufficient to form a belief.

16. Paragraphs 30-32 are denied.

17. As to the allegations of paragraph 33, this defendant denies that it is liable. There is no need to answer the remaining allegations.

### RE: WALESKA MIRANDA

18. Paragraphs 34 and 35 are admitted.

19. As to the allegations of paragraph 36, this defendant admits that Miranda is bilingual as alleged, but denies the remaining allegations.

20. Paragraphs 37, 38 and 39 are denied.

21. As to the allegations of paragraph 40, this defendant denies that it is liable. There is no need to answer the remaining allegations.

**RE: EVA DIAZ**

22. Paragraph 41 is admitted.

23. Paragraphs 42-44 are denied.

24. As to the allegations of paragraph 45, this defendant has no knowledge or information sufficient to form a belief.

25. Paragraphs 46 & 47 are denied.

**CONCERNING THE SIX CAUSES OF ACTION**

26. The answer of this defendant to paragraphs 1-47 of the Complaint is hereby incorporated in and made its answer to paragraphs 1-47, which the plaintiffs repeat and reallege in their statement of their causes of action.

27. Paragraphs 27, 51, 53, 54, 56, 58 and 59 are denied.

-5-

        DEFENDANT BEAUTY ENTERPRISES, INC.


By: _____
    Richard C. Robinson (ct04321)
    Pullman & Comley, LLC
    90 State House Square
    Hartford, CT 06103
    Telephone (860) 541-3333
    Facsimile (860) 424-4370
    Its Attorneys

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was electronically delivered or mailed on: 4th day of August, 2005 to all counsel and pro se parties of record.

    Katherine Bissell
    Equal Employment Opportunity Commission
    201 Varick Street, 10th Floor
    New York, NY 10014

    Barbara E. Gardner
    Robert E. Byron, Jr.
    843 Main Street, Suite 1
    Manchester, CT  06040

    Evette Soto-Maldonado
    Juan A. Figueroa
    Puerto Rican Legal Defense & Education Fund
    99 Hudson St. – 14th Floor
    New York, NY 10013-2815

    Markus Landon Penzel
    Rosa Lilliana Palacios
    Arnold J. Lizana, III
    Equal Employment Opportunity Commission
    JFK Federal Building – Room 475
    Boston, MA 02203-0506

                              Richard C. Robinson -

Hartford/65094.1/RCR/167033v1