UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 AUG 12  P 12: 28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>        Plaintiff,<br>        -against-<br>BEAUTY ENTERPRISES, INC.,<br>and ESSENTIAL TEMPORARIES, INC.<br>        Defendants | |
| MIGUEL ANGEL ALVAREZ,<br>WILLIAM TORRES, LUZ ANDUJAR,<br>EVA DIAZ, WALESKA MIRANDA,<br>JOSE LINARES and HAROLD ACOSTA<br>        Plaintiff-Intervenors,<br>        -against-<br>BEAUTY ENTERPRISES, INC.,<br>        Defendant | Civil Action No. 301CV378AHN |
| LUZ ANDUJAR and<br>WALESKA MIRANDA<br>        Plaintiff-Intervenors,<br>        -against-<br>ESSENTIAL PERSONNEL, INC.,<br>        Defendant | |

## NOTICE OF APPEARANCE

To:      Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for plaintiff, Equal Employment Opportunity Commission.

Dated: August 5, 2005

/s/ Nora E. Curtin
Nora E. Curtin
Acting Supervisory Trial Attorney

Connecticut Fed. Bar No. CT 17094
Telephone No.: 212 336 3693
Fax No.:     212 336 3623
E-mail:      nora.curtin@eeoc.gov

Equal Employment Opportunity
Commission
33 Whitehall Street, 5th Floor
New York, New York 10048-1102

## CERTIFICATION

I hereby certify that a true and correct copy of this Notice of Appearance was served by first class mail on the following:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Evette Soto-Maldonado , Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

Dated: New York, New York
August 8, 2005

_____
Nora E. Curtin
Acting Supervisory Trial Attorney

Equal Employment Opportunity
Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004