UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 AUG 11  A 9: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br><br>Plaintiff, )<br>V. )<br><br>BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and , ESSENTIAL TEMPORARIES, INC., )<br><br>Defendants. )<br>---------------------------------------------------------- )<br>MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES, )<br><br>Plaintiffs-Intervenors, )<br>V. )<br><br>BEAUTY ENTERPRISES INC., )<br><br>Defendant. )<br><br>LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ, )<br><br>Plaintiffs-Intervenors )<br>V. )<br><br>BEAUTY ENTERPRISES, INC., ESSENTIAL TEMPORARIES, INC. )<br><br>Defendants. ) | 301CV00378(AHN)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>August 4, 2005 |

**MOTION FOR ADMISSION *PRO HAC VICE*  OF JACKSON CHIN AND VALERIA CALAFIORE**

NYA 744963.1

Pursuant to Section 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut and upon the attached affidavits of Jackson Chin, Esq., and Valeria Calafiore, Esq., sworn to August 4, 2005, BARBARA E. GARDNER hereby moves this Court for entry of an order permitting Jackson Chin and Valeria Calafiore to appear *pro hac vice* as counsel for Plaintiffs-Intervenors Luz M. Andujar, Harold Acosta, Jose Linares, Eva Diaz, Waleska Miranda in this action.

In support of this motion, the movant states as follows:

1.     I am a member in good standing of the Bar of this Court.

2.     Jackson Chin is an associate counsel for the Puerto Rican Legal Defense and Education Fund located at 99 Hudson Street, New York, New York 10013.

3.     Mr. Chin is a member in good standing of the Bar of the State of New York, and has been admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York.  Mr. Chin has never been subject to any discipline by any court or governing body and has not been denied admission by any court.

4.     Valeria Calafiore is an associate of the law firm Clifford Chance US, LLP, located at 31 West 52nd Street, New York, New York 10019.

5.     Ms. Calafiore is a member in good standing of the Bar of the State of New York, and has been admitted to practice in the United States Court of Appeals for the Federal Circuit.  Ms. Calafiore has never been subject to any discipline by any court or governing body and has not been denied admission by any court.

2

6.    The required fee for each of Mr. Chin and Ms. Calafiore is being submitted herein.

WHEREFORE, BARBARA E. GARDNER respectfully requests that the Court grant this Motion.

Respectfully submitted,

*Barbara E. Gardner*

BARBARA E. GARDNER
(Federal Bar No. ct07623)
843 Main Street, Ste. 1-4
Manchester, Connecticut 06040
Tel: (860) 643-5543

3

NYA 744963.1