UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 AUG 11 A 9:57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br>V.<br><br>BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and, ESSENTIAL TEMPORARIES, INC.,<br><br>　　　　　　Defendants.<br>--------------------------------------------------------------<br>MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES,<br><br>　　　　　　Plaintiffs-Intervenors,<br>V.<br><br>BEAUTY ENTERPRISES INC.,<br><br>　　　　　　Defendant.<br>LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ,<br><br>　　　　　　Plaintiffs-Intervenors<br>V.<br><br>BEAUTY ENTERPRISES, INC., ESSENTIAL TEMPORARIES, INC.<br><br>　　　　　　Defendants. | 301CV00378(AHN)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>August 4, 2005 |

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF JACKSON CHIN AND VALERIA CALAFIORE**

NYA 745105.1

PLEASE TAKE NOTICE that upon the annexed Motion, and the Affidavits of Jackson Chin, sworn to on ___ August, 2005 and Valeria Calafiore, sworn to on August 4, 2005, together with the attachments submitted therewith, Barbara E. Gardner hereby moves this Court for an order pursuant to Section 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut hereby moves this Court for entry of an order admitting Jackson Chin, Esq., and Valeria Calafiore, Esq., to the bar of this Court *pro hac vice* to represent Plaintiffs-Intervenors Luz M. Andujar, Harold Acosta, Jose Linares, Eva Diaz, Waleska Miranda in this action.

Dated: Manchester, Connecticut
August  9 , 2005

Respectfully submitted,

*Barbara E. Gardner*

BARBARA E. GARDNER
(Federal Bar No. ct07623)
843 Main Street, Ste. 1-4
Manchester, Connecticut 06040
Tel: (860) 643-5543

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Motion, Motion for Admission of Jackson Chin and Valeria Calafiore *Pro Hac Vice*, the Affidavits of Jackson Chin and Valeria Calafiore in support thereof, and the Proposed Order Granting Admission *pro hac vice* was served this _____ of August, 2005 via United States mail on the following counsel of record:

    Katherine Bissell Esq.
    Equal Employment Opportunity Commission
    201 Varick Street, 10th Floor
    New York, N.Y. 10014

    Evette Soto-Maldonado, Esq.
    Puerto Rican Legal Defense & Education Fund
    99 Hudson Street, - 14th Floor
    New York, NY 10013-0506

    Markus Landon Penzel, Esq.
    Rosa Liliana Palacios, Esq.
    Arnold J. Lizana III., Esq
    Equal Employment Opportunity Commission
    JFK Federal Building – Room 475
    Boston, MA 02203-0506

    Richard C. Robinson, Esq.
    Brian C. Roche, Esq.
    Pullman & Comley
    90 State House Square
    Hartford, CT 06103-3702

/s/ Barbara E. Gardner
Barbara E. Gardner

NYA 745105.1