UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 AUG 11  A 9:57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
)
Plaintiff, )
V. ) 301CV00378(AHN)
)
BEAUTY ENTERPRISES, INC., AAA )
INDUSTRIAL TEMPORARIES, INC., and, )
ESSENTIAL TEMPORARIES, INC., )
)
Defendants. )
-------------------------------------------------
MIGUEL ANGEL ALVAREZ, WILLIAM )
TORRES, HAROLD ACOSTA, and JOSE )
LINARES, )
)
Plaintiffs-Intervenors, )
V. )
)
BEAUTY ENTERPRISES INC., )
)
Defendant. )

LUZ M. ANDUJAR, )
WALESKA MIRANDA, and EVA DIAZ, )
)
Plaintiffs-Intervenors )
)   August 4, 2005
V. )
)
BEAUTY ENTERPRISES, INC., )
ESSENTIAL TEMPORARIES, INC. )
)
Defendants. )

**AFFIDAVIT OF JACKSON CHIN IN SUPPORT OF MOTION FOR *PRO HAC VICE*
ADMISSION**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

NYA 745125.1

JACKSON CHIN, being duly sworn, deposes and says:

1. Pursuant to Section 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut Pursuant to Local Rule I respectfully submit this Affidavit in support of the Motion for Admission *Pro Hac Vice* to the bar of this Court, to participate in this case as counsel for Plaintiffs-Intervenors Luz M. Andujar, Harold Acosta, Jose Linares, Eva Diaz, Waleska Miranda.

2. I am an associate counsel for the Puerto Rican Legal Defense and Education Fund, located at 99 Hudson Street, New York, New York; Telephone: (212)739-7572; Fax: (212)431-4276; E-mail: jackson_chin@prldef.org.

3. I am a member in good standing of the bar of the State of New York and the United States District Courts for the Eastern and Southern Districts of New York. Attached hereto is Certificate of Good Standing from the United States District Court for the Eastern District of New York.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

                                                                                                    _____
                                                                                                    JACKSON CHIN

Sworn to before me this
5th day of August 2005.

_____
Notary Public

TRISH KEATS
Notary Public, State of New York
No. 01KE5067157
Qualified in Nassau County
Commission Expires October 15, 20 06

2

NYA 745125.1

# UNITED STATES DISTRICT COURT

__Eastern__   DISTRICT OF   __New York__

**CERTIFICATE OF
GOOD STANDING**

I, __Robert C. Heinemann__, *Clerk of this Court,*

certify that __**Jackson Chin**__, *Bar #* __----------------------__ ,

*was duly admitted to practice in this Court on*

__January 21, 1992__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at __Brooklyn, N.Y.__ on __August 3rd, 2005__.
                      *LOCATION*                          *DATE*

Robert C. Heinemann        Mrs. Desiree Gross
*CLERK*        *DEPUTY CLERK*

*Mrs. Desiree Gross*