UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 AUG 11  A 9:57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| V. | ) 301CV00378(AHN) |
| BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and, ESSENTIAL TEMPORARIES, INC., | ) ) ) ) |
| Defendants. | ) |
| MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES, | ) ) ) ) |
| Plaintiffs-Intervenors, V. | ) ) ) |
| BEAUTY ENTERPRISES INC., | ) ) |
| Defendant. | ) |
| LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ, | ) ) ) |
| Plaintiffs-Intervenors V. | ) ) ) |
| BEAUTY ENTERPRISES, INC., ESSENTIAL TEMPORARIES, INC. | ) ) ) |
| Defendants. | ) |

August 4, 2005

**AFFIDAVIT OF VALERIA CALAFIORE IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

NYA 745113.1

VALERIA CALAFIORE, being duly sworn, deposes and says:

1. Pursuant to Section 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut Pursuant to Local Rule I respectfully submit this Affidavit in support of the Motion for Admission *Pro Hac Vice* to the bar of this Court, to participate in this case as counsel for Plaintiffs-Intervenors Luz M. Andujar, Harold Acosta, Jose Linares, Eva Diaz, Waleska Miranda.

2. I am an associate of the law firm Clifford Chance US LLP, located at 31 West 52nd Street, New York, New York, 10019; Telephone: (212)878-8381; Fax: (212)878-8375; E-mail: valeria.calafiore@cliffordchance.com.

3. I am a member in good standing of the bar of the State of New York and the United States Court of Appeals for the Federal Circuit. Attached hereto is Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York, First Judicial Department.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

                                                            VALERIA CALAFIORE

Sworn to before me this
4th day of August 2005.

_____
Notary Public

TRISH KEATS
Notary Public, State of New York
No. 01KE5067157
Qualified in Nassau County
Commission Expires October 15, 20 _06_

2

NYA 745113.1

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## VALERIA CALAFIORE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 10th day of May, 2004 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 3, 2005



Catherine O'Hagan Wolfe
Clerk

7517