UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 AUG 22 P 3: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>        Plaintiff,<br>    -against-<br><br>BEAUTY ENTERPRISES, INC.,<br>and ESSENTIAL TEMPORARIES, INC.<br>        Defendants<br><br>MIGUEL ANGEL ALVAREZ,<br>WILLIAM TORRES, LUZ ANDUJAR,<br>EVA DIAZ, WALESKA MIRANDA,<br>JOSE LINARES and HAROLD ACOSTA<br>        Plaintiff-Intervenors,<br>    -against-<br><br>BEAUTY ENTERPRISES, INC.,<br>        Defendant<br><br>LUZ ANDUJAR and<br>WALESKA MIRANDA<br>        Plaintiff-Intervenors,<br>    -against-<br><br>ESSENTIAL PERSONNEL, INC.,<br>        Defendant | Civil Action No. 301-CV-378 (AHN) |

### NOTICE OF APPEARANCE

To:   Clerk of Court and all Parties of record:

Please enter my appearance as counsel in this case for Plaintiffs-Intervenors Harold Acosta, Jose Linares, Eva Diaz, Waleska Miranda and Luz Andujar.

Dated: August 17, 2005

                                      _____
                                      Jackson Chin, Associate Counsel
                                      Puerto Rican Legal Defense & Education Fund
                                      99 Hudson Street
                                      New York, New York 10013

Connecticut Federal Bar Number: phv0493
Telephone Number: (212)219-3360, (212)739-7572
Fax No. (212)431-4276
E-Mail: Jackson_Chin@PRLDEF.org

1

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed as of this _18_ day of August, 2005 to the following counsel of record:

R. Liliana Palacios, Trial Attorney, EEOC
JFK Federal Building, Room 475
Government Center
Boston, MA. 02203-0506

Elizabeth Grossman, Regional Attorney, EEOC
Nora Curtin, Senior Trial Attorney
New York District Office,
201 Varick Street, 10th Fl.
New York, NY 10014

Barbara E. Gardner
Attorney at Law
843 Main Street, Ste. 1-4
Manchester, CT. 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center Street
Manchester, CT. 06040

Richard C. Robinson
Pullman & Comley, LLC
90 State House Square
Hartford, CT. 06103

Valeria Calafiore
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

_____
Jackson Chin
Attorney for Plaintiff-Intervenors
PRLDEF

2