UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 AUG 22 P 3: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| V. | ) 301CV00378(AHN) |
| BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and, ESSENTIAL TEMPORARIES, INC., | )<br>)<br>) |
| Defendants. | ) **NOTICE OF APPEARANCE** |
| MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES, | )<br>)<br>) |
| Plaintiffs-Intervenors, | ) |
| V. | ) |
| BEAUTY ENTERPRISES INC., | ) |
| Defendant. | ) |
| LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ, | )<br>) |
| Plaintiffs-Intervenors | ) |
| V. | ) August 18, 2005 |
| BEAUTY ENTERPRISES, INC., ESSENTIAL TEMPORARIES, INC. | ) |
| Defendants. | ) |

NYA 746930.1

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Clifford Chance US LLP hereby appears in the above-captioned action as co-counsel for Plaintiffs-Intervenors Harold Acosta, Jose Linares, Luz M. Andujar, Waleska Miranda, and Eva Diaz, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon:

>Valeria Calafiore
>Clifford Chance US LLP
>31 West 52nd Street
>New York, NY 10019
>(212) 878-8000 (phone)
>(212) 878-8375 (fax)

Dated: New York, New York
       August 18, 2005

CLIFFORD CHANCE US LLP

By: _____
Valeria Calafiore (phv0494)
31 West 52nd Street
New York, NY 10019
(212) 878-8000

*Attorney for Plaintiffs-Intervenors Harold Acosta, Jose Linares, Luz M. Andujar, Waleska Miranda, and Eva Diaz.*

NYA 746930.1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was caused to be mailed on this date to the following counsel of record:

Rosa Liliana Palacios, Esq.
Equal Employment Opportunity Commission
JFK Federal Building – Room 475
Boston, MA 02203-0506

Richard C. Robinson, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Evette Soto-Maldonado, Esq.
Puerto Rican Legal Defense & Education Fund
99 Hudson Street, - 14th Floor
New York, NY 10013-0506

_____
Valeria Calafiore