UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 301CV378 (AHN) |
| Plaintiff, | |
| V. | |
| BEAUTY ENTERPRISES, INC., | |
| Defendants | |
| MIGUEL ANGEL ALVAREZ and WILLIAM TORRES, | |
| Plaintiff Intervenors | |
| V. | |
| BEAUTY ENTERPRISES, INC. | |
| LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ | |
| Plaintiff Intervenors | |
| V. | |
| BEAUTY ENTERPRISES, INC. | August 23, 2005 |

**PLAINTIFF-INTERVENORS' REQUEST FOR
PERMISSION TO GIVE OPENING STATEMENT**

Plaintiff Intervenors Miguel Angel Alvarez and William Torres, pursuant to L. Civ. R. 83.4, respectfully request permission to present an opening statement at the trial of this matter.

THE PLAINTIFF- INTERVENORS,
MIGUEL ANGEL ALVAREZ AND
WILLIAM TORRES

*Barbara E. Gardner* (signature)

Barbara E. Gardner ct07623
Attorney at Law
843 Main Street, Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554 (fax)
Bg@bgardnerlaw.com

2

## CERTIFICATION

THIS WILL CERTIFY that the foregoing was mailed, certified, first class, postage prepaid, on this 23rd[t] day of August, 2005 to the following counsel of record:

Rosa Liliana Palacios, Esq.
Equal Employment Opportunity Commission
JFK Federal Building - Rm. 475
Boston, MA 02203-0506

Richard C. Robinson, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Jackson Chin, Esq.
Puerto Rican Legal Defense & Education Fund
99 Hudson St. - 14th Floor
New York, NY 10013-0506

Valeria Calafiore
Clifford Chance US LLP
31 West 52nd St.
New York, NY 10019

_/s/ Barbara E. Gardner_
Barbara E. Gardner

3