## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNETICUT

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | CIVIL ACTION NO. 301CV378 (AHN) |
| Plaintiff, | : : | |
| V. | : : | |
| BEAUTY ENTERPRISES, INC., | : : | |
| Defendants | : | |
| ............................................. | | |
| MIGUEL ANGEL ALVAREZ and WILLIAM TORRES, | : : : | |
| Plaintiff Intervenors | : : | |
| V. | : : | |
| BEAUTY ENTERPRISES, INC. | : | |
| ............................................. | | |
| LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ | : : : | |
| Plaintiff Intervenors | : : | |
| V. | : : | |
| BEAUTY ENTERPRISES, INC. | : | August 30, 2005 |

### PLAINTIFF-INTERVENORS' NOTICE OF JOINING THE EEOC'S DESIGNATION OF WITNESSES AND DEPOSITION, INTERROGATORY AND ANSWER DESIGNATIONS FOR TRIAL

Plaintiff Intervenors Miguel Angel Alvarez and William Torres hereby give notice that they join in the filing by the EEOC of its Witness List for Trial and its Proposed Deposition, Interrogatory and Answer Designations for Trial and adopt said pleadings in support of their claims as plaintiff-intervenors.

THE PLAINTIFF- INTERVENORS,
MIGUEL ANGEL ALVAREZ AND
WILLIAM TORRES


_____
Barbara E. Gardner ct07623
Attorney at Law
843 Main Street, Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554 (fax)
Bg@bgardnerlaw.com

## CERTIFICATION

      THIS WILL CERTIFY that the foregoing was mailed, certified, first class, postage prepaid, on this 30th day of August, 2005 to the following counsel of record:

Rosa Liliana Palacios, Esq.
Equal Employment Opportunity Commission
JFK Federal Building - Rm. 475
Boston, MA 02203-0506

Richard C. Robinson, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Jackson Chin, Esq.
Puerto Rican Legal Defense & Education Fund
99 Hudson St. - 14th Floor
New York, NY 10013-0506

Valeria Calafiore
Clifford Chance US LLP
31 West 52nd St.
New York, NY 10019

                                              _____
                                              Barbara E. Gardner