UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br>            Plaintiff, ) <br>    -against- ) <br> ) <br> BEAUTY ENTERPRISES, INC., ) <br> and ESSENTIAL TEMPORARIES, INC. ) <br>            Defendants ) <br> _____) <br> MIGUEL ANGEL ALVAREZ, ) <br> WILLIAM TORRES, LUZ ANDUJAR, ) <br> EVA DIAZ, WALESKA MIRANDA, ) <br> JOSE LINARES and HAROLD ACOSTA ) <br>            Plaintiff-Intervenors, ) <br>    -against- ) <br> ) <br> BEAUTY ENTERPRISES, INC., ) <br>            Defendant ) <br> _____) <br> LUZ ANDUJAR and ) <br> WALESKA MIRANDA ) <br>            Plaintiff-Intervenors, ) <br>    -against- ) <br> ) <br> ESSENTIAL PERSONNEL, INC., ) <br>            Defendant ) <br> _____) | Civil Action No. 301-CV-378 (AHN) <br><br> August 30, 2005 |

**PLAINTIFF EEOC'S LIST OF INTERROGATORIES, ANSWERS &
DEPOSITION DESIGNATIONS AND DEPOSITION SUBMISSIONS**

    Pursuant to this Court's Pre-Trial Order, Plaintiff EEOC hereby submits a list of

proposed interrogatories, answers and deposition designations for consideration in the

above-captioned trial.

I.  **Proposed Depositions to be Read to Jury – Deponent Unavailable**

Pursuant to Fed. R. Civ. P. 32, Plaintiff seeks that the following deposition be read into the record and to the jury as the deponents are not available as set forth by Fed.R.Civ. P. 32:

1. Maria De Jesus – Deposition Transcripts Vol. I & II.  Reason: Deponent unavailable – living over 100 miles from the Federal District Court.  Deponent currently believed to reside in Puerto Rico.

2. Margarita Aponte – Deposition Transcripts Vol. I, II & III.  Reason: Deponent may be unavailable for reason of infirmity – heart condition.

3. Marie Garcia – Depositions Transcript.  Reason: Deponent may be unavailable for reason of infirmity – recovering from brain surgery.

II. **Proposed Deposition Designations**

Plaintiffs also include the attached proposed deposition designations for the following defence witnesses:

1. Reinaldo Acosta

2. Hector ("Jimmy") Adorno

3. Michael Ambruso

4. Teofilio ("Tony") Baez

5. Thomas ("Tom") Buonocore

6. Robert Cohen

7. Paul Lopes

8. Nelson Marquez

9. Rocco Piccirillo

10. Fabian Pineros

11. Ross Smith

12. Larry Sussman

The segments of the depositions proposed are attached as <u>Exhibit A</u>.

### III. Proposed Interrogatory Designations

Plaintiffs also propose the following interrogatory designations from Beauty Enterprises' Amended Responses to Plaintiff's First Set of Interrogatories, Nos. 2, 5, 10, 14 18, 21 & 23. *See attached* <u>Exhibit B</u>.

Respectfully submitted,

_____
/s/ R. Liliana Palacios
Senior Trial Attorney
MA BBO 647078; Ct. Fed. Bar. ct22358
EEOC Boston Area Office
JFK Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-3188; Fax: (617) 565-3196

**CERTIFICATE OF SERVICE**

I, R. Liliana Palacios, hereby certify that on this 30th day of August 2005, I caused a copy of the above document to be mailed, postage prepaid, to:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Evette Soto-Maldonado , Esq.
Jackson Chin, Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

Valeria Calafiore, Esq.
Clifford Chance US LLP
31 W. 52nd St.
NY, NY 10019-6131

                                                                                               _____
/s/ R. Liliana Palacios
Senior Trial Attorney