# Exhibit A

| EEOC Designation<br><br>**EXHIBIT A –<br>8/30/05** | Beauty Enterprises Objection | Rulings on Objection | Beauty Enterprises Designation | EEOC Objections to Beauty Enterprises Designation | Rulings on EEOC Objection |
|---|---|---|---|---|---|
| **REINALDO ACOSTA** | | | | | |
| **Page 36:**<br>15    Q. Okay.  Do you guys ever in shipping and receiving<br>16   talk about non-work related stuff, like the baseball game,<br>17   what you did this weekend, anything like that?<br>18    A.    All the time. | | | | | |
| **Page 40:**<br>13    Q. Okay.  Have you ever participated in a fire drill at<br>14   Beauty Enterprises?<br>15    A.    No.<br>16    Q.    Do you know if there's ever been a fire drill at<br>17   Beauty Enterprises since you've been there?<br>18    A.    No.<br>19    Q. This is kind of a confusing question.  Do you not<br>20   know, or are you telling me that there's never been one?<br>21    A. There's never been one. | | | | | |

| | | | | |
|---|---|---|---|---|
| **Page 55:**<br>6    Q.    Did you get any training on the English only rule at<br> 7    all?<br> 8     A.    No. | | | | |
| **Page 71-72:**<br>1         Have you ever been caught speaking Spanish by anyone<br> 2    at Beauty Enterprises and told that you were in violation of<br> 3    the rule?<br> 4     A. Yes.<br> 5     Q.    How many times?<br> 6     A. About twice.<br> 7     Q. Okay.  What was the first time?<br> 8     A. When was it?<br> 9     Q. Yes.<br>10     A.    I don't remember.<br>11     Q.    It was a long time ago?<br>12     A. Yeah.<br>13     Q. Okay.  Who caught you?<br>14     A. Tom, because he's always walking around.<br>15     Q. Okay.  Who were you talking to?<br>16     A.    At the time, I don't remember.<br>17     Q.    You were, in fact, | | | | |

| | | | | |
|---|---|---|---|---|
| speaking Spanish, though?<br>18      A. Yes.<br>19      Q.    And what did Tom say to you?<br>20      A.    He said, "Ray, you know the rules. Please, English<br>21    only."<br>22      Q.    All right.  What did you say?<br>23      A.    I said, "Okay, Tom."<br>24      Q.    And then did you switch to English?<br>25      A. While he was there, yeah.<br>0072<br> 1      Q.    And then when he left?<br> 2      A.    I spoke Spanish.<br> 3      Q. Okay.  Why did you continue speaking Spanish after?<br> 4      A. Because, like I said, I don't care about the rule.<br> 5    People break the law every day. | | | | |
| **Page 88:**<br>4      Q. Okay.  To your knowledge, have there ever been any<br> 5    work related injuries at Beauty Enterprises that were a<br> 6    result of | | | | |

| | | | | |
|---|---|---|---|---|
| people not being able to speak English?<br>7      A.     No.<br>8      Q. Would you say that people speak socially at work at<br>9    Beauty Enterprises frequently?<br>10     A. Yeah. | | | | |
| **MICHAEL AMBRUSO** | | | | |
| **Page 27:**<br>21     Q Did you get shown anything called a material<br>22    safety data sheet which would let you know what the<br>23    chemical makeup of the different products were that<br>24    you are separating?<br>25        A No.<br>0028<br>1      Q Do you know what those are, material data<br>2    safety sheets?<br>3        A No. | | | | |
| **Page 77-78:**<br>4        Q Okay.  Has the English-only rule applied to<br>15    product cleaners, people who were basically doing the<br>16    job of the Bosnians that | | | | |

| | | | | |
|---|---|---|---|---|
| you described who aren't<br>17   Bosnian? Do you know what I'm trying to get at?<br>18           I mean, in other words, you're saying the<br>19   Bosnians were allowed to speak their language.  They<br>20   were exempt from the English-only rule; right?<br>21           A Yes.<br>22           Q Okay.  But there were other people working<br>23   with them who weren't Bosnian; correct?<br>24           A Yes.<br>25           Q And those folks did not have to adhere to<br>0078<br> 1   the English-only rule either; correct?  Or maybe I'm<br> 2   not correct.  I mean, tell me what you know.<br> 3           A They all spoke English.  I --<br> 4           Q Okay.  But did they have to speak English?<br> 5           A Did they have to?  Yes.<br> 6           Q Okay.  So you had folks, like | | | | |

