UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____<br>EQUAL EMPLOYMENT OPPORTUNITY )<br>COMMISSION,                                          )<br>                    Plaintiff,          )<br>           -against-                               )<br>                                                             )<br>BEAUTY ENTERPRISES, INC.,           )<br>and ESSENTIAL TEMPORARIES, INC. )<br>                    Defendants          )<br>_____)<br>MIGUEL ANGEL ALVAREZ,              )<br>WILLIAM TORRES, LUZ ANDUJAR,  )<br>EVA DIAZ, WALESKA MIRANDA,      )<br>JOSE LINARES and HAROLD ACOSTA )<br>                    Plaintiff-Intervenors, )<br>           -against-                               )<br>                                                             )<br>BEAUTY ENTERPRISES, INC.,           )<br>                    Defendant            )<br>_____)<br>LUZ ANDUJAR and                           )<br>WALESKA MIRANDA                      )<br>                    Plaintiff-Intervenors, )<br>           -against-                               )<br>                                                             )<br>ESSENTIAL PERSONNEL, INC.,          )<br>                    Defendant            )<br>_____) | Civil Action No. 301-CV-378 (AHN)<br><br><br><br><br><br><br>August 30, 2005 |

**PLAINTIFF EEOC'S TRIAL WITNESS LIST**

Plaintiffs intend to call the following individuals as fact witnesses at the above-captioned trial:

1.   Harold Acosta

2.   Miguel Angel Alvarez

3.   Luz Andujar

4.   Margarita Aponte

1

5. Julio Benabe

6. Brenda Berrios

7. Maria De Jesus

8. Eva Diaz

9. Marie Garcia

10. Minnie Gonzalez

11. Rosa Green

12. Jose Linares

13. Ruth Lugo

14. Jorge Maldonado

15. Waleska Miranda

16. Angel Oliveras

17. Cecilia Ortiz

18. Madelyn Perez

19. Gloribel Ramos

20. Rosa Rojas

21. Eric Rivera

22. Mariana Rivera

23. Lissette Santos

24. William Torres

Plaintiff, EEOC, may also call the following fact witnesses at trial:

1. Michael Ambruso

2. Robert Cohen

3.   Jacob Khutorsky

4.   Nelson Marquez

Plaintiff, EEOC, further intends to call the following individuals as expert witnesses at the above-captioned trial:

1.   Dr. Roseann Dueñas González

2.   Mr. Earnest F. Harper

Respectfully submitted,

_____
/s/ R. Liliana Palacios
Senior Trial Attorney
MA BBO 647078; Ct. Fed. Bar. ct22358
EEOC Boston Area Office
JFK Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-3188; Fax: (617) 565-3196

**CERTIFICATE OF SERVICE**

I, R. Liliana Palacios, hereby certify that on this 30th day of August 2005, I caused a copy of the above document to be mailed, postage prepaid, to:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Evette Soto-Maldonado , Esq.
Jackson Chin, Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

Valeria Calafiore, Esq.
Clifford Chance US LLP
31 W. 52nd St.
NY, NY 10019-6131

                                                                              _____
                                                      /s/ R. Liliana Palacios
                                                      Senior Trial Attorney