UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 SEP -1  P 12: 01

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br>         Plaintiff, ) <br>     -against- ) <br> ) <br> BEAUTY ENTERPRISES, INC., ) <br> and ESSENTIAL TEMPORARIES, INC. ) <br>         Defendants ) <br> _____) <br> MIGUEL ANGEL ALVAREZ, ) <br> WILLIAM TORRES, LUZ ANDUJAR, ) <br> EVA DIAZ, WALESKA MIRANDA, ) <br> JOSE LINARES and HAROLD ACOSTA ) <br>         Plaintiff-Intervenors, ) <br>     -against- ) <br> ) <br> BEAUTY ENTERPRISES, INC., ) <br>         Defendant ) <br> _____) <br> LUZ ANDUJAR and ) <br> WALESKA MIRANDA ) <br>         Plaintiff-Intervenors, ) <br>     -against- ) <br> ) <br> ESSENTIAL PERSONNEL, INC., ) <br>         Defendant ) <br> _____) | Civil Action No. 301-CV-378 (AHN) |

### MOTION FOR ADDITIONAL TIME TO SUPPLEMENT AND TO JOIN EEOC'S PROPOSED DEPOSITION, INTERROGATORY AND ANSWER DESIGNATIONS; AND, TO JOIN PLAINTIFF EEOC'S SUBMISSION OF PROPOSED DEFENDANT WITNESSES

To:     Hon. Judge Alan Nevas::

Plaintiff-Intervenors request additional time of seven (7) days to provide a supplemental submission of proposed deposition, interrogatory and answer designations.

Plaintiff-intervenors also join the EEOC's submission of proposed Defendant witnesses, and, its EEOC's proposed deposition, interrogatory and answer designations, dated August 30, 2005.

1

Respectfully,

Dated: August 30, 2005

_____
Jackson Chin, Associate Counsel
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013
Counsel for Plaintiff-Intervenors LUZ ANDUJAR,
EVA DIAZ, WALESKA MIRANDA, JOSE
LINARES and HAROLD ACOSTA

Valeria Calafiore, Associate
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Co-counsel for Plaintiff-Intervenors

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed as of this 30th day of August, 2005 to the following counsel of record:

R. Liliana Palacios, Trial Attorney, EEOC
JFK Federal Building, Room 475
Government Center
Boston, MA. 02203-0506

Nora Curtin, Senior Trial Attorney
EEOC New York District Office,
33 Whitehall Street
New York, NY 10004

Barbara E. Gardner
Attorney at Law
843 Main Street, Ste. 1-4
Manchester, CT. 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center Street
Manchester, CT. 06040

Richard C. Robinson
Pullman & Comley, LLC
90 State House Square
Hartford, CT. 06103

_____
Jackson Chin
Attorney for Plaintiff-Intervenors
PRLDEF