UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                  )
          Plaintiff,        )
    -against-                     )
                             )
BEAUTY ENTERPRISES, INC.,    )
and ESSENTIAL TEMPORARIES, INC. )
          Defendants        )
_____)
MIGUEL ANGEL ALVAREZ,        )    Civil Action No. 301-CV-378 (AHN)
WILLIAM TORRES, LUZ ANDUJAR, )
EVA DIAZ, WALESKA MIRANDA,   )
JOSE LINARES and HAROLD ACOSTA )
          Plaintiff-Intervenors, )    September 2, 2005
    -against-                     )
                             )
BEAUTY ENTERPRISES, INC.,    )
          Defendant         )
_____)
LUZ ANDUJAR and              )
WALESKA MIRANDA              )
          Plaintiff-Intervenors, )
    -against-                     )
                             )
ESSENTIAL PERSONNEL, INC.,   )
          Defendant         )
_____)

**PLAINTIFFS' TRIAL EXHIBIT LIST**

      Pursuant to this Court's Pre-Trial Order in the above captioned case, Plaintiffs submit the following list of exhibits with descriptions. Copies of all the listed documents are either already in the possession of the Defendant or will be made available to Defendant for examination upon request. Plaintiffs respectfully reserve their right to add additional exhibits to this list should Plaintiffs be unable to stipulate to certain facts with Defendant that will otherwise require additional exhibits. Plaintiffs also reserve the right

to add additional exhibits to the extent that the Parties' supplementation prior to trial requires additional exhibits to be listed.

1. Beauty Enterprises Rules and Disciplinary List, EEOC 0367.

2. Beauty Enterprises Non-Discrimination and Harassment Policy, EEOC 0368-0374.

3. Employee Quick Report for Cecilia Ortiz, 0762, 1/1/00-7/14/00, EEOC 0762

4. Pay-records provided by AAA for Cecilia Ortiz, 11/00-7/14/00, AAA Production

5. Beauty Enterprises Warning Notice to William Torres, 3-22-00, EEOC 0938

6. Beauty Enterprises Warning Notice to William Torres, 3-23-00, EEOC 0939

7. Beauty Enterprises Warning Notice to William Torres, 3-23-00, EEOC

7. Beauty Enterprises Warning Notice to William Torres, 6-19-00, EEOC 0940

8. Beauty Enterprises Warning Notice to Harold Acosta, 6-21-00, EEOC 0942

9. Agenda, "Latinos and Workplace Discrimination Issues," EEOC 0961

10. Hearing on Latinos and Discrimination, Hartford Courant, 5-22-00, EEOC 0963

11. Beauty Enterprises Form for Staffing Agencies, EEOC 0973

12. Beauty Enterprises Insert to Personnel Manual, English Only Policy, 3-28-01, EEOC 0974-0975

13. Beauty Enterprises Warning Notice to Miguel Alvarez and additional notes, 11-16-00, EEOC 688-689

14. La Voz Newspaper featuring public hearing, June 2000, EEOC 1044-1045

15. Enlarged photograph of class members featured in La Voz Newspaper, June 2000

16. Resignation letter of Harold Acosta, EEOC 1285

2

17. The Beauty Times, September, 2001, Quarterly Celebrity Article Mary Mobley, EEOC 1287-1288

18. OSHA Citation and Notification of Penalty and other related investigatory documents, Inspection Date: 8/3/01, EEOC 1309-1354

19. OSHA Citation and Notification of Penalty and other related investigatory documents, Inspection Date: 9/13/02, not-numbered EEOC Production

20. The Beauty Times, May 2003, Quarterly Celebrity Article Ross Smith, not-numbered EEOC Production

21. Beauty Enterprises Policy Manual, prior to English-only Rule, EEOC 0808-0849

22. Beauty Enterprises Policy Manual, after English-only Rule, BEI 1-40

23. Beauty Enterprises Job Descriptions, BEI 41-45

24. Free-hand drawing of Beauty Enterprises main facility, 150 Meadow St., BEI 50

25. Enlarged chalk of all Beauty Enterprises facilities, Hartford, CT

26. Photo of drawing on Beauty Enterprises truck, BEI 54

27. Letter of resignation, Jose Linares, BEI 116

28. OSHA 110 logs, 1990-2001

29. Beauty Enterprises Warning Notice to Eric Rivera, 6-8-00, BEI 159

30. Beauty Enterprises Warning Notice to Eric Rivera, 6-7-00, BEI 160

31. Beauty Enterprises Warning Notice to Eva Diaz, 8-13-01, BEI 202-203

32. Beauty Enterprises Application for Employment, Jacob Khutorsky, BEI 297-298

33. Beauty Enterprises Application for Employment, Boris Bratslavsky, BEI 313-314

34. Beauty Enterprises Warning Notice to Roger McCormick, 5-8-01, BEI 353

35. Beauty Enterprises Warning Notice to Deloris Haskins, 8-9-91, BEI 380

36. Beauty Enterprises Warning Notice to Deloris Haskins, 8-8-91, BEI 381

37. Beauty Enterprises Warning Notice to Luz Andujar, 6-13-01, BEI 764

38. Beauty Enterprises Warning Notice to Harold Acosta, 8-13-01, BEI 810

39. Beauty Enterprises Warning Notice to Harold Acosta, 8-2-01, BEI 811

40. Out of work notice from MD, Harold Acosta, 9/10/01-9/28/01, BEI 814

41. Record of employee incident re: Harold Acosta, 5-10-01, BEI 816

42. Beauty Enterprises Warning Notice to Miguel Alvarez 1/3/01, marked in deposition of Ross Smith

43. US Newswire article: Supreme Court to Rule on English Only Policy, 11-15-00, marked in deposition of Rocco Piccirillo

