UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 SEP -7  A 9:48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br>V.<br><br>BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and, ESSENTIAL TEMPORARIES, INC.,<br><br>                Defendants.<br>--------------------------------------------------------<br>MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES,<br><br>                Plaintiffs-Intervenors,<br>V.<br><br>BEAUTY ENTERPRISES INC.,<br><br>                Defendant.<br><br>LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ,<br><br>                Plaintiffs-Intervenors<br>V.<br><br>BEAUTY ENTERPRISES, INC., ESSENTIAL TEMPORARIES, INC.<br><br>                Defendants. | 301CV00378(AHN)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>September 6, 2005 |

## PLAINTIFFS-INTERVENORS' MOTION FOR PERMISSION
## TO GIVE AN OPENING STATEMENT

NYA 748766.1

Pursuant to Local Rule 83.4 of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, Plaintiffs-Intervenors Luz Andujar, Eva Diaz, Waleska Miranda, Jose Linares, and Harold Acosta, hereby respectfully request permission to reserve 15-20 minutes to present an opening statement at the trial of this case.

Dated: September 6, 2005

Respectfully submitted,

_____
Jackson Chin (phv0493)
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013
(212)219-3360
(212)431-4276 (fax)

Valeria Calafiore (phv0494)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(212)878-8381
(212)878-3175 (fax)

*Attorneys for Plaintiffs-Intervenors Luz Andujar, Eva Diaz, Waleska Miranda, Jose Linares, and Harold Acosta.*

NYA 748766.1

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of September, 2005, I caused a copy of the above document to be mailed via United States mail on the following counsel of record:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Rosa Liliana Palacios, Esq.
Equal Employment Opportunity Commission
JFK Federal Building – Room 475
Boston, MA 02203-0506

Richard C. Robinson, Esq.
Brian C. Roche, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

Barbara E. Gardner, Esq.
843 main St., Suite 1-4
Manchester, CT 06040

_____
Valeria Calafiore (phv 0494)

3

NYA 748766.1