UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 SEP -7 A 9: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | |
| V. | 301CV00378(AHN) |
| BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and, ESSENTIAL TEMPORARIES, INC., | |
| Defendants. | |
| MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES, | |
| Plaintiffs-Intervenors, | |
| V. | |
| BEAUTY ENTERPRISES INC., | |
| Defendant. | |
| LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ, | |
| Plaintiffs-Intervenors | |
| V. | September 6, 2005 |
| BEAUTY ENTERPRISES, INC., ESSENTIAL TEMPORARIES, INC. | |
| Defendants. | |

**PLAINTIFFS-INTERVENORS' NOTICE TO JOIN IN PLAINTIFF EEOC'S LIST OF PROPOSED INTERROGATORIES, ANSWERS, DEPOSITION DESIGNATIONS, AND WITNESS LIST**

NYA 748762.1

Plaintiffs-Intervenors Luz Andujar, Eva Diaz, Waleska Miranda, Jose Linares, and Harold Acosta, hereby give notice that they join in the filing by the EEOC of its proposed Witness List, and List of Interrogatories, Answers, Deposition Designations and Deposition Submissions, and adopt said filings as their own in support of their claims as Plaintiffs-Intervenors.

Dated: September 6, 2005

Respectfully submitted,

_____
Jackson Chin (phv0493)
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013
(212)219-3360
(212)431-4276 (fax)

Valeria Calafiore (phv0494)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(212)878-8381
(212)878-3175 (fax)

*Attorneys for Plaintiffs-Intervenors Luz Andujar, Eva Diaz, Waleska Miranda, Jose Linares, and Harold Acosta.*

NYA 748762.1

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of September, 2005, I caused a copy of the above document to be mailed via United States mail on the following counsel of record:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Rosa Liliana Palacios, Esq.
Equal Employment Opportunity Commission
JFK Federal Building – Room 475
Boston, MA 02203-0506

Richard C. Robinson, Esq.
Brian C. Roche, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

Barbara E. Gardner, Esq.
843 main St., Suite 1-4
Manchester, CT 06040

Valeria Calafiore (phv0494)

NYA 748762.1