UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                    )
              Plaintiff,       )
         -against-             )
                               )
BEAUTY ENTERPRISES, INC.,      )
and ESSENTIAL TEMPORARIES, INC. )
              Defendants        )
_____)
MIGUEL ANGEL ALVAREZ,          )          Civil Action No. 301-CV-378 (AHN)
WILLIAM TORRES, LUZ ANDUJAR,   )
EVA DIAZ, WALESKA MIRANDA,     )
JOSE LINARES and HAROLD ACOSTA )
              Plaintiff-Intervenors, )     September 7, 2005
         -against-             )
                               )
BEAUTY ENTERPRISES, INC.,      )
              Defendant        )
_____)
LUZ ANDUJAR and                )
WALESKA MIRANDA                )
              Plaintiff-Intervenors, )
         -against-             )
                               )
ESSENTIAL PERSONNEL, INC.,     )
              Defendant        )
_____)

## JOINT STIPULATION OF CONTESTED LAW AND FACTS

1.      All facts other than those set forth as uncontested in the Parties' Joint Stipulation
of Uncontested Facts are contested.

2.      The law applicable to the disparate impact instruction to be given to the jury as set
forth in the Parties' submissions on this matter in August 2005 is contested.

3.      The parties have not yet submitted Jury Instructions.  If additional issues of law
related to proposed instructions are contested this document will be seasonably supplemented.

Respectfully submitted on behalf of and with the
consent of all parties,

_____

R. Liliana Palacios
Senior Trial Attorney
MA BBO 647078; Ct. Fed. Bar. ct22358
EEOC Boston Area Office
JFK Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-3188; Fax: (617) 565-3196

## CERTIFICATE OF SERVICE

I, R. Liliana Palacios, hereby certify that on this 7th day of September 2005, I caused a copy of
the above document to be mailed, postage prepaid, to:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Evette Soto-Maldonado , Esq.
Jackson Chin, Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

Valeria Calafiore, Esq.
Clifford Chance US LLP
31 W. 52nd St.                                    _____
NY, NY 10019-6131                                 R. Liliana Palacios
                                                  Senior Trial Attorney