UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP 12  A 11: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>V.<br><br>BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and, ESSENTIAL TEMPORARIES, INC.,<br><br>Defendants.<br>------<br>MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES,<br><br>Plaintiffs-Intervenors,<br>V.<br><br>BEAUTY ENTERPRISES INC.,<br><br>Defendant.<br><br>LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ,<br><br>Plaintiffs-Intervenors<br><br>v.<br><br>BEAUTY ENTERPRISES, INC., ESSENTIAL TEMPORARIES, INC.<br><br>Defendants. | 301CV00378(AHN)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>September 9, 2005 |

### NOTICE OF WITHDRAWAL OF APPEARANCES

NYA 749400.1

PLEASE TAKE NOTICE, that, pursuant to Rule 7(e) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, Puerto Rican Legal Defense and Education Fund ("PRLDEF"), 99 Hudson Street, New York, New York, 10013, attorneys of record for Plaintiffs-Intervenors Luz Andujar, Waleska Miranda, Harold Acosta, Eva Diaz, and Jose Linares (together "Plaintiffs-Intervenors"), hereby requests that Evette Soto-Maldonado, Esq., and Juan Figueroa, Esq., be withdrawn from the docket and any service lists in the above proceeding, as Ms. Soto-Maldonado and Mr. Figueroa have resigned from and are no longer employed by PRLDEF.

Jackson Chin, Esq. of PRLDEF, and Valeria Calafiore, Esq., of Clifford Chance US LLP, 31 West 52nd Street, New York, New York, 10019, shall hereinafter serve in Ms. Maldonado and Mr. Figueroa's place as attorneys of record for the aforesaid Plaintiffs-Intervenors. Mr. Chin and Ms. Calafiore have already filed notices of appearances in the above captioned proceeding, and each of Plaintiffs-Intervenors has already been informed of, and consented to, counsel's substitution.

Respectfully submitted,

_____
Jackson Chin (phv0493)
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013
(212)219-3360
(212)431-4276 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing notice was caused to be served this 9th day of September, 2005 via United States mail on the following counsel of record:

Rosa Liliana Palacios, Esq.
Equal Employment Opportunity Commission
JFK Federal Building – Room 475
Boston, MA 02203-0506

Richard C. Robinson, Esq.
Brian C. Roche, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Harold Acosta
121 Grand View Terrace
Hartford, CT 0611

Luz Andujar
107 Henry Street, 3rd Floor
Hartford, CT 06114

Eva Diaz
33 James Street
Hartford, CT 06106

James Linares
261 Freeman Street
Hartford, CT 06106

Waleska Miranda
97 Plain Street
E. Hartford, CT 06118

NYA 749400.1

_____
Jackson Chin (phv0493)

4

NYA 749400.1