UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br>         Plaintiff, ) <br>     -against- ) <br> BEAUTY ENTERPRISES, INC., ) <br> and ESSENTIAL TEMPORARIES, INC. ) <br>         Defendants ) <br> _____) <br> MIGUEL ANGEL ALVAREZ, ) <br> WILLIAM TORRES, LUZ ANDUJAR, ) <br> EVA DIAZ, WALESKA MIRANDA, ) <br> JOSE LINARES and HAROLD ACOSTA ) <br>         Plaintiff-Intervenors, ) <br>     -against- ) <br> BEAUTY ENTERPRISES, INC., ) <br>         Defendant ) <br> _____) <br> LUZ ANDUJAR and ) <br> WALESKA MIRANDA ) <br>         Plaintiff-Intervenors, ) <br>     -against- ) <br> ESSENTIAL PERSONNEL, INC., ) <br>         Defendant ) <br> _____) | Civil Action No. 301CV378AHN |

NOTICE OF APPEARANCE

To:      Clerk of Court and all parties of record:

      Please enter my appearance as counsel in this case for Plaintiff, Equal Employment Opportunity Commission.

Date:   September 12, 2005


Connecticut Federal Bar Number: phv545
Telephone: (305) 530-6010
Facsimile: (305) 536-4494
E-Mail: maritza.gomez@eeoc.gov

Maritza I. Gomez
Trial Attorney
U.S. Equal Employment Opportunity Commission
2 South Biscayne Boulevard, Suite 2700
Miami, FL 33131-1805

1

CERTIFICATION

  I, Maritza I. Gomez, hereby certify that on this 12th day of September 2005, I caused a copy of the above document to be mailed, postage prepaid to:

    Julia Morris Paul
    Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
    113 East Center St.
    Manchester, CT 06040

    Barbara E. Gardner, Esq.
    843 Main St., Ste. 1-4
    Manchester, CT 06040

    Richard Robinson, Esq.
    Pullman & Comley, LLC
    90 State House Square
    Hartford, CT 06103-3702

    Evette Soto-Maldonado , Esq.
    Puerto Rican Legal Defense and Education Fund
    99 Hudson St., 14th Floor
    NY, NY 10013-0000

    Valeria Calafiore, Esq.
    Clifford Chance US LLP
    31 W. 52nd St.
    NY, NY 10019-6131

            Maritza I. Gomez
            Trial Attorney