UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br>              Plaintiff, ) <br>      -against- ) <br> ) <br> BEAUTY ENTERPRISES, INC., ) <br> and ESSENTIAL PERSONNEL, INC. ) <br>              Defendants ) <br> _____) <br> MIGUEL ANGEL ALVAREZ, ) <br> WILLIAM TORRES, LUZ ANDUJAR, ) <br> EVA DIAZ, WALESKA MIRANDA, ) <br> JOSE LINARES and HAROLD ACOSTA ) <br>           Plaintiff-Intervenors, ) <br>      -against- ) <br> ) <br> BEAUTY ENTERPRISES, INC., ) <br>             Defendant ) <br> _____) <br> LUZ ANDUJAR and ) <br> WALESKA MIRANDA ) <br>           Plaintiff-Intervenors, ) <br>      -against- ) <br> ) <br> ESSENTIAL PERSONNEL, INC., ) <br>             Defendant ) <br> _____) | Civil Action No. 301-CV-378 (AHN) <br><br><br><br><br> September 12, 2005 |

## GLOSSARY OF TECHNICAL TERMS FOR TRIAL

      Pursuant to this Court's Pre-trial Order, Plaintiff, EEOC, submits a glossary of technical terms to assist the Court and the jury with the expert testimony to be presented at trial. The glossaries that follow are separated into those terms that are anticipated to be used by Dr. Roseann Dueñas González' and Mr. Earnest Harper and are marked Exhibit A and Exhibit B, respectively.

**EXHIBIT A**
*Glossary Relevant to Dr. Roseann Dueñas González' Expert Testimony*

**Academic Language Proficiency:** Ability in language skills needed for mastering academic material; pertains to both written and oral language.

**Applied Linguistics**: Application of linguistics to real world problems including Language Policy and Planning, and Forensic Linguistics among other subfields.

**Bilingual:** Persons who have varying degrees of knowledge of two languages.

**Code-switching:** The unconscious alternation of two languages in the same word, phrase, sentence or conversation.

**Empirical:** Verifiable or provable by means of experience, observation, or experiment**.**

**English as a Second Language (ESL):** The acquisition and use of English by non-native speakers.

**English for Specific Purposes**: Teaching English in specific settings such as the workplace.

**Incipient Bilingual:** Individual who is in the initial stages of acquiring one, or both, of two languages.

**Interpreting/Translating**: In the spectrum of second language acquisition, it is second language acquisition at its highest form. The transformation of a source language into a target language is considered to be among the highest order of cognitive skills. Interpretation refers to the oral rendition of an utterance from the source language to the target language or vice versa. Translation refers to the written transformation of the source language to the target language or vice versa.

**Language Dependent Position:** A position that necessitates a certain degree of language knowledge in order to perform the required duties of the job as determined by empirical studies.

**Mode** (of language): The manner or form in which language is used or measured, for example, oral, written, reading, or listening are all modes of language.

**Monolingual Speaker:** Speakers who possess linguistic abilities in only one language.

**Language Policy and Planning**: The study of implicit and explicit laws or rules that influence language use in specific settings in society such as education, courts, or the workplace; the study of the effects of the policy on language users in the specific setting, and how the needs of the setting and the affected population can most efficaciously be met through planning.

**Language Sample:**  Language elicited from a speaker familiar with language used in a particular situation using role-play, in-depth questioning, simulations, or other elicitation methods.

**Limited English Speaker:**  A person who possesses higher functional ability than a non-English speaker.

**Linguistics**: The study of the structure and development of a language and its relationship to other languages, including the study of a languages' units, nature, structure, and modification.

**Non-English Speaker:** A person who has no functional ability in the English language.  This person could have up to approximately 200 words of vocabulary, but he/she cannot make themselves understood in English, except for perhaps memorized proficiency in very specific settings such as work.

**Oral Proficiency Instrument (OPI):** Test and associated scale used to determine the oral proficiency of a person in a foreign language.  The OPI assesses oral language proficiency in terms of a speaker's ability to use the language effectively and appropriately in real-life situations on a number of linguistic dimensions.  The test content is adapted to the candidate's professional and academic experiences.

