UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>BEAUTY ENTERPRISES, INC., ET AL )<br>)<br>Defendant ) | CIVIL ACTION<br>NO. 301-CV-378 (AHN)<br><br>September 8, 2005 |

### DEFENDANT BEAUTY ENTERPRISES, INC.'S REVISED[1] WITNESS LIST

Defendant, Beauty Enterprises, Inc., intends to call the following individuals as witnesses at the trial of the above-captioned matter:

1. Robert Cohen

2. Rocco Piccirillo

3. Larry Sussman

4. Fabian Pineros

5. Tom Buonocore

6. Ross Smith

---

[1] The revision adds one witness unintentionally omitted from the original.

7. Nelson Marquez

8. Jimmy Adorno

9. Paul Lopes

10. Tony Baez

11. Leilamattie Mohabeer

12. Steven Cody

13. Bhanmattie Sattaur

14. Ludwhina Young

15. Deloris Haskins

16. Mary Murray.

17. Roger McCormick

18. Boris Bratslousky

19.  Jacob Khutursky

20.  Michael Ambruso

21.  Ray Acosta

                         The DEFENDANT

By: _____
Richard C. Robinson (ct04321)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
Telephone (860) 541-3333
Facsimile (860) 424-4370
Its Attorneys

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was electronically delivered or mailed on: the 8th day of September, 2005 to:

R. Liliana Palacios
Trial Attorney
EEOC
JFK Federal Building, Room 475
Government Center
Boston, MA. 02203-0506

Nora Curtin
Senior Trial Attorney
EEOC, New York District Office
33 Whitehall Street
New York, NY 1004

Barbara E. Gardiner
843 Main Street, Suite 1-4
Manchester, CT 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith,
 Meggers & Paul, P.C.
113 East Center Street
Manchester, CT. 06040

Jackson Chin
Associate Counsel
Puerto Rican Legal Defense
 & Education Fund
90 Hudson Street
New York, New York 10013

Valeria Caliafore
Clifford Chance US
31 West 52nd Street
New York, NY 10019

_____
Richard C. Robinson

Hartford/65094.1/RCR/169144v1