UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | CIVIL ACTION NO. 301-CV-378 (AHN) |
| Plaintiff | ) ) | |
| vs. | ) ) | September 8, 2005 |
| BEAUTY ENTERPRISES, INC. , ET AL | ) ) ) | |
| Defendant | ) | |

## DEFENDANT BEAUTY ENTERPRISES, INC.'S EXHIBIT LIST

Defendant, Beauty Enterprises, Inc., may offer the following exhibits at trial:

A.    Medical records of the Village for Families regarding Luz Andujar that the EEOC produced.

B.    Medical records from St. Francis Hospital regarding Luz Andujar that the EEOC produced.

C.    Unemployment Compensation Fact Finding Report regarding Julio Benabe.  (Defendant's Exhibit 1 at his deposition.)

D.    Unemployment Compensation Decision of Appeals Referee regarding Rosa Green.

E.    Excerpt from Language Ideologies marked as Defendant's Exhibit 2 at the Gonzalez deposition.

F.    Dr. Gonzalez' questionnaire.

G.    Dr. Gonzalez' time/billing records.

The DEFENDANT

By:    _____

Richard C. Robinson (ct04321)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
Telephone (860) 541-3333
Facsimile (860) 424-4370
rrobinson@pullcom.com
Its Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was electronically delivered or mailed on: 8th day of September, 2005 to:

R. Liliana Palacios
Trial Attorney
EEOC
JFK Federal Building, Room 475
Government Center
Boston, MA. 02203-0506

Nora Curtin
Senior Trial Attorney
EEOC, New York District Office
33 Whitehall Street
New York, NY 1004

Barbara E. Gardiner
843 Main Street, Suite 1-4
Manchester, CT 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith,
  Meggers & Paul, P.C.
113 East Center Street
Manchester, CT. 06040

Jackson Chin
Associate Counsel
Puerto Rican Legal Defense
  & Education Fund
90 Hudson Street
New York, New York 10013

Valeria Caliafore
Clifford Chance US
31 West 52nd Street
New York, NY 10019

_____
Richard C. Robinson

Hartford/65094.1/RCR/169072v1