UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ )<br>EQUAL EMPLOYMENT OPPORTUNITY )<br>COMMISSION,                                                )<br>         Plaintiff,                                       )<br>      -against-                                        )<br>                                                                       )<br>BEAUTY ENTERPRISES, INC.,                    )<br>and ESSENTIAL TEMPORARIES, INC.         )<br>         Defendants                                  )<br>_____ )<br>MIGUEL ANGEL ALVAREZ,                        )<br>WILLIAM TORRES, LUZ ANDUJAR,           )<br>EVA DIAZ, WALESKA MIRANDA,              )<br>JOSE LINARES and HAROLD ACOSTA      )<br>         Plaintiff-Intervenors,          )<br>      -against-                                        )<br>                                                                       )<br>BEAUTY ENTERPRISES, INC.,                    )<br>         Defendant                                    )<br>_____ )<br>LUZ ANDUJAR and                                        )<br>WALESKA MIRANDA                                  )<br>         Plaintiff-Intervenors,          )<br>      -against-                                        )<br>                                                                       )<br>ESSENTIAL PERSONNEL, INC.,                 )<br>         Defendant                                    )<br>_____ ) | Civil Action No. 301-CV-378 (AHN)<br><br><br><br>September 9, 2005 |

**PLAINTIFFS' PROPOSED QUESTIONS FOR VOIR DIRE**

Pursuant to the Court's Pretrial Order, Plaintiffs submit the following *voir dire* questions for selection of a jury in the above-captioned case:

1. What is your name, address, age, marital status, national origin, children (ages and occupation/employer), level of education, and occupation (job position and employer)? If you are either retired or unemployed, what was you previous occupation, position, and employer?

1

2. If you are married, what is the occupation of your spouse? Who is his/her employer?

3. Have you ever served in the military?

4. Do you own a business? If so, what type of business? How many employees do you currently employ?

5. Have you ever owned a business? If so, what type of business? How many employees did you employ?

6. Have you ever held a management position? What type of business?

7. Have you ever hired or terminated employees?

8. Have you ever been terminated or laid off? If so, why do you think that happened to you?

9. Have you ever had to respond to grievances, complaints, or charges alleging employment discrimination? What were the circumstances? What was the outcome?

10. Have you ever been harassed or accused of harassment of any type? What was the outcome?

11. Have you or any close relative or friend ever been accused of discrimination?

12. Do you believe it is wrong for a person to file a charge of discrimination if he or she feels he or she have been discriminated against?

13. Have you ever participated in a federal investigation by the EEOC? How about any other department or agency investigating unfair or discriminatory employment practices? What were the circumstances? What was the outcome?

14. Do you believe that a governmental agency should investigate unlawful employment practices?

15. Do you believe that the government should not interfere in a person's life?

16. Do you believe that employees have no right to question or oppose a policy imposed by their employer, even if they believe it to be unlawful?

17. Do you believe that if an employee believes that his or her employer is violating his or her civil rights he or she should just leave or find another job instead of asserting his or her lawfully protected rights?

18. Do you believe that people that move to the United States from other regions or countries where English is not the primary language should stop speaking their native language once they arrive to the United States?

19. In your current or previous job, have you had free time to talk to your co-workers? Is this something you think is important to a work environment?

20. Have you ever worked with people that spoke languages other than English at work? If so, what languages?

21. Do you belong to a union? Have you ever belonged to a union? When? Which one?

22. Did you ever have a part-time job in high school or college?

23. Have you ever worked in the service industry (i.e. restaurants, hotels, etc.)?

24. Do you believe that an employer should be allowed to control what you say at work?

25. Do you object to the fact that the law allows people to recover punitive damages when appropriate?

26. Do you object to the fact that the law allows people to recover compensatory damages for injuries that are not tangible or easily measured, for such harms as emotional pain, suffering, mental anguish, humiliation, and embarrassment? Do you have a problem with the law allowing for those kinds of compensatory damages?

27. Do you believe that being discriminated against could cause anxiety or emotional distress to a person?

28. Have you ever been involved in a lawsuit before? Were you sued or you were suing somebody else? What was the nature and the outcome of the suit?

29. Have you ever been a witness in case? What type of case?

30. Have you ever been a juror in a case? What type of case?

31. Is there anything about those experiences that would prevent you from being a fair and impartial juror in the instant civil action?

32. Have you ever been in a situation where you disagreed with something your employer did or said? Have you ever disagreed with or challenged an employer's policy? Please explain briefly what happened.

33. Do you get along with your co-workers?

34. Have you ever been in a situation where you disagreed with something that your co-workers were doing? Please briefly explain what happened.

35. Do you have friends that belong to a different national origin than yours? If so, what national origin?

36. Do you have friends that speak languages other than English?

37. Have you ever worked in a warehouse?

38. Do you play the lottery? How often?

39. What language or languages do you speak with your family?

40. Have you ever studied any foreign languages? Which language(s)? When did you study this language(s)? What led you to study a foreign language? Did you enjoy it? Are you still studying this language? If not, why did you stop?

41. Have you ever taken a course in Linguistics?

42. What newspapers do you read?

43. What magazines do you read?

44. Do you watch television?  What type of shows?

45. What are your favorite web-sites?

46. Do you belong to any special interest clubs?  Which ones?  Please briefly describe your level of involvement.

47. Do you believe that English should be the official language of the United States?

48. Are you a member of U.S. English, Pro English, or English Plus?

49. Have you ever watched movies in languages other than English?  If so, what languages?

50. Have you traveled to any foreign country recently?  For business or for pleasure?  Where did you go?  Did you like it there?  Why or why not?

51. Have you ever lived in any country or region where English is not the primary language?

52.  Do you believe that every American citizen should learn how to speak English to do any type of job, including manual labor?

53. What do you think when you hear people speaking in languages other than English?

54. Do you belong to any organization or entity that promotes English as the official language of a city, state, or of the United States?

Respectfully submitted on behalf of the Plaintiffs,

_____
R. Liliana Palacios
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY

5

COMMISSION
MA BBO 647078; Ct. Fed. Bar. ct22358
EEOC Boston Area Office
JFK Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-3188; Fax: (617) 565-3196

## **CERTIFICATE OF SERVICE**

I, R. Liliana Palacios, hereby certify that on this 9th day of September, 2005, caused a copy of the above document to be mailed, postage prepaid, to:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Evette Soto-Maldonado , Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

Valeria Calafiore, Esq.
Clifford Chance US LLP
31 W.52nd. St.
NY, NY  1009-6131

                                                                                                                    _____
                                                                                                                    R. Liliana Palacios
                                                                                                                    Trial Attorney

7