UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 SEP 12  A 9:47

U.S. DISTRICT COURT
BRIDGEPORT. CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) 301CV00378(AHN) |
| | ) |
| BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and , ESSENTIAL TEMPORARIES, INC., | ) |
| | ) |
| Defendants. | ) MOTION FOR |
| | ) JUDICIAL NOTICE |
| MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES, | ) |
| | ) |
| Plaintiffs-Intervenors, | ) |
| V. | ) |
| | ) |
| BEAUTY ENTERPRISES INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ, | ) |
| | ) |
| Plaintiffs-Intervenors | ) |
| | ) |
| V. | ) September 9, 2005 |
| | ) |
| BEAUTY ENTERPRISES, INC., ESSENTIAL PERSONNEL, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

NYA 748757.3

## MOTION FOR JUDICIAL NOTICE

Pursuant to Rule 201(b) and (d) of the Federal Rules of Evidence and to well established principles of federal law, Plaintiffs hereby respectfully request the Court to take judicial notice of the following items:

1.      Puerto Rico has two official languages: English and Spanish.[1]

2.      Only 20 percent of the residents of Puerto Rico speaks English.[2]

3.      Connecticut does not have an official language.[3]

4.      The United States does not have an official language.[4]

5.      In the year 2000, the U.S. Census found that Hispanics accounted for 40.5 percent of the population of Hartford.[5]

6.      In the year 2000, the U.S. Census found that 36.8 percent of the Hispanic population of the City of Hartford was reported to speak Spanish and it was reported that 17.1 percent of Hispanics who spoke Spanish, spoke English less than very well.[6]

7.      In the year 2000, Hispanics accounted for 40.5 percent of the total population of Hartford.[7]

---

[1]      P.R. Stat. T. 1, § 59.

[2]      *See* http://www.us-english.org/inc/official/factsfigs.asp, (accessed September 8, 2005); http://welcome.topuertorico.org/descrip.shtml; (accessed September 8, 2005). A true copy of the webpages cited herein is attached hereto as Exhibit A.

[3]      *See* http://www.us-english.org/inc/official/states.asp (accessed September 8, 2005). A true copy of the webpage cited herein is attached hereto as Exhibit B.

[4]      See Exhibit A.

[5]      *See* http://www.ct.gov/ecd/LIB/ecd/2000census/1600937000.pdf (accessed September 3, 2005). A true copy of the webpage cited herein is attached hereto as Exhibit C. *See Fong Yue Ting v. United States*, 149 U.S. 698, 734 (1893) (courts "must take judicial notice of that which is disclosed by the census"); *United States v. Alvarado*, 891 F.2d 439, 444 (2d Cir. 1989) (taking judicial notice of minority percentages from census reports); *United States v. Phillips*, 287 F.3d 1053, 1055 n. 1 (11th Cir. 2002) (taking judicial notice of census figures); *State v. Tillman*, 220 Conn. 487, 514 n. 1 (taking judicial notice of the 1990 census figure for the city of Hartford).

[6]      See Exhibit C.

2

8. Peru's official languages are Spanish and Quechua.[8]

Federal Rules of Evidence 201(b) provides that a court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of sufficiently accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). Each of the foregoing requests is proper for judicial notice as all of the foregoing information, and Exhibits in support thereto, are capable of verification and are not reasonably subject to dispute.

For these reasons, this Court can and should take judicial notice of each of the above requests. Plaintiffs respectfully submit that they have conferred with Defendant's counsel on these matters but were unable to reach an agreement.

Respectfully submitted on behalf of all Plaintiffs,

Jackson Chin (phv0493)
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013
(212)219-3360
(212)431-4276 (fax)

Valeria Calafiore (phv0494)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(212)878-8381
(212)878-3175 (fax)

*Attorneys for Plaintiffs-Intervenors Luz Andujar, Eva Diaz, Waleska Miranda, Jose Linares, and Harold Acosta.*

---

[7] *See* http://www.ct.gov/ecd/LIB/ecd/2000census/1600937000.pdf, (accessed September 3, 2005). A true copy of the webpage cited herein is attached hereto as Exhibit C.

[8] *See* http://www.stanford.edu/group/peruanos/informa/general.htm, (accessed September 9, 2005). A true copy of the webpage cited herein is attached hereto as Exhibit D.

3

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was caused to be mailed on this 8th day of September to the following counsel of record:

Rosa Liliana Palacios, Esq.
Equal Employment Opportunity Commission
JFK Federal Building – Room 475
Boston, MA 02203-0506

Richard C. Robinson, Esq.
Brian C. Roche, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Valeria Calafiore (phv0494)

4

NYA 748757.3