**FILED**

2005 SEP 14 P 2: 14

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION )<br><br>Plaintiff )<br><br>vs. )<br><br>BEAUTY ENTERPRISES, INC., ET AL )<br><br>Defendant ) | CIVIL ACTION<br>NO. 301-CV-378 (AHN)<br><br>September 13, 2005 |

## DEFENDANT BEAUTY ENTERPRISES, INC.'S LIST OF INTERROGATORIES, ETC. TO BE OFFERED AT TRIAL OTHER THAN FOR IMPEACHMENT OR CROSS

Pursuant to the Pre-Trial Order, defendant Beauty Enterprises, Inc., submits the list called for by paragraph 7 thereof.

The only items on the list are depositions to be read to the jury in lieu of live testimony, assuming that the deponents are unavailable, which may well be the case.

1. Stephen Cody.

2. Michael Ambruso

3.    Jakob Khutorsky

The Defendant

By: _____

Richard C. Robinson (ct04321)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
Telephone (860) 541-3333
Facsimile (860) 424-4370
Its Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was electronically delivered or mailed on: the 13th day of September, 2005 to:

R. Liliana Palacios
Trial Attorney
EEOC
JFK Federal Building, Room 475
Government Center
Boston, MA. 02203-0506

Nora Curtin
Senior Trial Attorney
EEOC, New York District Office
33 Whitehall Street
New York, NY 10048

Barbara E. Gardiner
843 Main Street, Suite 1-4
Manchester, CT 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith,
  Meggers & Paul, P.C.
113 East Center Street
Manchester, CT. 06040

Jackson Chin
Associate Counsel
Puerto Rican Legal Defense
  & Education Fund
90 Hudson Street
New York, New York 10013

Valeria Caliafore
Clifford Chance US
31 West 52nd Street
New York, NY 10019

Richard C. Robinson

Hartford/65094.1/RCR/168956v1