UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2005 SEP 14 A 10: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff,<br> -against-<br><br>BEAUTY ENTERPRISES, INC.,<br>and ESSENTIAL TEMPORARIES, INC.<br>    Defendants | |
| MIGUEL ANGEL ALVAREZ,<br>WILLIAM TORRES, LUZ ANDUJAR,<br>EVA DIAZ, WALESKA MIRANDA,<br>JOSE LINARES and HAROLD ACOSTA<br>    Plaintiff-Intervenors,<br> -against-<br><br>BEAUTY ENTERPRISES, INC.,<br>    Defendant | Civil Action No. 301-CV-378 (AHN)<br><br>September 13, 2005 |
| LUZ ANDUJAR and<br>WALESKA MIRANDA<br>    Plaintiff-Intervenors,<br> -against-<br><br>ESSENTIAL PERSONNEL, INC.,<br>    Defendant | |

### PLAINTIFFS' PROPOSED VERDICT FORM

1. Do you find that the Class Members were discriminated against on the basis of their national origin (Hispanic) due to Beauty Enterprises' maintenance and enforcement of the English-only Rule?

Answer:

        Yes ____  No ____

1

If your answer to No. 1 is YES, what amount of damages should the Class Members be awarded for the humiliation, embarrassment, emotional pain, suffering, mental anguish and inconvenience caused by Beauty Enterprises' discriminatory conduct?

Answer:

| | |
|---|---|
| Harold Acosta | $_____ |
| Miguel Angel Alvarez | $_____ |
| Luz Andujar | $_____ |
| Margarita Aponte | $_____ |
| Julio Benabe | $_____ |
| Brenda Berrios | $_____ |
| Maria De Jesús | $_____ |
| Eva Diaz | $_____ |
| Marie Garcia | $_____ |
| Rosa Green | $_____ |
| Jose Linares | $_____ |
| Ruth Lugo | $_____ |
| Jorge Maldonado | $_____ |
| Waleska Miranda | $_____ |
| Angel Oliveras | $_____ |
| Cecilia Ortiz | $_____ |
| Madelyn Perez | $_____ |
| Gloribel Ramos | $_____ |
| Rosa Rojas | $_____ |

2

    Eric Rivera                                 $_____

    Mariana Rivera                       $_____

    Lissette Santos                      $_____

    William Torres                       $_____

2. Do you find that the Class Members were subjected to a hostile work environment on the basis of their national origin (Hispanic)?

Answer:

                                  Yes ____    No ____

If your answer to No. 2 is YES, what amount of damages should the Class Members be awarded for the humiliation, embarrassment, emotional pain, suffering, mental anguish and inconvenience caused by Beauty Enterprises' discriminatory conduct?

Answer:

    Harold Acosta                      $_____

    Miguel Angel Alvarez          $_____

    Luz Andujar                          $_____

    Margarita Aponte                  $_____

    Julio Benabe                         $_____

    Brenda Berrios                       $_____

    Maria De Jesús                     $_____

    Eva Diaz                             $_____

    Marie Garcia                         $_____

    Rosa Green                           $_____

    Jose Linares                          $_____

| | |
|---|---|
| Ruth Lugo | $_____ |
| Jorge Maldonado | $_____ |
| Waleska Miranda | $_____ |
| Angel Oliveras | $_____ |
| Cecilia Ortiz | $_____ |
| Madelyn Perez | $_____ |
| Gloribel Ramos | $_____ |
| Rosa Rojas | $_____ |
| Eric Rivera | $_____ |
| Mariana Rivera | $_____ |
| Lissette Santos | $_____ |
| William Torres | $_____ |

3. Do you find that the following Class Members were subjected to retaliation by Beauty Enterprises for opposing the English-only Rule or participating in any proceeding or hearing related to the English-only Rule?

Answer:

| | | |
|---|---|---|
| Harold Acosta | Yes ____ | No ____ |
| Miguel Angel Alvarez | Yes ____ | No ____ |
| Luz Andujar | Yes ____ | No ____ |
| Margarita Aponte | Yes ____ | No ____ |
| Brenda Berrios | Yes ____ | No ____ |
| Maria De Jesús | Yes ____ | No ____ |
| Eva Diaz | Yes ____ | No ____ |

4

| | | |
|---|---|---|
| Waleska Miranda | Yes ____ | No ____ |
| Angel Oliveras | Yes ____ | No ____ |
| Cecilia Ortiz | Yes ____ | No ____ |
| Madelyn Perez | Yes ____ | No ____ |
| Eric Rivera | Yes ____ | No ____ |
| William Torres | Yes ____ | No ____ |

If your answer to Number 3 is YES for any Class Member, what amount of damages should those Class Members be awarded for the humiliation, embarrassment, emotional pain, suffering, mental anguish and inconvenience caused by Beauty Enterprises' discriminatory conduct?

Answer:

| | |
|---|---|
| Harold Acosta | $_____ |
| Miguel Angel Alvarez | $_____ |
| Luz Andujar | $_____ |
| Margarita Aponte | $_____ |
| Brenda Berrios | $_____ |
| Maria De Jesús | $_____ |
| Eva Diaz | $_____ |
| Waleska Miranda | $_____ |
| Angel Oliveras | $_____ |
| Cecilia Ortiz | $_____ |
| Madelyn Perez | $_____ |
| Eric Rivera | $_____ |

5

    William Torres                $_____

If your answer to Number 3 is YES for Class Member Angel Oliveras and/or Madelyn Perez, what amount of money do you award those Class Members, if any, for any out of pocket losses, loss of pay or benefits incurred as a result of the retaliatory conduct?

