UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 SEP 14  A 10: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br>V.<br><br>BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and ESSENTIAL TEMPORARIES, INC.,<br><br>    Defendants.<br>------------------------------------------------<br>MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES,<br><br>    Plaintiffs-Intervenors,<br>V.<br><br>BEAUTY ENTERPRISES INC.,<br><br>    Defendant.<br><br>LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ,<br><br>    Plaintiffs-Intervenors<br>V.<br><br>BEAUTY ENTERPRISES, INC., ESSENTIAL TEMPORARIES, INC.<br><br>    Defendants. | 301CV00378(AHN)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>September 13, 2005 |

## PLAINTIFF-INTERVENORS' MOTION
## IN SUPPORT OF PLAINTIFFS' PROPOSED VERDICT FORM

NYA 749763.1

Plaintiff-Intervenors hereby make this Motion in support of Plaintiffs' Proposed Verdict Form, and respectfully submit that because the legal analysis of Plaintiff-Intervenors' claims under Section 1981, 42 U.S.C. § 1981, concerning disparate treatment, retaliation, and hostile work environment is the same as under Title VII, as articulated in Plaintiffs' Proposed Jury Instructions, and Plaintiff-Intervenors Proposed Amended Jury Instruction No. 13, the interrogatories for Title VII and Section 1981 will be the same, and Plaintiff-Intervenors will not request a separate interrogatory for their Section 1981 claims. For the same reasons, no separate interrogatories will be submitted to the jury for Plaintiff-Intervenors' claims of disparate impact, disparate treatment, hostile work environment, retaliation, and constructive discharge under the Connecticut Fair Employment and Practices Act, Conn. Gen. Stat. §§ 46a-60(a)(1) and (4).

Should the jury find the Defendant liable under any of these claims, however, no damages cap will apply to Plaintiff-Intervenors' claims because neither Section 1981 or the Connecticut Fair Employment Act provide for any cap. *See* 42 U.S.C. § 1981a (b)(4); *see also generally* Conn. Gen. Stat. §§ 46a-60 et seq. (setting forth no provisions concerning damages caps for claims brought under the statute).

Respectfully submitted on behalf of all Plaintiff-Intervenors,

_____
Jackson Chin (phv0493)
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013
(212)219-3360
(212)431-4276 (fax)

Valeria Calafiore (phv0494)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

2

(212)878-8381
(212)878-3175 (fax)

*Attorneys for Plaintiffs-Intervenors Luz Andujar, Eva Diaz, Waleska Miranda, Jose Linares, and Harold Acosta.*

Dated: September 13, 2005
       New York, New York

NYA 749763.1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was caused to be served by electronic mail and by U.S. Mail on this 13th day of September to the following counsel of record:

Rosa Liliana Palacios, Esq.
Equal Employment Opportunity Commission
JFK Federal Building – Room 475
Boston, MA 02203-0506

Richard C. Robinson, Esq.
Brian C. Roche, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Valeria Calafiore (phv0494)