UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


CALL OF THE CALENDAR

HONORABLE ALAN H. NEVAS, U.S.D.J.
915 LAFAYETTE BOULEVARD
BRIDGEPORT
COURTROOM NO. 3
SECOND FLOOR

January 10, 2006
9:00 A.M.

CALENDAR CALL FOR ALL CASES WILL START PROMPTLY AT 9:00 A.M.

ALL COUNSEL MUST ATTEND THE CALENDAR CALL.  ANY REQUESTS FOR
CONTINUANCE OF JURY SELECTION SHALL BE MADE AT THE CALENDAR CALL
AND WILL NOT BE GRANTED UNLESS GOOD CAUSE IS SHOWN.  ANY REQUEST BY
COUNSEL FOR A CONTINUANCE TO THE NEXT JURY SELECTION DATE MUST
INCLUDE A REPRESENTATION THAT HIS/HER CLIENT JOINS IN THE REQUEST.
NO WRITTEN MOTIONS WILL BE ENTERTAINED.  PRIOR TO CALENDAR CALL,
COUNSEL SHALL CONFER REGARDING MUTUALLY AVAILABLE TRIAL DATES AND
LENGTH OF TRIAL AND SHALL REPORT THIS INFORMATION TO THE COURT.

JURY SELECTION IN ALL CASES EXCEPT THOSE IN WHICH A CONTINUANCE IS
GRANTED AT THE CALENDAR CALL WILL BE HELD ON JANUARY 11, 2006 AT
9:00 A.M.


ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE