UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 NOV -4 P 3: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil NO. 3:01CV378(AHN) |
| | : | |
| BEAUTY ENTERPRISES, INC., | : | |
| Defendant. | : | |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons
for the following purposes:

\_\_\_\_    All purposes, including trial upon written consent by all
parties (orefcs.)

\_\_\_\_    A ruling on all pretrial motions except dispositive motions
(orefmisc./dscv)

\_\_\_\_    To supervise discovery and resolve discovery disputes
(orefmisc./dscv)

\_\_\_\_    A ruling on the following motion which is currently
pending:(orefm.)

 X    A settlement conference: (orefmisc./cnf)

\_\_\_\_    A conference to discuss the following: (orefmisc./cnf)

\_\_\_\_    Other: An advisory opinion on the following question: Did
the Declarant properly exclude the implied warranties and/or
express warranties? (orefmisc./misc)

SO ORDERED this 4th day of November, 2005, at Bridgeport,
Connecticut.

Alan H. Nevas
United States District Judge