```
           UNITED STATES DISTRICT COURT
             DISTRICT OF CONNECTICUT

              JURY SELECTION CALENDAR

        HONORABLE ALAN H. NEVAS, U.S.D.J.
              915 LAFAYETTE BOULEVARD
                    BRIDGEPORT
               COURTROOM NUMBER 3

                  March 27, 2006
                    9:00 a.m.
```

**NOTICE TO COUNSEL**

Jury selection will begin at 9:00 a.m. on March 27, 2006, at 915 Lafayette Boulevard, Bridgeport, CT. Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel.

In criminal cases, <u>voir dire</u> questions shall be filed two days before jury selection and requests for jury instructions shall be filed on the day of jury selection. Jury instructions should be submitted in written form <u>and</u> on 5 1/4" or 3 1/2" high density floppy discs formatted for WordPerfect software if available.

When cases assigned for jury selection and/or trial are settled, counsel in other cases must be advised of the selection of juries and/or trial dates in their cases. Late receipt of notice of settlement results in late notice to counsel in other cases of the assignment of their cases for jury selection or trial. Rarely is such late notice of settlement reasonable or justified. As notice of settlements received a day or two before jury selection imposes heavy burdens on the court system, it is the practice of the undersigned to require an explanation for why notice of settlement is not given prior to the day case is scheduled for jury selection. The absence of a reasonable basis for the failure to achieve and give notice earlier will result in the taxation of costs against an offending party.

<u>Attention of counsel in civil cases is called to the District Court's Standing Order Regarding Trial Memoranda in Civil Cases and to this Court's Pre-trial Order.</u>

Counsel are advised that the Court may permit individual jurors to submit written questions to witnesses during the course of the trial.

```
                        ALAN H. NEVAS
                        UNITED STATES DISTRICT JUDGE
```