## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| V. | )     301CV00378(AHN) |
| BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and , ESSENTIAL TEMPORARIES, INC., | ) ) ) )   **MOTION FOR CONTINUANCE** |
| Defendants. | )         **OF TRIAL** ) |
| ------------------------------------------------- | ) |
| MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES, | ) ) ) ) |
| Plaintiffs-Intervenors, | ) ) |
| V. | ) ) |
| BEAUTY ENTERPRISES INC., | ) ) |
| Defendant. | ) ) |
| LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ, | ) ) ) |
| Plaintiffs-Intervenors | ) ) |
| V. | )   February 10, 2006 ) |
| BEAUTY ENTERPRISES, INC., ESSENTIAL TEMPORARIES, INC. | ) ) |
| Defendants. | ) |

NYA 765823.1

## MOTION FOR CONTINUANCE OF TRIAL

On behalf of all parties to the above captioned matter, Plaintiff-Intervenors hereby move pursuant to D. Conn. L. Civ. R. 7(b)(2) for a continuance of trial in this case to a date and time to be determined by the Court.

IN SUPPORT THEREOF, the parties respectfully state:

1.  This case is scheduled for trial before the Honorable Alan H. Nevas beginning March 27, 2006.

2.  On February 8, 2006, all counsel of record have been notified by the Court that a calendar call to select the jury has been scheduled beginning March 24, 2006.

3.  The parties are currently actively engaged in settlement negotiations and anticipate that these negotiations could continue for several more weeks.

4.  Should the parties' efforts at settlement result unsuccessful, plaintiff the Equal Employment Opportunity Commission ("EEOC") has indicated that it is probable it will file a motion for reconsideration of this Court's Order dated October 25, 2005, and/or eventually an interlocutory appeal to the United States Court of Appeals for the Second Circuit, assuming the Order will be so certified for such appeal.

5.  For the foregoing reasons, the parties believe they have good cause to request a continuance of the current trial date, as the additional time should enhance the opportunity for a settlement of the case, or in the alternative allow sufficient time for the EEOC to seek an appeal and avoid the needless expenditure of scarce judicial resources, as well as further litigation costs to all parties.

NYA 765823.1

6. The parties are in agreement that should the Second Circuit decline to hear the interlocutory appeal, in the event one is filed,[1] this case should be ready for trial in the Fall 2006.

7. Accordingly, the parties hereby respectfully request this Court to remove this case from the calendar call scheduled for March 24, 2006, and from the trial session scheduled to commence on March 27, 2006, and to continue the trial to a date that is convenient for the Court and for all counsel between the months of September and December 2006.

WHEREFORE, the parties respectfully request that this Motion be granted.

Dated:  February 10, 2006
          New York, New York

Respectfully submitted on behalf of all parties,

_____
Valeria Calafiore (phv0494)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
(212)878-8381
(212)878-3175 (fax)

Jackson Chin (phv0493)
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013
(212)219-3360
(212)431-4276 (fax)

*Attorneys for Plaintiffs-Intervenors Luz Andujar, Eva Diaz, Waleska Miranda, Jose Linares, and Harold Acosta.*

---

[1]    The parties are aware and agree that the trial date may have to be further continued pending the outcome of any interlocutory appeal the EEOC may file, whether or not Plaintiffs-Intervenors will join in the appeal.

NYA 765823.1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Continuance of Trial was caused to be served this 10th day of February, 2006 via United States Postal Mail on the following counsel of record:

Rosa Liliana Palacios, Esq.
Equal Employment Opportunity Commission
JFK Federal Building – Room 475
Boston, MA 02203-0506

Richard C. Robinson, Esq.
Brian C. Roche, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

_____
Valeria Calafiore

NYA 765823.1