UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ )<br>EQUAL EMPLOYMENT OPPORTUNITY )<br>COMMISSION, )<br>    Plaintiff, )<br>  -against- )<br> )<br>BEAUTY ENTERPRISES, INC., )<br>and ESSENTIAL TEMPORARIES, INC. )<br>    Defendants )<br>_____)<br>MIGUEL ANGEL ALVAREZ, )<br>WILLIAM TORRES, LUZ ANDUJAR, )<br>EVA DIAZ, WALESKA MIRANDA, )<br>JOSE LINARES and HAROLD ACOSTA )<br>    Plaintiff-Intervenors, )<br>  -against- )<br> )<br>BEAUTY ENTERPRISES, INC., )<br>    Defendant )<br>_____)<br>LUZ ANDUJAR and )<br>WALESKA MIRANDA )<br>    Plaintiff-Intervenors, )<br>  -against- )<br> )<br>ESSENTIAL PERSONNEL, INC., )<br>    Defendant )<br>_____) | Civil Action No. 301-CV-378 (AHN)<br><br><br><br>May 25, 2006 |

### **PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S RULING AND ORDER ON THE DISPARATE IMPACT JURY INSTRUCTION**

  Pursuant to Local Rule Local Rule 7 (c), and for the reasons set forth in the accompanying memorandum of law, Plaintiffs hereby move this Court for reconsideration of the Court's Ruling and Order on the disparate impact jury instruction entered October 25, 2005.

Date:   May 25, 2006
        Boston, MA

                                                  Respectfully submitted,

_____
/s/R. Liliana Palacios
Senior Trial Attorney
MA BBO 640786; Ct. Fed. Bar. ct22358
EEOC Boston Area Office
JFK Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-3188; Fax: (617) 565-3196

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of this Motion, and all documents in support, were caused to be served by electronic mail and U.S. Mail this 25th day of May 2006 on the following attorneys of record:

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Jackson Chin, Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
NY, NY 10013-0000

Valeria Calafiore, Esq.
Clifford Chance US LLP
31 West 52 Street
New York, NY 10019

_____
/s/R. Liliana Palacios
Senior Trial Attorney