**<u>PLEASE READ AND COMPLY WITH THE ATTACHED INSTRUCTIONS IN ADVANCE OF THE CONFERENCE</u>**

<u>AT LEAST 5 DAYS</u> BEFORE THE SETTLEMENT CONFERENCE THE PARTIES SHALL SUBMIT TO THESE CHAMBERS AN EX PARTE, CONFIDENTIAL LETTER, <u>NO MORE THAN 3 PAGES</u> IN LENGTH, OUTLINING THEIR RESPECTIVE POSITIONS REGARDING THE ISSUES IN DISPUTE, FORESEEABLE PROBLEMS, PREVIOUS POSITIONS AND ANY AGREEMENT(S) ALREADY REACHED. REPRESENTATIVES OF EACH PARTY WITH FULL AUTHORITY TO COMPROMISE THEIR RESPECTIVE CLAIMS MUST ATTEND THE SETTLEMENT CONFERENCE.

PARTIES ARE REQUIRED TO BE PRESENT.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

THE INITIAL SETTLEMENT CONFERENCE INSTRUCTIONS PREVIOUSLY ISSUED REMAIN IN EFFECT.