# United States District Court
## District of Connecticut

EEOC
*Plaintiff*
          v.

Case No. 01-cv-378

Beauty Enterprises, Inc.
*Defendant*

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge

____ A ruling on all pretrial motions except dispositive motions

____ To supervise discovery and resolve discovery disputes

____ A ruling on the following motions which are currently pending:
Doc#

**X** A settlement conference

____ A conference to discuss the following:

____ Other:

SO ORDERED this __10th__ day of __January__, __2007__ at Bridgeport, Connecticut.

Alan H. Nevas
United States District Judge