UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EEOC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:01 CV 378(AHN) |
| | ) |
| BEAUTY ENTERPRISES, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) January 12, 2007 |

**<u>MOTION TO WITHDRAW</u>**

Pursuant to Local Rule of Civil Procedure 7(e), the undersigned seeks leave of the Court to withdraw his appearance on behalf of Beauty Enterprises, Inc. ("BEI") for all purposes in the above-referenced matter. In support of this motion, the undersigned represents that BEI continues to be represented by Richard C. Robinson, Esq. of Pullman & Comley, LLC. The undersigned has left the firm of Pullman & Comley, LLC, and as such, no longer maintains a relationship with BEI.

For all of these reasons, the undersigned respectfully requests that this motion to withdraw be granted.

By: _____/s/_____
Brian C. Roche  -  ct 17975
Roche Pia LLC
Two Corporate Drive, Suite 234
Shelton, CT 06484
Telephone: (203) 944-0235
Facsimile: (203) 225-1244
E-mail: broche@rochepia.com

**CERTIFICATION**

I hereby certify that on today's date, a copy of this motion was served, postage prepaid, on the following parties:

Arnold J. Lizana, III
Equal Employment Opportunity Commission
JFK Federal Building
Room 475
Boston, MA 02203-0506

Barbara E. Gardner
843 Main Street
Suite 1-4
Manchester, CT 06040

Jackson Chin
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
14th Floor
New York, NY 10013-2815

Richard C. Robinson
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

_____/s/_____
Brian C. Roche