UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>               Plaintiff,<br>v.<br><br>BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and, ESSENTIAL TEMPORARIES, INC.,<br><br>               Defendants.<br>---<br>MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES,<br><br>               Plaintiff-Intervenors,<br>v.<br><br>BEAUTY ENTERPRISES INC.,<br><br>               Defendant.<br><br>LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ,<br><br>               Plaintiffs-Intervenors,<br>v.<br><br>BEAUTY ENTERPRISES, INC., and ESSENTIAL TEMPORARIES, INC.<br><br>               Defendants. | 3:01CV00378(AHN)<br>March 13, 2007<br><br>**PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Civil Local Rule 5(e)(1), Plaintiffs hereby move for an order granting them leave to file under seal their Motion to Enforce the Settlement Agreement.

Plaintiffs and Defendant Beauty Enterprises, Inc., entered into an agreement on May 30, 2006, to settle this action ("Settlement") upon certain terms and conditions. As part of the Settlement, Defendant requested, and Plaintiffs agreed, that the nature and amount of payments of the Settlement award to Plaintiffs, including to four members of Plaintiffs' class who are currently still employed by the Defendant, be kept confidential ("Confidential Information").

Whereas Defendant now contests that such Settlement was ever made, and Plaintiffs intend to bring a motion to enforce the Settlement ("Motion to Enforce"), Plaintiffs respectfully request permission to file their Motion to Enforce and accompanying papers under seal, in order to keep the Confidential Information from disclosure to the public. Plaintiffs also request that to the extent Defendant's answering papers in connection with the Motion to Enforce contain Confidential Information, they also be filed under seal.

Plaintiffs would otherwise have no objections in that a written decision on the Motion to Enforce be a public decision, if it does not disclose the Confidential Information.

WHEREFORE, the parties respectfully request that this Motion be granted.

Dated: March 13, 2007
New York, New York

By: /s/ Valeria Calafiore

Elizabeth Grossman
Rosa Palacios-Baldwin
U.S. Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004-2112

Valeria Calafiore (phv0494)
Clifford Chance US LLP

31 West 52nd Street
New York, NY 10019

Jackson Chin (phv0493)
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013

Barbara E. Gardner (ct07623)
843 Main Street, Ste. 1-4
Manchester, Connecticut 06040

*Attorneys for Plaintiff and Plaintiff-Intervenors.*

SO ORDERED:_____, 2007

_____
U.S.D.J.

NYA 826495.1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Continuance of Trial was caused to be served this 13th day of March, 2007 via overnight mail on the following counsel of record:

Richard C. Robinson, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

_____
Valeria Calafiore

NYA 826495.1