UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| -against- | ) ) | |
| BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC. and ESSENTIAL TEMPORARIES, INC. | ) ) ) ) | Civil Action No. 301CV378 (AHN) |
| Defendants | ) ) | |
| MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, LUZ ANDUJAR, EVA DIAZ, WALESKA MIRANDA, JOSE LINARES and HAROLD ACOSTA | ) ) ) ) ) ) | |
| -against- | ) ) | |
| BEAUTY ENTERPRISES, INC. | ) ) | |
| Defendant | ) ) | |
| LUZ ANDUJAR and WALESKA MIRANDA | ) ) ) | |
| Plaintiff-Intervenors, | ) ) | |
| -against- | ) ) | |
| ESSENTIAL PERSONNEL, INC., | ) ) | |
| Defendant | ) ) | |

NOTICE OF APPEARANCE

To Clerk of Court and all parties of record:

   Please enter my appearance as counsel in this case for plaintiff, Equal Employment

Opportunity Commission.

Dated: New York, New York
May 2, 2007

       /s/_____
Elizabeth Grossman
Regional Attorney
Equal Employment Opportunity
Commission
33 Whitehall Street, 5th Floor
New York, NY  10048-1102
(212) 336-3696 (phone)
(212) 336-3623 (fax)
elizabeth.grossman@eeoc.gov
Connecticut Fed. Bar. No. CT 17589

CERTIFICATION

I hereby certify that a true and correct copy of this Notice of Appearance was served by first class mail on the following:

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith, Meggers & Paul, P.C.
113 East Center St.
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Jackson Chin, Esq.
Puerto Rican Legal Defense and Education Fund
99 Hudson St., 14th Floor
New York, NY 10013-0000

Valeria Calefiore, Esq.
Clifford Chance, LLP
31 West 52nd Street
New York, NY 10019-6131


Dated: New York, New York
       May 2, 2007


___/s/_____
Elizabeth Grossman