UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>     Plaintiff,<br>v.<br><br>BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and ESSENTIAL TEMPORARIES, INC.,<br><br>     Defendants.<br>------------------------------------------------------------<br>MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES,<br><br>     Plaintiff-Intervenors,<br>v.<br><br>BEAUTY ENTERPRISES INC.,<br><br>     Defendant.<br><br>LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ,<br><br>     Plaintiff-Intervenors,<br>v.<br><br>BEAUTY ENTERPRISES, INC., and ESSENTIAL TEMPORARIES, INC.<br><br>     Defendants. | 301CV00378(AHN)<br>May 14, 2007<br><br>**NOTICE OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

NYA 839085.1

PLEASE TAKE NOTICE that upon the annexed Declaration of R. Liliana Palacios-Baldwin in Support of Plaintiffs' Motion to Enforce the Settlement Agreement, dated May 10, 2007, and exhibits attached thereto, and upon the Memorandum of Law in Support of Plaintiffs' Motion to Enforce the Settlement Agreement, dated May 14, 2007, Plaintiffs hereby move this Court for entry of an order (i) enforcing the settlement of this litigation reached between Plaintiffs and Defendant, (ii) directing Defendant to take all necessary and proper steps to effect and comply with the terms of that settlement agreement, and (iii) granting Plaintiffs such other and further relief as the Court determines is just and equitable.

Dated:   May 14, 2007
         New York, New York

Respectfully submitted on behalf of all Plaintiffs,

By: _____
Elizabeth Grossman (CT17589)
Rosa Palacios-Baldwin
U.S. Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004-2112

Valeria Calafiore (PHV0494)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

Jackson Chin (PHV0493)
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013

Barbara E. Gardner (CT07623)
843 Main Street, Ste. 1-4
Manchester, Connecticut 06040

*Attorneys for Plaintiff and Plaintiff-Intervenors.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Plaintiffs' Motion to Enforce the Settlement Agreement ("Plaintiffs' Motion"), as well as a copy of the Declaration of R. Liliana Palacios-Baldwin in Support of Plaintiffs' Motion and exhibits attached thereto and of the Memorandum of Law in Support of Plaintiffs' Motion was caused to be served this 14th day of May, 2007 via overnight mail on the following counsel of record:

Richard C. Robinson, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

_____
Valeria Calafiore