PLAINTIFF'S
EXHIBIT

2

**Calafiore, Valeria (Litigation  Dispute Resolution-NY)**

| | |
|---|---|
| **From:** | ROSA PALACIOS [ROSA.PALACIOS@EEOC.GOV] |
| **Sent:** | Wednesday, March 29, 2006 12:03 PM |
| **To:** | Holly_Fitzsimmons@ctd.uscourts.gov |
| **Cc:** | jpaul@113law.com; bg@bgardnerlaw.com; Calafiore, Valeria (Litigation & Dispute Resolution-NY); ELIZABETH GROSSMAN; NORA CURTIN; gabriel_benitez@PRLDEF.ORG; jackson_chin@PRLDEF.ORG |
| **Subject:** | EEOC v. BEI - Update |

```
Hello Judge Fitzsimmons:  I just wanted to let you know that Rick and I
met on Friday March 24th as planned to discuss the policy issue in this
case.  I think we had productive discussions on the policy issue and
decided to work on this issue further.  While I am not certain we will
be able to agree, I think we both feel that our ability to have at least
one more meeting together (Rick and I) will help us determine if it is
worth re-engaging Your Honor in further settlement discussion.  In that
regard, we have made plans to meet again on April 14th.  I expect that
at that point, we will be able to gauge the likelihood of continued
settlement discussions and advise Your Honor accordingly.


R. Liliana Palacios
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
JFK Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-3188 - Fax: (617) 565-3196
Rosa.Palacios@eeoc.gov

Confidentiality Statement:
This message is transmitted to you by R. Liliana Palacios of the
United States Equal Employment Opportunity Commission - Boston Area
Office.
The substance of this message, along with any attachments, may be
confidential and legally privileged. If you are not a designated
recipient of this message, please destroy it and notify the sender of
the error by reply e-mail or by calling 617-565-3188.
For more information about the U.S. EEOC, please visit
us at www.eeoc.gov
```