**Calafiore, Valeria (Litigation & Dispute Resolution-NY)**

**PLAINTIFF'S EXHIBIT 4**

| | |
|---|---|
| From: | Kevin_Logan@ctd.uscourts.gov |
| Sent: | Monday, May 15, 2006 12:03 PM |
| To: | ROSA PALACIOS; Diane_Kolesnikoff@ctd.uscourts.gov |
| Cc: | bg@bgardnerlaw.com; broche@pullcom.com; gabriel_benitez@PRLDEF.ORG; jackson_chin@PRLDEF.ORG; jpaul@113law.com; MARITZA GOMEZ; MARKUS PENZEL; NORA CURTIN; rbyron@portone.com; rcr@pullcom.com; Rrobinson@pullcom.com; Calafiore, Valeria (Litigation & Dispute Resolution-NY) |
| Subject: | EEOC v. Beauty Enterprises, 01cv378 |

Dear Counsel:

Judge Nevas would like to add to the agenda for the May 30 status conference another settlement conference with Judge Fitzsimmons. Both Judge Nevas and Judge Fitzsimmons will participate, and Judge Nevas would like Mr. Cohen to attend. The time will still be 10:00 am, and at the conclusion of the settlement conference, Judge Nevas would like to discuss the issues that are on the table for the status conference--the possibility of an appeal and any other motions that might be brought.

Is everyone amenable to this...?

--Kevin

3/5/2007