**Calafiore, Valeria (Litigation_Dispute Resolution-NY)**

| | |
|---|---|
| From: | ROSA PALACIOS [ROSA.PALACIOS@EEOC.GOV] |
| Sent: | Monday, July 24, 2006 1:55 PM |
| To: | Holly_Fitzsimmons@ctd.uscourts.gov |
| Cc: | jpaul@113law.com; Calafiore, Valeria (Litigation & Dispute Resolution-NY); ELIZABETH GROSSMAN; 1352@mindspring.com; jackson_chin@PRLDEF.ORG; rrobinson@pullcom.com |
| Subject: | Status: EEOC v. BEI, 301-cv-00378 (AHN) |

Hello Judge Fitzsimmons:  I just wanted to drop you another line to let you know that I believe that Rick and I have resolved all of the outstanding issues that we had prior to redrafting the Consent Decree, and I have just sent him another revised draft of the Consent Decree in this case today to confirm this.  I am hoping that we will have the opportunity to review the final draft before the end of the week. Rick's client is still trying to identify a vendor for the annuities to be created for the 4 Charging Parties remaining employed and is also working on identifying an independent consultant/trainer as is required by the Decree.  Once the Decree is finalized, I will file it with the Court.  I can't imagine this will take more than another 2-3 weeks.  I hope this is acceptable to you.

R. Liliana Palacios
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
JFK Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-3188 - Fax: (617) 565-3196
Rosa.Palacios@eeoc.gov

Confidentiality Statement:
This message is transmitted to you by R. Liliana Palacios of the United States Equal Employment Opportunity Commission - Boston Area Office.
The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not a designated recipient of this message, please destroy it and notify the sender of the error by reply e-mail or by calling 617-565-3188.
For more information about the U.S. EEOC, please visit us at www.eeoc.gov