PLAINTIFF'S EXHIBIT 7

**Calafiore, Valeria (Litigation Dispute Resolution-NY)**

| | |
|---|---|
| **From:** | ROSA PALACIOS [ROSA.PALACIOS@EEOC.GOV] |
| **Sent:** | Tuesday, August 29, 2006 11:28 AM |
| **To:** | bg@bgardnerlaw.com; Calafiore, Valeria (Litigation & Dispute Resolution-NY); ELIZABETH GROSSMAN; jackson_chin@PRLDEF.ORG; rrobinson@pullcom.com |
| **Subject:** | Call From Chambers - EEOC v. BEI |

Hi all - FYI:  I got a call today from Judge Nevas' chambers.  I advised the clerk that although I didn't anticipate any problems "closing the deal" that both sides were still actively involved in trying to close two different parts of the Decree - Rick is trying to ensure selection of the consultant and I am trying to get the four remaning ees at BEI to meet with a financial planner/advisor so they can suggest some alternatives for their awards.  I told him I was hopeful that all of this could be completed by the end of September.  He said he wasn't aware if the Judge had a deadline but just wanted to get a status.  I think I adequately represented the time frame - let me know if you think its overly ambitious.