| | |
|---|---|
| From: | ROSA Baldwin [ROSA.Baldwin@EEOC.GOV] |
| Sent: | Monday, December 11, 2006 12:51 PM |
| To: | rrobinson@pullcom.com |
| Cc: | Calafiore, Valeria (Litigation & Dispute Resolution-NY); ELIZABETH GROSSMAN; bgardner@mindspring.com; jackson_chin@PRLDEF.ORG |
| Subject: | EEOC v. BEI - Call From Chambers |

Hi - Got a call from J. Fitzsimmon's office today. They are anxious to have a Consent Decree filed before the end of the year. I told them this was my interest as well but that I wasn't sure it was going to happen. I told them I was waiting for a letter from Rick on a specific proposal on the 401(k) for the remaining employees and that Rick had mentioned wanting to discuss some issues on the Consent Decree prior to execution. It sounds like the Judge may call us in the week after Christmas to discuss closing this asap. I am around and fine with that - don't know what everyone else's schedule is like. Just an FYI.

R. Liliana Palacios-Baldwin
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
JFK Federal Building, Room 475
Boston, MA 02203-0506
Tel: (617) 565-3188 - Fax: (617) 565-3196
Rosa.Baldwin@eeoc.gov

Confidentiality Statement:
This message is transmitted to you by R. Liliana Palacios-Baldwin of the
United States Equal Employment Opportunity Commission - Boston Area Office.
The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not a designated recipient of this message, please destroy it and notify the sender of the error by reply e-mail or by calling 617-565-3188.
For more information about the U.S. EEOC, please visit us at www.eeoc.gov