PLAINTIFF'S EXHIBIT 11

*Use of Language at Beauty Enterprises, Inc. ("BEI")*
BEI is an equal opportunity employer that values the diversity of its workforce. BEI recognizes that many of our employees speak native languages other than English and that these languages can be important to ethnic and individual identity. BEI also understands that unreasonable restrictions on the use of an employee's native language at work could cause negative feelings. At the same time, the fact that no one speaks or understands all the languages that are native to our employees has led to isolated instances where employees have perceived – rightly or wrongly – they are being excluded or talked about. To maintain harmony in our workplace, the following guidelines should be followed when speaking any language at BEI:

· English is the one language common to all employees at BEI given that most employees are usually hired with some basic abilities in English. However, BEI recognizes that not every employee speaks fluent English nor feels confident in speaking English in every work situation (*aka* "employees with limited English proficiency"). Therefore, there may be times when employees are permitted to speak languages other than English because they don't know how to express themselves completely in English. Also, it is possible that employees whose native language is not English may accidentally slip into their native language. At other times, employees with some bilingual abilities may be required to assist employees with limited English proficiency to communicate or explain their jobs in their native language. BEI acknowledges and accepts these situations.

·While on the clock, employees should try to speak English when communicating with any supervisor. Also, when speaking in a group, employees should try to speak English if it is known that someone in a conversation group does not speak the native language of the speakers. Otherwise, as long as conversing does not interfere with an employee's or another employee's work performance; employees may speak the language of their choice. Employees may always speak any language they choose during non-working hours, such as before or after work, or during breaks and meal times.

·BEI requires all employees to communicate with each other – in any language – with courtesy and respect. Regardless of the language spoken, offensive, demeaning, insulting, loud, derogatory, humiliating, threatening or disruptive language or conduct is never appropriate and will not be tolerated. BEI further reminds employees that it is not acceptable to mistreat, mock, intimidate or harass employees who are trying to communicate in English or any other language.

BEI's intent is not to punish employees for insignificant infractions or isolated non-compliance with these guidelines. However, willful non-compliance with any of these guidelines will be handled in compliance with the Company's progressive disciplinary policy **[to be defined]**.

If an employee has a question or complaint about these guidelines or the manner in which BEI changes, implements or enforces these guidelines, he or she should contact _____ (or call 1-800 number). BEI will not retaliate against nor intimidate any employee who brings forward any questions or complaints about these guidelines.