UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) | CIVIL ACTION |
| Plaintiff | ) | NO. 301-CV-378 (AHN) |
| | ) | |
| vs. | ) | |
| | ) | May 23, 2007 |
| BEAUTY ENTERPRISES, INC. and ESSENTIAL TEMPORARIES, INC. | ) | |
| Defendant | ) | |

| | |
|---|---|
| MIGUEL ALVAREZ, WILLIAM TORRES, LUZ ANDUJAR, EVA DIAZ, WALESKA MIRANDA, JOSE LINARES and HAROLD ACOSTA | ) ) ) ) |
| Plaintiff-Intervenors | ) |
| | ) |
| vs. | ) |
| | ) |
| BEAUTY ENTERPRISES, INC. | ) |
| Defendant | ) |
| LUZ ANDUJAR and WALESKA MIRANDA | ) |
| Plaintiff-Intervenors | ) |
| | ) |
| vs. | ) |
| | ) |
| ESSENTIAL PERSONNEL, INC. | ) |
| Defendant | ) |

## MOTION FOR EXTENSION OF TIME

Defendant Beauty Enterprises, Inc. ("Beauty") moves for an extension of time until July 13, 2007 to file its opposition to Plaintiffs' Motion to Enforce Settlement Agreement.  The grounds for the motion relate to Beauty's counsel schedule and his

consequent inability to devote the required attention to the subject matter until after June 29th.

Counsel represents the defendant *Strine Printing Company, Inc*. in consolidated cases brought in this court by *Allied Printing Services, Inc..*  See Lead Docket No.: 3:06 CV 1994 (JBA).  A preliminary injunction hearing in that matter is set for June 26th.  The lawyers in that case have been deposing witnesses since May 17th in preparation for this hearing.   Depositions were conducted on May 17th, 21st and 22nd.   Further depositions are scheduled on May 31st and June 1st in Providence, and June 12th and 13th in Philadelphia.  Strine's opposition papers are due on June 13th.

While all this is transpiring in the *Strine* matter, counsel must defend his client Louis Gherlone Excavating Company in separate owner v. contractor and subcontractor v. contractor state court pre-judgment remedy hearings arising out of the same construction project.

The owner's case is *Benchmark Trading of Naugatuck, LTD. v. Louis Gherlone Excavating, Inc. and Louis Gherlone*.  It was filed in the Superior Court at Bridgeport. The amount of the pre-judgment remedy the owner is seeking there is $3,500,000. Before the owner applied for its pre-judgment remedy, Gherlone Excavating commenced an AAA arbitration case against it in seeking damages of almost $2,000,000.  The contractor's claims span the universe of construction issues, including delay and delay damages, unforeseen subsurface conditions, extra work, lost profits,

contract balance and the like. In its defensive pre-judgment remedy application, the owner is claiming various contract breaches, including failure to complete and defective work. The PJR hearing begins on June 7th, with a scheduled second day on June 8th. Given the breadth of the issues, extensive preparation is required, even for the mini-trial the state PJR statutes contemplate, and it is unlikely that the hearing will take only two days.

The subcontractor's case is *MD Drilling and Blasting, Inc. v. Louis Gherlone Excavating, Inc.*, #NNH-CV07-4024796-S, which is scheduled for a PJR hearing on June 29th. While the issues there are not as factually complex as those in the owner's case, and while the dollar's involved are considerably less, the matter must be prepared in the two days following the *Strine* hearing.

For these reasons, Beauty requires the extension sought here.  This is the first request for an extension of this deadline.  Plaintiffs' counsel have been contacted and consent to the granting of this Motion.

The DEFENDANT
Beauty Enterprises, Inc.


By:     /s/ Richard C. Robinson
        Richard C. Robinson (ct04321)
        Pullman & Comley, LLC
        90 State House Square
        Hartford, CT 06103-3702
        Telephone 860 541 3333
        Facsimile 860 424 4370
        rrobinson@pullcom.com
        Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2007, a copy of the foregoing Defendant Beauty Enterprises' Memorandum in Opposition to Plaintiff's Motion for Reconsideration of the Court's Ruling and Order on the Disparate Impact Jury Instruction was filed electronically and served via U.S. mail, postage prepaid, to all parties of record.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

By:    /s/ Richard C. Robinson
Richard C. Robinson (ct04321)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
Telephone 860 541 3333
Facsimile 860 424 4370
rrobinson@pullcom.com
Its Attorneys

Hartford/65094.1/RCR/233849v1