UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 JUL 17 A 10: 04

U. DISTRICT COURT
HARTFORD, CONN.

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and, ESSENTIAL TEMPORARIES, INC.,<br><br>Defendants. | 301CV00378(AHN)<br>July 16, 2007<br><br>**PLAINTIFFS' MOTION FOR EXTENSION OF TIME** |
| MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES,<br><br>Plaintiff-Intervenors,<br>v.<br><br>BEAUTY ENTERPRISES INC.,<br><br>Defendant. | |
| LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ,<br><br>Plaintiff-Intervenors,<br>v.<br><br>BEAUTY ENTERPRISES, INC., and ESSENTIAL TEMPORARIES, INC.<br><br>Defendants. | |

Plaintiff the Equal Employment Opportunity Commission ("EEOC"), and Plaintiff-Intervenors, Harold Acosta, Miguel Alvarez, Luz Andujar, Eva Diaz, Jose Linares, Waleska Miranda, and William Torres ("Plaintiff-Intervenors," and together with the EEOC "Plaintiffs"), hereby respectfully move for an extension of time until August 15, 2007 in which to file a Reply

NYA 850648.1

in further support of their Motion to Enforce the Settlement Agreement. Plaintiffs seek this extension on the grounds that conflicting obligations prevent their counsel from devoting the required attention to the subject matter until after July 25th. Plaintiffs have received the agreement of Defendant to this motion, and there is no prejudice to Defendant if the motion is granted.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant an order extending the deadline to respond to Defendant's Opposition to Plaintiffs' Motion to Enforce the Settlement until August 15, 2007.

Dated:  July 16, 2007
        New York, New York

Respectfully submitted on behalf of all Plaintiffs,

By: _____

Elizabeth Grossman (CT17589)
Rosa Palacios-Baldwin
U.S. Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004-2112

Valeria Calafiore (PHV0494)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

Jackson Chin (PHV0493)
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013

Barbara E. Gardner (CT07623)
843 Main Street, Ste. 1-4
Manchester, Connecticut 06040

*Attorneys for Plaintiff and Plaintiff-Intervenors.*

-3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time ("Plaintiffs' Motion") was caused to be served this 16th day of July, 2007 via U.S. mail on the following counsel of record:

Richard C. Robinson, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

_____
Valeria Calafiore