UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 NOV 27 P 2:00
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and, ESSENTIAL TEMPORARIES, INC.,<br><br>Defendants.<br>---<br>MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES,<br><br>Plaintiffs-Intervenors,<br><br>v.<br><br>BEAUTY ENTERPRISES INC.,<br><br>Defendant.<br>---<br>LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ,<br><br>Plaintiffs-Intervenors,<br><br>v.<br><br>BEAUTY ENTERPRISES, INC., and ESSENTIAL TEMPORARIES, INC.<br><br>Defendants. | 3:01CV00378 (AHN)<br><br><br><br>STIPULATION TO DESIGNATE CASE FOR ELECTRONIC FILING |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendant Beauty Enterprises, Inc., that the above-captioned case be and is hereby designated for electronic filing pursuant to the United States District Court for the

NYA868755.1

District of Connecticut's Electronic Filing Administrative Policies and Procedures and Local Rule of Civil Procedure 5.

For the purposes of this stipulation, faxed signatures shall be deemed originals.

Dated: November 14, 2007
New York, New York

On behalf of all Plaintiffs,
By: _____
Valeria Calafiore (PHV0494)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

Jackson Chin (PHV0493)
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013

*Attorneys for Harold Acosta, Jose Linares, Eva Diaz, Luz Andujar, and Waleska Miranda.*

Elizabeth Grossman (CT17589)
Rosa Palacios-Baldwin
U.S. Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004-2112

*Attorneys for the Equal Employment Opportunity Commission*

Barbara E. Gardner (CT07623)
843 Main Street, Ste. 1-4
Manchester, Connecticut 06040

*Attorney for Miguel Alvarez and William Torres.*

On behalf of Defendant Beauty Enterprises, Inc.
By: _____
Richard C. Robinson
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702