UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY )<br>COMMISSION, )<br>                Plaintiff, )<br>      -against- )<br>BEAUTY ENTERPRISES, INC., )<br>and ESSENTIAL TEMPORARIES, INC. )<br>                Defendants )<br>_____)<br>MIGUEL ANGEL ALVAREZ, )<br>WILLIAM TORRES, LUZ ANDUJAR, )<br>EVA DIAZ, WALESKA MIRANDA, )<br>JOSE LINARES and HAROLD ACOSTA )<br>            Plaintiff-Intervenors, )<br>      -against- )<br>BEAUTY ENTERPRISES, INC., )<br>                Defendant )<br>_____)<br>LUZ ANDUJAR and )<br>WALESKA MIRANDA )<br>            Plaintiff-Intervenors, )<br>      -against- )<br>ESSENTIAL PERSONNEL, INC., )<br>                Defendant )<br>_____) | Civil Action No. 301-CV-378 (AHN)<br><br><br><br>February 20, 2008 |

**EEOC AND BEI'S JOINT STIPULATION TO RE-OPEN DISCOVERY**

1. It is hereby stipulated and agreed as between Plaintiff, the Equal Employment Opportunity Commission ("EEOC") and Defendant, Beauty Enterprises, Inc. ("BEI") that discovery in the above captioned case will be re-opened prior to trial scheduled in September 2008 for the following purposes:

    a. For the EEOC to discover information relevant to alleged continued discrimination plead in the EEOC Complaint endured by Madelyn Perez, Miguel Alvarez and Angel Oliveras that occurred after the close of discovery in this case. Discovery on these claims will include no more than ten requests for production, ten interrogatories and five depositions specific to these allegations.

    b. For BEI to supplement its responses to EEOC's written discovery requests as appropriate. BEI agrees that it will specifically supplement responses to Interrogatories 5, 7, 8, 11, 14, 21, and 28 and Requests for Production 1, 7, 10 and 15.

   c. For BEI to obtain supplementation, as appropriate, to its Second Set of Interrogatories served on the EEOC relating to emotional distress damages suffered by all Charging Parties and Claimants, with the exception of the Plaintiff-Intervenors Luz Andujar, Harold Acosta, Eva Diaz, Waleska Miranda, and Jose Linares.

2. All discovery agreed to in this Stipulation shall be completed by May 1, 2008. In this regard, the parties agree to respond to discovery requests as soon as possible but no later than the time period allowed by the Federal Rules of Civil Procedure.

3. It is agreed that either party has the right to seek from the Court modification of this stipulation if necessary.

Respectfully submitted,

By:

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**


**/s/ R. Liliana Palacios-Baldwin** (MABBO#640786)
Senior Trial Attorney
Boston Area Office
John F. Kennedy Federal Building
Room 475
Boston, MA 02203-0506
Tel: (617) 565-3188
Fax: (617) 565-3196
Rosa.Baldwin@eeoc.gov


**BEAUTY ENTERPRISES, INC.**


**/s/ Richard Robinson, Esq.*** 
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
(860) 541-3333
rrobinson@pullcom.com
*(electronic signature entered with written authorization)

2

## CERTIFICATE OF E-FILING

I, R. Liliana Palacios-Baldwin certify that on this 20th day of February, 2008 I filed this document with the U.S. District Court of Connecticut's Electronic Filing System.


**/s/ R. Liliana Palacios-Baldwin**