UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION,<br><br>                Plaintiff,<br><br>                -against-<br><br>BEAUTY ENTERPRISES, INC.,<br>and ESSENTIAL TEMPORARIES, INC.<br><br>                Defendants | Civil Action No. 301-CV-378(AHN) |
| MIGUEL ANGEL ALVAREZ,<br>WILLIAM TORRES, LUZ ANDUJAR,<br>EVA DIAZ, WALESKA MIRANDA,<br>JOSE LINARES and HAROLD ACOSTA<br>                Plaintiff-Intervenors,<br><br>                -against-<br><br>BEAUTY ENTERPRISES, INC.,<br><br>                Defendant | **Joint Motion for Extension of Time<br>on Stipulation to Re-open Discovery**<br><br>April 11, 2008 |
| LUZ ANDUJAR and<br>WALESKA MIRANDA<br><br>                Plaintiff-Intervenors,<br><br>                -against-<br><br>ESSENTIAL PERSONNEL, INC.,<br><br>                Defendant | |

## JOINT MOTION FOR EXTENSION OF TIME ON STIPULATION
## TO RE-OPEN DISCOVERY

Plaintiff the U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Beauty Enterprises, Inc. ("Defendant"), parties to the February 20, 2008, stipulation to re-open discovery in this case, request an additional time to complete the discovery agreed upon in the original joint stipulation. If this extension is approved, discovery as between the EEOC and Defendant would close on June 1, 2008.

In support of this Motion the parties state as follows:

1.  The parties have, since the filing of the original stipulation to re-open discovery engaged in written discovery and have attempted to schedule depositions towards completing this phase of discovery. However, due to the schedules of witnesses and counsel in this case (including Plaintiff-Intervenor counsel) dates for deposition were unable to be set until early May, necessitating additional time for discovery.

2.  Further, EEOC Counsel R. Liliana Palacios-Baldwin, who will be leaving the EEOC effective April 18, 2008, is requesting additional time for replacement counsel to familiarize himself and take over responsibility of this matter.

WHEREFORE, the parties request that this Joint Motion be granted.

Respectfully submitted on behalf of and with the authority of Defendant Beauty Enterprises, Inc. to this action,


**/s/ R. Liliana Palacios-Baldwin**
Senior Trial Attorney
MA BBO 647078; Ct. Fed. Bar. ct22358
Equal Employment Opportunity Commission
Boston Area Office
JFK Federal Building, Room 475
Government Center
Boston, MA 02203-0506
Tel: (617) 565-3188
Fax: (617) 565-3196
Rosa.Baldwin@eeoc.gov


## CERTIFICATE OF ELECTRONIC FILING

I, R. Liliana Palacios-Baldwin, hereby certify that on this 11th day of April, 2008, I filed this document with the U.S. District Court of Connecticut's ECF System.


**/s/ R. Liliana Palacios-Baldwin**
Senior Trial Attorney

3