# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

CASE NUMBER:  3:01-cv-378 (AHN)

v.

BEAUTY ENTERPRISES, INC.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    Beauty Enterprises, Inc.

| | |
|---|---|
| April 11, 2008 | /s/ Christine Collyer |
| Date | Signature |
| | |
| ct26859 | Christine Collyer |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
| | Pullman & Comley, LLC |
| | |
| (860) 424-4329 | 90 State House Square |
| Telephone Number | Address |
| | |
| (860) 424-4370 | Hartford, CT  06103-3702 |
| Fax Number | |
| | |
| ccollyer@pullcom.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                           /s/ Christine Collyer
                                                                          Signature