UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ | | |
| EQUAL EMPLOYMENT OPPORTUNITY | ) | |
| COMMISSION, | ) | |
| Plaintiff, | ) | |
| -against- | ) | |
| | ) | |
| BEAUTY ENTERPRISES, INC., | ) | |
| and ESSENTIAL TEMPORARIES, INC. | ) | |
| Defendants | ) | |
| _____ | ) | |
| MIGUEL ANGEL ALVAREZ, | ) | Civil Action No. 3:01-CV-378 (AHN) |
| WILLIAM TORRES, LUZ ANDUJAR, | ) | |
| EVA DIAZ, WALESKA MIRANDA, | ) | |
| JOSE LINARES and HAROLD ACOSTA | ) | |
| Plaintiff-Intervenors, | ) | NOTICE OF APPEARANCE |
| -against- | ) | |
| | ) | |
| BEAUTY ENTERPRISES, INC., | ) | |
| Defendant | ) | |
| _____ | ) | |
| LUZ ANDUJAR and | ) | |
| WALESKA MIRANDA | ) | |
| Plaintiff-Intervenors, | ) | |
| -against- | ) | |
| | ) | |
| ESSENTIAL PERSONNEL, INC., | ) | |
| Defendant | ) | |
| _____ | ) | |

This notice serves to inform the Court that the undersigned attorney is hereby being added as attorney of record in this matter on behalf of Plaintiff Equal Employment Opportunity Commission:

Name:    Jeffrey Burstein
Address:   EEOC, One Newark Center, 21st Floor, Newark,   N.J. 07102
Telephone: 973-645-2267
Fax No.    973-645-4524
E-mail:    Jeffrey.Burstein@eeoc.gov

Signed:    _Jeffrey Burstein_

Dated:    _04-15-08_

CERTIFICATE OF SERVICE

I, Jeffrey Burstein, hereby certify that on the 15th day of April, 2008, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jeffrey Burstein
Jeffrey Burstein, Bar No. phv02570
Equal Employment Opportunity Commission
One Newark Center, 21st Floor
Newark, N.J. 07102
Phone: 973-645-2267
Fax: 973-645-4524
E-mail: Jeffrey.Burstein@EEOC.GOV