UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) <br> COMMISSION, ) <br>       Plaintiff, ) <br>    -against- ) <br> ) <br> BEAUTY ENTERPRISES, INC., ) <br> and ESSENTIAL TEMPORARIES, INC. ) <br>       Defendants ) <br> ) <br> MIGUEL ANGEL ALVAREZ, ) <br> WILLIAM TORRES, LUZ ANDUJAR, ) <br> EVA DIAZ, WALESKA MIRANDA, ) <br> JOSE LINARES and HAROLD ACOSTA ) <br>       Plaintiff-Intervenors, ) <br>    -against- ) <br> ) <br> BEAUTY ENTERPRISES, INC., ) <br>       Defendant ) <br> ) <br> LUZ ANDUJAR and ) <br> WALESKA MIRANDA ) <br>       Plaintiff-Intervenors, ) <br>    -against- ) <br> ) <br> ESSENTIAL PERSONNEL, INC., ) <br>       Defendant ) <br> ) | Civil Action No. 301-CV-378 (AHN) <br><br><br><br><br><br> April 16, 2008 |

## **NOTICE OF WITHDRAWL OF APPEARANCE**

     Kindly withdraw the appearance of R. Liliana Palacios-Baldwin as counsel for Plaintff, U.S. EEOC.

Respectfully submitted,

**/s/ R. Liliana Palacios-Baldwin**
R. Liliana Palacios-Baldwin (MA BBO#640786; CT Bar#22358)
Equal Employment Opportunity Commission
Boston Area Office
JFK Federal Building, Room 475
Government Center
Boston, MA 02203-0506
Tel: (617) 565-3188
Fax: (617) 565-3196
Rosa.Baldwin@eeoc.gov

CERTIFICATION

I, R. Liliana Palacios-Baldwin, hereby certify that on this 16th day of April 2008, I filed this document via the U.S. District Court of Connecticut's ECF system.

**/s/ R. Liliana Palacios-Baldwin**

2