## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) 3:01CV00378 (AHN)<br>) May 6, 2008 |
| BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and ESSENTIAL TEMPORARIES, INC., | )<br>)<br>) |
| Defendants. | ) |
| MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES, | )<br>)<br>) |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| BEAUTY ENTERPRISES INC., | ) |
| Defendant. | ) |
| LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ, | )<br>) |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| BEAUTY ENTERPRISES, INC., and ESSENTIAL TEMPORARIES, INC. | )<br>) |
| Defendants. | ) |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFF-INTERVENORS' EMERGENCY MOTION TO COMPEL**

1

Plaintiff-Intervenors Harold Acosta, Luz Andujar, Eva Diaz, Jose Linares, and Waleska Miranda ("Plaintiffs") respectfully request permission to file a 20-page Reply Brief in Further Support of their Emergency Motion to Compel Discovery ("Motion"), in excess of the 10-page limitation set forth in Local Rule 7(d). Plaintiffs submit that the additional pages are needed in order to fully respond to each of the objections to the discovery demands addressed by Defendant in its Response to the Motion.

Respectfully submitted this 6th day of May, 2008,

By: /s/ Valeria Calafiore

Valeria Calafiore (PHV0494)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

Jackson Chin (PHV0493)
Puerto Rican Legal Defense & Education Fund
99 Hudson Street
New York, New York 10013

*Attorneys for Plaintiff-Intervenors, Luz Andujar, Eva Diaz, Harold Acosta, Waleska Miranda, and Jose Linares.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ Valeria Calafiore_____
      Valeria Calafiore (PHV0494)
      Clifford Chance US LLP
      31 West 52nd Street
      New York, NY 10019