UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>Plaintiffs,<br>v.<br><br>BEAUTY ENTERPRISES, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) 3:01CV00378 (AHN)<br>) May 7, 2008<br>)<br>)<br>) |

**DECLARATION OF VALERIA CALAFIORE IN SUPPORT OF
EMERGENCY MOTION TO COMPEL DISCOVERY**

I, Valeria Calafiore, declare under penalty of perjury as follows:

1. I am an associate of the law firm of Clifford Chance US LLP, attorneys for Plaintiff-Intervenors Harold Acosta, Luz Andujar, Eva Diaz, Jose Linares, and Waleska Miranda ("Plaintiffs"). I submit this declaration in support of Plaintiffs Emergency Motion to Compel Discovery filed on April, 8, 2008 in the above captioned case. See Docket No. 195.

2. Attached hereto as Exhibit 1 is a true and correct copy of e-mail correspondence between the undersigned and Mr. Robinson, dated January 18, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of e-mail correspondence between the undersigned and Mr. Robinson, counsel for Defendant, dated March 6, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of e-mail correspondence between the undersigned and Mr. Robinson, counsel for Defendant, dated February 25, 2008 and a conference call summary report dated February 27, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Defendant, bates numbered BEIL000407.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 7, 2008.

       /s/ Valeria Calafiore
       Valeria Calafiore

NYA 890036v1