# EXHIBIT 1

**Calafiore, Valeria (Litigation_Dispute Resolution-NY)**

___

**From:** Robinson, Richard C. [rrobinson@pullcom.com]
**Sent:** Wednesday, January 18, 2006 3:29 PM
**To:** Valeria.Calafiore@CliffordChance.com
**Subject:** RE: Revisions to Motion

No - Judge Nevas doesn't want to try this case.  He wants it settled or postponed for some defensible reason.  And I don't want "any other date convenient for the court."

-----Original Message-----
From: Valeria.Calafiore@CliffordChance.com
[mailto:Valeria.Calafiore@CliffordChance.com]
Sent: Wednesday, January 18, 2006 3:27 PM
To: Robinson, Richard C.; ROSA.PALACIOS@EEOC.GOV
Subject: RE: Revisions to Motion

Agreed.  I suppose, the judge might even decide that he just wants to proceed to trial this Spring, without the appeal.  Should we, out of courtesy, state "any other date convenient for the court" without reference to the Fall '06?

-----Original Message-----
From: Robinson, Richard C. [mailto:rrobinson@pullcom.com]
Sent: Wednesday, January 18, 2006 3:23 PM
To: Valeria.Calafiore@CliffordChance.com
Subject: RE: Revisions to Motion


I don't feel strongly about the contents, but if "a potentially favorable decision by the Second Circuit" refers to a decision to accept the appeal (and I think this does, although it should be made clear), that should take care of Lilly's problem.  Moreover, if Judge Nevas remains on the bench and continues with this case into the fall of '06, and the 2nd Circuit has accepted our appeal but hasn't yet decided it, I don't think getting another continuance from Judge Nevas will be a problem.

-----Original Message-----
From: Valeria.Calafiore@CliffordChance.com
[mailto:Valeria.Calafiore@CliffordChance.com]
Sent: Wednesday, January 18, 2006 3:04 PM
To: ROSA.PALACIOS@EEOC.GOV; jpaul@113law.com; bg@bgardnerlaw.com;
NORA.CURTIN @EEOC.GOV; jackson_chin@PRLDEF.ORG; Robinson, Richard C.
Cc: ELIZABETH.GROSSMAN@EEOC.GOV
Subject: RE: Revisions to Motion

Great, I'll circulate a revised version as soon as I hear from Rick, in case he has some revisions as well.

-----Original Message-----
From: ROSA PALACIOS [mailto:ROSA.PALACIOS@EEOC.GOV]
Sent: Wednesday, January 18, 2006 2:50 PM
To: jpaul@113law.com; bg@bgardnerlaw.com;
Valeria.Calafiore@CliffordChance.com; NORA CURTIN;
gabriel_benitez@PRLDEF.ORG; jackson_chin@PRLDEF.ORG; rcr@pullcom.com
Cc: ELIZABETH GROSSMAN
Subject: Revisions to Motion


Hi:  I would  like the third paragraph to read as follows (slight revision):

1

3.   Should the parties' efforts at settlement result unsuccessful, plaintiff the Equal Employment Opportunity Commission has indicated that it is probable that it will file a motion for reconsideration of this Court's Order dated October 25, 2005, and/or eventually an interlocutory appeal to the Second Circuit, assuming the Order will be so certified for such appeal.


** My concern is that if we appeal and the second cir DOES hear the appeal, it could take up to a year to brief, argue and  decide.  If this is the case, I would like some line in the motion that clearly allows us to request an alternative trial date should this occur.  Maybe we could add a footnote to para. 5 that reads something like this:

The parties are aware and agree that in the event that the EEOC seeks interlocutory appeal and the Second Circuit agrees to hear the matter that the proposed trial date may have to be continued further to allow for the Court's decision of the matter prior to trial.  In this event, the parties reserve their right to request an additional continuance of this trial.

Let me know if OK. With these revisions, I am all set.


*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure.  If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.  If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer to any Clifford Chance office.