# EXHIBIT 2

**Freeman, Verline (Document Production-NY)**

**From:** Calafiore, Valeria (Litigation & Dispute Resolution-NY)
**Sent:** Thursday, March 06, 2008 4:55 PM
**To:** Robinson, Richard C.
**Cc:** Jackson Chin
**Subject:** RE: Discovery Status

Understood. Thanks.

---

**From:** Robinson, Richard C. [mailto:rrobinson@pullcom.com]
**Sent:** Thursday, March 06, 2008 4:53 PM
**To:** Calafiore, Valeria (Litigation & Dispute Resolution-NY)
**Subject:** RE: Discovery Status

I've prepared draft responses to your interrogatories and RFP's to the extent I could. I e-mailed them to the client today. I'm meeting with them tomorrow. I don't intend to finalize the submission to you this week since I've got to get ready for expert depositions in Miami tomorrow when I come back from Beauty. We're going to Miami Sunday and will be back in the office on Wednesday. You will have them by the end of next week.

---

**From:** Valeria.Calafiore@CliffordChance.com [mailto:Valeria.Calafiore@CliffordChance.com]
**Sent:** Thursday, March 06, 2008 4:41 PM
**To:** Robinson, Richard C.
**Cc:** jackson_chin@PRLDEF.ORG
**Subject:** Discovery Status

Rick,

Thank you again for agreeing to cooperate with our discovery process. Further to our agreement last week, I would be very grateful if you could please let me know whether you are still intending to produce responses to our discovery requests this week, and if so when we can expect them.

As we discussed last week, I will await receipt of your responses before seeking the Court's assistance to help us resolve the discovery requests on which we agreed we could not find an agreement. I understand that you do not want to enter into a stipulation about the period for discovery, but please let me know if you change your mind.

Regards,

Valeria Calafiore
*Clifford Chance US LLP*
31 West 52 Street
New York, NY 10019
Direct: 212-878-8381
Fax: 212-878-8375
Valeria.Calafiore@CliffordChance.com

\* \* \* \* \* \*

This message and any attachment are confidential and may be privileged or otherwise protected fr
If you are not the intended recipient, please telephone or email the sender and delete this mess

5/4/2008

```
attachment from your system.  If you are not the intended recipient you must not copy this messa
or disclose the contents to any other person.

For further information about Clifford Chance please see our website at http://www.cliffordchanc
to any Clifford Chance office.
```