# EXHIBIT 3

## Freeman, Verline (Document Production-NY)

| | |
|---|---|
| **From:** | Calafiore, Valeria (Litigation & Dispute Resolution-NY) |
| **Sent:** | Monday, February 25, 2008 4:35 PM |
| **To:** | 'Robinson, Richard C.' |
| **Cc:** | 'Jackson Chin'; Calafiore, Valeria (Litigation & Dispute Resolution-NY) |
| **Subject:** | EEOC v. Beauty: Discovery |

Rick,

As agreed we are set to speak about our discovery tomorrow at 2:00pm. I was not able to reach Jackson yet, and will let you know if we will need to change the time, but I hope not. We look forward to speaking tomorrow and hopefully finding a sensible resolution to your discovery concerns.

Our conference call-in number is as follows:

Ph: 1-866-844-6549
Pass-code: 2128788381


Kind regards,

Valeria Calafiore
*Clifford Chance US LLP*
31 West 52 Street
New York, NY 10019
Direct: 212-878-8381
Fax: 212-878-8375
Valeria.Calafiore@CliffordChance.com

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'Robinson, Richard C.' | |
| | 'Jackson Chin' | |
| | Calafiore, Valeria (Litigation & Dispute Resolution-NY) | Read: 2/25/2008 4:35 PM |

1

**Calafiore, Valeria (Litigation & Dispute Resolution-NY)**

**From:** ConferenceSummary@teleconferencingcenter.com
**Sent:** Wednesday, February 27, 2008 5:14 PM
**To:** Calafiore, Valeria (Litigation & Dispute Resolution-NY)
**Subject:** InterCall Conference Summary Report for 2008-02-27 14:00:14

**Thank you for using Clifford Chance US LLP conferencing service. Details about your recent conference are listed below:**

**Owner:** Valeria Calafiore
**Owner Number :** 3056255
**Conference Began:** 02/27/08 14:00:14 EST
**Conference Ended:** 02/27/08 16:57:41 EST

Reservationless-Plus Participants on the Phone:

| Name | Phone | Time Joined(EST) | Time Left(EST) | Minutes on the Call |
|---|---|---|---|---|
| Valeria Calafiore | 6462645248 | 02:00 PM | 04:57 PM | 178 |
| Participant: 2 | 3333 | 02:03 PM | 04:57 PM | 175 |
| Participant: 3 | 2122193360 | 02:22 PM | 04:02 PM | 101 |

*Please Note: If some of your participants were joined to your Reservationless-Plus conference by an Operator, their information would not be listed in this report. Please refer to your invoice for the final participation count.*

You can access information about past account usage online at http://www.reservationless-plus.com by clicking "View Your Current Usage" in the "Manage Your Account" section.

If you have any questions about this service or this summary in particular, please visit the "Customer Support" section at http://www.reservationless-plus.com or contact our support staff:

Email: support@reservationless-plus.com
Phone: 800-605-9277

If you do not wish to receive these post-conference summaries, you may disable them as follows:

1. Go to http://www.reservationless-plus.com
2. Click on Manage Your Account
3. Click on Edit Leader Profile
4. In the Email section, select the radio button next to the option that reads, "No, I would not like to receive the post conference emails."

5/5/2008