# EXHIBIT 4

```
FacetWin Screen Print for john, from "Beauty Facetwin" 3/11/2008 1:57:45 PM

                         EMPLOYEE INQUIRY - NONTAX DEDUCTIONS           751H
PROFIT CENTER : B (Beauty Enterprises, Inc.)
 *--------------------------------------------------------------------------*
       1) Warning 6/18/96 no call no show 6/17/96
       2) Warning carelessness
 NO    3) warning 7/15/98 carelessness / failure to check skids/capccp/batccp
       4) warning 10/18/99 handed Edwin Ramos temp badge after supervisor
       5)                  instructed him to go home and get his own badge.
       6) 16 hours paid in check dated 7/11/00  after anniv date
       7) warning 11/16/00 violating english only rule
       8) warning 1/3/01 violating english only rule
       9) warning 4/9/01 carelessness with fork lift causing damage
      10) verbal warning 10/3/01 excess foward speed on forklift by Mr Cohen




      'Q'=quit
'E
'W*--------------------------------------------------------------------------*
  'NO'TES,   'W2'-LAST YEAR,   'V'ACATION,  '4'01(k) DED,      <CR>=CONTINUE
```



BEIL000407