UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al. <br><br> Plaintiffs, <br> v. <br><br> BEAUTY ENTERPRISES, INC., et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) 3:01CV00378 (AHN) <br> ) May 8, 2008 <br> ) <br> ) <br> ) |

**DECLARATION OF VALERIA CALAFIORE IN SUPPORT OF PLAINTIFF-INTERVENORS' OPPOSITION TO MOTION FOR PROTECTIVE ORDER**

I, Valeria Calafiore, declare under penalty of perjury as follows:

1. I am an associate of the law firm of Clifford Chance US LLP, attorneys for Plaintiff-Intervenors Harold Acosta, Luz Andujar, Eva Diaz, Jose Linares, and Waleska Miranda ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion for a Protective Order.

2. Attached hereto as Exhibit 1 is a true and correct copy of e-mail correspondence between the undersigned and Mr. Robinson, counsel for Defendant, dated April 29, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of e-mail correspondence between the undersigned and Mr. Robinson, counsel for Defendant, dated May 2, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of e-mail correspondence between the undersigned and Mr. Robinson, counsel for Defendant, dated April 30, 2008.

2

5.  Attached hereto as Exhibit 4 is a true and correct copy of e-mail correspondence between the undersigned and Mr. Robinson, counsel for Defendant, dated April 8, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 8, 2008.

　　　　　　　　　　　　　　　　　　　　　　__/s/  Valeria Calafiore_____
　　　　　　　　　　　　　　　　　　　　　　　　Valeria Calafiore

NYA 890701v1