# EXHIBIT 1

NYA890702.1

### Calafiore, Valeria (Litigation & Dispute Resolution-NY)

**From:** Robinson, Richard C. [rrobinson@pullcom.com]
**Sent:** Tuesday, April 29, 2008 7:53 AM
**To:** Calafiore, Valeria (Litigation & Dispute Resolution-NY)
**Subject:** RE: Depositions

I was in Chicago yesterday. But I'm back and will be in the office all day. Call at any time.

---

**From:** Valeria.Calafiore@CliffordChance.com [mailto:Valeria.Calafiore@CliffordChance.com]
**Sent:** Monday, April 28, 2008 7:26 PM
**To:** Robinson, Richard C.
**Cc:** jackson_chin@PRLDEF.ORG
**Subject:** Depositions

Rick,

I left you a message concerning the depositions. I will be in meetings most of tomorrow but I would like to confer with you before I issue the notices of depositions, so if you could let me know at what time I can give you a call that would be great.

Thanks.

Valeria Calafiore
*Clifford Chance US LLP*
31 West 52 Street
New York, NY 10019
Direct: 212-878-8381
Fax: 212-878-8375
Valeria.Calafiore@CliffordChance.com

*******

This message and any attachment are confidential and may be privileged or otherwise
If you are not the intended recipient, please telephone or email the sender and dele
attachment from your system.  If you are not the intended recipient you must not cop
or disclose the contents to any other person.

For further information about Clifford Chance please see our website at http://www.c
to any Clifford Chance office.