# EXHIBIT 2

NYA890702.1

### Calafiore, Valeria (Litigation & Dispute Resolution-NY)

**From:** Robinson, Richard C. [rrobinson@pullcom.com]
**Sent:** Friday, May 02, 2008 2:13 PM
**To:** Calafiore, Valeria (Litigation & Dispute Resolution-NY)
**Subject:** RE: Depositions

cool

---

**From:** Valeria.Calafiore@CliffordChance.com [mailto:Valeria.Calafiore@CliffordChance.com]
**Sent:** Friday, May 02, 2008 2:12 PM
**To:** Robinson, Richard C.
**Subject:** RE: Depositions

By our agreement I mean, our agreement by phone that I would proceed to send the notices directly and you would file the protective order to limit scope.

---

**From:** Robinson, Richard C. [mailto:rrobinson@pullcom.com]
**Sent:** Friday, May 02, 2008 2:06 PM
**To:** Calafiore, Valeria (Litigation & Dispute Resolution-NY)
**Subject:** RE: Depositions

I'm editing the Protective Order papers now, so yes, I'm still intending to do that. I don't know what you are referring to when you say "our agreement," but I take it the second and third paragraphs of your e-mail are moot.

---

**From:** Valeria.Calafiore@CliffordChance.com [mailto:Valeria.Calafiore@CliffordChance.com]
**Sent:** Friday, May 02, 2008 2:01 PM
**To:** Robinson, Richard C.
**Cc:** JEFFREY.BURSTEIN@EEOC.GOV; jackson_chin@PRLDEF.ORG; bg@bgardnerlaw.com
**Subject:** Depositions

Rick,

I think you should have received our notices of depositions by now.
As agreed, I sent the notices so that you could file a protective order trying to limit the scope, in view of our disagreement over scope. Are you still intending to do that?

I just would like to know so that I can plan for next steps and can apprise the court reporter, which we have currently scheduled to come to your office for at least November 19, 20 and 21st.

If you are no longer intending to file the protective order, I would prefer to follow the standard course and seek leave of court to depose the witnesses rather than you instructing the witnesses not to answer during the deposition. I would appreciate if you could confirm whether you will go forward with our original agreement and if I can confirm the foregoing dates with the court reporter.

Let me know.

Thanks.

Valeria Calafiore

*Clifford Chance US LLP*
31 West 52 Street
New York, NY 10019
Direct: 212-878-8381
Fax: 212-878-8375
Valeria.Calafiore@CliffordChance.com

This message and any attachment are confidential and may be privileged or otherwise
If you are not the intended recipient, please telephone or email the sender and dele
attachment from your system.  If you are not the intended recipient you must not cop
or disclose the contents to any other person.
Incoming and outgoing email communications may be monitored by Clifford Chance, as p
law and regulations.

For further information about Clifford Chance please see our website at http://www.c
to any Clifford Chance office.

*Clifford Chance US LLP*