# EXHIBIT 3

NYA890702.1

**Freeman, Verline (Document Production-NY)**

| | |
|---|---|
| From: | Calafiore, Valeria (Litigation & Dispute Resolution-NY) |
| Sent: | Wednesday, April 30, 2008 10:21 AM |
| To: | 'JEFFREY BURSTEIN'; 'Richard Robinson' |
| Cc: | 'jackson_chin@PRLDEF.ORG'; 'bg@bgardnerlaw.com' |
| Subject: | RE: |

Rick, for the three deponents that we have already scheduled, if we can get them done in two days then perfect, but if not the remaining deponent will need to be made available the following day.

Also, as we discussed on the phone yesterday, I only tentatively noticed some dates for the deponents that I understood you would file a protective order for, with the expectation that we would be able to agree on mutually convenient dates as soon as possible. I would prefer to complete all depositions as soon as possible, but understand that Memorial Day falls in between so we can work around that.

-----Original Message-----
From: JEFFREY BURSTEIN [mailto:JEFFREY.BURSTEIN@EEOC.GOV]
Sent: Wednesday, April 30, 2008 9:58 AM
To: Richard Robinson
Cc: Calafiore, Valeria (Litigation & Dispute Resolution-NY)
Subject: RE:

Rick, in light of Valeria's deposition notices, this is to confirm the understanding and agreement that you, Lili Baldwin and I had reached, namely that EEOC will be deposing Larry Sussman, Paul Lopes and Robert Cohen on the general subject areas you and Lili previously delineated, starting May 19. Consistent with prior practice between EEOC and your client, EEOC will not be serving formal deposition notices. As I am hopeful that each individual deposition, even with both Valeria and myself taking the deposition of each of these three witnesses, will not last an entire day, I am assuming that, in line with Valeria's notices, the order in which you will be producing these witnesses will be Sussman, then Cohen and then Lopes. Please get back to me if you have any concerns with the above.
Jeff Burstein
c: Valeria Calafiore, Esq.

>>> "Robinson, Richard C." <rrobinson@pullcom.com> 4/14/2008 2:32 PM
>>>
 We can do the 19th - and Valeria, you can participate in these depositions without prejudice to your right, if any, to depose on other
topics.  As you know, we will be opposing any effort on your part to depose Larry on anything other than events post-"trial," so to speak. So - given the limited scope of the depositions Jeffrey wants to take, we will plan on doing both Sussman and Lopes in a single day.

-----Original Message-----
From: JEFFREY BURSTEIN [mailto:JEFFREY.BURSTEIN@EEOC.GOV]
Sent: Monday, April 14, 2008 2:26 PM
To: Robinson, Richard C.
Subject: Re:

I'd prefer the 19th (the 20th is my anniversary) but I can do the 20th if need be.

>>> "Robinson, Richard C." <rrobinson@pullcom.com> 4/14/2008 2:24 PM
>>>
The only days during that period that work for Larry and for me are the
19th and 20th, better the 20th.

1

Richard C. Robinson
Attorney

PULLMAN & COMLEY, LLC
ATTORNEYS AT LAW

90 State House Square
Hartford, CT   06103-3702
p  860 541 3333    f  860 424 4370
rrobinson@pullcom.com <mailto:rrobinson@pullcom.com>     *
www.pullcom.com <http://www.pullcom.com/>

V-card <http://www.pullcom.com/vcf/182.vcf>   *  Bio
<http://www.pullcom.com/attorney.asp?langdisp=&key=182>   *
Directions
<http://www.pullcom.com/locations.asp>

BRIDGEPORT     HARTFORD     STAMFORD     WESTPORT     WHITE PLAINS

CIRCULAR 230 NOTICE:  IRS RULES OF PRACTICE REQUIRE US TO INFORM YOU
THAT ANY ADVICE IN THIS CORRESPONDENCE CONCERNING A FEDERAL TAX ISSUE
IS
NOT INTENDED OR WRITTEN BY US TO BE USED, AND CANNOT BE USED BY ANY
TAXPAYER FOR THE PURPOSE OF AVOIDING ANY TAX PENALTIES IMPOSED BY THE
INTERNAL REVENUE SERVICE, OR FOR PROMOTING, MARKETING OR RECOMMENDING
ANY TAX RELATED MATTERS ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS CONFIDENTIAL AND
PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER.
IF
YOU ARE NOT THE NAMED RECEIVER, OR THE PERSON RESPONSIBLE FOR
DELIVERING
THIS E-MAIL MESSAGE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY
USE
OF THIS E-MAIL MESSAGE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR
COPYING, IS STRICTLY PROHIBITED.   IF YOU HAVE RECEIVED THIS E-MAIL
MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY BY
TELEPHONE AT (203) 330-2000, AND DESTROY THE ORIGINAL MESSAGE.   WE
WILL
REIMBURSE YOUR TELEPHONE EXPENSE FOR DOING SO.   THANK YOU.