# EXHIBIT 4

NYA890702.1

### Calafiore, Valeria (Litigation & Dispute Resolution-NY)

**From:** Robinson, Richard C. [rrobinson@pullcom.com]
**Sent:** Tuesday, April 08, 2008 3:16 PM
**To:** Calafiore, Valeria (Litigation & Dispute Resolution-NY)
**Subject:** RE: Discovery

I've investigated. There's no retaliation. Here's what happened. As you say, Eva asked Ross for the day off on inventory day and to make up the time the next day, Saturday. Apparently, another employee, Pauline Jones, asked for the same concession. Given that two employees wanted this accommodation - and fearful that others might as well, and there would no longer be enough people to do inventory, Ross went to Larry Sussman. Their conversation was no more than a few sentences. Ross told Larry what Eva and Pauline wanted. Larry said no, people can't make up their own schedules here. She can take the day off if she needs to. That's it. Ross never told Larry that Eva had historically been given permission to do what she asked to do on this occasion, and Larry was totally unaware of this. Ross went back to Eva and told her no, that she could take a sick day if she had a doctor's note. Otherwise, she could take a vacation or a personal day if she had days left. Eva said she had a doctor's note. I didn't ask how Pauline responded to the rejection of her request. But that's it - and that's not retaliation.

---

**From:** Valeria.Calafiore@CliffordChance.com [mailto:Valeria.Calafiore@CliffordChance.com]
**Sent:** Tuesday, April 08, 2008 1:18 PM
**To:** Robinson, Richard C.
**Cc:** jackson_chin@PRLDEF.ORG; Rachel.Lavery@CliffordChance.com
**Subject:** Discovery

Rick,

I need to confer with you urgently concerning your responses to our discovery and concerning your client's continued retaliation against Eva Diaz.

Are you available to speak today? Let me know what time would be best for you.


Valeria Calafiore
*Clifford Chance US LLP*
31 West 52 Street
New York, NY 10019
Direct: 212-878-8381
Fax: 212-878-8375
Valeria.Calafiore@CliffordChance.com

*******

This message and any attachment are confidential and may be privileged or otherwise
If you are not the intended recipient, please telephone or email the sender and dele
attachment from your system.  If you are not the intended recipient you must not cop
or disclose the contents to any other person.
Incoming and outgoing email communications may be monitored by Clifford Chance, as p
law and regulations.

For further information about Clifford Chance please see our website at http://www.c
to any Clifford Chance office.