UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>Plaintiffs,<br>v.<br><br>BEAUTY ENTERPRISES, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) 3:01CV00378 (AHN)<br>) May 13, 2008<br>)<br>)<br>) |

**DECLARATION OF VALERIA CALAFIORE IN SUPPORT OF
MOTION FOR LEAVE TO TAKE A PRESERVATION DEPOSITION OF NON-PARTY
WITNESS**

I, Valeria Calafiore, declare under penalty of perjury as follows:

1. I am an associate of the law firm of Clifford Chance US LLP, attorneys for Plaintiff-Intervenors Harold Acosta, Luz Andujar, Eva Diaz, Jose Linares, and Waleska Miranda ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Motion for Leave to Take A Preservation Deposition of Non-Party Witness in the above captioned case.

2. Attached hereto as Exhibit 1 is a true and correct copy of e-mail correspondence between the undersigned and the non-party witness sought to be deposed, Ms. Sherry Baker-Lawrence, dated May 13, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2008.

                                                                                       /s/ Valeria Calafiore
                                                                                         Valeria Calafiore