### Calafiore, Valeria (Litigation & Dispute Resolution-NY)

**From:** sherry [southernsher10@msn.com]
**Sent:** Tuesday, May 13, 2008 11:53 AM
**To:** Calafiore, Valeria (Litigation & Dispute Resolution-NY)
**Cc:** Sara Lawrence
**Subject:** RE: EEOC v. Beauty: Deposition

Valeria, I confirm everything you wrote in this email and agree.  Sherry Lawrence

> Subject: EEOC v. Beauty: Deposition
> Date: Tue, 13 May 2008 11:22:26 -0400
> From: Valeria.Calafiore@CliffordChance.com
> To: southernsher10@msn.com
> CC: Alwatters@aol.com; saralawr@aol.com; jackson_chin@PRLDEF.ORG
>
> Dear Sherry,
>
> This is to confirm your agreement to being deposed in connection with the case titled EEOC v. Beauty Enterprises, pending in federal court in Connecticut, and your intention, to the best of your availability, to appear and testify at the trial of said case, due to begin on September 12, 2008, in Bridgeport, Connecticut.
>
> As I mentioned to you, we will be seeking the Court's permission to depose you and will indicate to the Court that you have consented as stated above.  As I mentioned to you, Beauty Enterprises opposes our taking of your deposition and it will be up to the Court to decide if we can depose you. If the Court grants us permission, we would be seeking to take your deposition as close as possible to your residence in Florida at a date and time to be agreed.
>
> In my request for permission to depose you, I will also indicate to the Court your belief that the confidentiality provision in the revised settlement agreement you received from Mr. Cohen on May 9, 2008, which also names Beauty Enterprises, may preclude you from testifying in our case.
>
> I also understand that you fear that Mr. Cohen, or his agents, may attempt to intimidate or scare you from testifying in our case.  As I mentioned to you, in the event you are put in fear in any way, you should immediately contact law enforcement and your lawyer, whom I've copied herein.  While I am hopeful that you will be left undisturbed, I will certainly bring to the Court's attention that you have expressed such fear and that you would prefer that Mr. Cohen not be present during your deposition.
>
> I would appreciate if you could kindly confirm the above by reply email.
>
> Thank you.
>
> Kind regards,
> Valeria Calafiore
> *Clifford Chance US LLP*
> 31 West 52 Street
> New York, NY 10019
> Direct: 212-878-8381
> Fax: 212-878-8375
> Valeria.Calafiore@CliffordChance.com
>
> *******This message and any attachment are confidential and may be privileged o

With Windows Live for mobile, your contacts travel with you. <u>Connect on the go.</u>