TOTAL TIME: 1 hours 50 minutes  DEPUTY CLERK G. Argo  RPTR/ECRO/TAPE R. Payton

DATE 5/14/08    START TIME 3:45    END TIME 5:35
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

EEOC, et al.

CIVIL NO. 3:01cv378

Jeff Burstein - EEOC
Valeria Calafiore - π-Intervenors
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL
Rick Robinson
Defendants Counsel

Beauty Enterprises, Inc.

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

| # | Motion | granted | denied | advisement |
|---|---|---|---|---|
| #195 | to Compel (π) | ☐ | ☐ | ☑ |
| #204 | for Protective Order (∆) | ☐ | ☐ | ☑ |
| ~~#212~~ | ~~for Preservation Deposition (π)~~ (not ripe) | ☐ | ☐ | ☐ |

Hearing continued until _____ at _____