UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al. <br><br> Plaintiffs, <br> v. <br><br> BEAUTY ENTERPRISES, INC., et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) 3:01CV00378 (AHN) <br> ) June 10, 2008 <br> ) <br> ) <br> ) |

**DECLARATION OF VALERIA CALAFIORE IN FURTHER SUPPORT OF MOTION FOR LEAVE TO TAKE A PRESERVATION DEPOSITION OF NON-PARTY WITNESS**

I, Valeria Calafiore, declare under penalty of perjury as follows:

1. I am an associate of the law firm of Clifford Chance US LLP, attorneys for Plaintiff-Intervenors Harold Acosta, Luz Andujar, Eva Diaz, Jose Linares, and Waleska Miranda ("Plaintiffs"). I submit this declaration in further support of Plaintiffs' Motion for Leave to Take A Preservation Deposition of Non-Party Witness in the above captioned case.

2. Attached hereto as Exhibit 1 is a true and correct copy of a public record of the lawsuit filed by Mr. Robert Cohen against Ms. Sherry Baker-Lawrence.

3. Attached hereto as Exhibit 2 is a true and correct copy of a settlement provided to Ms. Baker-Lawrence on May 8, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of a settlement provided to Ms. Baker-Lawrence on May 9, 2008.

2

    5.   Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the rough transcript of the deposition of Mr. Ross Smith, taken June 5, 2008, and Mr. John Carabetta, taken June 6, 2008.[1]

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2008.

                                                                                                               /s/ Valeria Calafiore  
                                                                                                                Valeria Calafiore

---

[1] Plaintiffs are still awaiting the final transcript of the depositions, and are only using these excerpts as an example. Plaintiffs note that portions of the rough transcripts still contain some typos.