UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2008 JUN 20  A 10: 37

DISTRICT COURT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br>V.<br><br>BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and, ESSENTIAL TEMPORARIES, INC.,<br><br>  Defendants. | 3:01CV00378(AHN) |
| MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES,<br><br>  Plaintiffs-Intervenors,<br>V.<br><br>BEAUTY ENTERPRISES INC.,<br><br>  Defendant. | |
| LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ,<br><br>  Plaintiffs-Intervenors<br>V.<br><br>BEAUTY ENTERPRISES, INC., ESSENTIAL TEMPORARIES, INC.<br><br>  Defendants. | June 17, 2008 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RACHEL LAVERY

NYA 895053v1

Pursuant to Section 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut and upon the attached affidavit of Rachel Lavery, Esq., sworn to June 20, 2008, BARBARA E. GARDNER hereby moves this Court for entry of an order permitting Rachel Lavery to appear *pro hac vice* as counsel for Plaintiffs-Intervenors Luz M. Andujar, Harold Acosta, Jose Linares, Eva Diaz, and Waleska Miranda in this action.

In support of this motion, the movant states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Rachel Lavery is an associate of the law firm Clifford Chance US, LLP, located at 31 West 52nd Street, New York, New York 10019.

5. Ms. Lavery is a member in good standing of the Bar of the State of New York, and has been admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York. Ms. Lavery has never been subject to any discipline by any court or governing body and has not been denied admission by any court.

6. The required fee for Ms. Lavery is being submitted herein.

WHEREFORE, BARBARA E. GARDNER respectfully requests that the Court grant this Motion.

Respectfully submitted,

/s/ Barbara E. Gardner

BARBARA E. GARDNER
(Federal Bar No. ct07623)
843 Main Street, Ste. 1-4
Manchester, Connecticut 06040
Tel: (860) 643-5543

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
BARBARA E. GARDNER
(Federal Bar No. ct07623)
843 Main Street, Ste. 1-4
Manchester, Connecticut 06040
Tel: (860) 643-5543

NYA 895053v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>V.<br><br>BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL TEMPORARIES, INC., and, ESSENTIAL TEMPORARIES, INC.,<br><br>Defendants. | 3:01CV00378(AHN) |
| MIGUEL ANGEL ALVAREZ, WILLIAM TORRES, HAROLD ACOSTA, and JOSE LINARES,<br><br>Plaintiffs-Intervenors,<br><br>V.<br><br>BEAUTY ENTERPRISES INC.,<br><br>Defendant. | |
| LUZ M. ANDUJAR, WALESKA MIRANDA, and EVA DIAZ,<br><br>Plaintiffs-Intervenors<br><br>V.<br><br>BEAUTY ENTERPRISES, INC., ESSENTIAL TEMPORARIES, INC.<br><br>Defendants. | June 17, 2008 |

**AFFIDAVIT OF RACHEL LAVERY IN SUPPORT OF MOTION FOR <u>PRO HAC VICE</u> ADMISSION**

STATE OF NEW YORK ) 
                                            )ss.: 
COUNTY OF NEW YORK )

        RACHEL LAVERY, being duly sworn, deposes and says:

1. Pursuant to Section 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut Pursuant to Local Rule I respectfully submit this Affidavit in support of the Motion for Admission *Pro Hac Vice* to the bar of this Court, to participate in this case as counsel for Plaintiffs-Intervenors Luz M. Andujar, Harold Acosta, Jose Linares, Eva Diaz, and Waleska Miranda.
2. I am employed by the law firm of Clifford Chance US LLP, located at 31 West 52nd Street, New York, NY 10019 6131; TEL (212) 878 3256; FAX (212) 878 8375; Email: rachel.lavery@cliffordchance.com
3. I am a member of the bar, in good standing, of the following courts: The Bar of the State of New York, and the United States District Courts for the Southern and Eastern Districts of New York.
4. I have not been denied admission nor disciplined by this Court or any other court.
5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: June 17, 2008

                                                                         */s/ Rachel Lavery*
                                                                         Rachel Lavery

AO 136 (Rev. 9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __New York__

**CERTIFICATE OF**

**GOOD STANDING**

I, __ROBERT C. HEINEMANN__, *Clerk of this Court,*

certify that __Rachel Lavery__, *Bar #* _____,

*was duly admitted to practice in this Court on*

__January 9, 2008__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at __BROOKLYN, NEW YORK__ on __June 12, 2008__.
           LOCATION                                    DATE

ROBERT C. HEINEMANN
CLERK

Mrs. Desiree Gross
DEPUTY CLERK

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

RACHEL ALDEN LAVERY, Bar # RL1212

was duly admitted to practice in this Court on

JANUARY 3rd, 2008, and is in good standing

as a member of the Bar of this Court.

Dated at 500 Pearl Street
New York, New York   on   JUNE 12th, 2008

J. Michael McMahon
Clerk

by _____
Deputy Clerk



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

---

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Rachel Alden Lavery** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **16th** day of **May 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on June 12, 2008.

*James Edward Pelzer*
Clerk of the Court