TOTAL TIME: 1 hours, 25 minutes    DEPUTY CLERK: Vaiman    Honorable NEVAS    RPTR/ERO/TAPE: Baldwin

DATE 6/27/08    START TIME 10:00    END TIME 11:25
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

EEOC    CIVIL NO. 3:01CV378
vs.
Beauty Enterprise

Plaintiffs Counsel: Jeffery Burnstein, Valerie ColaFiore

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: Richard Robinson

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

☒ #212 Motion to take Deposition from Non Party witness — ☒ advisement
☒ #218 Motion to take Dep — ☒ advisement

___ Hearing continued until ___ at ___