UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>Plaintiffs<br><br>vs.<br><br>BEAUTY ENTERPRISES, INC., et al.<br><br>Defendants | CIVIL ACTION<br>NO. 301-CV-378 (AHN)<br><br>July 11, 2008 |

## MOTION FOR PROTECTIVE ORDER

Pursuant to F. R. Civ. P. 26(c), defendant Beauty Enterprises, Inc. ('BEI") moves for a protective order forbidding Plaintiff-Intervenors Harold Acosta, Luz Andujar, Eva Diaz, Jose Linares and Waleska Miranda from taking the deposition of Ms. Sherry Baker Lawrence and/or Mr. Robert Winkler during the period of July 14, 2008 through and including July 28, 2008. This Motion is necessary because Plaintiff-Intervenors' counsel, Valeria Calafiore, insists on proceeding with at least the deposition of Ms. Lawrence in Florida before July 18, 2008. She does this despite BEI's counsel, Attorney Robinson, informing her that he will be on trial in a scheduled multimillion dollar arbitration before three arbitrators, from July 14 through July 17, with two additional days scheduled at the end of the following week if necessary.

Moreover, as BEI's counsel advised Attorney Calafiore, he and his wife will be

babysitting their four grandchildren in Purchase, New York from Friday, July 18, 2008 through Saturday, July 26, 2008. While BEI's counsel intends to work out of his firm's Stamford, Connecticut office during much of that week, he cannot travel out of state that week. Once the babysitting chores are completed, Attorney Robinson is generally available and will do his best to accommodate Attorney Calafiore's scheduling needs.

It should also be noted that since these depositions are trial depositions and not discovery depositions, no other lawyer in Attorney Robinson's firm can conduct the examinations. Moreover, BEI insists that Attorney Robinson conduct the examinations.

Accordingly, BEI respectfully requests that this Court issue a protective order stating that the subject depositions not be had during the time period of July 14, 2008 through and including July 28, 2008.

THE DEFENDANT,
Beauty Enterprises, Inc.

By: /s/ Janee Woods Weber
Richard C. Robinson (ct04321)
Christine Collyer(ct26859)
Janee Woods Weber (ct27265)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
Telephone (860) 424-4300
Fascimile (860) 424-4370
Its Attorneys

## **CERTIFICATION**

     I, Richard C. Robinson, counsel for Defendant Beauty Enterprises, Inc. hereby certify that I have conferred with opposing counsel, Valeria Calafiore, in an effort to resolve without court action the issue raised in the foregoing Motion for Protective Order.  Despite these discussions, court action is necessary to resolve the issue.

                                       /s/Richard C. Robinson
                                       Richard C. Robinson (ct04321)

## **CERTIFICATION**

I hereby certify that on July 11, 2008, a copy of the foregoing Defendant's Motion for Protective Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

R. Liliana Palacios
Trial Attorney
EEOC
JFK Federal Building, Room 475
Government Center
Boston, MA. 02203-0506

Nora Curtin
Senior Trial Attorney
EEOC, New York District Office
33 Whitehall Street
New York, NY 10048

Barbara E. Gardiner
843 Main Street, Suite 1-4
Manchester, CT 06040

Julia Morris Paul
Marte, Plepler, Falkenstein, Keith,
 Meggers & Paul, P.C.
113 East Center Street
Manchester, CT. 06040

4

Jackson Chin
Associate Counsel
Puerto Rican Legal Defense
 & Education Fund
90 Hudson Street
New York, New York 10013

Valeria Calafiore
Clifford Chance US
31 West 52nd Street
New York, NY 10019

/s/ Janee Woods Weber
Janee Woods Weber (ct27265)

Hartford/65094.1/JWOODSWEBER/312650v1