**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>BEAUTY ENTERPRISES, INC., et al.<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  3:01CV00378 (AHN)<br>)  July 12, 2008<br>)<br>)<br>) |

**PLAINTIFF-INTERVENORS' OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

　　　　　Pursuant to Local Rule 7(a)(1) Plaintiff-Intervenors Harold Acosta, Luz Andujar, Eva Diaz, Jose Linares, and Waleska Miranda ("Plaintiffs") submit this Opposition to Defendant's Motions for a Protective Order dated July 11, 2008 (Docket Nos. 228-229) ("Protective Order").[1]

**ARGUMENT**

　　　　　Defendant's belligerent and disruptive behavior has spread from the deposition room to its motion practice. Its request for a Protective Order is simply frivolous and unfounded, because as Defendant is aware Plaintiffs have not yet served any subpoena or deposition notice. Thus, Defendant has no issue to complain about.

　　　　　The facts here are very simple. Plaintiffs have not yet had an opportunity to schedule any of the non-party depositions that this Court granted on July 9, 2008. Plaintiffs are still in the process of determining a suitable deposition date for the witnesses. Indeed, at present, Plaintiffs are still trying to again make contact with one of the witnesses who appears to have suddenly disappeared.

---

[1]　On July 11, 2008 Defendant filed two motions for a protective order. Although Plaintiffs did not conduct a word by word comparison of each motion, the motions seem identical or very similar, the only difference appearing to be the removal of a markup. Accordingly, Plaintiffs will treat the two motions as identical and submit herein a single opposition.

1

Moreover, Plaintiffs will attempt to designate a deposition date that will first and foremost seek to accommodate the convenience of the witnesses and their lawyers. While Plaintiffs understand that Defendant's counsel cannot be a babysitter and a lawyer at the same time, regrettably his extensive babysitting schedule will have to give way to the convenience of the witnesses, if necessary.

## CONCLUSION

Because there is no issue ripe for a request for a protective order, Defendant's motion must be denied.[2]

Respectfully submitted this 12th day of July, 2008.

|  | By: /s/ |
|---|---|
| Jackson Chin (PHV0493) | Valeria Calafiore (PHV0494) |
| Puerto Rican Legal Defense and Education Fund | Clifford Chance US LLP |
| 99 Hudson Street | 31 West 52nd Street |
| New York, New York 10013 | New York, NY 10019 |

*Attorneys for Plaintiff-Intervenors, Luz Andujar, Eva Diaz, Harold Acosta, Waleska Miranda, and Jose Linares.*

---

[2] Plaintiffs also note that in an effort to save time and expense to respond to Defendant's frivolous motion they have requested that Defendant withdraw its motion or pay for the expense of responding. If Defendant's counsel persists with his disruptive behavior, Plaintiffs will move for sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Valeria Calafiore (PHV0494)
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

NYA898292.1