UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>BEAUTY ENTERPRISES, INC., ET AL )<br>)<br>Defendant ) | CASE NO. 3:01-CV-378 (AHN)<br><br>August 22, 2008 |

### DEFENDANT BEAUTY ENTERPRISES' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5(e)(1), defendant Beauty Enterprises, Inc. ("BEI") moves for permission to file under seal its Motion In Limine To Preclude Certain Testimony/Evidence ("the Motion"). The Motion seeks to preclude on the ground that the evidence/testimony in question would be totally irrelevant. BEI seeks to file the Motion under seal because the information that the evidence/testimony would reveal is confidential, in the nature of a trade secret in a non-party's business, and the disclosure of this information could have a profoundly negative impact on that non-party's business.

The DEFENDANT
BEAUTY ENTERPRISES, INC.

By: /s/ Richard C. Robinson

Richard C. Robinson (ct04321)
Christine Collyer (ct26859)
Janee Woods Weber (ct27265)/
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
Telephone 860 541 3333
Facsimile 860 424 4370
E-mail: rrobinson@pullcom.com
Its Attorneys

1

-2-

## CERTIFICATION

I hereby certify that on August 22, 2008 a copy of foregoing Motion To File Documents Under Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Richard C. Robinson (ct04321)

Hartford/65094.1/RCR/322399v1