UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                   )
            Plaintiff,        )
        -against-             )
                              )
BEAUTY ENTERPRISES, INC.,     )
and ESSENTIAL TEMPORARIES, INC.)
            Defendants        )
_____)
MIGUEL ANGEL ALVAREZ,         )      Civil Action No. 301-CV-378 (AHN)
WILLIAM TORRES, LUZ ANDUJAR,  )
EVA DIAZ, WALESKA MIRANDA,    )
JOSE LINARES and HAROLD ACOSTA)
        Plaintiff-Intervenors,)
        -against-             )      August 18, 2008
                              )
BEAUTY ENTERPRISES, INC.,     )
            Defendant         )
_____)
```

FILED

2008 AUG 22 P 3:56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**EMERGENCY MOTION BY PLAINTIFFS EEOC, MIGUEL ALVAREZ AND WILLIAM TORRES FOR THE PARTIAL SEALING OF EXHIBIT B TO THE CONSENT DECREE**

Pursuant to Local Rule 5(e)(1), Plaintiff Equal Employment Opportunity Commission ("EEOC") and Plaintiff-Intervenors Miguel Alvarez and William Torres ("Settling Plaintiffs") hereby move for an order providing that—if the proposed Consent Decree between Settling Plaintiffs and Defendant, presented to the Court simultaneously with this Motion, is approved and entered by the Court—that Exhibit B of such Consent Decree be partially redacted. Exhibit B to the Consent Decree contains the names and addresses of all claimants who are to receive payments under this Consent Decree, and sets forth the amount and nature of each payment. Because of privacy concerns, the Settling Plaintiffs are hereby seeking redaction of all information on Exhibit B except for the names of those who are to receive money under this

Decree. Defendant fully consents to this proposed partial sealing; and the Plaintiff-Intervenors who are not a party to this Consent Decree—Eva Diaz, Harold Acosta, Jose Linares, Luz Andujar and Waleska Miranda—take no position on the Motion. Because of Settling Plaintiffs' strong interest in the expeditious entry of the proposed Consent Decree, this Motion is brought on an emergent basis pursuant to Local Rule 7(a).

Redacting the personal/financial information in Exhibit B, as the Settling Plaintiffs seek, is fully in harmony with the spirit of the privacy protections for court filings set forth in Fed. R. Civ. P. 5.2 (expressly authorizing redaction of certain private information in court filings) and with Second Circuit case law on sealing/redaction applications. Despite a general presumption in favor of full access to court-filed documents, inherently private matters, including private "financial records" and other personal information that have "…no public ramifications…will weigh more heavily against access than conduct affecting a substantial portion of the public." United States v. Amodeo, 71 F.3d 1044, 1051 (2d Cir. 1995). See also United States v. Sattar, 471 F.Supp.2d 380 (S.D.N.Y. 2006) (matters touching on personal privacy properly redacted from court documents). The limited redactions sought by the Settling Plaintiffs here—redacting the portions of Exhibit B pertaining to the home addresses of the claimants and to the amount and manner of their payments under the Consent Decree—plainly fall within the above standards. The claimants, and the EEOC, have legitimate privacy concerns about public disclosure of this information. Moreover, particularly as the aggregate settlement amount is contained within the body of the Consent Decree, there is no public interest whatsoever in disclosing the details about individual payments.

For these reasons, the Settling Plaintiffs respectfully request that this Motion for a limited redaction of Exhibit B to the proposed Consent Decree be granted.

Dated: August 18, 2008

Respectfully submitted,

*Jeffrey Burstein*

Jeffrey Burstein (phv02570)
Equal Employment Opportunity Commission
Newark Area Office
One Newark Center
Newark, N.J. 07102

SO ORDERED: _____Aug. 19_____, 2008

*/s/ Alan H. Nevas, SUSDJ*

Honorable Alan H. Nevas, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Jeffrey Burstein, hereby certify that on this 18th day of August, 2008, I caused a copy of the above document to be mailed by overnight mail to:

Barbara E. Gardner, Esq.
843 Main St., Ste. 1-4
Manchester, CT 06040

Richard Robinson, Esq.
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

Valeria Calafiore, Esq.
Clifford Chance US LLP
31 West 52 Street
New York, NY 10019

*Jeffrey Burstein*
Jeffrey Burstein
Trial Attorney