UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>Plaintiffs,<br>v.<br><br>BEAUTY ENTERPRISES, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) 3:01CV00378 (AHN)<br>) August 25, 2008<br>)<br>)<br>) |

**PLAINTIFFS-INTERVENORS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE*.**

# EXHIBIT 2

NYA902457.1

### Calafiore, Valeria (Litigation & Dispute Resolution-NY)

**From:** Calafiore, Valeria (Litigation & Dispute Resolution-NY)
**Sent:** Friday, August 01, 2008 5:18 PM
**To:** 'Robinson, Richard C.'
**Subject:** RE:

I called the court and nobody is there, but we can still get a deal on the record by filing a joint stipulation of settlement (which I can efile at any time tonight or tomorrow) listing the material terms, and agreeing that a formal settlement will be read into the record on Monday, and a written agreement will be filed with the Court on Monday as well.

---

**From:** Robinson, Richard C. [mailto:rrobinson@pullcom.com]
**Sent:** Friday, August 01, 2008 5:04 PM
**To:** Calafiore, Valeria (Litigation & Dispute Resolution-NY)
**Subject:** RE:

Believe it or not, you're not the problem.  We would agree to what you'v e sought in the context of a global settlement.  Jeff has made a couple of new demands that could be problematic.  I've just presented them to Larry, and with dread, he's gone in to discuss them with Bob.  I'll get back to you as soon as I hear.  Do you know if the court is still open for us?

### Richard C. Robinson
Attorney

### PULLMAN & COMLEY, LLC
**ATTORNEYS AT LAW**

90 State House Square
Hartford, CT   06103-3702
p  860 541 3333    f  860 424 4370
rrobinson@pullcom.com    •    www.pullcom.com

**V-card  •  Bio  •  Directions**

BRIDGEPORT    HARTFORD    STAMFORD    WESTPORT    WHITE PLAINS

CIRCULAR 230 NOTICE:  IRS RULES OF PRACTICE REQUIRE US TO INFORM YOU THAT ANY ADVICE IN THIS CORRESPONDENCE CONCERNING A FEDERAL TAX ISSUE IS NOT INTENDED OR WRITTEN BY US TO BE USED, AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING ANY TAX PENALTIES IMPOSED BY THE INTERNAL REVENUE SERVICE, OR FOR PROMOTING, MARKETING OR RECOMMENDING ANY TAX RELATED MATTERS ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER.  IF YOU ARE NOT THE NAMED RECEIVER, OR THE PERSON RESPONSIBLE FOR DELIVERING THIS E-MAIL MESSAGE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS E-MAIL MESSAGE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY BY TELEPHONE AT (203) 330-2000, AND DESTROY THE ORIGINAL MESSAGE.  WE WILL REIMBURSE YOUR TELEPHONE EXPENSE FOR DOING SO.   THANK YOU.

---

**From:** Valeria.Calafiore@CliffordChance.com [mailto:Valeria.Calafiore@CliffordChance.com]
**Sent:** Friday, August 01, 2008 4:48 PM
**To:** Robinson, Richard C.; JEFFREY.BURSTEIN@EEOC.GOV; bg@bgardnerlaw.com
**Cc:** larry@beautyent.net; jackson_chin@PRLDEF.ORG; Rachel.Lavery@CliffordChance.com
**Subject:** RE:

8/24/2008

Rick,

we are willing to do the deal for our 5 people at $225 non-negotiable, with deferred payment for Eva Diaz.  We would require that your client pay for the cost associated with putting the money (and maintaining it) in escrow during the time that Eva remains employed at Beauty.  As I explained to you by phone, we have made a much lower request than we believe we are entitled to only to move things along and get the deal done today.  So this offer is only valid if we can get something on record with the court today.

As I told you we have a draft settlement ready that we could circulate shortly after we get the deal on the record.  Our settlement would not require any agreement concerning the English only policy.

I look forward to hearing from you.


Valeria Calafiore
*Clifford Chance US LLP*
31 West 52 Street
New York, NY 10019
Direct: 212-878-8381
Fax: 212-878-8375
Valeria.Calafiore@CliffordChance.com

---

**From:** Robinson, Richard C. [mailto:rrobinson@pullcom.com]
**Sent:** Friday, August 01, 2008 2:59 PM
**To:** Calafiore, Valeria (Litigation & Dispute Resolution-NY); JEFFREY BURSTEIN; bg@bgardnerlaw.com
**Cc:** Larry Sussman
**Subject:**

As you all know, the deferred payment piece of our proposal for the 4 who remain is critical to Bob Cohen.  He would have much preferred the "stay and no money or leave with the money plus" concept, but we accept that none of you can live with that.  Now, at least one of you is unwilling to take the deferred payment "solution."  My task, as I saw it, was to devise something creative that would overcome Bob's insistence on deferred payment and keep the discussion going.  I came up with something - a concept - that I thought Larry Sussman might be able to sell to Bob.  He did in fact sell it - and here it is.  If the four, or some of them, want money now, they have to take less than they would have received under the current allocation.  If all four want money now, without deferral, we'll pay $225,000.  So, in exchange for agreeing to money now, the four (or some of them) agree to take less.  At the same time, and in acknowledgement of Valeria's demand for another $100K for her folks, we'll go up to $375K (from $325K), but the four must defer.  (I'm sure we can figure out how to do this if, say, two want more and are willing to defer, and two want money now and are willing to take less.  Let me hear from you.  I want you to know, our side is working as fast as it can to try and reach a deal.

---

**Richard C. Robinson**
Attorney

**PULLMAN & COMLEY**, LLC
**ATTORNEYS AT LAW**

90 State House Square
Hartford, CT   06103-3702
p  860 541 3333   f  860 424 4370
rrobinson@pullcom.com   •   www.pullcom.com

V-card  •  Bio  •  Directions

---

BRIDGEPORT   HARTFORD   STAMFORD   WESTPORT   WHITE PLAINS

---

CIRCULAR 230 NOTICE:   IRS RULES OF PRACTICE REQUIRE US TO INFORM YOU THAT ANY ADVICE IN THIS CORRESPONDENCE

CONCERNING A FEDERAL TAX ISSUE IS NOT INTENDED OR WRITTEN BY US TO BE USED, AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING ANY TAX PENALTIES IMPOSED BY THE INTERNAL REVENUE SERVICE, OR FOR PROMOTING, MARKETING OR RECOMMENDING ANY TAX RELATED MATTERS ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER.  IF YOU ARE NOT THE NAMED RECEIVER, OR THE PERSON RESPONSIBLE FOR DELIVERING THIS E-MAIL MESSAGE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS E-MAIL MESSAGE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY BY TELEPHONE AT (203) 330-2000, AND DESTROY THE ORIGINAL MESSAGE.  WE WILL REIMBURSE YOUR TELEPHONE EXPENSE FOR DOING SO.  THANK YOU.


*******

This message and any attachment are confidential and may be privileged or otherwise
If you are not the intended recipient, please telephone or email the sender and dele
attachment from your system.  If you are not the intended recipient you must not cop
or disclose the contents to any other person.

For further information about Clifford Chance please see our website at http://www.c
to any Clifford Chance office.