# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al. ) ) ) ) Plaintiffs, ) v. ) ) BEAUTY ENTERPRISES, INC., et al. ) ) Defendants. ) ) | 3:01CV00378 (AHN) August 25, 2008 |

### PLAINTIFFS-INTERVENORS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE*.

# EXHIBIT 3

NYA902457.1

**Calafiore, Valeria (Litigation  Dispute Resolution-NY)**

| | |
|---|---|
| **From:** | Calafiore, Valeria (Litigation & Dispute Resolution-NY) |
| **Sent:** | Sunday, August 03, 2008 5:13 PM |
| **To:** | 'Robinson, Richard C.' |
| **Cc:** | 'Jackson Chin' |
| **Subject:** | RE: Settlements |
| **Attachments:** | Waleska Miranda_1.pdf; Eva Diaz_1.pdf; Harold Acosta_1.pdf; Jose Linares_1.pdf; Luz Andujar_1.pdf |

Rick,

I had to make some revisions to the agreements and am attaching our final. I assume you haven't yet looked at the ones I sent yesterday, but I only changed a couple of minor things.
First, I was able to change my flight to Florida at a great expense and am really not happy about this, but I did it relying on your word that you would be able to get this done tonight.

After talking to my clients I hope to be able to complete the settlement for $250,000, which totals $5,000 more than we previously discussed. I say I "hope" because my clients are now focused on the fact that the settlement awards will be taxable to them, so now they are unhappy. I told them the deal is already done, but if my understanding is incorrect then I will certainly require more money to convince some of them to sign.

For Eva Diaz I would like the flexibility to push most of the payment of her settlement award to 2009, as detailed in her agreement. I assume that will not be a problem for your client. Also, the extra $5,000 that I added above reflects the fact that by retiring at the end of this year, Eva will essentially be forfeiting 3-4 years of work with Beauty, and will be getting substantially less than what she could earn there. That amount is peanuts of course, and we are remain convince this is more than a reasonable deal for all involved. I have talked to Eva at length about this and that is what she wants to do now, so this is our only offer for her at this time. I also need to be able to tell her as soon as possible how much COBRA healthcare coverage will cost her, because she needs to figure out if she can afford it. I assume it will be no problem for your client to keep her on Beauty's plan through COBRA for 2 years (I believe that's the maximum permitted). I also await the information about the profit sharing plan I previously asked you about.

Finally, I know you very much appreciate the fact that I moved my flight to tomorrow, but it ==goes without saying that if we don't have this finalized and signed before the depositions, we will obviously have to proceed with them.== Call me anytime if you want to talk, my cell is 646.329.2759. Otherwise send me any markups you may have and I will get the agreements revised. ==I assume you can get your client's signature in the meantime, even if we have to revise any portion of the agreement.==

Valeria Calafiore
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019
Direct Dial: (212)878-8381
Fax: (212)878-8375
Switchboard: (212)878-8000
E-mail: Valeria.Calafiore@CliffordChance.com

[PDF] Waleska Miranda_1.pdf (29 KB)  [PDF] Eva Diaz_1.pdf (33 KB)  [PDF] Harold Acosta_1.pdf (52 KB)  [PDF] Jose Linares_1.pdf (29 KB)  [PDF] Luz Andujar_1.pdf (29 KB)

---

| | |
|---|---|
| **From:** | Calafiore, Valeria (Litigation & Dispute Resolution-NY) |
| **Sent:** | Sunday, August 03, 2008 12:41 AM |
| **To:** | 'Robinson, Richard C.' |
| **Cc:** | 'Jackson Chin' |
| **Subject:** | Settlements |

<< File: Waleska Miranda.pdf >>  << File: Eva Diaz.pdf >>  << File: Harold Acosta.pdf >>  << File: Jose Linares.pdf >>  << File: Luz Andujar.pdf >>

1

Rick,

Here are our settlement agreements as discussed today.  I will fill in each individual's respective amount once you approve the documents.  The deal will need to include the additional amount we discussed and Eva Diaz will leave at the end of 2008, as set forth in her settlement agreement above.  Our current settlement amount will be $245,000, if I can get a signed document by your client before my scheduled departure to Florida.  As you know, I'm due to leave to Florida at about 2:00pm tomorrow, so I will head out to the airport at around 11:30.  If I don't have a signed document by then, I will travel to Florida as scheduled and we will have to resume our settlement discussions when I return to New York after the depositions.

Valeria Calafiore
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019
Direct Dial: (212)878-8381
Fax: (212)878-8375
Switchboard: (212)878-8000
E-mail: Valeria.Calafiore@CliffordChance.com

2