UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>        Plaintiffs,<br>v.<br><br>BEAUTY ENTERPRISES, INC., et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) 3:01CV00378 (AHN)<br>) August 25, 2008<br>)<br>)<br>) |

**PLAINTIFFS-INTERVENORS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE*.**

# EXHIBIT 4

NYA902457.1

**Calafiore, Valeria (Litigation _Dispute Resolution-NY)**

| | |
|---|---|
| **From:** | Robinson, Richard C. [rrobinson@pullcom.com] |
| **Sent:** | Monday, August 04, 2008 7:35 AM |
| **To:** | Calafiore, Valeria (Litigation & Dispute Resolution-NY) |
| **Subject:** | Diaz Agreement |

Here are my comments on the above subject.

    --   I'm waiting to hear from Larry on the COBRA, but if he says no, and if we otherwise have a deal at $225K deferred, no agreed-upon December 31, 2008 retirement, you'll have to revise the document accordingly.

    --   In the event Larry agrees to COBRA or that Eva without any extra consideration wants to agree to retire on December 31, 2008, I don't understand Section 1.3 (ii). And as to 1.3(iv), I'm not sure that 2 years is available under COBRA. I'll check with our experts when they come in.

    --   I don't understand 1.4. That is to say, I don't understand it as reflecting our agreement. What is the $3K? This appears to be separate from the settlement amount. What you want, I think, for the settlement dollars is the language I originally suggested in an earlier e-mail. I don't have any difficulty with Clifford Chance as the escrow agent, so long as it sends me monthly statements for the account. But, frankly, the issue is for you. My construct was designed to satisfy Lilly's two issues - getting the money out of BEI's hands immediately and no constructive receipt taxation for your client. So, frankly, it's a lot easier for us to have no obligation to pay until January 2, 2009. It's up to you.

    --   Eva's release to us should be general, not limited to the claims in the case, subject of course to anything that happens from "the date of these presents."

    --   Why are we releasing her? We haven't asserted any claims against her. And if you want a release for her, why is hers general (and not ours) and why does she get a right to attorneys fees if she has to enforce and we don't. We'll agree to mutual general releases and mutual attorneys fee provisions.

    --   Eliminate 4.2 and 4.3. If we breach the settlement agreement, she can sue on it (with her attorneys fee right). We're not giving her the choice to "reopen" the case.

---

**Richard C. Robinson**
Attorney

**PULLMAN & COMLEY,** LLC
**ATTORNEYS AT LAW**

90 State House Square
Hartford, CT   06103-3702
p  860 541 3333   f  860 424 4370
rrobinson@pullcom.com   •   www.pullcom.com

**V-card**  •  **Bio**  •  **Directions**

BRIDGEPORT   HARTFORD   STAMFORD   WESTPORT   WHITE PLAINS

---

CIRCULAR 230 NOTICE:  IRS RULES OF PRACTICE REQUIRE US TO INFORM YOU THAT ANY ADVICE IN THIS CORRESPONDENCE CONCERNING A FEDERAL TAX ISSUE IS NOT INTENDED OR WRITTEN BY US TO BE USED, AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING ANY TAX PENALTIES IMPOSED BY THE INTERNAL REVENUE SERVICE, OR FOR PROMOTING, MARKETING OR RECOMMENDING ANY TAX RELATED MATTERS ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER.  IF YOU ARE NOT THE NAMED RECEIVER, OR THE PERSON RESPONSIBLE FOR DELIVERING THIS E-MAIL

MESSAGE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS E-MAIL MESSAGE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY BY TELEPHONE AT (203) 330-2000, AND DESTROY THE ORIGINAL MESSAGE.  WE WILL REIMBURSE YOUR TELEPHONE EXPENSE FOR DOING SO.  THANK YOU.

**Calafiore, Valeria (Litigation Dispute Resolution-NY)**

**From:** Robinson, Richard C. [rrobinson@pullcom.com]
**Sent:** Monday, August 04, 2008 7:45 AM
**To:** Calafiore, Valeria (Litigation & Dispute Resolution-NY)
**Subject:** Eva

And I don't understand the need for two days off with pay.  All this nickel and dime stuff is not helpful.

