UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>Plaintiffs,<br>v.<br><br>BEAUTY ENTERPRISES, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) 3:01CV00378 (AHN)<br>) August 25, 2008<br>)<br>)<br>) |

**PLAINTIFFS-INTERVENORS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE*.**

# EXHIBIT 5

NYA902457.1

**Calafiore, Valeria (Litigation _Dispute Resolution-NY)**

| | |
|---|---|
| **From:** | Calafiore, Valeria (Litigation & Dispute Resolution-NY) |
| **Sent:** | Monday, August 04, 2008 6:54 PM |
| **To:** | 'rrobinson@pullcom.com'; 'JEFFREY.BURSTEIN@EEOC.GOV' |
| **Cc:** | 'larry@beautyent.net' |
| **Subject:** | Re: |

I have never confirmed any settlement to you at all.  I told you I needed to speak to Eva after your last offer this morning at 10:40.  I called you back repeating again to you that I was on my way to Florida, in fact you heard the last call for my flight to Florida, and that we were going forward with the depositions.  I also told you that after we finish the depositions I will be able to resume looking at whatever changes you wanted to make to the settlement agreements I sent you over the weekend.  I also repeated to you numerous times that I needed signed agreements in order to cancel these depositions.  You made me spend a lot of money moving my flight in the hopes that you could get me a signed agreement before the weekend, so your representation below seems quite disingeneous.

Our deposition will start tomorrow at 10:30 sharp as planned.


----- Original Message -----
From: Robinson, Richard C. <rrobinson@pullcom.com>
To: Calafiore, Valeria (Litigation & Dispute Resolution-NY); JEFFREY BURSTEIN <JEFFREY.BURSTEIN@EEOC.GOV>
Cc: Larry Sussman <larry@beautyent.net>
Sent: Mon Aug 04 18:03:37 2008
Subject:

It's 5:53 p.m.  Valeria, I assumed the e-mail I sent to you just before 11 this morning is correct and that the matter is settled as between our clients.  It would have been nice of you simply to confirm this or to respond to our numerous attempts to get to you to confirm that my assumption is correct.  I'm not going to Florida tonight under these circumstances.  There is no need for me to incur the expense or to travel until 1 in the morning for nothing.  In an abundance of caution, I got the best flight I could get for the next day - tomorrow morning.  Unfortunately, it isn't direct.  It's a Southwest flight that leaves Hartford at 6:45.  It goes to Orlando.  We don't get into Fort Lauderdale until noon.  I don't want to take this flight either, since I believe we've settled.  (Jeff, if I don't settle with you, we'll do these depositions ourselves in the next few weeks.)  Valeria - I'm going home.  I'll be in my car with the cell 860 - 729-4307.  Then I'll be home - 860 521 7407.  If I do not hear from you tonight, I'm taking your silence as evidencing that we've settled - and I'm not going to fly down tomorrow.  Jeff, if I hear from Valeria, I'll call you on your cell.

_____

Richard C. Robinson
Attorney

PULLMAN & COMLEY, LLC
ATTORNEYS AT LAW

90 State House Square
Hartford, CT   06103-3702
p  860 541 3333    f  860 424 4370
rrobinson@pullcom.com <mailto:rrobinson@pullcom.com>     •     www.pullcom.com <http://www.pullcom.com/>

V-card <http://www.pullcom.com/vcf/182.vcf>   •   Bio <http://www.pullcom.com/attorney.asp?langdisp=&key=182>   •   Directions <http://www.pullcom.com/locations.asp>

BRIDGEPORT       HARTFORD       STAMFORD       WESTPORT       WHITE PLAINS

_____

CIRCULAR 230 NOTICE:  IRS RULES OF PRACTICE REQUIRE US TO INFORM YOU THAT ANY ADVICE IN THIS CORRESPONDENCE CONCERNING A FEDERAL TAX ISSUE IS NOT INTENDED OR WRITTEN BY US TO BE USED, AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING ANY TAX PENALTIES IMPOSED BY THE INTERNAL REVENUE SERVICE, OR FOR PROMOTING, MARKETING OR RECOMMENDING ANY TAX RELATED MATTERS ADDRESSED HEREIN.

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER.  IF YOU ARE NOT THE NAMED RECEIVER, OR THE PERSON RESPONSIBLE FOR DELIVERING THIS E-MAIL MESSAGE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS E-MAIL MESSAGE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED.   IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY BY TELEPHONE AT (203) 330-2000, AND DESTROY THE ORIGINAL MESSAGE.   WE WILL REIMBURSE YOUR TELEPHONE EXPENSE FOR DOING SO.   THANK YOU.