# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 3:01CV00378 (AHN) |
| BEAUTY ENTERPRISES, INC., et al. | ) ) | August 25, 2008 |
| Defendants. | ) ) ) | |

## PLAINTIFFS-INTERVENORS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE*.

# EXHIBIT 6

NYA902457.1

```
1     UNITED STATES DISTRICT COURT   )
      DISTRICT OF CONNECTICUT      )
2                                  )
3     EQUAL EMPLOYMENT OPPORTUNITY  )
4     COMMISSION, et al.          )
5            Plaintiffs.    )
6     v.            ) 3:01CV00378(AHN)
7     BEAUTY ENTERPRISES, INC., et al.) July 18, 2008
8            Defendants    )
9     _____/
10
11            401 E. Las Olas Boulevard
              Ft. Lauderdale, Florida
12            August 5, 2008
              11:00 a.m.
13
14
15
16        DEPOSITION OF SHERRY LAWRENCE-BAKER
17
18    Taken before KATHY BERMAN, Notary Public for the
19    State of Florida at Large, pursuant to Notice
20    of taking deposition.
21
22
23
24
```

- 3

```
1            INDEX
2     WITNESS: SHERRY BAKER-LAWRENCE
3     DIRECT EXAMINATION
4     BY VALERIA CALAFIORE PAGE 4
5     CROSS EXAMINATION
6     BY MR. BURSTEIN     NONE
7     PLAINTIFF-INTERVENORS EXHIBITS
8     EXHIBIT 1  PAGE 14
9     EXHIBIT 2  PAGE 14
10    EXHIBIT 3  PAGE 16
11    EXHIBIT 4  PAGE 17
12    EXHIBIT 5  PAGE 19
13    EXHIBIT 6  PAGE 21
14    EXHIBIT 7  PAGE 25
15    EXHIBIT 8  PAGE 42
16    EXHIBIT 9  PAGE 46
17    EXHIBIT 10 PAGE 48
18
19
20
21
22
23
24
```

2

```
1     APPEARANCES:
2
3     VALERIA CALAFIORE, ESQUIRE
      CLIFFORD CHANCE, US LLP
4     31 WEST 52ND STREET
      NEW YORK, NEW YORK
5     ON BEHALF OF PLAINTIFF-INTERVENORS
6
7     EDMUND ARONONOWITZ, ESQUIRE
      CLIFFORD CHANCE, US LLP
8     51 WEST 52ND STREET
      NEW YORK, NEW YORK
9     ON BEHALF OF PLAINTIFF-INTERVENORS
10
11    JEFFREY BURSTEIN, ESQUIRE
      EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
12    ONE NEWARK CENTER, 21ST FLOOR
      NEWARK, NEW JERSEY
13    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
14
15    VIDEOGRAPHER: TOM CHERRON (CUSTOM VIDEO)
16
17
18
19
20
21
22
23
24
```

4

```
1         THE VIDEOGRAPHER:  Today is August 5, 2008
2     The time is approximately 11 a.m. We are at 401 East
3     Las Olas Boulevard to video tape the deposition of
4     Sherry Baker-Lawrence in the case styled Equal
5     Employment Opportunity Commission versus Beauty
6     Enterprises, et al, Case Number 01-CV378.
7         The court reporter is Kathy Berman. My name
8     is Tom Cherron. I'm with Custom Video.
9         Counsel now please state their appearance for
10    the Record.
11        MR. ARONOWITZ:  Edmund Aronowitz, Clifford
12    Chance US LLP.
13        MS. CALAFIORE:  Valeria Calafiore, Clifford
14    Chance US LLP here representing Plaintiff-Intervenors
15    in the case styled EEOC v BEAUTY ENTERPRISES, pending
16    in the United States District Court for the District
17    of Connecticut, 01-378.
18        MR. BURSTEIN:  Jeffrey Burstein. Trial
19    attorney, Equal Employment Opportunity Commission.
20        THE VIDEOGRAPHER:  The court reporter will
21    now swear in the witness.
22     Thereupon:
23        SHERRY BAKER LAWRENCE
24    was called as a witness and having first sworn
```

5

1  or affirmed was examined and testified as follows:

2      MS. CALAFIORE:  Before we begin, just for

3  the Record, there will be no stipulations in this

4  case.  This is a trial deposition of a non party

5  witness conducted pursuant to Court Order and a

6  subpoena issued by Plaintiff-intervenors to

7  Miss Sherry Baker-Lawrence.

8      All the objections will be stated on the

9  Record.

10  BY MS. CALAFIORE:

11      Q  Good morning.  How are you doing today?

12      A  I'm a little nervous.

13      Q  Can you please state your name for the

14  Record.

15      A  Sherry Baker-Lawrence.

16      Q  Do you mind if I call you Sherry?

17      A  No.

18      Q  As you know, Sherry, we represent the

19  Plaintiff Intervenors in the case that I just

20  mentioned a few minutes ago.  It's an employment

21  discrimination lawsuit pending in the District of

22  Connecticut.

23      I'm going to be asking you some questions

24  today.  There is no right or wrong answer.  You have

6

1  to state what you know.  If there are any objections

2  by any of the lawyers present, please wait until the

3  lawyer is done making his objection and then you can

4  proceed to answer the question.

5      If you don't understand the question,

6  please let me know.  I'm happy to rephrase it.

7      Sherry, is there any reason why you would

8  not be able to testify truthfully today?

9      A  No.

10      Q  I understand that you had some concerns

11  about testifying today. Is that correct?

12      A  Yes.

13      Q  Can you tell me what your concerns were?

14      A  I'm afraid of Mr. Cohen and his actions.

15  We have another suit that's pending and I don't know

16  if his attorneys in Connecticut plan on suing me or

17  co-mingling with his personal attorneys to continue

18  to cause me a disadvantage.

19      Q  Sherry, do you understand that you are here

20  pursuant to a Court Order and a subpoena today?

21      A  Yes.

22      Q  And do you understand that despite your

23  concerns, you're here to tell the truth?

24      A  Yes.

7

1      Q  And do you think you will be able to do so?

2      A  Yes.

3      Q  Sherry, can you tell me where you were

4  born?

5      A  Lacrosse, Wisconsin.

6      Q  How old are you?

7      A  Fifty seven.

8      Q  Do you have any family members?

9      A  I have a son and two grandchildren.

10      Q  And where do you live, Sherry?

11      A  I live in Aventura.

12      Q  Is that in Florida?

13      A  Oh, I'm sorry.  Yes, it's Aventura,

14  Florida.

15      Q  Okay. Have you always lived there?

16      A  No.

17      Q  How long have you lived in Aventura?

18      A  Three years, I believe. Since about June,

19  2006, June, July of 2006.

20      Q  And where did you live before coming to

21  Aventura?

22      A  Seattle, Washington.

23      Q  How come you moved to Aventura at some

24  point in 2006?

8

1      A  Mr. Cohen made a very convincing six month

2  case that I should live with him.

3      Q  You mentioned Mr. Cohen a few minutes ago.

4  Can you tell me who it is, please?

5      A  Well according to where we began, he said

6  we were life mates.  And we lived together.  And so

7  we were supposed to spend the rest of our lives

8  together.

9      Q  I'm sorry. Is Mr. Cohen the owner of Beauty

10  Enterprises?

11      A  Yes.

12      Q  And do you know that Beauty Enterprises is

13  the defendant in this case?

14      A  Yes.

15      MS. CALAFIORE:  If you don't mind, I'm just

16  going to refer to Beauty Enterprises as Beauty

17  throughout the deposition.

18      THE WITNESS:  Okay.

19  BY MS. CALAFIORE:

20      Q  So let's go back for a second to when you

21  first moved.  How did you first meet Mr. Cohen?

