UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL.<br><br>Plaintiff<br><br>vs.<br><br>BEAUTY ENTERPRISES, ET AL.<br><br>Defendant | CASE NO. 3:01CV00378 (AHN)<br><br>August 27, 2008 |

## DEFENDANT BEAUTY ENTERPRISES' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPELLED DISCOVERY

The Court's August 8th Ruling on Plaintiff-Intervenors' Emergency Motion to Compel Discovery required defendant Beauty Enterprises to answer a number of previously objected to interrogatories and honor a number of previously objected to production requests, all by August 28th. Counsel will be able to comply with the August 28th date except for certain limited subparts of the order for the following reasons:

* The Court's Ruling on "The Wage Setting Process" required it to produce computerized payroll records for all hourly warehouse workers from January 1, 1998 to the present. On August 28th, BEI will be producing these records for the period 2005 to date. It needs additional time to produce the earlier records. Beauty's IT person is having trouble retrieving these old records from the company's computer system, but is confident that he will be able to do so with a brief, one-week extension to September 5th.

* The Court's Ruling on "Plaintiff-Intervenor Files" requires BEI to produce all payroll information for each Plaintiff-Intervenor, as well as its computer generated list of warnings for each such individual. On August 28th, BEI will be

producing payroll information for Plaintiff-Intervenor Eva Diaz from 2005 forward. However, due to the same computer retrieval problem, it is unable to produce earlier information for her on August 28th – and since she is 20 year employee, it may not have information in any form that covers the early years of her employment at Beauty. As far as the other individuals are concerned, each left before 2005 and presents the same computer retrieval problem. Again, a brief, one week extension is necessary. It should be noted that as far as the computerized record of warnings is concerned, it is simply a summary of actual written warnings that have already been produced.

Accordingly, BEI respectfully requests a one-week extension. This is the first request for an extension of this time period. Plaintiff-Intervenors' object.

The DEFENDANT
BEAUTY ENTERPRISES, INC.


By: _____
Richard C. Robinson (ct04321) /
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
Telephone 860 541 3333
Facsimile 860 424-4370
E-mail: rrobinson@pullcom.com
Its Attorneys

-3-

## CERTIFICATION

I hereby certify that on August 27, 2008 a copy of foregoing DEFENDANT BEAUTY ENTERPRISES' MOTION FOR EXTENSION OF TIME was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Richard C. Robinson (ct04321) /
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Telephone: 203 330 2000
Facsimile: 203 576 8888
E-mail:

Hartford/65094.1/RCR/323316v1