**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>　　　　　　Plaintiffs,<br>v.<br><br>BEAUTY ENTERPRISES, INC., et al.<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   3:01CV00378 (AHN)<br>)   August 28, 2008<br>)<br>)<br>) |

**PLAINTIFFS-INTERVENORS' OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPELLED DISCOVERY AND REQUEST FOR RULE 37 RELIEF**

# EXHIBIT 1

NYA903136.1

Carabetta, John Vol. I   6/5/2008  2:30:00 PM

1

```
 1                              1
 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF CONNECTICUT
 3   -----------------------------------------x
     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
 4
              Plaintiff,
 5
              -vs-
 6
     BEAUTY ENTERPRISES, INC., AAA INDUSTRIAL
 7   TEMPORARIES, INC., ESSENTIAL TEMPORARIES,
     INC.,
 8
              Defendant.
 9   -----------------------------------------x
     MIQUEL ANGEL ALVAREZ and WILLIAM TORRES,
10
              Plaintiff-Intervenors,
11
              -vs-
12
     BEAUTY ENTERPRISES, INC.,
13
              Defendant.
14   -----------------------------------------x
15           June 5, 2008
             2:30 p.m.
16
17           Deposition of JOHN CARABETTA, taken by
18   the Plaintiff, pursuant to notice, held at The
19   United States District Court, 915 Lafayette Boulevard,
20   Bridgeport, Connecticut, before Anita T. Shemin, a
21   Certified Shorthand Reporter and Licensed Shorthand
22   Reporter within and for the State of Connecticut.
23
24
25
```

## Page 89

```
 1              CARABETTA         89
 2      discrimination affects every aspect of the
 3      workers.
 4          MR. ROBINSON:  I disagree with you.
 5          MS. CALAFIORE:  You have not instructed
 6      Beauty Enterprises to keep wage records?
 7          MR. ROBINSON:  I have not.
 8          MS. CALAFIORE:  Why?
 9          MR. ROBINSON:  I have not instructed
10      Beauty Enterprises to keep wage records of
11      all employees or even of the charging parties
12      from their inception to the current day.  I
13      have not done that, that is correct.
14      Whatever they do in the ordinary course of
15      business in terms of retaining these kinds of
16      records, they do.
17      BY MS. CALAFIORE:
18      Q   Mr. Carabetta, are you aware of whether
19      or not Beauty Enterprises has a record retention
20      policy, if you understand what that means?
21      A   Yes.
22      Q   Do you understand what it means?
23      A   Yes.
24      Q   Do you know if Beauty Enterprises has a
25      record retention policy?
```

## Page 90

```
 1              CARABETTA         90
 2      A   Yes.
 3      Q   Could you tell me what that is?
 4      A   Five years.
 5      Q   Five years?
 6      A   Yes.
 7      Q   Since this litigation started, have
 8      there been any changes to that policy?
 9      A   No.
10      Q   So you have never been instructed that
11      your record retention policy should be halted
12      pending this litigation?
13          Do you know if any other employee at
14      Beauty Enterprises has been -- whatever I am
15      asking is based on what you know.  If you don't
16      know, tell me you don't know -- has been asked to
17      retain any of the documents in this litigation,
18      any other employee?
19      A   No, I don't know.
20      Q   Fine.
21          Do you know if Beauty Enterprises ever
22      issued a memorandum to its employees instructing
23      them to preserve documents or other evidence
24      relevant to this lawsuit?
25      A   No.
```

## Page 91

```
 1              CARABETTA         91
 2      Q   You don't know, or you have not seen
 3      one?
 4      A   I have not seen one.
 5      Q   Do you use a computer in your regular
 6      business?
 7      A   Yes.
 8      Q   Can you tell me what you use the
 9      computer for?
10      A   Excel worksheets, Word documents,
11      payroll, accounts payable, inquiries, account
12      receivable inquiries.
13      Q   It sounds like you use it in many
14      aspects of your regular work?
15      A   Yes.
16      Q   Do you use electronic mail?
17      A   Yes.
18      Q   A lot?
19      A   Yes.
20      Q   Is that the primary means of
21      communication with your colleagues for business
22      purposes?
23      A   Yes, or verbal.
24      Q   Do you often communicate by e-mail with
25      Mr. Sussman?
```