UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>  Plaintiffs,<br>v.<br><br>BEAUTY ENTERPRISES, INC., et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 3:01CV00378 (AHN)<br>) August 28, 2008<br>)<br>)<br>) |

**PLAINTIFFS-INTERVENORS' PROPOSED *VOIR DIRE* QUESTIONS**

Pursuant to Rule 47(a) of the Federal Rules of Civil Procedure and of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiffs-Intervenors Luz Andujar, Harold Acosta, Waleska Miranda, Eva Diaz and Jose Linares ("Plaintiffs") respectfully request that the following *voir dire* questions be included in this Court's examination of prospective jurors, scheduled to take place on September 12, 2008. Plaintiffs further request that the Court offer jurors the opportunity to respond to any questions in the presence of the parties *in camera* if necessary to protect privacy concerns.

**QUESTIONS**

**I. General Background**

1. Where were you born?

2. Are you and have you always been a United States citizen? When did you become a naturalized citizen?

3. What is your ethnicity and/or ancestry?

4. Where do you live? Do you own or rent? How long have you lived there? Who do you live with?

1

5. What is your current marital status? Where was your spouse born? What ethnicity is your spouse? What is your spouse's occupation? Who is his/her employer?

6. How many children do you have? What are their ages? What are their occupations? Do you have any licenses or special skills?

7. What is your native language? Did you speak a language that was not English at home? What languages did you grow up speaking at home? With whom did you speak these languages? How fluent are you in each language?

8. What language do you speak at home? With other relatives? At work? In social events?

9. Do you have any friends or relatives whose native language is not English? If so, do they have an accent? Do accents bother you? Do you have difficulty understanding them? Do you get frustrated when speaking to them? Do you know if other people have difficulty understanding them? Do you know what steps they took to improve their language skills or their accents? Do you think that was sufficient or do you think they should have made more of an effort to improve their English?

10. Have you ever lived abroad? Where? For how long? Why? With whom? Have you ever traveled to a country where English was not the official language? Or, where the country had more than one language or many dialects in use? Where? With whom? For how long were you there? When you were abroad did you have difficulty in getting people to understand you? How did that make you feel? Did you wish you could speak their language, or did you wish they could speak in English?

11. Have you ever served in the military? If yes, which branch? What was your title? What were your dates of service? Did you serve any tours of duty? Why did you leave the military? Did you receive any training to speak another language?

12. Have any of your immediate family members or close friends served in the military?

13. Would you describe yourself politically as liberal, moderate, independent, or conservative? Are you active in any political party or activist issues organization?

## II. Education

14. What is the highest level of education you have completed? Do you hold any degrees? What kind? What year?

15. Have you ever studied a foreign language? If so, which language? For how long? Do you ever use the language with anyone? Did you ever use a foreign language as part of your job or at the workplace?

## III. Employment History and Employment Related Experiences

16. Did you ever have a part-time job in high school or college?

17. What is/was your occupation? Who is/was your employer? How long have you been there? Who were your employers in the last ten (10) years? What positions have you held during the last ten (10) years? How long were you in each position? How satisfied are you with your current employment situation?

18. Have you ever worked in the service industry (i.e. restaurants, hotels, etc.)? In the cosmetics or industry? Have you ever worked in a warehouse? Do you have any family members or close relatives who do? Have you worked in a minimum wage or non-salaried wage situation, such as, factory, fast-food or supplies environment? Please provide details.

19. Have you ever worked for any branch of local, state, or federal government? Do you have any family members or close relatives who do? Please provide details.

20. Have you ever been asked to leave, terminated or laid off? If so, why do you think that happened to you?

21. Do you/have you ever owned your own business? What type of business? For how long? How many employees do/did you employ? Where? Did you have a workforce which consisted of a mix of ethnic groups, different language spoken, and, different skills backgrounds?

