**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al. )<br><br>Plaintiffs, )<br>v. )<br>BEAUTY ENTERPRISES, INC., et al. )<br>Defendants. ) | 3:01CV00378 (AHN)<br>September 4, 2008 |

**PLAINTIFFS-INTERVENORS' PLEADINGS, INTERROGATORIES AND DEPOSITIONS DESIGNATIONS**

# EXHIBIT 1

NYA903576.2

**PLAINTIFFS' DEPOSITIONS DESIGNATIONS**

Witness: **Acosta Reinaldo**; Deposition Date: 10/11/2002.

| Line Number | |
| --- | --- |
| From | To |
| 55:6 | 55:8 |
| 71:1 | 71:25 |
| 72:1 | 72:5 |
| 88:4 | 88:10 |

Witness: **Adorno Hector**; Deposition Date: 02/12/2003.

| Line Number | |
| --- | --- |
| From | To |
| 150:4 | 150:9 |
| 154:19 | 154:23 |

Witness: **Ambruso Michael**; Deposition Date: 04/18/2003.

| Line Number | |
| --- | --- |
| From | To |
| 77:14 | 77:25 |
| 78:1 | 78:19 |
| 95:6 | 95:25 |
| 96:1 | 96:22 |

Witness: **Aponte Margarita**; Deposition Date: 08/16/2002.

| Line Number | | Line Number | |
| --- | --- | --- | --- |
| From | To | From | To |
| 6:25 | 7:15 | 42:4 | 47:18 |
| 17:2 | 17:8 | 49:16 | 50:24 |
| 18:19 | 19:1 | 51:11 | 52:4 |
| 21:15 | 23:1 | 52:20 | 54:12 |
| 28:6 | 28:23 | 55:17 | 60:5 |
| 30:7 | 30:13 | | |
| 32:13 | 33:1 | | |
| 33:20 | 36:12 | | |
| 37:20 | 40:19 | | |

2

**PLAINTIFFS' DEPOSITIONS DESIGNATIONS**

Witness: **Aponte Margarita**; Deposition Date: 08/23/2002.

| Line Number | | Line Number | | Line Number | |
| --- | --- | --- | --- | --- | --- |
| From | To | From | To | From | To |
| 4:17 | 4:20 | 16:18 | 16:20 | 28:2 | 28:4 |
| 7:13 | 7:25 | 17:1 | 17:2 | 30:21 | 21:12 |
| 8:14 | 8:18 | 17:5 | 17:20 | 31:14 | 31:25 |
| 9:8 | 9:10 | 18:5 | 18:18 | 32:1 | 32:6 |
| 9:15 | 9:16 | 18:25 | 20:8 | 32:16 | 32:20 |
| 9:21 | 9:25 | 20:12 | 20:15 | 32:24 | 33:1 |
| 10:1 | 10:2 | 20:22 | 20:25 | 42:9 | 42:14 |
| 10:10 | 10:12 | 21:1 | 21:3 | | |
| 13:11 | 13:17 | 21:7 | 21:9 | | |
| 13:24 | 13:25 | 26:5 | 27:12 | | |
| 15:13 | 15:17 | 27:16 | 27:24 | | |

Witness: **Aponte Margarita**; Deposition Date: 09/11/2002.

| Line Number | | Line Number | | Line Number | |
| --- | --- | --- | --- | --- | --- |
| From | To | From | To | From | To |
| 6:17 | 6:18 | 28:6 | 28:23 | 42:4 | 47:18 |
| 6:25 | 7:15 | 30:7 | 30:13 | 49:16 | 50:24 |
| 17:2 | 17:8 | 32:13 | 33:1 | 51:11 | 52:4 |
| 18:19 | 19:1 | 33:20 | 36:12 | 52:20 | 54:12 |
| 21:15 | 23:1 | 37:20 | 40:19 | 55:17 | 60:5 |

Witness: **Baez Teofilo**; Deposition Date: 10/11/2002.

| Line Number | |
| --- | --- |
| From | To |
| 75:13 | 75:15 |

**PLAINTIFFS' DEPOSITIONS DESIGNATIONS**

Witness: **Garcia Marie**; Deposition Date: 10/23/2002.

