## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al. )<br><br>Plaintiffs, )<br>v. )<br>BEAUTY ENTERPRISES, INC., et al. )<br>Defendants. ) | 3:01CV00378 (AHN)<br>September 10, 2008 |

### JOINT MOTION TO SEAL SETTLEMENT AGREEMENTS

Pursuant to Local Civil Rules 5(e)(1) Plaintiffs-Intervenors Harold Acosta, Luz Andujar, Eva Diaz, Jose Linares, and Waleska Miranda and Defendant Beauty Enterprises, Inc. (the "Parties") hereby respectfully move for an order permitting them to seal Exhibits 1 through 5 to their Joint Stipulation of Dismissal with Prejudice filed concurrently herewith, on the grounds that said exhibits contain confidential financial and personal information which are part of the Parties' settlement agreements and therefore properly filed under seal.

For the foregoing reasons, the Parties jointly request that this motion be granted.

Respectfully submitted this 10th day of September, 2008.

| | By: _____/s/_____ |
|---|---|
| Jackson Chin (PHV0493)<br>Puerto Rican Legal Defense and Education Fund<br>99 Hudson Street<br>New York, New York 10013 | Valeria Calafiore (PHV0494)<br>Rachel Lavery (PHV02715)<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY 10019 |
| *Attorneys for Plaintiff-Intervenors, Luz Andujar, Eva Diaz, Harold Acosta, Waleska Miranda, and Jose Linares.* ||

NYA904205.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        _____/s/_____
        Valeria Calafiore (PHV0494)
        Clifford Chance US LLP
        31 West 52nd Street
        New York, NY 10019