**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>BEAUTY ENTERPRISES, INC., et al.<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  3:01CV00378 (AHN)<br>)  September 10, 2008<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

# EXHIBIT 2

# Filed under Seal

NYA904209.1