UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.<br><br>    Plaintiffs,<br>v.<br><br>BEAUTY ENTERPRISES, INC., et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) 3:01CV00378 (AHN)<br>) September 10, 2008<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

# EXHIBIT 5

# Filed under Seal

NYA904209.1