DEPUTY CLERK __Argu__   RPTR/ERO/TAPE __S. Baldwin__

TOTAL TIME: __1__ hours __10__ minutes

DATE __9/2/08__   START TIME __12:00 pm__   END TIME __1:10__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

__EEOC + Plaintiff-Intervenors__ CIVIL NO. __01 cv 378__

__Valeria Calafiore__
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

vs.

__Richard Robinson__
Defendants Counsel

__BEI__

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

- #239 Motion __in Limine to Preclude Deposition Testimony__ — ☐ granted ☐ denied ☑ advisement
- #245 Motion __in Limine to Preclude Certain Testimony/Evidence__ — ☐ granted ☐ denied ☑ advisement
- #252 Motion __to Seal__ — ☐ granted ☐ denied ☑ advisement

Brief(s) due _____   Proposed Findings due _____   Response due _____

Hearing continued until _____ at _____