| | | | | |
|---|---|---|---|---|
| the Russians<br> 7    and the Guyanese, who you say spoke English --<br> 8         A    Yes.<br> 9         Q     -- who were working with the Bosnians;<br>10    correct?<br>11         A    Yes.<br>12         Q    The Bosnians could speak their language, but<br>13    the Russians and the Guyanese and whoever else was<br>14    working there had to speak English pursuant to the<br>15    English-only policy; is that correct?<br>16         A    Yes.<br>17         Q    But they're working side by side, or at<br>18    least in that same area?<br>19         A    Yes. | | | | |
| **Page 95-96:**<br>6         Q    Did anyone ever complain to you about the<br> 7    English-only rule the entire time you've been at<br> 8    Beauty?<br> 9         A    Yes.<br>10         Q    Who has complained to you about that?<br>11         A    I | | | | |

don't recall
names.  Just --
I don't
12    remember
names.
13        Q
Were they
permanent
employees?
14        A
Yes.
15        Q
How many
complaints did
you get?
16        A
Less than five.
17        Q
Any that you
remember with
any detail?
18        A
No, but they
would question
why they would
19    have to and
the Bosnians
don't.
20        Q
And what would
you say?
21        A
They're just
washing bottles
and they don't
22    speak
English.
23        Q
Okay.  I just
want to be
clear, because I
24    felt like I
was clear
before, and you
said, "They're
25    just
washing
bottles," but I
thought what you
also
0096
 1    said
earlier was that
the Bosnians
were doing the
same
 2    exact job

as the rest of
the product
cleaners.  Is
 3   that not
true?
 4        A
That is true.
I'm speaking of
the packers
 5    and
pullers.
 6        Q
Okay.  So a
packer and
puller came to
you
 7    and said,
"Why can't we
speak whatever
we want to,
 8    when the
Bosnians are
speaking?" and
you said, "Well,
 9    they're
cleaners and
you're not," or
something like
10    that?
11        A
Yes.
12        Q
Okay.  Did any
Hispanics
complain to you
13    about the
English-only
rule?
14        A
Yes.
15        Q
How many of
those five were
Hispanics that
16    complained
to you about the
rule?
17
MR. ROBINSON:
You said
approximately
18    five, and
you can give an
approximate
answer.
19
THE WITNESS:

| | | | | |
|---|---|---|---|---|
| Three?<br>20        Q<br>(By Ms.<br>Palacios)  Do<br>you remember the<br>names<br>21   of any of<br>those people?<br>22        A<br>Juanita Ortega. | | | | |
| **Page 114-115:**<br>23        Q<br>Have you ever<br>had any training<br>while at<br>24   Beauty<br>Enterprises on<br>rights and<br>responsibilities<br>25   under<br>employment laws<br>in the<br>workplace?<br>0115<br>1        A<br>No.<br>2        Q<br>Any training on<br>discrimination<br>in the<br>3   workplace?<br>4        A<br>No.<br>5        Q<br>Okay.  Have you<br>ever had any<br>training on<br>6   sexual<br>harassment?<br>7        A<br>No. | | | | |
| **Hector Adorno** | | | | |
| **Page 67-68:**  23<br>Q   There came<br>a time where<br>OSHA came to<br>visit<br>24   Beauty<br>Enterprises.  Do<br>you remember<br>that?<br>25        A<br>Yes.<br>0068<br>1        Q | | | | |

And it was in the past two years?

2      A    Yes.

3      Q    Do you recall hearing from anyone in the

4    supervisory ranks or management ranks that they knew who

5    had called OSHA?

6      A    No.  But I had a feeling it was Harold.

7      Q    Did anyone in management tell you that they

8    were upset that Harold had called OSHA?