44. Brief to the Supreme Court of the United States of America of Beauty Enterprises, Inc. as *Amicus Curiae* in Support of Petitioners in the case of Alexander v. Sandoval, No. 99-1908, November 13, 2000, 15 pages

45. Photographs of class members: Harold Acosta; Miguel Angel Alvarez; Luz Andujar; Margarita Aponte; Julio Benabe; Brenda Berrios; Eva Diaz; Marie Garcia; Rosa Green; Jose Linares; Ruth Lugo; Waleska Miranda; Angel Oliveras; Cecilia Ortiz; Madelyn Perez; Gloribel Ramos; Rosa Rojas; Eric Rivera; Mariana Rivera and William Torres

46. 2 VHS tapes of Beauty Enterprises Hartford facility Rule 34 entry

47. Photos of Beauty Enterprises Hartford facility, interior warehouses (taken as stills from video tape)(150)

48. Beauty Enterprises Warning Notice to Roger McCormick, 12-14-92, BEI 351

49. Forklift Test, Harold Acosta, 8-22-01, 4 pages, marked at Acosta deposition

50. Forklift Test, Harold Acosta, 8-31-01, 8 pages, marked at Acosta deposition

51. Employee signatures in opposition to Beauty Enterprises English only rule, 6 pages, marked in Gonzalez deposition

52. Beauty Enterprises Warning Notice/Termination to Luz Andujar, 6-18-01, 1 page, to be supplemented by Defendant

53. Beauty Enterprises Warning Notice to Leilamattie Mohabeer, date unknown, to be supplemented by Defendant

54. Enlarged pick-list sample

55. Enlarged chronology of events

56. Enlarged Beauty Enterprises' English only rule with date of writing

57. Job duties assigned to Harold Acosta, 9/16/01

58. Rx for Harold Acosta from Dr. Medina, 9/10/01

59. Rx for Harold Acosta from Dr. Medina, 9/26/00

60. Letter in support for Acosta, 12/4/96

61. Letter in support for Acosta, 7/12/96

62. FMLA leave request, Harold Acosta, 9/4/01

63. Expert Report of Dr. Roseann Duenas Gonzalez and referenced exhibits

64. Expert Report of Mr. Earnest Harper and referenced exhibits

65. Letter to the Editor by Robert Cohen, Hartford Courant

66. Miguel Alvarez, medical records, Dr. Medina

67. Luz Andujar, pay records, W-2s and tax returns

68. Eva Diaz, medical records and Rx Dr. Rodriguez

69. Angel Oliveras, documents supporting payment for CDL license course and exam

70. William Torres, W-2s, tax returns, listing of job search, medical bills, pension loss calculations

71. Marie Garcia, pay records, tax returns

72. Notes on conversation with Miguel Alvarez, 1/8/01

73. Defendant, Beauty Enterprises Inc.'s Amended Response to Plaintiff's First Set of Interrogatories, November 30, 2001

74. Defendant, Beauty Enterprises Inc.'s Responses to EEOC's Second Set of Interrogatories, January 31, 2003

75. Waleska Miranda, pay records, tax returns, additional damages supporting documents

76. "About Beauty Enterprises":  www.beautyenterprises.com

77. Dunn and Bradstreet March 16, 2005, Beauty Enterprises, Inc.  Sales and Net Worth

78. EEOC Charges of Discrimination for Charging Parties

79. Letter identifying administrative claimants to Beauty Enterprises

80. Notice of Charges of Discrimination to Beauty Enterprises

81. Letters of Determination by EEOC

82. Minnie Gonzalez speech

83. Letter Minnie Gonzalez to Juan Figueroa

84. Typed list of employees with telephone numbers

85. Eric Rivera, pay records

        Respectfully submitted,

        _____
        /s/ R. Liliana Palacios
        Senior Trial Attorney
        MA BBO 647078; Ct. Fed. Bar. ct22358
        EEOC Boston Area Office
        JFK Federal Building, Room 475
        Boston, MA 02203-0506
        Tel: (617) 565-3188; Fax: (617) 565-3196

## CERTIFICATE OF SERVICE

I, R. Liliana Palacios, hereby certify that on this 2nd day of September 2005, I caused a copy of the above document to be mailed, postage prepaid, to:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Evette Soto-Maldonado , Esq.
Jackson Chin, Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

Valeria Calafiore, Esq.
Clifford Chance US LLP
31 W. 52nd St.
NY, NY 10019-6131

        _____
        /s/ R. Liliana Palacios
        Senior Trial Attorney

Case 3:01-cv-00378-AHN   Document 109   Filed 09/06/2005   Page 8 of 8