**Policy Analysis**: Analysis of a policy in a specific setting which includes: (a) examining the policy for its function, use, and application in that setting; (b) reviewing the articulated goals of the policy; (c) examining policy implementation; (d) comparing the policy to the actual linguistic needs of the setting - conducting any linguistic analyses that are required including but not limited to formal linguistic descriptions of the language in terms of its complexity; modes of language of the job setting; proficiency of the speakers and the proficiency level required to achieved stated goals such as completing specific job tasks; (e) gathering data on the frequency of the use of language in the setting required to meet the demands of the setting; (f) gathering data on whether or not the stated goals have been obtained, including discovering the effects of the policy on the affected population; (g) comparing the stated goals with the data collected on the actual effect(s) of the policy; (h) devising and administering any required testing instruments; and, (i) reporting on any accommodations that could be made to the policy that would better fulfill the stated goals of the policy, while lessening any detrimental effects on individuals affected by the policy.

**English Proficiency Requirement –** Requirement of a specific level of proficiency in a particular language – whether spoken, written, read or understood – to achieve a specified goal.

**Psycholinguistics**: An interdisciplinary field of psychology and linguistics in which the enquiry is to understanding the cognitive mechanisms of language development, formation, and human information processing and associated cognitive tasks such as visual cognition.  Some subfields include language acquisition, conversational analysis, linguistic competence and performance, language use and comprehension, among others.

**Qualitative Research:** A method of research focusing on the description of an attribute or classification of a variable utilizing in-depth interviewing, ethnographic interviewing, archival research of documents, and observation in order to find data that will help in the understanding of how the variable works in action.  For example, the qualitative description of how a language policy is being implemented and the problems or issues involved in that implementation are described using empirical methods.

**Register** (of language): A subset of language used for a particular purpose or in a particular social setting, for example, the register of legal language is described as frozen, archaic and used in formal work settings and is considered a high register of language.

**Second Language Acquisition**: How a non-native speaker acquires a second language and the socio-cultural variables that hinder or encourage learning; a subfield of linguistics.

**Self-Report** (as relevant to language ability):  An individual's own report, description or self-assessment of his or her language abilities without reference to any formal language assessment.

**Sociolinguistics**: The study of the social (individual as well as societal) variables that affect language use, that is, the study of the intersection of language and society.

**Standard Sociolinguistic Background Questionnaire:**  A research instrument that is typically a set of standardized interview questions that is administered to a person for the purpose of gathering data that describes his or her sociolinguistic and first and/or second language acquisition history, language use (past or present), and other variables that affect the use of language in a specific setting.

**EXHIBIT B**
*Relevant to Mr. Earnest Harper's Expert Testimony*

**Alternate Communication Strategies:** The idea that there are almost an infinite variety of ways to communicate certain fundamental things that need to be communicated between two persons who do not speak the same language.

**American Society of Safety Engineers (ASSE):** Founded in 1911, it is the world's oldest and largest professional safety organization. The ASSE is one of the world's leading authority on safety, health, and the environment. Its more than 30,000 members manage, supervise and consult at the state, local and federal levels on safety, health, and environmental issues in industry, insurance, government and education.

**Board Certified Forensic Examiner (BCFE):** A person, certified by the Board of Forensic Examiners after a rigorous background and examination process, who is concerned with dealing with the application of scientific knowledge to the legal problems of an incident,

**Certified Safety Professional (CSP):** A person with at least 5 years of experience in the field of Safety Engineering who has been certified in his/her field after a rigorous background examination and application process by the Board of Certified Safety Professionals (BCSP). BCSP is recognized as the leader in high-quality credentialing for safety, health, and environmental practitioners. BCSP's Certified Safety Professional (CSP) is the most sought after safety certification by employers in the U.S. today. The Board of Certified Safety Professionals is an Illinois not-for-profit corporation established in 1969 and it operates solely as a peer certification board with the purpose of certifying practitioners in the safety profession.