Answer:

    Angel Oliveras               $_____

    Madelyn Perez              $_____

4. Do you find that the following Class Members were unlawfully terminated on the basis of their national origin related to the English-only Rule or in retaliation for opposing the English-only Rule or participating in any proceeding or hearing related to the English-only Rule?

Answer:

| Class Member | Yes | No |
|---|---|---|
| Luz Andujar | ____ | ____ |
| Margarita Aponte | ____ | ____ |
| Maria De Jesús | ____ | ____ |
| Marie Garcia | ____ | ____ |
| Ruth Lugo | ____ | ____ |
| Waleska Miranda | ____ | ____ |
| Gloribel Ramos | ____ | ____ |
| Eric Rivera | ____ | ____ |
| William Torres | ____ | ____ |

6

If your answer to Number 4 is YES for any Class Member listed below, what amount of backpay and lost benefits should those Class Members be awarded?

Answer:

| | |
|---|---|
| Luz Andujar | $_____ |
| Maria De Jesús | $_____ |
| Marie Garcia | $_____ |
| Ruth Lugo | $_____ |
| Waleska Miranda | $_____ |
| Eric Rivera | $_____ |
| William Torres | $_____ |

If your answer to Number 4 is YES for any Class Member listed below, what amount of prejudgment interest should those Class Members be awarded?

Answer:

| | |
|---|---|
| Luz Andujar | $_____ |
| Maria De Jesús | $_____ |
| Marie Garcia | $_____ |
| Ruth Lugo | $_____ |
| Waleska Miranda | $_____ |
| Eric Rivera | $_____ |
| William Torres | $_____ |

If your answer to Number 4 is YES for any Class Member listed below, what amount of future lost wages will he continue to suffer in the future as a result of Beauty Enterprises' discriminatory conduct?

Answer:

7

   William Torres       $_____

If your answer to Number 4 is YES for any Class Member, what amount of damages should those Class Members be awarded for the humiliation, emotional pain, embarrassment, suffering, mental anguish and inconvenience caused by Beauty Enterprises' discriminatory conduct?

Answer:

   Luz Andujar       $_____

   Margarita Aponte     $_____

   Maria De Jesús      $_____

   Marie Garcia       $_____

   Ruth Lugo        $_____

   Waleska Miranda     $_____

   Gloribel Ramos      $_____

   Eric Rivera        $_____

   William Torres      $_____

5. Do you find that the following Class Members were constructively discharged from their employment at Beauty Enterprises as a result of intolerable work conditions created by the English-only Rule or Beauty Enterprises' retaliatory conduct?

Answer:

   Harold Acosta      Yes _____  No _____

   Brenda Berrios      Yes _____  No _____

   Rosa Green       Yes _____  No _____

   Cecilia Ortiz       Yes _____  No _____

If your answer to Number 5 is YES for any Class Member listed below, what amount of backpay and lost benefits should those Class Members be awarded?

Answer:

    Harold Acosta                      $_____

If your answer to Number 5 is YES for any Class Member listed below, what amount of prejudgment interest should those Class Members be awarded?

Answer:

    Harold Acosta                      $_____

If your answer to Number 5 is YES for any Class Member listed below, what amount of future lost wages will he or she continue to suffer in the future as a result of Beauty Enterprises' discriminatory conduct?

Answer:

    Harold Acosta                      $_____

If your answer to Number 5 is YES for any Class Member, what amount of damages should those Class Members be awarded for the humiliation, embarrassment, emotional pain, suffering, mental anguish and inconvenience caused by Beauty Enterprises' discriminatory conduct?

Answer:

    Harold Acosta                      $_____

    Brenda Berrios                    $_____

    Rosa Green                        $_____

    Cecilia Ortiz                       $_____

6. Do you find that Beauty Enterprises acted with malice or reckless indifference to the Class Members' federally protected rights and/or rights protected by state law rights by the discriminatory and/or retaliatory conduct directed at them by Defendant?

Answer:

                              Yes _____    No _____

If your answer to Number 6 is YES, what amount of punitive damages should be awarded to the following Class Members?

Answer:

| | |
|---|---|
| Harold Acosta | $_____ |
| Miguel Angel Alvarez | $_____ |
| Luz Andujar | $_____ |
| Margarita Aponte | $_____ |
| Julio Benabe | $_____ |
| Brenda Berrios | $_____ |
| Maria De Jesús | $_____ |
| Eva Diaz | $_____ |
| Marie Garcia | $_____ |
| Rosa Green | $_____ |
| Jose Linares | $_____ |
| Ruth Lugo | $_____ |
| Jorge Maldonado | $_____ |
| Waleska Miranda | $_____ |
| Angel Oliveras | $_____ |
| Cecilia Ortiz | $_____ |
| Madelyn Perez | $_____ |
| Gloribel Ramos | $_____ |
| Rosa Rojas | $_____ |
| Eric Rivera | $_____ |

| | |
|---|---|
| Mariana Rivera | $_____ |
| Lissette Santos | $_____ |
| William Torres | $_____ |

Respectfully submitted,

/s/ R. Liliana Palacios
Senior Trial Attorney
MA BBO 647078; Ct. Fed. Bar. ct22358
EEOC Boston Area Office
JFK Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-3188; Fax: (617) 565-3196

## CERTIFICATE OF SERVICE

I, R. Liliana Palacios, hereby certify that on this 12th day of September 2005, I caused a copy of the above document to be mailed, postage prepaid, to:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Evette Soto-Maldonado, Esq.
Jackson Chin, Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

Valeria Calafiore, Esq.
Clifford Chance US LLP
31 W. 52nd St.
NY, NY 10019-6131

/s/ R. Liliana Palacios
Senior Trial Attorney