**Richard C. Robinson**
Attorney

**PULLMAN & COMLEY, LLC**
**ATTORNEYS AT LAW**

90 State House Square
Hartford, CT   06103-3702
p  860 541 3333   f  860 424 4370
rrobinson@pullcom.com    •    www.pullcom.com

**V-card**  •  **Bio**  •  **Directions**

BRIDGEPORT    HARTFORD    STAMFORD    WESTPORT    WHITE PLAINS

CIRCULAR 230 NOTICE:  IRS RULES OF PRACTICE REQUIRE US TO INFORM YOU THAT ANY ADVICE IN THIS CORRESPONDENCE CONCERNING A FEDERAL TAX ISSUE IS NOT INTENDED OR WRITTEN BY US TO BE USED, AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING ANY TAX PENALTIES IMPOSED BY THE INTERNAL REVENUE SERVICE, OR FOR PROMOTING, MARKETING OR RECOMMENDING ANY TAX RELATED MATTERS ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER.  IF YOU ARE NOT THE NAMED RECEIVER, OR THE PERSON RESPONSIBLE FOR DELIVERING THIS E-MAIL MESSAGE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS E-MAIL MESSAGE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY BY TELEPHONE AT (203) 330-2000, AND DESTROY THE ORIGINAL MESSAGE.   WE WILL REIMBURSE YOUR TELEPHONE EXPENSE FOR DOING SO.  THANK YOU.

**Calafiore, Valeria (Litigation_Dispute Resolution-NY)**

| | |
|---|---|
| **From:** | Robinson, Richard C. [rrobinson@pullcom.com] |
| **Sent:** | Monday, August 04, 2008 8:08 AM |
| **To:** | Calafiore, Valeria (Litigation & Dispute Resolution-NY) |
| **Cc:** | Larry Sussman |
| **Subject:** | Joint Stip and other agreements |

The Joint Stip is okay, save for the dollar amount.

On the other agreements, I have the same comments as with Eva concering the releases and the reinstitution of the lawsuit.

**Richard C. Robinson**
Attorney

**PULLMAN & COMLEY**, LLC
**ATTORNEYS AT LAW**

90 State House Square
Hartford, CT  06103-3702
p  860 541 3333   f  860 424 4370
rrobinson@pullcom.com   •   www.pullcom.com

**V-card** • **Bio** • **Directions**

BRIDGEPORT   HARTFORD   STAMFORD   WESTPORT   WHITE PLAINS

CIRCULAR 230 NOTICE:  IRS RULES OF PRACTICE REQUIRE US TO INFORM YOU THAT ANY ADVICE IN THIS CORRESPONDENCE CONCERNING A FEDERAL TAX ISSUE IS NOT INTENDED OR WRITTEN BY US TO BE USED, AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING ANY TAX PENALTIES IMPOSED BY THE INTERNAL REVENUE SERVICE, OR FOR PROMOTING, MARKETING OR RECOMMENDING ANY TAX RELATED MATTERS ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER.  IF YOU ARE NOT THE NAMED RECEIVER, OR THE PERSON RESPONSIBLE FOR DELIVERING THIS E-MAIL MESSAGE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS E-MAIL MESSAGE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY BY TELEPHONE AT (203) 330-2000, AND DESTROY THE ORIGINAL MESSAGE.  WE WILL REIMBURSE YOUR TELEPHONE EXPENSE FOR DOING SO.  THANK YOU.

**Calafiore, Valeria (Litigation_Dispute Resolution-NY)**

| | |
|---|---|
| **From:** | Robinson, Richard C. [rrobinson@pullcom.com] |
| **Sent:** | Monday, August 04, 2008 10:51 AM |
| **To:** | Calafiore, Valeria (Litigation & Dispute Resolution-NY) |
| **Cc:** | Collyer, Christine; Larry Sussman |

I left you a voice mail - we will do 9 months COBRA (the max is 18). I'm assuming we have a deal and will not fly to Florida unless I hear from you otherwise. I have to go to court - I'm late to meet the client. E-mail Christine Collyer, who will e-mail another associate of mine whm I'm taking to court now. Or leave a voice mail - or just let me know one way or another.

**Richard C. Robinson**
Attorney

**PULLMAN & COMLEY, LLC**
**ATTORNEYS AT LAW**

90 State House Square
Hartford, CT   06103-3702
p  860 541 3333   f  860 424 4370
rrobinson@pullcom.com   •   www.pullcom.com

**V-card** • **Bio** • **Directions**

BRIDGEPORT   HARTFORD   STAMFORD   WESTPORT   WHITE PLAINS

CIRCULAR 230 NOTICE:  IRS RULES OF PRACTICE REQUIRE US TO INFORM YOU THAT ANY ADVICE IN THIS CORRESPONDENCE CONCERNING A FEDERAL TAX ISSUE IS NOT INTENDED OR WRITTEN BY US TO BE USED, AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING ANY TAX PENALTIES IMPOSED BY THE INTERNAL REVENUE SERVICE, OR FOR PROMOTING, MARKETING OR RECOMMENDING ANY TAX RELATED MATTERS ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER.  IF YOU ARE NOT THE NAMED RECEIVER, OR THE PERSON RESPONSIBLE FOR DELIVERING THIS E-MAIL MESSAGE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS E-MAIL MESSAGE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY BY TELEPHONE AT (203) 330-2000, AND DESTROY THE ORIGINAL MESSAGE.  WE WILL REIMBURSE YOUR TELEPHONE EXPENSE FOR DOING SO.  THANK YOU.