22      A  We met on an on-line dating site.

23      Q  Okay. When was that?

24      A  March of 2006.

9

1    Q    And what happened after you met him?
2    A    First we began talking and then he called
3    me and said he wanted me to come out and I said
4    okay.
5    Q    Come out where?
6    A    Out to Florida.  And so I said, yeah, I'd
7    like to meet you and he said, I'll tell you what, if
8    you buy your ticket, I'll reimburse you when you get
9    here and I said that sounds fair.  And so I bought a
10   ticket for about a week later and --
11   Q    That's in March of '06?
12   A    Yes.  And then I got a call on a Friday
13   night and it was pretty hyper and he said, "I want
14   you out here. I want you out here now. I don't care
15   what it takes.  Tell me who to call.  Tell what to
16   do." And so he arranged for a ticket which was kind
17   of a convoluted flight because I had to take a car
18   four hours to Oregon to catch a flight that was
19   going out. He just was adamant about wanting me out
20   there.
21   Q    And did your relationship continue with Mr.
22   Cohen after that date?
23   A    Yes, absolutely.
24   Q    And did there come a time when you then

10

1    moved to the east coast?
2    A    After much consideration, a lot of
3    discussion because I was having to give up so much.
4    He said, "You know I'm responsible for you. You're
5    my life mate."
6    Q    What happened then?
7    A    So then I explained that I was in school.
8    I had just finished my prerequisites for nursing.
9    And I said, "You know I can't go back if we don't
10   work out because you have to go back and re-take
11   classes and everything." And then we had a small
12   company, a real estate investment company and so he
13   said that he was -- "Sherry, I'll take care of you,
14   whatever it takes."
15   Q    So what happened?  What did you do after he
16   said that?
17   A    I was going back and forth between
18   Seattle -- He was buying me tickets to go back and
19   forth between Seattle and Miami and then Seattle and
20   Connecticut.
21   Q    Why in Connecticut?
22   A    Because he also has a home up there. His
23   primary home is up there.
24   Q    Is that in Hartford?

11

1    A    It's in Glastonbury, Connecticut.
2    Q    Okay.
3    A    And --
4    Q    So what happened?  You were going back and
5    forth. When did you move permanently to the east
6    coast, if at all?
7    A    I'm a little unsure on the dates.
8    Q    Approximately is fine.
9    A    July, August, I believe.
10   Q    And was that a permanent move?
11   A    Yes.
12   Q    And where did you move to?
13   A    A combination of Williams Island and
14   Connecticut sharing both homes. He moved all of my
15   --
16   Q    I'm sorry. Sharing both homes of Mr. Cohen.
17   A    Mr. Cohen, yes.
18   Q    Can you tell me about each home?  Where was
19   the first home?
20   A    His primary home is at 64 Crossroads Lane
21   in Glastonbury. And so some of my belongings were
22   sent from Seattle to Connecticut --
23   Q    Okay.
24   A    -- including my car.

12

1    Q    All right. And where was the second home?
2    A    The second home was on Williams Island in
3    Aventura.
4    Q    All right. And when you first moved to
5    Connecticut on or about July or August, 2006 --
6    A    Uh-huh.
7    Q    -- did you obtain employment there?
8    A    Well, I can't say that I obtained
9    employment.  Art was my hobby. Mr. Cohen said that
10   because I needed health insurance.  I had been
11   paying through this real estate company insurance
12   and so he didn't want me to have the expenses so he
13   said that he was putting me on the Beauty Enterprise
14   payroll so I could get insurance.
15   Q    All right.  And before I move on to that, I
16   just want to be clear. Did you move in with Mr.
17   Cohen?
18   A    Yes.
19   Q    So you lived with him in Connecticut?
20   A    Yes.  I gave up -- In Connecticut and
21   Miami.  We'd go back and forth.
22   Q    And was there anyone else living with you
23   and him?
24   A    No.

13

1    Q    And how long did you live with him?

2    A    Until December of last year.

3    Q    All right.  So at some point Mr. Cohen

4    tells you that he wants to put you on Beauty's

5    payroll.  Can you explain that to me, please?

6    A    Well all I know he was going to give me

7    cash.  He decided $2500 a month, plus he said in

8    addition he'd buy clothes and other things that went

9    along with that out of his own pocket.  And then he

10    said by putting me on the payroll, I would get my

11    insurance and benefits and things like when I fly

12    back to see my son and grandkids, he would -- The

13    company would make arrangements for a car and I'd

14    have a gas card and car insurance.

15    Q    When you first were put on the payroll did

16    you have to fill out an employment application for

17    Beauty Enterprises?

18    A    You know, I don't remember.  Oh, an

19    application, no.

20    Q    Were you ever asked to sign any employment

21    policy that Beauty Enterprises had?

22    A    No.  I never saw one I don't believe.

23        MS. CALAFIORE:  I'm going to show you a

24    document that I would ask that it be marked as

14

1    Plaintiff's Exhibit 1.

2    (Thereupon the document was marked

3     as Plaintiffs Exhibit 1 for

4     Identification after which the following

5     proceedings were had:)

6    BY MS. CALAFIORE:

7    Q    Sherry, have you ever seen this document?

8    A    Never.

9    Q    It's an addendum to an employment

10    application for Beauty Enterprises.

11    A    No, this is the first time I've seen it.

12    Q    So you were never asked to sign anything

13    like that?

14    A    No.

15    Q    Can you tell me what your salary was for

16    2005 if you remember?

17    A    2005 --

18    Q    I'm sorry, 2006.

19    A    2006.  I would have to look at my -- What

20    do you call it, a W-2?

21    Q    A W-2?

22    A    Yes.

23        MS. CALAFIORE:  Can we mark this as

24    Plaintiff's Exhibit Number 2.

15

1    (Thereupon the document was marked

2    as Plaintiff's Exhibit Number 2 for

3    Identification after which the following

4    proceedings were had:)

5    BY MS. CALAFIORE:

6    Q    Sherry, do you recognize this document?

7    A    Yes.

8    Q    Can you tell me what this is?

9    A    It's a W-2 form from Beauty Enterprises.

10    Q    Is that your form?

11    A    Yes.

12    Q    Okay.  For which year is this form?

13    A    2006, I believe.

14    Q    And can you tell me what your regular wages

15    were for the year 2006 after looking at this form?

16    A    According to this form, it says wages, tips

17    and compensation, $5,442.45.

18    Q    And the employment -- I'm sorry -- The

19    employer's name is Beauty Enterprises, Inc. at 150

20    Middle Street, Hartford, Connecticut?

21    A    Yes.  And it's interesting because they

22    have my name, Sherry Baker-Lawrence, but they have

23    my address as 150 Meadow Street, Hartford,

24    Connecticut also.

16

1    Q    And is that incorrect?

2    A    Well, my address was 64 Glastonbury -- the

3    64 Crossroads Lane.

4    Q    Are the wages reflected on the W-2 form

5    correct?

6    A    Yes, I assume.

7    Q    Did you receive this money?

8    A    Yes, yes.

9    Q    Okay.

10    A    It was an automatic deposit every week into

11    my bank account.

12        MS. CALAFIORE:  Let me show you another

13    document that I'd ask it be marked as Plaintiff's

14    Exhibit 3.

15    (Thereupon the document was marked

16    as Plaintiffs Exhibit 3 for

17     Identification after which the following

18     proceedings were had:)

19    BY MS. CALAFIORE:

20    Q    Can you tell me what this is, Sherry?

21    A    My W-2 wage and tax statement for 2007.

22    Q    And what were your wages for the year 2007

23    at Beauty Enterprises?

24    A    $22,079.25.

17

1    Q   Now if you look a little bit up from there,
2  there is another figure that says regular wages for
3  2007, $23,850. Is that accurate?  It's up here
4  (indicating).  Let the Record I'm pointing to the
5  upper portion of the document.
6    A   Oh, you know, I'm not an expert so I don't
7  know which one -- I don't know what the difference
8  is.
9    Q   Okay.  But you received this money from
10  Beauty Enterprises during the year 2007?
11    A   Yes.
12    Q   All right. And were you also receiving
13  benefits from Beauty Enterprises?
14    A   Yes.
15    Q   What kind of benefits were you receiving?
16    A   Life, health, dental insurance and driving
17  a company car.  Bob didn't want me to drive my own.
18  He put it in storage.  And gas for the car,
19  insurance for the car.
20      MS. CALAFIORE:  Okay.  I'm going to show
21  you a document that I'd ask it be marked as
22  Plaintiff's Exhibit 4.
23  (Thereupon the document was marked
24  as Plaintiffs Exhibit 4 for

18

1    Identification after which the following
2    proceedings were had:)
3  BY MS. CALAFIORE:
4    Q   Do you recognize this document, Sherry?
5    A   Each week I would get -- Well, Bob was
6  given envelopes with how much was paid into my bank
7  account, the direct deposit. And this is one, a
8  copy. It says, "This is not a check." And it is for
9  payroll for that week.
10    Q   Which week?
11    A   This one was 12/11/2007.
12    Q   Okay.
13    A   And it documents my earnings, deductions
14  and withholdings.
15    Q   All right. And you were talking about
16  benefits before.  This document also lists a car
17  allowance.  Do you see that?
18    A   Yes, I do.
19    Q   Can you tell me what that is?
20    A   I have no clue.
21    Q   Were you not getting that money?
22    A   You know what, I don't know, I don't know.
23  It was the same amount each week, I think.  I
24  thought it was $400 a week that I would be given.