22. In general, how satisfied are you with your current financial situation?

23. Have you ever held a management or supervisory position? When? Where? For how long?

24. Have you ever worked in a human resources or personnel department? When? Where? For how long?

25. Have you ever been responsible for hiring, disciplining and/or firing employees, or making recommendations for such personnel decisions?

26. Have you ever had authority to make decisions about job promotions?

27. Have you ever been involved in setting and/or enforcing company policies? Have you ever had to enforce policies against anyone? What were the consequences of your enforcement of company policies?

28. Have you ever had to respond to, or were you ever involved in any way with, handling or investigating grievances, complaints, or charges alleging employment discrimination? Were you ever a witness or respondent charged in an employment discrimination claim or case? What were the circumstances? What was the outcome? What were your feelings about it?

29. Do you have any co-workers whose native language is not English? If so, do they have an accent? Does the accent bother you? Do you have difficulty understanding them? Do you get frustrated when speaking to them? Do you think that their

language abilities make them more difficult to work with? Do you know what steps they took to improve their language skills or their accents? Do you think that was sufficient or do you think they should have made more of an effort to improve their English? Do you think that one's ability to acquire or advance one's English language skills depends on age, intelligence quotient IQ, level of educational attainment, or experiential need?

30. Have you, or any relative or close friend, ever accused anyone, or been accused by anyone of racism, sexism, ethnic bias, or discrimination? When? What kind? What were the circumstances? What was the outcome?

31. Do you believe it is wrong for an employee to complain about a policy his or her employer might have if the employee believes the policy might be illegal? Do you believe it is wrong for an employee to complain about business rules outside of the company?

32. Do you believe that an employer should be allowed to control what employees say at work?

33. Do you believe it is proper or improper for an employer and its managers to use surveillance, to watch, listen to or monitor what you say, with whom you speak with, and how you say it? Do you believe it is proper or improper for an employer to watch you in order to catch you doing something wrong?

34. Have you ever been in a situation where you disagreed with something your employer did or said? Have you ever disagreed with or challenged an employer's policy? Have you even been in a situation where you knew a policy was wrong or unfair, but feared that complaining to the manager would put you at risk of losing your job? Please explain briefly what happened.

35. Do you always get along with your co-workers? Have you ever been warned or disciplined based on violating a company rule, whether or not the rule was fair? Have you ever been yelled at by a supervisor for violating a company rule? Have you ever been yelled at or humiliated by a manager in front of a group of coworkers? Have you ever yelled at or enforced any discipline towards a subordinate coworker in front of other coworkers? Please explain briefly what happened?

36. Have you ever been in a situation where you disagreed with something that your co-workers were doing? Please explain briefly what happened.

37. Do you recognize or feel that the economic class or background of the parties may affect your views or affect your ability to be fair and open-minded?

38. Do you believe it is wrong for a person to file a charge of discrimination if he or she feels he or she has been discriminated against? Do you believe it is wrong for an employee or former employee to sue his or her employer when he or she believes to have been wronged? Do you believe an employee who feels he or she has been wronged should suffer in silence?

NYA901528.2

39. Have you ever participated in a federal investigation by the EEOC? How about any other department or agency investigating unfair or discriminatory employment practices? What were the circumstances? What was the outcome?

40. Have you ever participated in any other kind of governmental investigation? What kind? When? What was your involvement? What was the outcome? Did a lawsuit or criminal charge follow the investigation? Did you believe the investigation was right? Did you believe the outcome of the investigation was right? Did you believe the outcome of any lawsuit that ensued was right? Were you concerned about possible retaliation or harassment by your employer as a consequence of your cooperation?

41. Do you believe that a governmental agency should investigate unlawful employment practices? Do you believe that the civil rights movement has gone too far? Just right? Not enough?

42. Do you believe that the government should not interfere in a person's life? Do you believe that the government should not interfere in how a private business handles their relations with employees and customers?

43. Do you believe that employees have a right to question or oppose a policy imposed on them by their employer, even if they correctly or mistakenly believe it to be unlawful?