| Line Number | | Line Number | | Line Number | |
|---|---|---|---|---|---|
| From | To | From | To | From | To |
| 6:15 | 7:7 | 61:16 | 61:17 | 119:20 | 119:22 |
| 7:14 | 7:16 | 61:20 | 61:20 | 120:8 | 120:8 |
| 13:10 | 14:3 | 63:17 | 63:18 | 120:12 | 120:17 |
| 17:24 | 19:8 | 69:24 | 70:1 | 120:25 | 122:14 |
| 28:21 | 29:1 | 70:3 | 70:3 | 123:19 | 123:20 |
| 31:5 | 31:12 | 83:7 | 83:11 | 123:25 | 125:6 |
| 31:17 | 32:5 | 83:14 | 83:18 | 125:10 | 125:16 |
| 32:8 | 32:10 | 83:24 | 84:8 | 126:2 | 126:7 |
| 32:13 | 32:23 | 84:17 | 84:19 | 126:10 | 126:16 |
| 37:13 | 37:25 | 85:3 | 85:4 | 126:20 | 126:21 |
| 39:1 | 39:19 | 88:13 | 88:23 | 126:22 | 127:1 |
| 40:13 | 40:25 | 89:1 | 89:11 | 127:13 | 127:16 |
| 41:2 | 41:2 | 91:20 | 93:3 | 128:6 | 128:6 |
| 41:13 | 42:13 | 93:8 | 93:21 | 128:9 | 128:14 |
| 42:22 | 42:25 | 94:21 | 96:9 | 128:20 | 129:14 |
| 43:22 | 43:25 | 96:19 | 96:25 | 129:18 | 130:1 |
| 45:1 | 45:6 | 97:4 | 97:4 | 130:16 | 131:14 |
| 45:13 | 45:15 | 100:3 | 100:19 | 132:25 | 133:3 |
| 45:20 | 45:22 | 101:1 | 101:7 | 133:17 | 133:18 |
| 45:25 | 46:6 | 102:22 | 103:2 | 134:12 | 134:15 |
| 46:21 | 46:22 | 103:5 | 103:8 | 134:18 | 135:5 |
| 47:1 | 47:9 | 104:1 | 104:6 | 135:20 | 135:22 |
| 47:15 | 47:16 | 104:14 | 105:7 | 136:2 | 136:5 |
| 47:20 | 47:21 | 105:11 | 105:11 | 136:11 | 136:11 |
| 48:3 | 48:10 | 105:14 | 106:3 | 136:13 | 136:21 |
| 48:13 | 49:4 | 106:7 | 106:12 | 137:1 | 137:8 |
| 49:8 | 49:11 | 106:15 | 106:23 | 137:20 | 138:4 |
| 49:21 | 50:1 | 107:7 | 109:20 | 138:8 | 138:22 |
| 50:5 | 50:9 | 110:6 | 110:14 | 139:1 | 139:1 |
| 50:17 | 50:17 | 111:11 | 112:23 | 139:8 | 139:13 |
| 51:1 | 51:4 | 113:6 | 113:24 | 139:18 | 139:25 |
| 51:10 | 52:18 | 114:2 | 114:2 | 140:9 | 140:10 |
| 52:22 | 53:1 | 114:5 | 114:18 | 140:15 | 140:25 |
| 53:7 | 53:14 | 114:21 | 115:11 | 141:4 | 141:5 |
| 53:19 | 53:20 | 115:18 | 115:22 | 141:8 | 141:8 |
| 54:5 | 55:23 | 116:2 | 116:9 | 141:10 | 141:15 |
| 56:2 | 56:4 | 116:24 | 116:25 | 141:17 | 141:24 |
| 56:23 | 57:9 | 117:5 | 118:8 | 142:1 | 142:5 |

**PLAINTIFFS' DEPOSITIONS DESIGNATIONS**

| Line Number | |
|---|---|
| From | To |
| 142:9 | 142:9 |
| 142:11 | 142:12 |
| 143:2 | 143:4 |
| 143:6 | 143:6 |

| Line Number | |
|---|---|
| From | To |
| 143:14 | 143:15 |
| 143:21 | 143:22 |
| 144:2 | 144:6 |
| 144:12 | 144:12 |

| Line Number | |
|---|---|
| From | To |
| 144:22 | 144:25 |
| 145:1 | 145:12 |

Witness: **Gonzalez Minnie**; Deposition Date: 09/04/2001

| Line Number | |
|---|---|
| From | To |
| 10:25 | 11:10 |
| 23:3 | 23:24 |
| 24:4 | 24:25 |
| 25:13 | 27:17 |
| 29:25 | 30:24 |
| 33:17 | 33:19 |
| 33:24 | 34:15 |
| 36:9 | 36:22 |
| 38:4 | 38:6 |

| Line Number | |
|---|---|
| From | To |
| 41:4 | 41:7 |
| 41:11 | 41:18 |
| 42:13 | 42:15 |
| 44:13 | 45:3 |
| 48:10 | 48:22 |
| 50:4 | 51:3 |
| 52:10 | 54:1 |
| 56:17 | 56:19 |
| 57:3 | 57:10 |

| Line Number | |
|---|---|
| From | To |
| 57:25 | 58:16 |
| 59:11 | 60:13 |
| 60:22 | 61:18 |
| 64:2 | 67:6 |
| 67:11 | 68:2 |
| 70:13 | 70:18 |
| 109:15 | 110:1 |