9      A    No.  I was upset.

10      Q    You were upset Harold called OSHA?

11      A    Yes.

12      Q    Why?

13      A    Because he complained about the batteries, and

14    OSHA was talking about the battery, but I did my job,

15    and Tom did his.  We took care of the problem.  It

16    wasn't like Harold was right there sniffing the

17    batteries, you know?  So I

| | | | | |
|---|---|---|---|---|
| don't see why OSHA have to be 18 involved, which I didn't even know who was OSHA at the 19 time, anyway. 20 Q Do you know who OSHA is now? 21 A Now, yes. 22 Q Okay, that's good. | | | | |
| **Page 150:** 4 Q Have you ever had any training on the English 5 only policy at all since you've been working at Beauty? 6 A Training? 7 Q Training, like this is the rule, how do we 8 apply it, anything like that? 9 A No. | | | | |
| **Page 154:** 19 Are you aware that there are federal laws that 20 protect employees from discrimination in the workplace? 21 A I wasn't, no. 22 Q Are you aware of that now? 23 A I never heard of it, but... | | | | |

| Tony Baez | | | | | |
|---|---|---|---|---|---|
| **Page 75**:<br>13    Q.<br>Okay.  Have you<br>ever received<br>training on<br>14<br>discrimination<br>issues in the<br>work place?<br>15    A.    No. | | | | | |
| **Tom Buonocore** | | | | | |
| **Page 51**: 11<br>Q    Have you<br>ever had any<br>training in<br>Equal<br>12    Employment<br>Opportunity<br>requirements?<br>13        A<br>No. | | | | | |
| **Robert Cohen** | | | | | |
| **Page 181-182**:<br>25        Q<br>Have you ever<br>had any training<br>for your<br>0182<br> 1    employees<br>at the warehouse<br>location in<br>Hartford<br> 2    regarding<br>national origin<br>discrimination?<br> 3        A<br>No.<br> 4        Q<br>Okay.  Why did<br>you smile?<br> 5        A<br>Well, it's like<br>a tickle.  I<br>smiled.  The<br> 6    answer is<br>no. | | | | | |
| **Paul Lopes** | | | | | |
| **Page 44-45:** 25<br>Q    Have you<br>ever<br>participated in<br>any training<br>0045 | | | | | |

| | | | | |
|---|---|---|---|---|
| 1   where you learned about these laws [laws that protect employees from discrimination], what they are, and<br>2   who they protect?<br>3        A No. | | | | |
| **Page 79-80:**<br>24        Q Have you ever had any training specifically on 25   the English only rule?<br>0080<br>1        A No. | | | | |
| **Rocco Piccirillo** | | | | |
| **Page 101:**<br>5<br>Q.    Have you ever had any training in your 20 plus years<br><br>6    at Beauty Enterprises on discrimination law and how it<br><br>7<br>affects employers and employees in the workplace?<br><br>8<br>A.    Other than counseling with private attorneys, no<br><br>9<br>formal classes so to speak, no. | | | | |
| **Fabian Pineros** | | | | |
| **Page 206-207:**<br>16        Q | | | | |

```
Is there an
employee or a
supervisor at
Beauty
17   Enterprises
during the day
shift who's in
charge of
18   safety
issues?
19      A
Yes.
20      Q
Who is that?
21      A
Tom Buonocore.
22      Q
Anyone else?
23      A
No.
24      Q
Does he have a
title in that
responsibility?
25      A
Safety director
or --
0207
 1      Q
How long has he
been safety
director?
 2      A
Four years.
 3      Q
Who served in
that position
before him?
 4      A
All of us.  We
all safety
directors.  I
was a
 5   safety
director.  Ross.
 6      Q
But who was the
safety director
directly before
 7   Tom?
 8      A
We didn't have
one.
 9      Q
Is there a
safety committee
at Beauty
```