**Ergonomics:** A discipline that involves fitting the job to the worker and not the worker to the job. It is the science of adapting workstations, tools, equipment and job practices to be compatible with the individual worker and thus reduce injury due to risk factors such as a failure to anticipate reasonable human error, by exceeding human tolerance levels or harm stemming from a mismatch between task complexity and operator training.

**Hazard Communication Standard (HCS):** Enacted by OSHA in the 1980's, it has as its fundamental premise that employees who may be exposed to hazardous chemicals in the workplace have a right to know about the hazards and how to protect themselves. Employers are required to develop, implement and maintain a written hazardous communication program covering the essential program elements required under the code. Although the original HCS applied only to the industrial segment of the manufacturing industry, subsequent court challenges have modified the scope of the law so that it covers all employees and applies to all workplace sectors with potential for exposure to hazardous chemicals. Today the HCS applies to nearly all sectors or the work force.

**Industrial Safety:** The prevention and investigation of occupationally related injuries and health matters. Prevention also includes proper safety design, implementation and maintenance of processes, products, buildings, job assessments and the work environment including protection of the environment.

**Material Safety Data Sheets (MSDS):**  The purpose of a Material Safety Data Sheet (MSDS) is to inform industrial purchasers and users of hazardous chemicals of the reasonably foreseeable physical and chemical hazards that may arise from the use of those chemicals.  The MSDS must include precautions for normal use, handling, storage, disposal, and spill cleanup.  The Hazard Communication Standard requires that accurate information be provided on the MSDSs and that these are taught to employees when potential exposures are present.

**Occupational Safety and Health Act of 1970:** The purpose of the Act is to assure safe and healthful working conditions for working men and women by authorizing enforcement of the standards developed under the Act and by assisting and encouraging the States in their efforts to assure safe and healthful working conditions.  The Act also provides for research, information, education, and training in the field of occupational safety and health.  Furthermore, the Act established the Occupational Safety and Health Administration within the U.S. Department of Labor.

**Occupational Safety and Health Administration (OSHA):**  It was established by the Occupational Safety and Health Act of 1970 within the U.S. Department of Labor.  OSHA aims to ensure worker safety and health in the United States by working with employers and employees to create better working environments.  Since its inception in 1971, OSHA has helped to cut workplace fatalities by more than 60 percent and occupational injury and illness rates by 40 percent.

**OSHA Logs:** Logs required by OSHA to be completed by employers in order to keep a record of work-related injuries and illnesses. A summary is required to be posted once a year for the previous year's results.

**On-the-job Learning Process (OJT):** Job skills that cannot be taught in a classroom setting, or through written exams.  Supervisors can determine performance by direct observation and product output.

**Safety Engineer**: A competent person who oversees the design, including the planning, development, improvement, coordination and evaluation of the safety component of integrated systems of people, materials, equipment and environments to achieve optimum safety effectiveness in terms of protection of people and property.

**20-Minute Building:** A phrase, usually stated in minutes, often used by fire and safety professionals signifying how long, in their judgment, a building would last before full involvement in flames.  In this case, it is a building that can be either destroyed or fully infused by flames and smoke in 20 minutes or less.  Fire traveling horizontally through the storage racks without fire breaks or in-rack sprinklers could easily and quickly overwhelm the high ceiling sprinklers, particularly if when the system is poorly maintained.

        Respectfully submitted,

        _____
        R. Liliana Palacios
        Senior Trial Attorney
        MA BBO 647078; Ct. Fed. Bar. ct22358
        EEOC Boston Area Office
        JFK Federal Building, Room 475
        Boston, MA 02203-0506
        Tel: (617) 565-3188; Fax: (617) 565-3196

**CERTIFICATE OF SERVICE**

I, R. Liliana Palacios, hereby certify that on this 12th day of September 2005, I caused a copy of the above document to be mailed, postage prepaid, to:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Evette Soto-Maldonado , Esq.
Jackson Chin, Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

Valeria Calafiore, Esq.
Clifford Chance US LLP
31 W. 52nd St.
NY, NY 10019-6131

        _____
        R. Liliana Palacios
        Senior Trial Attorney

Case 3:01-cv-00378-AHN    Document 122    Filed 09/13/2005    Page 8 of 8