19

1    Q   In your bank account?
2    A   Uh-uh.  I'm not really sure but, no, I
3  don't know anything abut a car allowance.
4    Q   And do you know about these parking tickets
5  that were getting paid for by the company?
6    A   No, not a clue.
7    Q   So you don't know if you were receiving
8  this money to your bank account?
9    A   No.
10    Q   Is it possible that you were?
11    A   Well, yes, because I would write checks off
12  of it so these were the only deposits being made
13  unless Bob gave me side cash.
14    Q   But the bank account was in your name --
15    A   Yes.
16    Q   -- personally?
17    A   Yes.
18      MS. CALAFIORE:  And let me show you what
19  I'd ask that it be marked as Plaintiff's Exhibit 5.
20  (Thereupon the document was marked
21  as Plaintiffs Exhibit 5 for
22  Identification after which the following
23  proceedings were had:)
24  BY MS. CALAFIORE:

20

1    Q   Do you recognize that document, Sherry?
2    A   Yes.  This was a Visa that I was given that
3  I could use.
4    Q   Given by whom?
5    A   It was given to me by Mr. Cohen.
6    Q   And was that in the name of Beauty
7  Enterprises?
8    A   Yeah. It was issued to me, Sherry
9  Baker-Lawrence, and then under it says Beauty
10  Enterprises, Inc.
11    Q   And was that for your personal use?
12    A   It was -- I don't remember specifically
13  what I used it for but it was available for me to
14  use it any time.
15    Q   Okay.  Now after you were placed on the
16  payroll and received all these benefits, did you
17  ever have any position or any job at all at Beauty
18  Enterprises?
19    A   Not that I'm aware of.  There was a time
20  that I was given a business card.
21    Q   When was that?
22    A   There was a Las Vegas show and I don't
23  remember where it was but I would go to, you know,
24  like Las Vegas with Bob and the other executives.

21

```
1    Q   For work?
2    A   They had a show where they'd go around and
3   look at exhibitors.
4    Q   With Beauty Enterprises?
5    A   Yes.  And so we'd fly out there and
6   sometimes I would join them and sometimes not and so
7   he said -- You know, he made up four or five cards
8   and said, "You know, in case you have trouble
9   getting in, just show this."
10        MS. CALAFIORE:  Let me show you what I'd
11   ask that it be marked as Plaintiff's Exhibit 6.
12        (Thereupon the document was marked
13    as Plaintiff's Exhibit 6.
14   BY MS. CALAFIORE:
15    Q   Sherry, do you recognize this document?
16    A   Yes.  This is a copy of the cards he had
17   made up for the Las Vegas show.
18    Q   Is this the business card that you just
19   mentioned?
20    A   Yes.
21    Q   And what title were you given on this
22   business card?
23    A   Assistant Advertising Coordinator.
24    Q   Did you ever have that job?
```

22

```
1    A   No.  I don't even know what it would mean.
2    Q   Did you ask Mr. Cohen why he was printing
3   you business cards with that title?
4    A   I kind of laughed.  I said, "Oh, I'm an
5   assistant advertising coordinator." He said, I
6   didn't know what I should put down so I just --"
7   "That sounded like a good one."
8    Q   What was the reason for him printing your
9   business card?
10    A   He said in case we weren't together going
11   into the show, if I had trouble getting into the
12   show, just to show this business card.
13    Q   I see.
14    A   And then when I got there, I didn't have to
15   show the business card but they gave me a Beauty
16   Enterprises thing to wear around your neck but I did
17   it with him so I didn't need to show the card.
18    Q   I see.  When you lived in Hartford -- I'm
19   sorry, in Connecticut, in Gastonbury, when you were
20   first put on the payroll of Beauty Enterprises, did
21   you ever go and visit Beauty's facilities?
22    A   Oh, I was in -- I'd explore.  I'd ride on
23   the carts, you know, I'd say hi to people in the
24   warehouse.
```

23

```
1    Q   Where were the facilities in Connecticut?
2    A   Well Beauty Enterprises is on Meadow Street
3   and then behind Beauty Enterprises, they have all
4   these warehouses and, you know, different things
5   that go clear back to Elliot Street.  And so I would
6   do my art -- I have a hobby of art -- in a
7   warehouse.
8    Q   What kind of art, painting?
9    A   Painting, yes.  And so to get there, I'd
10   either drive through -- For example, at lunch time,
11   I'd go meet Bob and if he didn't pick me up, I'd
12   drive down and then go in through the warehouse to
13   get to his office and if he was busy, I'd go talk to
14   people.
15    Q   So how often would you go to the warehouse
16   in Hartford?
17    A   For the first -- It began where Bob said
18   that part of the deal of me coming out here was he
19   would buy my art supplies so I'd have something to
20   be doing and so I would go every day.  I'd be there
21   before Bob was even out of bed.  And sometimes I
22   would open up the warehouse.  I had the code and the
23   keys and all that kind of a thing.  And so I'd go in
24   and be painting before anyone else got up,
```

24

```
1   however -- And I don't remember what period of time
2   he stopped paying for my art so I didn't have any
3   supplies to be able to paint so I started staying
4   home more.
5    Q   So you mentioned you had a place in one of
6   the warehouses where you would do your art?
7    A   Right.
8    Q   Sort of like a studio?
9    A   Yes.
10    Q   And was that within one of the warehouses?
11    A   Yes.  It was right above -- They have a
12   little outlet store in this area, in this warehouse
13   (indicating).  That's where my car was stored.  And
14   it also was -- They had all these returns, I
15   believe, from stores where all I know they were
16   washing and cleaning the products and then they'd
17   put it in this little store front so it was
18   explained to me that people could come in and buy it
19   for like $25 for the whole box of beauty supplies.
20    Q   So there were other people working in that
21   warehouse?
22    A   Downstairs.  Nobody came upstairs.  And
23   there were all files, old files and everything on
24   the extension of my floor.
```

25

1    Q   So were you alone in the place that you
2   were doing your art?
3     A   I was because it also included a loft. I
4   could hear people that were downstairs so I'd go
5   down and say hi to Mary or the manager.
6     Q   Mary who?
7     A   I don't know her last name. She's worked
8   there a long time. I'd recognize it. I think it's an
9   Irish name.
10    Q   Mobley?  Would it be Mary Mobley?
11    A   I believe so.
12    Q   And was that warehouse on Elliot Street?
13    A   Yes.
14      MS. CALAFIORE:  I'm going to show you a
15   document that I'd ask be marked as Plaintitt's Exhibit
16   7.
17   (Thereupon the document was marked
18    as Plaintiffs Exhibit 7 for
19    Identification after which the following
20    proceedings were had:)
21   BY MS. CALAFIORE:
22    Q   Sherry, do you recognize this document?
23    A   You know, I would say that this is Meadow
24   Street.

26

1    Q   I'm sorry. Before we go there, let me just
2   make sure. Does this represent a fair and accurate
3   depiction of Beauty's facilities in Hartford
4   Connecticut to the best of your knowledge?
5     A   I don't think so.
6     Q   Okay.
7     A   The reason why -- I think and I may be
8   mistaken but this (indicating) appears to be the
9   front half. Again, I may be mistaken but I think
10   there's a fence here (indicating) and then there's a
11   block named Elliot.
12    Q   Let the Record reflect that the witness is
13   pointing to the left side of the document which is
14   marked with the Bates Number BEI0050 and pointing to
15   that side as having a fence.  Is that correct,
16   Sherry?
17    A   Again, I'm not really clear. I'm trying to
18   think.
19    Q   That's fine. Was your art studio anywhere
20   on this map?
21    A   I don't believe so.
22    Q   Okay. So you mentioned to access your art
23   studio at Beauty's warehouse on Elliot Street that
24   you would have to go through a place where there

27

1   were people.  Did I understand correctly?
2     A   Well, did you mean driving or walking?
3     Q   Walking.
4     A   When I walk in, if I were there first, I go
5   into the actual warehouse, turn on the lights and
6   enter the code to turn off the alarm and then I
7   would go out of the warehouse and go into the small
8   showroom and unlock that door and so if I were there
9   early, no one would be there yet, however if I came
10   in at a different time. I had a choice. I could
11   either go through and say hello to -- normally to
12   Mary.
13    Q   Who else was there working with Mary?
14    A   There were a couple of -- Sometimes a few
15   other women and the manager of the warehouse, I
16   believe he was.
17    Q   And do you know where the other employees
18   were from?
19    A   No.
20    Q   Could you tell where they were from?
21    A   No.
22    Q   So were you free to come and go at your
23   pleasure --
24    A   Yes.