44. Do you believe that if an employee believes that his or her employer is violating his or her rights he or she should just leave or find another job instead of asserting his or her lawfully protected rights?

45. Do you believe that people who move to the United States from other regions or countries where English is not the primary language should stop speaking their native language once they arrive in the United States?

46. Do you believe that United States citizens whose native language is not English, like Puerto Ricans, should not seek employment in the mainland United States until they can speak English fluently? If so, what if the type of position they apply for does not require them to speak English in order to perform their duties?

47. In your current or previous jobs, did you talk to your co-workers only about work related matters? Did you also talk to your co-workers while on the "clock" about non-work related matters? Is this something you think is important to a work environment? Do you think having flexibility in speaking about non-work subjects is desirable? Can it help establish one's social relationships and build camaraderie at the workplace? Is this productive or not productive in one's job performance?

48. Have you ever worked with people that spoke languages other than English at work? If so, what languages? Were these coworkers unable to speak English comfortably or unable to speak English? How was your experience working with them? Did you find it difficult to work with them? Could these coworkers perform their job duties

satisfactorily? Did you wish these employees would go and learn more English? Would you feel right for any employer to impose punishment based on a rule that restricts workplace conversations only to work-related needs and only to speaking English?

## IV. Activities, Group Affiliations, Organizations

49. Please describe how you spend your free time. What hobbies, interests, or activities do you have?

50. What magazines and newspapers do you read? How often?

51. Do you watch television? How many hours per week? What sort of television shows do you like and watch? What is your favorite TV program? Do you watch TV news programs? Do you regularly watch any law related films or television series? Which ones?

52. Do you belong to a union? Have you ever belonged to a union? When? Which one?

53. What organizations or clubs do you belong to? Please briefly describe your level of involvement?

54. Do you believe that English should be the official language of the United States? Are you a member of U.S. English, Pro English, or English Plus, or similar grouping that advocates for requiring that no other language except English be used in delivering public or government services? Are you a member of any group that advocates in favor of adopting English as the official language of the United States?

55. Have you, or any members of your family, ever participated in any volunteer activities? When? What kind?

56. Are you a member of any group involved with immigration issues?

57. Are you a member of a church, synagogue, mosque, or other religious organization? If so which one? Do you attend religious services? Where? Do you hold office in a religious organization?

58. Do you or any members of your immediate family support or give money to any political organization or for any political cause?

## V. Litigation, Legal Experiences

59. Have you or has someone close to you ever been involved in a lawsuit before? If so, please explain. What was the nature and the outcome of the suit? Were you or your close friend or family member satisfied with the outcome of the case?

NYA901528.2

60. Have you or has someone close to you ever testified in court as a witness? What type of case? Was it a positive or negative experience? Would anything about that experience affect your ability to be a fair juror in this case?

61. Have you or has someone close to you ever had a bad experience with someone in the legal profession? If so, please explain.

62. Do you have any family members or friends involved in the legal field in any way? If so, please explain.

63. Have you ever had any legal training (e.g. law class) or worked in the legal field? If so, please explain.

64. What is your opinion of people who file lawsuits? Do you think people who file lawsuits are refusing to take responsibility for their own actions? Do you believe that people ever try to take advantage of the legal system? If so, please explain.

65. Have you ever been called to participate in a jury selection process? When? What type of case? Did you serve on the jury? What type of case? Were you the foreperson? What was the outcome of the case? Were you satisfied with the outcome of the case?

66. Is there anything about those experiences that would prevent you from being a fair and impartial juror in this case?

67. Do you object to the fact that the law allows people to recover compensatory damages for injuries that are not tangible or easily measured, for such harms as emotional pain, suffering, mental anguish, humiliation, and embarrassment? Do you have a problem with the law allowing for those kinds of compensatory damages?

68. Do you believe that being discriminated against could cause anxiety or emotional distress to a person? Do you believe that such harms can occur even if no medical documentation is presented?