Witness: **Green Rosa**; Deposition Date: 02/26/2003.

| Line Number | |
|---|---|
| From | To |
| 69:11 | 70:4 |
| 77:18 | 80:9 |
| 83:20 | 84:15 |
| 90:10 | 91:8 |
| 95:14 | 96:22 |

2

**PLAINTIFFS' DEPOSITIONS DESIGNATIONS**

Witness: **Harper Earnest**; Deposition Date: 02/05/2004.

| Line Number | | Line Number | | Line Number | |
|---|---|---|---|---|---|
| From | To | From | To | From | To |
| 45:17 | 45:21 | 120:1 | 120:25 | 164:3 | 165:17 |
| 77:3 | 77:12 | 124:22 | 125:2 | 168:3 | 169:7 |
| 109:23 | 111:16 | 147:23 | 148:22 | 171:1 | 171:21 |
| 113:10 | 115:1 | 162:19 | 164:2 | 174:19 | 175:19 |

Witness: **Lugo Ruth**; Deposition Date: 04/04/2003.

| Line Number | | Line Number | | Line Number | |
|---|---|---|---|---|---|
| From | To | From | To | From | To |
| 9:17 | 10:5 | 23:6 | 24:22 | 84:20 | 85:17 |
| 10:19 | 10:24 | 28:5 | 28:23 | | |
| 12:20 | 16:8 | 41:13 | 42:6 | | |

Witness: **Marquez Nelson**; Deposition Date: 03/06/2003.

| Line Number | | Line Number | | Line Number | |
|---|---|---|---|---|---|
| From | To | From | To | From | To |
| 52:5 | 53:1 | 55:1 | 55:12 | 74:2 | 74:10 |
| 53:18 | 53:22 | 67:6 | 67:10 | 105:25 | 105:25 |
| 54:1 | 54:2 | 7:16 | 7:19 | 106:1 | 106:16 |
| 54:24 | 54:25 | 72:9 | 72:16 | 130:14 | 130:23 |

Witness: **Oliveras Angel Luis**; Deposition Date: 06/23/2003.

| Line Number | | Line Number | | Line Number | |
|---|---|---|---|---|---|
| From | To | From | To | From | To |
| 38:17 | 39:3 | 88:20 | 89:2 | 113:8 | 114:3 |
| 59:5 | 60:1 | 92:6 | 95:6 | 114:8 | 114:20 |
| 65:5 | 67:1 | 96:2 | 98:10 | 116:18 | 116:22 |
| 79:9 | 79:20 | 102:8 | 103:20 | 117:21 | 118:7 |
| 80:16 | 81:15 | 108:14 | 110:3 | 120:14 | 122:10 |
| 85:24 | 86:12 | 110:19 | 112:10 | 133:23 | 134:13 |

NYA903576.2

**PLAINTIFFS' DEPOSITIONS DESIGNATIONS**

Witness: **Ortiz Cecilia**; Deposition Date: 11/21/2002.

| Line Number | | Line Number | | Line Number | |
| --- | --- | --- | --- | --- | --- |
| From | To | From | To | From | To |
| 38:4 | 38:25 | 70:15 | 71:23 | 94:11 | 94:18 |
| 43:22 | 43:24 | 72:17 | 72:21 | 95:9 | 95:20 |
| 44:20 | 44:25 | 72:24 | 74:5 | 100:19 | 100:21 |
| 45:9 | 45:23 | 77:10 | 77:25 | 101:12 | 103:8 |
| 50:6 | 51:5 | 78:10 | 78:14 | 103:21 | 104:4 |
| 55:6 | 55:22 | 82:22 | 83:11 | 104:5 | 104:8 |
| 57:6 | 57:13 | 84:24 | 84:25 | 104:18 | 104:19 |
| 59:3 | 60:8 | 85:2 | 85:3 | 105:3 | 105:5 |
| 62:24 | 63:22 | 87:16 | 88:7 | 105:8 | 105:21 |
| 64:24 | 65:25 | 88:22 | 88:24 | 105:25 | 106:3 |
| 66:12 | 66:24 | 89:4 | 89:7 | | |
| 67:16 | 67:17 | 90:16 | 90:22 | | |
| 67:22 | 68:7 | 91:5 | 91:7 | | |
| 68:17 | 68:20 | 92:2 | 92:23 | | |