| | | | | |
|---|---|---|---|---|
| 10    Enterprises that you know about, like a group of<br>11    employees and managers who talk about safety issues in<br>12    the workplace?<br>13        A    Yes.<br>14        Q    Okay.  How long has that been in place?<br>15        A    Oh, it's been in place four years.<br>16        Q    Okay.  Is it up and running currently right now?<br>17        A    Yes.<br>18        Q    And who's on the safety committee?<br>19        A    I believe it's Eva Diaz.<br>20        Q    Who else?<br>21        A    Tom, Nelson, Ross, Ray and Angel.  But it might<br>22    be changed now because jobs have been changed.<br>23        Q    Ray Acosta?<br>24        A    Yes.<br>25        Q    And Angel Oliveras?<br>0208<br> 1        A    Yes.  No, no, not Angel Oliveras.  He's | | | | |

| | | | | |
|---|---|---|---|---|
| a<br>2    driver.<br>3        Q<br>Angel who?<br>4        A<br>Angel Rivera.<br>Don't get Angel<br>in here.<br>5        Q<br>I'll ask you<br>about that<br>later.<br>6        A<br>He's a preacher.<br>He's a reverend.<br>7        Q<br>How often does<br>the safety<br>committee meet?<br>8        A<br>It's supposed to<br>meet once a<br>year.<br>9        Q<br>Do they meet<br>once a year?<br>10        A    I<br>believe so, yes. | | | | |
| **Page 215**:<br>12        Q<br>Does Beauty<br>conduct any<br>safety --<br>general<br>13    safety<br>training for its<br>employees when<br>they're assigned<br>14    or hired?<br>15        A<br>No.  Only unless<br>it's for safety<br>equipment like<br>16    trucks or<br>forklifts, yes.<br><br>**Page 434**:<br>9        Q<br>Were you ever<br>trained on how<br>to deal with how<br>10    to enforce<br>the English only<br>policy?<br>11        A<br>No.<br>12        Q | | | | |

| | | | | |
|---|---|---|---|---|
| Were you ever trained on how to deal with 13   complaints about the English only policy? 14       A No. 15       Q Were you ever trained to deal with concerns 16   about the English only policy? 17       A No. **Page 554:** 14       Q Okay.  Have you ever had training in the 30 plus 15   years that you've been at Beauty Enterprises about how to 16   deal with complaints of discrimination in the workplace? 17       A No. | | | | |
| **Ross Smith** | | | | |
| **Page 67**: 3 Q    I just want to -- I think I probably asked you           4 this but I want to get a little more specific. Have you           5   ever had any training while at Beauty in equal employment           6 opportunity policies?           7       A | | | | |

| | | | | |
|---|---|---|---|---|
| I don't recall ever having any. | | | | |
| **Larry Sussman** | | | | |
| <u>**Page 79-81**</u>: | | | | |
| 23 Q    Were you involved in discipline that was given | | | | |
| 24  to Roger McCormick for making comments that were | | | | |
| 25 derogatory to Puerto Ricans in the warehouse? | | | | |
| 79 | | | | |
| 1 A    Yes, I was aware of that, and I was there when | | | | |
| 2  he was told about his inappropriatenes s, and I don't | | | | |
| 3  even recall the violation that was issued to him | | | | |
| 4 specifically. | | | | |
| 5 Q    Do you remember what he said? | | | | |
| 6 A    I can't quote him, but I can give you an idea | | | | |
| 7  of what was said, | | | | |

something about
because of these
F-ing

        8
Puerto Ricans
I'm going to
lose my job
here, or the

        9
company's going
to close,
they're costing
us a lot of

        10
money, something
like that.

        11
Q    Do you know
when he said
that, or why he
said

        12  it,
I guess, more
appropriately?

        13
A    Why he said
it?  I believe
that he felt
that

        14  this
was going to
cost the company
a lot of money,
this

        15
thing was
brewing up,
probably saw
lawyers coming
in,

        16
probably saw
maybe the EEOC
coming in with
some of their

        17
people, people

walking through the warehouse to see the

18 activities that take place on a daily basis, and said

19 boy, you know, this fucking thing is going to cost us a

20 lot of money, you know, and was blaming the

21 complainants.

22 Q   Do you know the circumstances in which he said

23 this comment? Like in other words, did he just sort of

24 yell this in the middle of the warehouse, or was he

25 talking to someone, or do you know?