28

1    Q   -- inside Beauty facilities?
2     A   Yes. One time I was mad at Bob and went
3   down at 1 in the morning.
4     Q   Sherry, did there come a time that you
5   learned of this litigation?
6     A   I learned of it when I was still living in
7   Seattle.
8     Q   I'm sorry.  When was that?
9     A   When I was still living in Seattle.
10    Q   And how did you learn of this litigation
11   when you were still living in Seattle?
12    A   Bob and I talked frequently a lot so we
13   were telling each other about the days and
14   everything.  He explained that he was in a lawsuit,
15   there were some Puerto Ricans that were causing him
16   a problem and he told me about the case, and, you
17   know, defended his stance, they should speak English
18   only and all that type of thing, and so he told me
19   about EEOC and Beauty Enterprises.  And so being
20   curious and being a student I went on-line, looked
21   it up, found it, in I think it was Berkeley Law
22   school, some California law school where they were
23   discussing it as a precedent and so I took that web
24   page and sent it to him and he told me he showed it

29

1    to a bunch of people, they weren't aware of that, so
2    I learned about it.
3        Q   Now just to be clear, is Bob, Mr. Cohen,
4    the owner of Beauty Enterprises?
5        A   Yes, I'm sorry.  When I say Bob, that's who
6    I mean.
7        Q   Okay.  And when you showed him that web
8    page, did he say anything to you?
9        A   No.  He sounded joyous and impressed.  And
10   the way that he said it to me was, oh, yeah, I'm
11   going to send this to the attorney and I don't think
12   they even know about it so he was like a little kid
13   being excited.
14       Q   And why was he so excited?
15       A   I guess because it was presenting as a
16   precedent setting case.
17       Q   Can you tell me what that means in your
18   words?
19       A   In my words it's something that depending
20   on how -- This is just the way I interpret it.  If
21   something, depending on the outcome of this, is that
22   -- If for an example English only is able to be
23   enforced because of this ruling, it means that other
24   companies can use this particular ruling and the

30

1    laws and all that kind of stuff that come out of it
2    to enforce that in other places.
3        Q   And what, if anything, did Mr. Cohen tell
4    you about this English only rule at his company?
5        A   I'm sorry. What was the question?
6        Q   Did Mr. Cohen tell you to whom this English
7    only rule applied at his company?
8        A   To the Puerto Ricans, yes.
9        Q   He just said the Puerto Ricans?
10       A   Yes.
11       Q   And were you surprised?
12       A   You know, I didn't know that much about it.
13   I guess I'm kind of naive in things but I would just
14   listen.
15       Q   And throughout your time with Mr. Cohen,
16   has he said any other things about Puerto Ricans?
17       A   Yes, on various occasions. One day I had
18   gone over to his office for lunch -- I don't
19   remember if it was lunch or after work.  We were
20   going in the same car. We were going in his car and
21   so we were leaving and as we were leaving, there was
22   a grayish van that came up and he said -- Do I have
23   to say the word?
24       Q   Yes.

31

1        A   He said, "Look at that Fuckin' Puerto Rican
2    on my property."
3        Q   And why would he say that?
4        A   Well, he didn't like -- Oh, that he was
5    there to pick up his wife.
6        Q   Why would he say fucking Puerto Rican?
7        A   He would refer to them, to the Puerto Rican
8    that he would reference in -- I'm trying to think if
9    he ever said anything positive.  It was typically
10   derogatory.
11       Q   Was there any particular reason why he
12   didn't like Puerto Ricans to your knowledge?
13       A   He said that they were causing him problems
14   at work, they come to this country expecting things
15   for nothing, that they just want to be here for a
16   hand out, he doesn't know why they want to work for
17   him any way.
18       Q   And was that because of this lawsuit?
19       A   I don't know because I didn't know him
20   before the lawsuit.
21       Q   I understand.
22       A   But I do know if he doesn't like someone,
23   he will go to the ends of the earth to destroy them.
24       Q   But when he talked about this lawsuit, did

32

1    he tell you who the plaintiffs were?
2        A   Puerto Ricans.
3        Q   How often would you talk to Mr. Cohen about
4    this case, this litigation against his company?
5        A   You know, if something happened that was
6    eventful, and I don't know if he told me everything,
7    I have no way of knowing that, but if there was
8    something eventful or in social circles, he would
9    brag about it.  An example was he talked to me about
10   it when a settlement was reached.
11       Q   When was that?
12       A   I don't remember the date.  I believe it
13   was last year some time.
14       Q   So that would be 2007?
15       A   Yes, but again, I'm not sure of the date.
16       Q   Okay.
17       A   A settlement being made.
18       Q   In this case?
19       A   Yes.  And then he talked about it as far as
20   delaying it, that his attorney said it would be
21   better if there was an appeal because it would be
22   delayed which would be in their favor.  He talked
23   about --
24       Q   Meaning in Beauty's favor?

33

1    A   Yeah. He talked about -- You know, he'd do
2    some things enthusiastically and some things
3    begrudgingly and he would talk about it. Sometimes
4    he would tell me what Rick, his attorney, had told
5    him.
6    Q   About this case?
7    A   Yes. Sometimes, when we were in social
8    groups, and I would say, you know, "Bob's in a big
9    lawsuit," you know, "English speaking," and so he
10   would go into big kind of how much money he spent.
11   He seemed to be really proud that he was approaching
12   a million dollars in expenditures.
13   Q   In this case?
14   A   Yes.
15   Q   And did he say anything about paying the
16   settlement?
17   A   Well, initially it was okay. You know, we
18   talked it over dinner. Initially it was --
19   You know the way the discussion took place, was,
20   "Well we settled today." And I said, "Well that's
21   great. How did it go?" And he said, "Well we won the
22   English, speak English only part." He said, "But we
23   do have to pay them a lump sum." And I said, "Well,
24   Bob, you won what it was that you were wanting to

34

1    do."
2    Q   And did he say anything at any point after
3    that date about paying the individuals, any remarks?
4    A   You know he was bragging about it in social
5    circles and stuff and I don't remember if it was
6    days or weeks. Then all of a sudden he goes, "I'm
7    not going to do it. I'm not going to do it?" They
8    didn't put it in writing so why should I do it?" And
9    "I don't -- Oh, what was it?  He said something
10   about they didn't deserve the money anyway, and, you
11   know, more derogatory remarks.
12   Q   Who's "They"?
13   A   The Puerto Ricans.
14   Q   What kind of derogatory remarks?
15   A   "I don't know why they still want to work
16   here any way and why should I have to pay them?" You
17   know, to me, I just looked at it as another
18   agreement that he made that he broke because that
19   was common in our relationship.
20   Q   Was it common for him to use derogatory
21   remarks against the Puerto Ricans?
22   A   I'd say a good 90 plus percent were
23   derogatory. I mean when he talked about Puerto
24   Ricans, typically it would be qualified.

35

1    Q   Sherry, were you part of Mr. Cohen's
2    business discussions generally?
3    A   Generally, no. Occasionally, you know,
4    like when Larry would come down.
5    Q   Who's Larry?
6    A   Sussman. He works for Bob.
7    Q   At Beauty Enterprises?
8    A   Yeah. And we might all be at the beach,
9    and, you  know, they'd be talking or something.
10   There were occasions.
11   Q   Did he share with you freely stuff about
12   his businesses?
13   A   I do not know how free he was but his
14   presentation was freely.  Mr. Sussman would look
15   nervous sometimes when the topic came up and
16   Mr. Cohen would just keep on talking and so it
17   seemed that Mr. Cohen wasn't so concerned about my
18   not hearing things.
19   Q   And do you know if Mr. Cohen owned another
20   company?
21   A   He told me that he owns Hollywood Beauty.
22   Q   What kind of company is that?
23   A   Hollywood Imports?
24   Q   Is that Hollywood Beauty or Hollywood

36

1    Beauty Imports? Whatever you remember.
2    A   Yeah. I'm trying to remember the label.
3    Hollywood Beauty Imports.  I don't know. I know it's
4    Hollywood.  We just referred to it as Hollywood.
5    Q   And where was this company?
6    A   Initially he showed me the building. It was
7    in the Hollywood bread building right by the circle
8    in Hollywood.
9    Q   In Florida?
10   A   Yes. And they since have moved it to west
11   of 95. I don't know if it's a Hollywood or Miami
12   address.
13   Q   And he said that he owns that company?
14   A   That's what he's told me but I wasn't
15   supposed to let anybody know that.
16   Q   And why is that?
17   A   You know, I never was really clear about
18   that. What he explained to me was he was a
19   distributing company and that there are certain --
20   Q   "He" meaning Beauty Enterprises?
21   A   Yes, so he could distribute products. He
22   also said that there were certain stores, and I
23   don't know, I may be mistaken, like CVS or
24   something, that would only buy from a manufacturer

37

1  and so he said what he did was set up this company,

2  Hollywood, so that they could appear to be

3  manufacturers.  And so -- And I met the people there

4  and, you know, we'd go there.  My art is stored

5  there, but when we went, for an example, to Las

6  Vegas and Hollywood had a booth, I was told not to

7  acknowledge them in too friendly a way.  He didn't

8  want other people to know that he was affiliated

9  with this company.  He told me that he has face

10  people.