69. Do you think that jury awards serve a checks and balances role in society? Do you think that access to the legal system is not readily available to the working poor and middle class?

**VI. Special Knowledge and Experiences**

70. The plaintiffs in this case, Mr. Acosta, Mr. Linares, Ms. Miranda, Ms. Diaz, and Ms. Andujar are United States citizens. However, their native and primary language is Spanish. Have you had any dealings or experiences with Spanish-speaking people or immigrants that might make it difficult for you to sit in impartial judgment in this case?

71. There may be some testimony or evidence that is in Spanish. Any evidence presented in Spanish will be translated into English by a court-certified interpreter. Does that

NYA901528.2

present any problem for you in being fair and impartial? If you speak Spanish, will you be able to follow my instructions to accept the court-certified translation even if that translation differs from your own?

72. The plaintiffs in this case will not be able to be present in the courtroom for the entire duration of the trial. Some plaintiffs may be presently unemployed, retired, or, on disability. Does that present any problem for you in being fair and impartial? Would you hold that against them?

73. Would you describe yourself as more of a "big picture" person or a "detail oriented" person?

74. How often do you play the lottery?

75. Do you have any bumper stickers on your car? What do they say?

76. Do you have (or have you ever had) any American flags or icons on display at home, work, or on your vehicle?

77. Have you ever been to Puerto Rico? When? For how long? What were the circumstances of your trip? Did you have any negative experiences during that trip/visit?

78. Have you ever interacted in any way with Puerto Ricans? Please explain. Have you ever have any negative experiences with Puerto Ricans? Do you consider Puerto Ricans to be Americans? Did you know that many Puerto Ricans came to the mainland U.S. starting after World War II to fill the growing labor demands of various industries? Do you think Puerto Ricans should stay in Puerto Rico and not seek work in mainland United States?

79. Have you ever have any negative experiences with Hispanic people? Do you think Hispanic immigrants should stay in their native countries and not seek work in the United States?

80. Have you ever lived in Florida, Texas, or Southern California? If yes, where and for how long?

81. Do you agree that there are first generation immigrants who cannot develop command of English or may never know how to speak English well? Do you know about studies that show that most second generation children of first generation immigrants are fully fluent in English?

82. Which, of the following, do you think makes for a better society: if immigrants and minority group members:

   a. Try their best to conform to the "American way."

   b. Keep their own culture and traditions while living here.

      c. Do not immigrate to the United States at all.

      d. Try their best to preserve their native traditions while adopting to American customs.

83. Do you think that the government should have the power to regulate employers to ensure that minorities are treated fairly in the workplace?

84. Do you think that American citizens should be given priority over foreigners for jobs in the United States?  Please explain.

## VII. Hardship

85. Do you have any health problems or are you taking medications that would make it difficult for you to serve on this jury?

86. Is there anything about the condition of your hearing or eyesight that might make it difficult for you to serve on this jury?

87. Do you have any problems with attention, concentration, or other learning problems that might make it difficult for you to serve on this jury?

88. Are you currently experiencing any specific problems at home or on the job that might affect your ability to concentrate during the trial?

NYA901528.2

Respectfully submitted this 28th day of August, 2008.

| | By: _____/s/_____ |
|---|---|
| Jackson Chin (PHV0493)<br>Puerto Rican Legal Defense and Education Fund<br>99 Hudson Street<br>New York, New York 10013 | Valeria Calafiore (PHV0494)<br>Rachel Lavery (PHV02715)<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019 |
| *Attorneys for Plaintiff-Intervenors, Luz Andujar, Eva Diaz,*<br>*Harold Acosta, Waleska Miranda, and Jose Linares.* | |

NYA901528.2

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 28, 2008, a copy of the foregoing document was filed electronically and served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                              ____/s/_____
                                                                        Valeria Calafiore (PHV0494)
                                                                        Clifford Chance US LLP
                                                                        31 West 52nd Street
                                                                        New York, NY 10019