Witness: **Ramos Gloribel**; Deposition Date: 11/26/2002.

| Line Number | | Line Number | | Line Number | |
| --- | --- | --- | --- | --- | --- |
| From | To | From | To | From | To |
| 5:13 | 6:8 | 55:18 | 56:1 | 88:14 | 88:16 |
| 8:22 | 8:24 | 56:10 | 56:16 | 88:18 | 88:21 |
| 36:21 | 36:25 | 56:18 | 57:5 | 89:10 | 89:17 |
| 38:17 | 38:24 | 58:17 | 58:22 | 89:25 | 90:2 |
| 40:9 | 40:21 | 59:12 | 59:19 | 91:2 | 91:4 |
| 42:4 | 42:8 | 59:22 | 60:8 | 91:9 | 91:11 |
| 42:14 | 42:16 | 62:14 | 62:15 | 91:13 | 91:20 |
| 44:16 | 44:18 | 72:13 | 72:20 | 91:22 | 92:25 |
| 46:12 | 46:13 | 72:23 | 72:25 | 93:4 | 93:5 |
| 48:23 | 48:25 | 73:2 | 73:9 | 93:23 | 94:1 |
| 49:2 | 49:13 | 73:12 | 73:14 | 94:3 | 94:4 |
| 50:15 | 51:1 | 73:18 | 74:5 | 94:6 | 94:15 |
| 51:6 | 51:9 | 74:9 | 74:11 | 99:12 | 99:25 |
| 51:13 | 51:19 | 75:19 | 75:21 | 100:1 | 100:11 |
| 52:5 | 54:3 | 80:14 | 81:3 | 100:17 | 101:7 |
| 54:6 | 54:9 | 84:14 | 84:17 | 101:10 | 101:14 |
| 55:3 | 55:10 | 87:11 | 87:22 | 101:19 | 101:23 |
| 55:12 | 55:15 | 88:1 | 88:3 | 102:1 | 102:3 |

NYA903576.2

**PLAINTIFFS' DEPOSITIONS DESIGNATIONS**

| Line Number | |
|---|---|
| From | To |
| 102:6 | 102:11 |
| 102:14 | 102:15 |
| 102:17 | 102:17 |
| 102:19 | 103:16 |

| Line Number | |
|---|---|
| From | To |
| 103:20 | 103:25 |
| 104:2 | 106:22 |
| 107:4 | 107:6 |
| 107:14 | 107:18 |

| Line Number | |
|---|---|
| From | To |
| 109:3 | 109:14 |
| 109:17 | 109:17 |
| 109:21 | 110:1 |
| 111:12 | 111:15 |

Witness: **Rivera Eric**; Deposition Date: 03/14/2003.

| Line Number | |
|---|---|
| From | To |
| 10:8 | 10:15 |
| 10:21 | 10:22 |
| 10:23 | 10:25 |
| 11:1 | 11:6 |
| 14:6 | 14:7 |
| 15:21 | 16:4 |
| 16:9 | 16:15 |
| 19:25 | 20:1 |
| 20:19 | 21:10 |
| 22:5 | 22:23 |
| 24:5 | 24:9 |
| 24:11 | 24:14 |
| 24:22 | 24:23 |
| 24:25 | 25:1 |

| Line Number | |
|---|---|
| From | To |
| 25:11 | 25:13 |
| 25:15 | 25:15 |
| 28:21 | 29:5 |
| 30:9 | 30:15 |
| 32:6 | 32:18 |
| 32:21 | 32:25 |
| 35:12 | 35:25 |
| 36:4 | 36:5 |
| 36:11 | 36:12 |
| 36:14 | 36:15 |
| 37:23 | 38:1 |
| 38:5 | 38:14 |
| 38:22 | 39:7 |
| 39:14 | 39:16 |

| Line Number | |
|---|---|
| From | To |
| 40:2 | 40:20 |
| 41:14 | 41:22 |
| 42:8 | 42:19 |
| 42:24 | 42:25 |
| 43:5 | 43:5 |
| 43:12 | 43:16 |
| 45:2 | 45:12 |
| 45:18 | 45:23 |
| 46:6 | 46:7 |
| 48:6 | 48:11 |
| 52:10 | 52:11 |
| 53:20 | 54:1 |

NYA903576.2