80

1 A    I don't recall.

2 MR. ROBINSON: Personal knowledge, or of

```
        3   it
reported to him?

        4
MS. PALACIOS:
What he heard.

        5
THE WITNESS:  I
was not there
when it

        6   took
place.  I heard
that this took
place.

        7  BY
MS. PALACIOS:

        8
Q    Do you know
whether he was
talking to
somebody

        9
else?

        10
A    I don't
remember.

        11
Q    Did you
specifically
counsel him as
to

        12
whether, you
know, about the
comment that was
made?

        13
MR. ROBINSON:
What do you mean
by

        14
counsel?  You
mean did he talk
to him about it?

        15
```

MS. PALACIOS:
Yes.

        16
THE WITNESS:
Yes.

        17  BY
MS. PALACIOS:

        18
Q    Okay.  What
did you say?

        19
A    I said
Roger, you know,
you can't say
this

        20  kind
of stuff.  If
that's what you
think, it's your
own

        21
business, but
it's
inappropriate
behavior and I
don't

        22  want
to hear anymore.
He apologized,
and that's the

        23  best
I remember.  I
mean I wasn't
one on one with
him.

        24
Q    Did he
apologize to
you, or did he
apologize

        25  to
people who heard
it?

81

        1

A    I don't remember.  He apologized for acting

2  that way to whoever was in the room at the time. Did I

3  say -- I don't know who heard it -- to go around to

4  every person in the warehouse and make sure that if you

5  heard it?  No, I didn't tell him to do that.

6  Q    Do you consider the comment that he made to be

7  discriminatory?

8  A    Yes.

9  Q    Did you tell him that you thought it was

10  discriminatory?

11  A    I don't remember.  But you can't go single out

12  a group of people because the

| | | | | |
|---|---|---|---|---|
| people that are | | | | |
| 13 complaining, even though they're Hispanic, there are | | | | |
| 14 other Hispanics here that don't feel the same way, so | | | | |
| 15  you can't single out a group. | | | | |
| **NELSON MARQUEZ** | | | | |
| **Page 52-54:** 5     Q.     In your opinion, do people need to write English in 53 | | | | |
| 1 order to do their job at Beauty? | | | | |
| 2 MR. ROBINSON: Objection.  You can answer. | | | | |
| 3     BY MS. PALACIOS: | | | | |
| 4 Q.     You can answer the question. | | | | |
| 5 MR. ROBINSON: Are you thinking now, because -- | | | | |
| 6 MS. PALACIOS: He's thinking. | | | | |
| 7 MR. ROBINSON: Okay. | | | | |
| 8 | | | | |

MS. PALACIOS:
It looks like
he's thinking.

        9
MR. ROBINSON:
Okay.

        10    BY
MS. PALACIOS:

        11
Q.    Do you
want to hear the
question again?

        12
A.    (Witness
nods head in the
affirmative.)

        13
MS. PALACIOS:
Can you read the
question again?

        14

        15
(The previous
question was

        16
repeated by the
court reporter.)

        17

        18
A.    No.

        19    BY
MS. PALACIOS:

        20
Q.    Okay.  In
your opinion, do
people need to
speak

        21
English in order
to do their job
at Beauty?  I'm
just asking

        22

| | | | | |
|---|---|---|---|---|
| for your opinion.<br><br>       23<br>MR. ROBINSON:<br>Objection. Go<br>ahead.<br><br>       24<br>MS. PALACIOS:<br>What's your<br>objection?<br><br>       25<br>MR. ROBINSON:<br>It calls for an<br>opinion.<br><br>54<br>       1<br>MS. PALACIOS:<br>Okay. Go ahead.<br><br>       2<br>A.   No, I<br>don't think so.<br>I don't think<br>so. | | | | |
| **Page 54-55**:<br>24    Q.<br>Okay. When I<br>was asking you<br>just now about<br>your<br><br>       25<br>opinion about<br>whether or not<br>someone needed<br>to write English<br><br>55<br>       1   in<br>order to do<br>their job at<br>Beauty<br>Enterprises you<br>said no.<br><br>       2<br>Can you tell me<br>why you think<br>they don't need<br>to know how to<br><br>       3 | | | | |