11     Q   For the company, for Hollywood Beauty?

12     A   Yeah. And there was a gentleman by the name

13  of Winkler. I remember that he said that he needed

14  to buy him out.  He had to keep his x-girlfriend, he

15  said, on the payroll.

16     Q   Who's x-girlfriend?

17     A   Mr. Cohen's.

18     Q   And what was her name?

19     A   Judy Callisimo, or something like that,

20  because -- until he was finished with this lawsuit

21  or settlement with Winkler.  I knew about that.

22         The first time I met a guy by the name of

23  Todd. It might be Todd Fisher on the beach who was a

24  friend of Larry's. That's the way that he was

38

1  introduced.  He was calling himself "Pres," you

2  know, "I'm your new Pres." And Bob gave him a dirty

3  look and he backed down.  And I think it was maybe

4  because he was there.  I don't know.

5     Q   Do you know if he was supposed to be the

6  new president of Hollywood Beauty?

7     A   It appeared to be from what the

8  conversation was.

9     Q   And do you know whether there was an

10  English only rule at Hollywood Beauty Enterprises?

11     A   I never heard any reference of an English

12  only rule.

13     Q   Can you tell me if you know what Beauty

14  Enterprises sells or distributes?

15     A   Hair and body products for African

16  Americans or ethnic groups that have problem skin

17  and hair.

18     Q   And that's to the best of your knowledge?

19     A   They also have something called Kuza dolls.

20     Q   And what is that?

21     A   I don't know.

22     Q   It's another company?

23     A   I don't know.  I was never interested

24  enough to know where the Kuza dolls fit in, but, you

39

1  know, I would be sitting in the office and he'd say

2  "Well, promote the Kuza dolls."

3     Q   I see. Do you know what Kuza means?

4     A   No.

5     Q   During your time with Mr. Cohen, would you

6  go out with his friends?

7     A   Yes.

8     Q   Did you meet all of his friends?

9     A   I don't know.

10     Q   Did you meet some of his friends?

11     A   Yes.

12     Q   And you met also some of his acquaintances?

13     A   Yes, yes.

14     Q   Would you socialize with other people when

15  you were with him?

16     A   With Mr. Cohen?

17     Q   Yes.

18     A   Oh, yes.

19     Q   Was that common?

20     A   Socializing with friends of his?

21     Q   Yes.

22     A   Yes.

23     Q   Have you made any new friends that were

24  friends of his?

40

1     A   Yes.

2     Q   Can you tell me who they are?  For

3  instance, I mean I don't need a full list.

4     A   Well I have a very good friend.  He tried

5  to -- She lives in the same Crossroad Lane

6  Cul-de-sac and all the time Bob and I were together,

7  he'd cut her down, cut her down.

8     Q   What's her name?

9     A   Her name is Vicki Paulekis.

10     Q   And she lives in Connecticut?

11     A   Yes, in Glastonbury. And anyway -- But I

12  put things together.  They have known each for 22

13  years and I really liked her.  And so every once in

14  a while our paths would cross and we would chat.

15  Well, every Tuesday night Bob had poker at his house

16  so a group of guys would come over and play poker.

17  So I said, we'll I'm going to start a girls' night

18  so I put together a few of the gals that I had met

19  and then I ran into Vicki and I said, "We're doing

20  this girls' night over at Angelo's every Tuesday

21  night, join us." She said, "Oh, I think I'd love

22  to." And we just clicked. I mean we always had

23  clicked. I just kind of wasn't allowed to really be

24  close to her.  And he'd put her down all the time.

41

1    Q    And she's known him for a long time, you
2    said?
3    A    A long, long time, yes.
4    Q    How long?
5    A    Twenty years.  I don't know if it's more.
6    I understand at least twenty.
7    Q    And does Mr. Cohen have a reputation for
8    truthfulness or untruthfulness?
9    A    Well, I've talked to several of his
10   x-girlfriends and not his personal life.
11   Q    Do you know what that reputation is?
12   A    He makes promises and doesn't fulfill them.
13   He's a bit of a con when it comes to his personal
14   life.
15   Q    And do you have an opinion as to his
16   truthfulness?
17   A    You know, it was crazy making.  It was
18   absolutely crazy making.  I began to notice -- It got
19   to a point that I wouldn't ask him a question unless
20   I already knew the answer to find out what his
21   answer would be and then I'd watch his behavior and
22   he'd lie to me and then he'd become angry at me
23   rather than admit that he was in a lie. So I watched
24   this for a considerable period of time.  When we

42

1    were ending in December of last year, I said, "Bob,
2    I just need to know one thing," because it was
3    really heart breaking.
4    Q    You were ending your relationship?
5    A    Yes. I said, "Bob, I need to ask you, "All
6    those times that you lied to me did you know you
7    were lying?" And he said, "Yeah."
8    Q    So given his reputation and your opinion,
9    would you believe him under oath?
10   A    No.
11   Q    Sherry, was there any instance where you
12   noticed that Mr. Cohen did something that wasn't
13   necessarily trustworthy?
14   A    On my goodness, trustworthy, he
15   counterfeits disabled parking permits so he can park
16   in handicapped parking.
17   Q    How do you know that?
18   A    He told me and I have one.
19   MS. CALAFIORE:  Let me show you that I ask
20   that it be marked as Plaintiff's Exhibit 8.
21   (Thereupon the document was marked
22   as Plaintiffs Exhibit 8 for
23   Identification after which the following
24   proceedings were had:)

43

1    BY MS. CALAFIORE:
2    Q    Sherry, I'm showing you what's been marked
3    as Plaintiff's Exhibit Number 8.  Do you recognize
4    this document?
5    A    Yes.
6    Q    Can you tell me what this document is?
7    A    It's a temporary parking permit for not
8    valid beyond January 26, 2008.
9    Q    Just for the Record, this is a two page
10   document that I'm showing you?
11   On the front page it says for Robert H.
12   Cohen, 64 Crossroad Lane, Glastonbury, Connecticut,
13   06033.  And on the second part, he is listed as the
14   applicant.  And date of birth.  And then it's
15   notarized. He's declaring that his ability to walk
16   is temporarily impaired and requires the use of a
17   device as an aid or substitute for walking.
18   Q    Is that his signature to the best of your
19   knowledge?
20   A    Yes.  And then it's notarized by Richard
21   Bailey, who I believe works for him.
22   Q    At Beauty Enterprises?
23   A    Yes.
24   Q    Do you know what he does?

44

1    A    No.
2    Q    And then the date sworn, can you tell me
3    what that is?
4    A    Yes, 10/18/07.
5    MS. CALAFIORE:  Let the Record reflect that
6    the witness is reading from the second page of the
7    exhibit that was marked as Plaintiff's Exhibit 8.
8    BY MS. CALAFIORE:
9    Q    Where did you obtain this document, Sherry?
10   A    Well it's interesting because I first
11   discovered these -- We were in the living room of
12   the Williams Island -- Mr. Cohen's apartment and I
13   was looking for something and I opened up a drawer
14   and there was a whole pile of these. It looked like
15   this, only it's blue -- The original's blue
16   laminated cards and the date would be in red and
17   each one was for another month, different time
18   frames for the following year.  And I said, "Oh, my
19   God, what are these?" And he kind of laughed and he
20   said -- He was kind of proud and he said -- He
21   explained how he had these actually printed up.
22   After his hip surgery, he did have a legitimate.
23   Q    When was the hip surgery?
24   A    I don't know. I contacted DMV and the

45

1    closest I can figure out is it was 1992.  I think
2    I'd have to look at the documents that DMV sent me
3    but he had just a short -- less than six months, I
4    believe, temporary parking permit and he explained
5    to me that he had these printed up and notarized.
6    And he said that he couldn't use them in Connecticut
7    because they'd catch him but he had these in both
8    cars and we'd use them every time we'd park.
9        Q    So were they fake ones?
10       A    According to DMV, yes.
11       Q    To the best of your knowledge, did he show
12   any disability to you that he couldn't walk?
13       A    No. In fact, you know, Connecticut airport
14   has a very long, very, very long to the gate that we
15   would fly out of and he was always way ahead of me
16   walking down there and I'd say, "Slow down, slow
17   down." I've never seen him with anything.
18       Q    And was he bragging about those?
19       A    Well he thought -- He presented it as kind
20   of humorous.  It was kind of -- I don't know if
21   proud is the word but he went into great detail how
22   they had to print them and all that kind of thing.
23       Q    And where were they printed?
24       A    I don't know.