| | | | | |
|---|---|---|---|---|
| write in English in order to do their job?  Is it just an<br><br>4<br>easy job?<br><br>5<br>A.    Yes.<br><br>6<br>Q.    And when you said that people don't need to speak<br><br>7<br>English in order to do their job at Beauty, in your opinion,<br><br>8    is it also for the same reason, because it's an easy job?<br><br>9<br>A.    Yes.<br><br>10<br>Q.    Is it fair to say that someone who can read numbers<br><br>11<br>only could do that job at Beauty Enterprises?<br><br>12<br>A.    Yes. | | | | |
| **Page 67:**<br>6    Q.    Have you ever warned or reprimanded anybody for<br><br>7<br>speaking Spanish? | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 8<br>A.    Yes.<br><br>9<br>Q.    How many times?<br><br>10<br>A.    Lots of times. | | | | | |
| **Page 7**:<br>16<br>Let me ask it to you this way, have you seen a<br><br>17<br>decrease in the number of employees who are Hispanic at<br><br>18<br>Beauty Enterprises since the year 2000?<br><br>19<br>A.    Yes. | | | | | |
| **Page 72-74**:<br><br>9    Q.    Has anyone ever complained to you about the rule?<br><br>10<br>A.    A lot of times.<br><br>11<br>Q.    A lot of times?<br><br>12<br>A.    Uh-huh.<br><br>13<br>Q.    Who has complained to you about the rule?<br><br>14 | | | | | |

```
A.    A lot of
people.

        15
Q.    Okay.  Can
you be more
specific?
Employees?

        16
A.    Yes.
…
73
…
        2
Q.    How many
times would you
say you've
gotten
complaints

        3
about the
English only
rule since
you've been at
Beauty,

        4
numerically?  I
mean, have you
gotten over 100,
less than

        5
100?  Whatever
number you
think.

        6
A.    Oh, my
God.

        7
Q.    I know
you've been
there a long
time.

        8
A.    40, 50,
60.

        9
Q.    So over
50?
```

| | | | | |
|---|---|---|---|---|
| 10<br>A.    Uh-huh. | | | | |
| **Page 106**:<br>25     Q.<br>Have you ever<br>received as a<br>supervisor at<br><br>106<br>          1<br>Beauty<br>Enterprises any<br>training on<br>anything at all?<br><br>          2<br>A.    No.<br><br>          3<br>Q.    Have you<br>ever received<br>any training on<br>sexual<br><br>          4<br>harassment in<br>the workplace?<br><br>          5<br>A.    Any<br>training?<br><br>          6<br>Q.    Yes.<br><br>          7<br>A.    No.<br><br>          8<br>Q.    Have you<br>ever received<br>any training on<br>how to handle<br><br>          9<br>complaints of<br>discrimination<br>made by<br>employees of the<br><br>          10<br>workplace?<br><br>          11<br>A.    What's<br>that again? | | | | |

| | | | | |
|---|---|---|---|---|
| Sorry.<br><br>          12<br>Q.    Sure.<br><br>          13<br>Have you ever received any training on how to handle<br><br>          14<br>complaints of discrimination made by employees in the<br><br>          15<br>workplace?<br><br>          16<br>A.    No. | | | | |
| **Page 130**:<br>14      Q.    I have a few very short questions. Mostly on some<br><br>          15<br>things that you have answered questions about.<br><br>          16<br>First, going back to the English only rule and that<br><br>          17<br>you had said you have gotten several complaints, somewhere<br><br>          18<br>between 40 and 60 complaints, maybe, over the years regarding<br><br>          19<br>the rule.  Of those complaints, were they mostly | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Spanish<br><br>     20<br>speaking people<br>that were making<br>the complaint?<br><br>     21<br>A.   Yes.<br><br>     22<br>Q.   They<br>weren't people<br>that spoke other<br>languages?<br><br>     23<br>A.   No. | | | | | |