46

1        Q    And did there come a time when you
2    requested the Department of Connecticut -- the
3    Department of Motor Vehicles of Connecticut to
4    verify the validity of these temporary parking
5    permits?
6        A    Yes.
7        MS. CALAFIORE:  Let me show you what I ask
8    to be marked as Plaintiff's Exhibit 9.
9        (Thereupon the document was marked
10       as Plaintiffs Exhibit 9 for
11       Identification after which the following
12       proceedings were had:)
13   BY MS. CALAFIORE:
14       Q    Sherry, can you tell me what Plaintiff's
15   Exhibit 9 is?
16       A    It's two things actually. Number one, first
17   it was a fax that I sent to Connecticut Department
18   of Motor Vehicles on March 11th.
19       Q    Of what year?
20       A    2008.  Asking for verification and validity
21   of temporary parking permit and I wrote: "To whom it
22   may concern. Please advise whether this parking
23   permit, color light blue, laminated-size as is
24   presented in fax was valid and provided by

47

1    Connecticut DOT.  Thank you.  Sherry Lawrence."
2        Q    And did you attach to this fax Plaintiff's
3    Exhibit Number 8?
4        A    Yes.
5        Q    And why did you ask for them to verify this
6    parking permit?
7        A    You know, by the time that Bob and I had
8    broken up, I, for my own sanity, I had to get to the
9    bottom of what was true in our relationship.  You
10   know, I really cared about him. I couldn't figure
11   out what was a con. I couldn't figure out what was
12   real or not real because, you know, actions and
13   words weren't matching and something humorous, it
14   was so convoluted.  I think that part of my sanity
15   was simply to contact people to see what was real in
16   the relationship or him as a person actually.
17       Q    And did the Department of Motor Vehicles
18   write back to you?
19       A    Yes, they did.
20       MS. CALAFIORE:  Let me show you what I
21   would ask that it be marked as Plaintiff's Exhibit
22   Number 10, I believe.
23       (Thereupon the document was marked
24       as Plaintiffs Exhibit 10 for

48

1    Identification after which the following
2    proceedings were had:)
3    BY MS. CALAFIORE:
4        Q    Sherry, can you tell me what this is?
5        A    This is the response that I received.  The
6    DMV sent me back Exhibit 9 and just crossed out from
7    and to and reversed it and they included this
8    (indicating).
9        Q    The DVM of Connecticut?
10       A    Department of Motor Vehicles, State of
11   Connecticut. On March 12th, they said, "In regards
12   to your request of verification and validity of
13   temporary handicap parking permit, the State of
14   Connecticut is no longer issuing these permits,
15   therefore this permit is not valid. Please see the
16   attached computer printouts, issue date and
17   expiration date. No other handicap record found for
18   Robert Cohen." And then if any questions into who to
19   contact. And it was signed by a motor vehicle
20   examiner specialist.
21       The second page was, I'm assuming, the
22   computer printout that this person stated and it
23   said, Handicap Parking Permits Display Screen. This
24   is a fax from DVM. And it said that for Mr. Cohen it

49

1   was issued on 6/6/1992 and expired 10/9/1992.
2       Q   And what does it say about the status of
3   the permit?
4       A   That it's inactive.
5       Q   Does it show any new permit?
6       A   It says new number.  I don't know what that
7   means.
8       Q   Okay.
9       A   Let me see something.  I was just looking
10  because the permit number is not that number.
11  Anyway.
12      Q   All right. Thank you, Sherry.  Now you
13  mentioned at some point in 2007 you broke up with
14  Mr. Cohen.  Did I understand that correctly?
15      A   I'm sorry.  Could you ask me again.
16      MS. CALAFIORE:  Could you read that,
17  please.
18  (Thereupon a portion of the record  was read by the
19  court  reporter, after which the following
20  proceedings were had:)
21      THE WITNESS:  Yes.  We decided to break up
22  in December.
23  BY MS. CALAFIORE:
24      Q   And what happened after you broke up?

50

1       A   Well I'm not sure I understand the
2   question.
3       Q   Let me rephrase it then.  After you broke
4   up, were you ever sued by Mr. Cohen?
5       A   Yes.
6       Q   When was that?
7       A   I believe it was January of this year.
8       Q   Meaning 2008?
9       A   Yes.
10      Q   And why did he sue you?
11      A   I guess because I called the police when he
12  was charging at me.
13      Q   What do you mean by that?
14      A   Well December when we were talking about
15  the break-up, he was still very supportive saying,
16  you know, I know that you've given up everything.
17  And he said so here's what I'm willing to do.  And
18  we're sitting in the living room in Florida.  And so
19  he said that he would pay for any place, rent for
20  me, including deposits and everything for one year.
21  He said that he would continue the medical for a
22  year.  He said that he would pay me cash in the
23  amount of -- I think it came to like $52,000.  And
24  would have -- ship my car.  And just a sundry of

51

1   things.  And so to me it's just true to form where
2   he signed an agreement.  At that same time -- And I
3   presented him with a lease.  He wrote out checks for
4   considerable amounts for a years worth of rents,
5   plus deposits and I think he gave me like the first
6   like $11,000 and then he was going to pay me another
7   lump sum when I moved out of the Miami  apartment
8   about the 30th.
9       Q   Of January, 2008?
10      A   Yeah.
11      Q   And what happened instead?
12      A   Well it became a little crazy because he
13  was all friendly and supportive and then the first
14  thing -- Oh, I said -- It started getting a little
15  strange after I had already signed at the end of
16  December and I had already signed a lease and he had
17  seen the lease.  I had signed the lease -- I'm
18  thinking of getting more water is what's going on
19  for me.
20      MS. CALAFIORE:  We'll get that for you.
21      THE WITNESS:  Signing the lease.  So then I
22  said, "You know, Bob, I don't have any more use for
23  the Connecticut key because you're going to ship
24  everything down," so I gave him the Connecticut key

52

1   and had a little thing where, a little written thing
2   that he signed saying that I had returned the
3   Connecticut key, and, you know, trusted that he would
4   be sending down all of my things.
5       Q   And that was after you already had an
6   agreement?
7       A   Yes.  We were still very friendly.  We went
8   out to dinner. We were happy.
9       Q   When did you get sued, Sherry?
10      A   January.  You know --
11      Q   And was this agreement part of the lawsuit,
12  this agreement that you have in your hand?
13      A   Yes.
14      Q   And are you currently in the lawsuit with
15  him?
16      A   Yes.
17      Q   And did there come a time when you felt
18  that he was trying to stop you from testifying in
19  this case?
20      A   Yes.
21      Q   Can you tell me when that was?
22      A   It was in the interesting week because
23  normally there would be communications between the
24  lawyers, you know, my lawyer and his lawyer and

53

1   negotiating -- He was trying to negotiate down the
2   amount.  First he was saying he wouldn't pay any
3   more.  You know, just another Bob Cohen agreement
4   that he decides not to keep.  And so he was trying
5   to reduce the amount and the terms. He said, I'll
6   spend $300,000 to get rid of you, or something like
7   that.  And then -- So negotiations were between the
8   lawyers. So on this particular day, I get sent an
9   agreement, a completely written up agreement and so,
10  you know, and it was just --
11      Q   A settlement agreement?
12      A   A settlement agreement, a real low ball
13  offer. It was like $13,500 or something. Well
14  then --
15      Q   And this is the case that he sued you on?
16      A   Yes.
17      Q   He wanted to settle?
18      A   Yes.
19      Q   And did you file any claims against him?
20      A   You know, I don't know.  That's a legal
21  question.  There's a counter suit, I'm sure but I
22  don't know.
23      Q   Never mind.
24      A   And then it was weird because exactly the

54

1   next day, I get another -- I believe it was an
2   e-mail form with another agreement with this huge
3   confidentiality thing, you know, which is -- I just
4   went, "What is this?"  And so --
5       Q   And why did you think that it would prevent
6   you from testifying in this case?  Was Beauty
7   Enterprises included?
8       A   Yeah.  That was the other weird thing was
9   that it was so strange because everything had been
10  between Mr. Cohen and me and not only was there a
11  big confidentiality thing but the first paragraph
12  began rather than Mr. Cohen and Sherry-Baker
13  Lawrence, all of a sudden here it is Mr. Cohen, his
14  companies, Beauty Enterprises, you know.
15      Q   And is Beauty Enterprises part of the
16  lawsuit against you?
17      A   No.  It came out of the clear blue air.
18      Q   And Sherry --
19      A   About the time that he found out that I was
20  testifying.
21      Q   Do you hate Mr. Cohen because he sued you?
22      A   Oh, no, no. I don't like him, I don't have
23  respect for him, but I wrote a poem that was
24  published on Easter and you, know, in that it

55

1   included, you know, just a letting go, hoping he'd
2   find his way that he's looking for instead of just
3   being a tidal wave hurting people.
4       MS. CALAFIORE:  Okay, Sherry, I don't think
5   I have any further questions.  I don't know if my
6   colleague, Jeff Burstein, from Equal Employment
7   Opportunity Commission has any questions.
8       MR. BURSTEIN:  No.
9       MS. CALAFIORE:  All right. Then the
10  deposition is at an end and you may be excused for the
11  day. Thank you very much.
12      THE WITNESS:  Thank you.
13      (Thereupon, the deposition was concluded
14  at approximately 12 noon).

56

1       JURAT PAGE
2       STATE OF FLORIDA)
3       COUNTY OF DADE)
4       I hereby certify that I have read
5   the foregoing transcript, and find the
6   same to be true and accurate.
7
8
9       _____
10      SHERRY BAKER-LAWRENCE
11
12
13
14
15  Sworn to and subscribed before me on this,
16  the _____ day of _____ 2006.
17
18
19
20      _____
21      Notary Public in and for
22      the State of Florida at large.
23
24

57

1
2           CERTIFICATE OF OATH
3    STATE OF FLORIDA  )
4    COUNTY OF DADE)
5
6
7
8         I, the undersigned authority, certify
9    that SHERRY BAKER LAWRENCE personally appeared before
10   me and was duly sworn.
11
12
13
14
15
16         _____
17    KATHY SERBIN Berman, Shorthand Reporter
18    Notary Public-State of Florida
19    Commission Expires:
20    December 29, 2009
21
22
23
24

58

1           CERTIFICATE
2
3    STATE OF FLORIDA )
                ss.
4    COUNTY OF DADE   )
5         I, the undersigned authority, hereby
6    certify that I reported in shorthand the deposition of
7    SHERRY BAKER LAWRENCE, Pages 1 to 54 and that this is
8    a true and correct transcription of my notes in the
9    above captioned case.
10        I further certify that I am not related to any of
11   the parties or otherwise interested in the event
12   thereof.
13
14   My Commission Expires:   _____
     12/29/2009    KATHY SERBIN BERMAN
15              Notary Public
              STATE OF FLORIDA
16
17
18
19
20
21
22
23
24

59

1
2           ERRATA SHEET
3         PURSUANT TO Federal Rules of
4    Civil Procedure, this deposition is being
5    submitted to you for examination,
6    reading and signing. Please DO NOT WRITE on
7    the transcript. And changes in form of substance you
8    desire to make should be entered upon this sheet
9    as follows:
10   PAGE NO.
11
12   LINE NO.        CHANGE        REASON
13   _____
14
15
16
17
18   Date: _____
19   Address:_____  _____
20   County of
21        Notary Public, State of Florida at Large.
22   My commission expires:
23
24

60

1    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL
2    V
3    BEAUTY ENTERPRISES, INC.,ET AL
4    CASE NO. 3:01cv00378
5
         Dear Ms. Baker-Lawrence:
6
         The transcript of your deposition taken in
7    the above matter is available at my office for reading
     and subscription.  Should you wish to read it, please
8    call (305) 952-0557 to set up an appointment. You
     shall have until September 7, 2008 to exercise your
9    right to read and sign your deposition. If you do not
     exercise your right by that date, it will be deemed
10   waived.
11
12        Sincerely,
13        Kathy Serbin Berman
          Court Reporter.
14
15
16
17
18
19
20
21
22
23
24

# ADDENDUM TO EMPLOYMENT APPLICATION

DATE_____

Job Applicants will be required to give a urine sample for drug testing.

I hereby consent to submit a urine sample for drug testing prior to any employment considerations at Beauty Enterprises, Inc.

I understand that Beauty Enterprises, Inc. maintains a Speak only English rule—a rule requiring employees to speak only English while they are working. As a condition of employment, Job Applicants must be able to read, write and speak English. I certify that I satisfy this requirement.

Signed_____

Witness_____

PLAINTIFF'S
EXHIBIT
81/5/09 100

EMPLOYEE W-2 WAGE SUMMARY 2006

041-M704    00002

BEAUTY ENTERPRISES INC
150 MEADOW ST
HARTFORD CT 06114

SHERRY BAKER-LAWRENCE
150 MEADOW STREET
HARTFORD CT 06114

REGULAR WAGES FOR 2006

FEDERAL WITHHOLDING EXEMPTIONS    $ 0
CT WITHHOLDING EXEMPTIONS    $ 0

5950.00

07006

The chart below indicates your 2006 voluntary payroll adjustments
which are included (+), excluded (-), or did not affect (N/A) your federal
wages (Box 1) and state wages.

| VOLUNTARY ADJUSTMENTS | YTD AMOUNT | FEDERAL WAGES | CT WAGES |
|---|---|---|---|
| MEDICAL | -407.55 | -407.55 | -407.55 |

Copy C, for employees' records

PAYROLLS BY PAYCHEX®

## Form W-2 Wage and Tax Statement 2006

| a Control number 0414-M704 565850-000002 | | | | |
|---|---|---|---|---|
| b Employer's identification number 06-0866179 | d Employee's social security number 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 | Void | c Employer's name, address, and ZIP code BEAUTY ENTERPRISES INC 150 MEADOW ST HARTFORD CT 06114 | |
| 12 See instrs. for Box 12 | 14 Other | | | |
| 13 Statutory employee | Retirement plan | Third-party sick pay | | |
| e Employee's name, address, and ZIP code SHERRY BAKER-LAWRENCE 150 MEADOW STREET HARTFORD CT 06114 | | | | |

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| | 625.17 |
| 3 Social security wages 5442.45 | 4 Social security tax withheld 337.43 |
| 5 Medicare wages and tips 5442.45 | 6 Medicare tax withheld 78.91 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | |

| 15 State CT | Employer's state ID No. 0722306-000 | 16 State wages, tips, etc. 5442.45 | 17 State income tax 62.27 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

This information is being furnished to the Internal Revenue Service

PLAINTIFF'S
EXHIBIT
9/5/08 CB

PLAINTIFF'S EXHIBIT



EMPLOYEE W-2 WAGE SUMMARY 2007

041-4-M704    000002

BEAUTY ENTERPRISES INC
150 MEADOW ST
HARTFORD CT 06114

The chart below indicates your 2007 voluntary payroll adjustments
which are included (+), excluded (-), or did not affect (N/A) your federal
wages (Box 1) and state wages.

| VOLUNTARY ADJUSTMENTS | YTD AMOUNT | FEDERAL WAGES | CT WAGES |
|---|---|---|---|
| MEDI75KAL | -1770.75 | -1770.75 | -1770.75 |
| PARKING TI | -103.00 | N/A | N/A |

FEDERAL WITHHOLDING EXEMPTIONS    $ 0
CT WITHHOLDING EXEMPTIONS    $ 0

REGULAR WAGES FOR 2007    23850.00

SHERRY BAKER-LAWRENCE
150 MEADOW STREET
HARTFORD CT 06114

00005

PAYROLL BY PAYCHEX

Copy C, for employee's records

Form W-2 Wage and Tax Statement 2007

| a Control number | 0414-M704 | Void | c Employer's name, address, and ZIP code | Department of the Treasury - Internal Revenue Service OMB No. 1545-0008 |
|---|---|---|---|---|

b Employer's identification number    565850-000002
06-0866179

d Employee's social security number    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

c Employer's name, address, and ZIP code
BEAUTY ENTERPRISES INC
150 MEADOW ST
HARTFORD CT 06114

e Employee's name, address, and ZIP code
SHERRY BAKER-LAWRENCE
150 MEADOW STREET
HARTFORD CT 06114

| 1 Wages, tips, other compensation | 22079.25 | 2 Federal income tax withheld | 2526.29 |
|---|---|---|---|
| 3 Social security wages | 22079.25 | 4 Social security tax withheld | 1368.92 |
| 5 Medicare wages and tips | 22079.25 | 6 Medicare tax withheld | 320.15 |
| 7 Social security tips | | 8 Allocated tips | |
| 9 Advance EIC payment | | 10 Dependent care benefits | |
| 11 Nonqualified plans | | | |

| 13 Statutory employee | Retirement plan | Third-party sick pay |
|---|---|---|

12 See Instrs. for Box 12    14 Other

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CT | 0722306-000 | 22079.25 | 251.27 | | | |

This information is being furnished to the Internal Revenue Service.

BEAUTY ENTERPRISES INC v-00378-AHN    Document 247-4    Filed 08/25/2008    Page 20 of 28

BEAUTY ENTERPRISES INC
150 MEADOW ST
HARTFORD, CT 06114-1505

| 12/11/2007 | Direct Deposit |
| CHECK DATE | CHECK NO. |

PAY TO THE
ORDER OF

SHERRY BAKER-LAWRENCE
150 MEADOW STREET
HARTFORD CT 06114

This is not a check.
**VOID**

AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

BANK OF AMERICA
SOUTH PORTLAND, ME

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION
SHERRY BAKER-LAWRENCE
150 MEADOW STREET
HARTFORD, CT 06114

Soc Sec #: XXX-XX-XXXX    Employee ID: 565850
Hire Date: 09/18/06
Status:
Filing Status:
Federal: Single, 0
State: CT, Single, 0, A
Dept: 002

Pay Period: 12/02/07 to 12/08/07
Check Date: 12/11/07    Check #: Direct Deposit

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 8952 | 332.28 | 16512.73 |
| Net Pay | 332.28 | 16512.73 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD |
|---|---|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 | 2000.00 | 20000.0 |
| MED125(AL,CT,DC) | | | -33.45 | | -1670.4 |
| CAR ALLOWANCE | | | 50.00 | | 2500.0 |
| **GROSS** | 40.00 | | 416.55 | 2000.00 | 20829.6 |
| **TRUE GROSS** | | | 450.00 | | 22500.0 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD |
|---|---|---|
| PARKING TICKETS | | 103.0 |
| **TOTAL** | 0.00 | 103.0 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD |
|---|---|---|
| FEDERAL W/H | 47.66 | 2383.3 |
| OASDI | 25.83 | 1291.4 |
| MEDICARE | 6.04 | 302.0 |
| STATE W/H CT | 4.74 | 237.0 |
| **TOTAL** | 84.27 | 4213.8 |

PLAINTIFF'S
EXHIBIT
8/5/08 KD

> > > MESSAGES < < <
DECEMBER IS OPEN ENROLLMENT
MONTH FOR HEALTH INSURANCE. IF
YOU WOULD LIKE TO ENROLL OR
MAKE CHANGES, CONTACT SALLY AT
EXT. 235

| NET PAY | CURRENT ($) | YTD |
|---|---|---|
| | 332.28 | 16512.7 |

Payrolls by Paychex, Inc.

0414-M704 BEAUTY ENTERPRISES INC ■ 150 MEADOW ST ■ HARTFORD, CT 06114-1505 ■





PLAINTIFF'S
EXHIBIT

FAX (860) 296-0421

## Beauty
## Enterprises INC

WORLD'S LARGEST DISTRIBUTOR OF BLACK BEAUTY PRODUCTS

150 Meadow Street
Hartford, Connecticut 06114

**Sherry Lawrence**
Assistant Advertising Coordinator

**MAIN OFFICE**
**(860) 296-9303**
1-800-333-BUTY(2889)

**PLAINTIFF'S**
**EXHIBIT**

81 6 108 104

BEI 0050





# TEMPORARY PARKING PERMIT

NOT VALID BEYOND:

## 01-26-08

No. T-005475

EFFECTIVE DATE
Cohen, Robert H.

ISSUED TO (Disabled Person)
64 Crossroad Lane

Address (Street, City, State, Zip Code)
Glastonbury          06033



The above named person has presented evidence of a serious temporary impairment of the ability to walk. This permit allows parking without limitation as to time in areas where parking is legally permissible and parking in areas designed for the handicapped whenever the disabled person is operating or being transported in a passenger vehicle or passenger and commercial motor vehicle displaying this permit. (14-253a as amended by P.A. 64-377, of the Connecticut General Statutes.)

COMMISSIONER OF MOTOR VEHICLES

STATE OF CONNECTICUT
DEPARTMENT OF MOTOR VEHICLES
WETHERSFIELD, CONNECTICUT 06109



PLAINTIFF'S
EXHIBIT
8/5/09

# TEMPORARY PARKING PERMIT APPLICATION AND IMPAIRMENT CERTIFICATE

## STATE OF CONNECTICUT
## DEPARTMENT OF MOTOR VEHICLES

Instructions

1. Please print clearly, or use typewriter.
2. PART 'A' must be completed by applicant and notarized. PART 'B' must be completed by and signed by physician.
3. DO NOT SEPARATE THIS APPLICATION. Applicant must return the completed form, intact, to any DMV branch office with a fee of $2.00, plus a $50.00 deposit.

| DMV USE | ☐ NEW | ☐ OTHER | PERMIT NO. 5475 | EXPIRES: MO 01 DAY 26 YEAR 08 | * VALIDATE – DMV |
|---|---|---|---|---|---|

**PART A -** To be completed by applicant and notarized.

| IDENTIFICA-TION OF APPLICANT | NAME OF APPLICANT (Last, First, Middle Initial) Cohen, Robert, Jr. | DATE OF BIRTH 9/02/26 |
|---|---|---|
| | ADDRESS (No. and Street) 64 Crossroad Lane | |
| | (City or Town) Glastonbury | (State) CT | (Zip Code) 06033 |

APPLICANT'S NOTARIZED STATEMENT

I, the undersigned, hereby declare that my ability to walk is temporarily impaired and I required the use of a device as an aid and/or substitute for walking.

SIGN (Applicant) X _____   APPLICANT

Subscribed and sworn to before me

_____

PLACE WHERE _____

DATE SWORN _____

MY COMMISSION EXPIRES _____

## REFUND INFORMATION

RETAIN THIS VALIDATED RECEIPT TO ACCOMPANY YOUR TEMPORARY PARKING PERMIT CARD WHICH MUST BE SURRENDERED TO THE DEPARTMENT OF MOTOR VEHICLES WHEN APPLYING FOR THE RETURN OF YOUR $50.00 DEPOSIT.

From:
~~To:~~ Connecticut Department of Motor Vehicles

Fax:  1-860-263-5557

To:
~~From:~~ S. Lawrence

Fax:  1-305-974-0844

Email:  southernsher10@msn.com

Date: March 11, 2008

# RE: VERIFICATION and VALIDITY of TEMPORARY PARKING PERMIT -- URGENT --

To Whom It May Concern:

Please advise whether this parking permit (color light blue laminated - size as is presented in fax) was valid and provided by Connecticut DOT.

Thank you in advance.

Sincerely,

S. Lawrence

PLAINTIFF'S
EXHIBIT
9
2/5/08 KB



# STATE OF CONNECTICUT
## DEPARTMENT OF MOTOR VEHICLES



*60 STATE STREET*        *WETHERSFIELD, CONNECTICUT 06161*
*http://dmvct.org*

March 12, 2008

    In regards to your request of verification and validity of temporary handicap parking permit. The State of Connecticut is no longer issuing these permits therefore this permit is not valid.

    Please see attached computer printouts, issue date and expiration date. No other handicap record found for Robert Cohen.

    If any questions please feel free to contact me @ (860)263-5154

Rossana Scalora, MV Examiner Specialist
Support Services Division



PLAINTIFF'S
EXHIBIT
10
8/5/08 PB

MHP5S01                    HANDICAP PARKING PERMITS              Date: 03/12/2008
                              DISPLAY SCREEN                     Time: 11:43:56
  Branch: 19
                            Issued: 06 06 1992        Date Paid: 06 06 1992
                            Expires: 10 1992               Fee: $ 2.00
                                                     Tran Date: 06 10 1992

  Permit no: X005475 T    INACTIVE
    New no:               NEW

    License no:
Handicap Person: COHEN ROBERT H                      D.O.B:
        Street: 64 CROSS RD LANE
          City: GLASTONBURY      St: CT  Zip: 06033

Mailed to Name: _____
        Street: _____
          City: _____   St: ___ Zip: _____ ____

Optometrist  Lic No: 26220       Lic St:

    Comments:

RECORD FOUND AND DISPLAYED